# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Federal: 4:25-mj-452** |
| | § | |
| **CAMERON ARNOLD** | § | |

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter the appearance of CODY L. COFER (Lead Counsel, Texas State Bar No. 24066643) as *retained* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

| | |
|---|---|
| August 4, 2025 | */s/ Cody L. Cofer* |
| Date | CODY L. COFER |
| | TX SBN: 24066643 |
| | 604 E 4th Street, Suite 101 |
| | Fort Worth, TX 76102 |
| | P: 682-777-3336 |
| | F: 682-238-5577 |
| | ccofer@coferluster.com |