# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Cameron Arnold (01) ) | Case No. 4:25-mj-00452-BJ |
| AKA Autumn Hill ) | |
| *Defendant* ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:   Ben Moore
      Alvarado Police Department, 600 S Pkwy Dr, Alvarado, TX 76009 or wherever found
      (817) 790-0910

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Magistrate Judge Jeffrey L. Cureton United States District Court 501 W 10th St., Fort Worth, TX 76102 | Courtroom No.: | 508 |
| --- | --- | --- | --- |
| | | Date and Time: | 09/30/2025 8:45 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All items containing information related to any criminal act committed by Cameron Arnold and/or Autumn Hill on or about July 4, 2025, in the Northern District of Texas, including the counties of Johnson, Dallas, Ellis, and Tarrant. You are not required to produce personal or confidential information about any victim pursuant to this subpoena, and you may redact such information.

   *(SEAL)*

Date:   09/24/2025

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Cameron Arnold
AKA Autumn Hill              , who requests this subpoena, are:

Cody L. Cofer & James Luster
Cofer Luster Law Firm, PC
604 E 4th St., Ste. 101
Fort Worth, TX 76102
(682) 777-3336
ccofer@coferluster.com
jluster@coferluster.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:25-mj-00452-BJ

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Ben Moore, Alvarado Police Department
was received by me on *(date)* 9/24/25.

☑ I served the subpoena by delivering a copy to the named person as follows: Personal delivery to Ben Moore located at 600 S. Parkway Dr., Alvarado, TX 76009 on *(date)* 9/25/2025 11:05 AM ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 80.60 .

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/29/25

*Server's signature*

John A. Thornton
*Printed name and title*

3000 S. Hulen St #124-155, Ft. Worth, TX 76109
*Server's address*

Additional information regarding attempted service, etc: