IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:25-CR-259-P |
| CAMERON ARNOLD, et al | |

ENTRY OF APPEARANCE AS CO-COUNSEL FOR
THE UNITED STATES OF AMERICA

Frank L. Gatto, Assistant United States Attorney, enters his appearance as co-counsel for the United States of America in this case.   Assistant United States Attorney Shawn Smith has the responsibility as the lead prosecutor in this case on behalf of the United States of America.   The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5213
E-mail: Frank.Gatto@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        *s/ Frank L. Gatto*
                                        FRANK L. GATTO
                                        Assistant United States Attorney