IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                            NO. 4:25-CR-00259-P

CAMERON ARNOLD (01)
AKA "AUTUMN HILL"

**PRETRIAL MOTION #2**
**MOTION FOR COURT PROPOUNDED VOIR DIRE QUESTIONS**
DEFENDANT HILL (1)

TO THE HONORABLE JUDGE MARK T. PITTMAN,
UNITED STATES DISTRICT JUDGE:

COMES NOW, Cameron Arnold a.k.a. Autumn Hill (Defendant Hill) by and through her attorneys of record, Cody L. Cofer and James Luster, and hereby moves the Court to propound such questions as are set out below. In support, Defendant Hill would show:

For jury selection, the "court may examine prospective jurors or may permit the attorneys for the parties to do so." Fed. R. Crim. P. 24(a). The scheduling order indicates the Court will conduct initial voir dire and allow parties to conduct limited supplementary voir dire. (ECF 84). Defendant Hill has not yet had the benefit of hearing the Court's inquiries of the array or the array's responses. Along with appropriate voir dire allowed of the parties, Counsel for Defendant Hill is confident in the Court's ability to appropriately and thoroughly examine prospective jurors to ensure a fair trial. To aid the Court in this endeavor, and to limit prejudice to the parties, Defendant Hill moves the Court to make the specific inquiries as indicated below. For these particularly sensitive topics, the Court may be better positioned to inquire of the prospective jurors without further enflaming prejudice or prompting ire from jurors toward any party.

### I.    Bias Against or For Law Enforcement

The Government's complaint and the indictment centers on alleged violence against federal and local law enforcement officers in connection with protests of violent and unconstitutional acts by the United States Immigration and Customs Enforcement (I.C.E.). Although properly excluding evidence of First Amendment protected speech will mitigate prejudice to defendants, beliefs and values related to the topic are certainly central to identifying fair jurors. Defendant Hill moves the Court to propound these questions to the array:

1. Has anyone personally, or someone close to you, ever had a negative or positive experience with the police or I.C.E.? To each that answered in the affirmative: How has that affected your view of law enforcement?

2. Some people may believe law enforcement always acts lawfully and appropriately; others may believe law enforcement sometimes misuses power. Does anyone have strong beliefs or feelings in this regard? To each that answered in the affirmative: What are your beliefs or feelings?

### II.    Bias Against or For "Antifa"

Anti-fascism (Antifa) is a political movement primarily against fascism and racism. The movement has no hierarchical leadership structure or interconnected "membership" system. Notwithstanding these realities, the Executive Branch of the United States government has declared a terrorist organization exists and named it Antifa. See e.g., Exec. Order, *Designating Antifa as a Domestic Terrorist Organization*, 90 F.R. 46317 (Sept. 22, 2025); U.S.O.A.G. Memorandum, Ending Political Violence Against ICE (Sept. 29, 2025) https://www.justice.gov/ag/media/1415691/dl. In the 2024 presidential election, Donald Trump

received more than 80% of the vote in most counties in the Fort Worth Division.[1] Prospective jurors almost certainly have strong, deeply held beliefs and ideas about the identity and actions being attributed to Antifa. Defendant Hill moves the Court to propound these questions to the array:

1.  You may have heard the term "Antifa" from a variety of sources. Does anyone have strong feelings or deeply held beliefs about ideas, people, or organizations labeled "Antifa"? To each that answered in the affirmative: What are those feelings or beliefs?

2.  Does anyone believe protests against I.C.E. or immigration policies are a threat to public safety? To each that answered in the affirmative: How do you believe public safety is threatened?

3.  Does anyone strongly feel or believe that a person's political affiliation or leaning, left or right, makes a person more likely to act violently? To each that answered in the affirmative: What are those feelings or beliefs?

4.  Have you ever participated in, supported, or opposed any political or social protest movement? To each that answered in the affirmative: What political or social protest movement?

---

[1] The petit jury selection source primarily uses General Election Voter Registration Lists to compile the list of potential jurors. Misc. Order #5, Amended Jury plan with attached Order of Approval on behalf of the Reviewing Panel of the Judicial Council of the Fifth Circuit (01/12/2009). The list is supplemented with a list of licensed drivers. *Id*. Prospective jurors from other divisions are encouraged to seek excusal immediately. Northern District of Texas: Jury Service, https://www.txnd.uscourts.gov/jury-service ("If you received a jury summons from one of the following divisions and you do not reside in one of the counties listed, please request an excuse immediately.") (accessed Nov. 2, 2025).

