IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                          NO. 4:25-CR-00259-P

CAMERON ARNOLD (01)
AKA "AUTUMN HILL"

### ORDER

Before the Court is Defendant Hill's motion for MOTION FOR COURT PROPOUNDED VOIR DIRE QUESTIONS (ECF No. ##). Having considered the Motion, relevant docket entries, and applicable law, the Court GRANTS the Motion.

The Court intends to propound the questions as requested by Defendant Hill.

SO ORDERED on this DAY day of MONTH 2025.