IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    Criminal No. 4:25-CR-259-P

CAMERON ARNOLD et al

### SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

The United States of America hereby supplements its Notice of Expert Testimony filed on November 3, 2025, and would respectfully show this Court as follows:

In addition to the expert witnesses previously identified, the government expects to call the following additional expert witnesses:

(1) T. Moynihan, Firearm and Toolmark Examiner, Bureau of Alcohol, Tobacco, Firearms, and Explosives, to testify about firearms and toolmark examination of bullet casings seized in the case. The firearms and toolmark examination report is in-line to be produced in an ensuing discovery production.

*[Remainder of page intentionally left blank]*

**Supplemental Notice of Expert Testimony - Page 1**

The government does not anticipate receiving additional expert reports in this case, but it will produce any that are subsequently received.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX    76102-6897
Telephone:    817-252-5200
Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney

**Supplemental Notice of Expert Testimony - Page  2**