IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                              NO. 4:25-CR-00259-P

CAMERON ARNOLD (01)
AKA "AUTUMN HILL"

## DEFENDANT HILL'S RESPONSE TO GOVERNMENT'S OBJECTION TO DEFENDANT'S NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE JUDGE MARK T. PITTMAN,
UNITED STATES DISTRICT JUDGE:

COMES NOW, Cameron Arnold a.k.a. Autumn Hill (Defendant Hill) by and through her attorneys of record, Cody L. Cofer and James Luster, and files this response to the Government's Objection to Defendant's Notice of Expert Testimony. (ECF 235).

The Government's objection alleges, "the Notice fails to provide a complete statement of the opinions the defendant will elicit from these individuals, and the bases and reasons for those opinions." As a preliminary matter, each of the experts contained in Defendant Hill's notice are reasonably understood to be rebuttal experts. Much of their expected testimony will depend upon and be responsive to the opinions expressed by the witness the Government has designated to testify about Antifa, Kyle Shideler. However, defense counsel is uninterested in lying behind the log of rebuttal to create an ambush (albeit an obvious one) for the Government.

To appreciate the relative thoroughness of Defendant Hill's expert designation, it is helpful to compare the designation filed by the Government for Shideler. (ECF 93). The Government's designation contains a 33-word declaration of the general nature of Shideler's testimony. Whereas the designation filed by Defendant Hill spends more than 280 words summarizing the testimony of its rebuttal witnesses on the same topics. Our potential rebuttal expert witness opinions are

informed by the very discovery the Government has provided and continues to produce as of this filing. Defendant Hill provided the curricula vitae ("CV") or other available information for each possible expert. Counsel has since received the CV for Dr. Steven Gardiner, Ph.D., designated expert number 4 in Defendant's Notice of Expert Testimony. (ECF 224). Dr. Gardiner's CV is attached here as Exhibit 1.

In an abundance of caution, Defendant Hill designated several experts that may testify about the same opinions, because the trial schedule may prevent any one expert from testifying.

The Government's objection also complaints that "the defendant has not produced expert reports, or any reciprocal discovery for that matter." Counsel assumes this is not a request for the Court to intervene for a discovery matter, because Government's counsel has not remotely complied with the Court's orders in paragraph 4 of the Scheduling Order for Criminal Trial and Pretrial Order. (See ECF 84). Defendant Hill's expert witness opinions are informed by the discovery provided by the Government combined with the expert's study, research, and experience related to the subject matter. Defendant is not in possession, custody, or control of any results or reports of any physical or mental examination or any scientific test or experiment subject to disclosure.

### I.    Conclusion & Prayer

In her Notice of Expert Testimony (ECF 224), Defendant Hill has complied with Federal Rule of Criminal Procedure 16(b)(C) and paragraph 10 of the Court's Scheduling Order for Criminal Trial and Pretrial Order (ECF 84).

Wherefore, Defendant Hill respectfully requests the Court overrule the Government's Objection to Defendant's Notice of Expert Testimony (ECF 235).

Respectfully submitted by,

*/s/ Cody L. Cofer*
Cody L. Cofer
TX SBN: 24066643

*/s/ James Luster*
James Luster
TX SBN: 24061994

COFER LUSTER LAW FIRM, PC
604 E 4th Street, Suite 101
Fort Worth, Texas 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Cameron Arnold
a.k.a. Autumn Hill

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>February 11, 2026</u>, I electronically served the Government's attorney and attorneys for the co-defendants a copy of this pleading by filing using the electronic case filing system of the court, which sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ James Luster*
James Luster