### III.    Bias Against or For the Second Amendment

The Government has alleged the possession of firearms in connection with the protests of I.C.E.'s actions. The Second Amendment generally allows for the possession and display of firearms during public protests. *See New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 70 (2022). Despite this Second Amendment guarantee, some feel strongly that the dangers of having weapons during protests are part of the justification for abridgement of the Second Amendment. *See id*. at 83 (dissent Justice BREYER, with whom Justice SOTOMAYOR and Justice KAGAN join). Identifying fair jurors requires questioning prospective jurors about deeply held feeling and beliefs regarding the Second Amendment and the possession or display of guns during protests. Defendant Hill moves the Court to propound this question to the array:

> Does anyone strongly feel or believe that citizens should not be allowed to carry firearms while publicly protesting the actions of the government? To each that answered in the affirmative: What are those feelings or beliefs?

### IV.    Bias Against or For Transgender Rights

Defendant Hill is a transgender woman. Others arrested in connection with the criminal complaint are transgender. Rhetoric regarding transgenderism has been used to perpetuate what has been characterized as a "culture war." The Executive Branch has consistently taken anti-transgender actions. *See i.e.*, Exec. Order No. 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 F.R. 8615 (Jan. 20, 2025) rescinding EO 13988, *Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation*, 86 F.R. 7023 (Jan. 20, 2021), et. al.; *QUEERDOC, PLLC, Movant, v. U.S. DEPARTMENT OF JUSTICE*, Respondent., No. 2:25-MC-00042-JNW, 2025 WL 3013568, at *5 (W.D. Wash. Oct. 27, 2025) ("The Government seeks the 'intended effect' of its Executive Orders and these subpoenas to 'downsize or eliminate' all gender-affirming care.")

citing Article, President Trump is Delivering on His Commitment to Protect Our Kids, The White House (Feb. 3, 2025), https://www.whitehouse.gov/articles/2025/02/president-trump-is-delivering-on-his-commitment-to-protect-our-kids/ (updated URL). As mentioned above, the electorate of the Fort Worth Division recently voted by substantial majority in favor of President Donald Trump. Identifying fair jurors requires questioning prospective jurors about deeply held feeling and beliefs regarding transgender issues. Defendant Hill moves the Court to propound these questions to the array:

1. Does anyone strongly believe or feel that a transgender person is more likely to commit crimes? To each that answered in the affirmative: What are those feelings or beliefs?

2. Does anyone have strong feelings or beliefs about how the current presidential administration has approached transgender issues? To each that answered in the affirmative: What are those feelings or beliefs?

3. Does anyone strongly believe or feel that whether a person is transgender should affect their right to own, possess, or use a firearm? To each that answered in the affirmative: What are those feelings or beliefs?

### V.    Conclusion & Prayer

Although voir dire is traditionally less robust in federal district court than most state courts, the rights to due process, a fair trial, and counsel are no less important.

Wherefore, Defendant Hill respectfully requests the Court include these specific questions in its voir dire and prays for such other relief Defendant Hill may be entitled.

Respectfully submitted by,

/s/Cody L. Cofer
Cody L. Cofer
TX SBN: 24066643

/s/James Luster
James Luster
TX SBN: 24061994

COFER LUSTER LAW FIRM, PC
604 E. 4th Street, Suite 101
Fort Worth, Texas 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Cameron Arnold a.k.a. Autumn Hill

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I electronically served the Government's attorney a copy of this pleading.

/s/Cody L. Cofer
Cody L. Cofer

**CERTIFICATE OF CONFERENCE**

On November 3, 2025, I conferred with counsel for the Government, Shawn Smith. "The government's position is that it defers to the Court as to how it will handle voir dire in the case."

On November 3, 2025, I conferred with counsel for ZACHARY EVETTS, Brian Boufard. Defendant Evetts is unopposed.

/s/Cody L. Cofer
Cody L. Cofer