[CURRICULUM VITAE]        EXHIBIT 1 - GARDINER CV

**Steven L. Gardiner**
Principle Research Advisor
Political Research Associates
s.gardiner@politicalresearch.org

## EDUCATION

**Ph.D.,** Sociocultural Anthropology, Cornell University, 2004
Dissertation. Masculinity, War, and Refusal: Vicissitudes of German Manhood before and after the Cold War. Doctoral Committee: Professor Davydd Greenwood (Chair), Professor Peter Hohendahl, and Associate Professor Viranjini Munasinghe

**M.A.,** Anthropology, Cornell University, 2001

**B.S.**, Sociology & Anthropology, Lewis & Clark College, 1990
Thesis. Some Ways of Thinking about Ideology: A Contribution to the General Theory of Ideology. Advisor Associate Professor Deborah Heath

## TEACHING EXPERIENCE

University of Louisville, Adjunct Faculty (Fall 2016 – Spring 2018).
Bellarmine University, Adjunct Faculty (Spring 2017).
Hanover College, Part-Time Associate Professor (Fall 2016 – Spring 2018).
Zayed University, Assistant/Associate Professor (Fall 2009 – Spring 2016).
Lahore University of Management Science (LUMS), Visiting Assistant Professor (Fall 2007 – Spring 2008).
Monmouth College, Visiting Assistant Professor (Fall 2006 – Spring 2007).
Miami University, Visiting Assistant Professor (Fall 2005 – Spring 2006).
Beloit College, Visiting Assistant Professor (Fall 2004 - Spring 2005).
Spalding University, Adjunct Professor of Social Science (Summer 2004).
Teaching Assistant, Cornell University (Fall 1998 - Spring 1999).

**Anthropology Courses Taught**

Anthropology of Refugees
Anthropology of Violence
Anthropology of War and the Possibility of Peace
Classic Anthropological Theory

Digital Ethnography
Ethnography
Identity: Race, Gender, Class
Introduction to Cultural Anthropology
Introduction to Physical Anthropology (as a Teaching Assistant)
Peoples of Europe
Peoples and Cultures of the Middle East
Politics of Identity
Race and Racism
Research Methods
Social & Cultural Theory
War & Gender
War & Myth
World Regions: South Asia

**Core Curriculum and Interdisciplinary Courses Taught**

Cultural Diversity in the United States (Miami University Core)
English Composition III: The Politics of Genocide (Zayed University Core)
German Intellectual Tradition (Zayed University)
Global Awareness: Imperial Encounters (Zayed University Core)
Global Perspectives: Immigrants and Refugees (Monmouth College Core)
History of the Twentieth Century (Zayed University Core)
Introduction to Culture & Society (Key Concepts in the Humanities & Social
    Sciences, Zayed University)
Senior Seminar: Morality and Modernity (Zayed University)
Theory, Method, Evidence: Critical Thinking II (Zayed University Interdisciplinary
    Course Required for major students)

**Team Taught Courses**

Law & War (Taught with Professor Roger Norman at the Lahore University of
    Management Science, Pakistan during the 2007-2008 period of emergency
    rule).

**Professional Courses for Emirati and Afghani Diplomats**

Pakistan, Afghanistan and the War on Terror
Failed and Failing States
Nuclear Weapons in South Asia
NATO and Collective Security

## NON-ACADEMIC EMPLOYMENT & CONSULTING

**Principal Research Advisor, Political Research Associates** (Somerville, Massachusetts), December 2024 - Present.

**Research Director, Political Research Associates** (Somerville, Massachusetts), November 2021 - December 2024.

**Assistant Research Director, Political Research Associates** (Somerville, Massachusetts), September 2019 - November 2021.

**Senior Research Analyst, Political Research Associates** (Somerville, Massachusetts), April 2018 - September 2019.

**Chair, Department of Humanities & Social Science, Zayed University** (Abu Dhabi), Spring 2013 – Spring 2016.

**The Public Square / Center for Public Intellectuals** (Chicago, Illinois), Café Society Facilitator (Nov. 2002 – Oct. 2003)**.**

**Partnership for a Green City** (Louisville, Kentucky), Research Consultant and Contract Editor (2005 – 2007).

**Center for New Community** (Chicago, Illinois), Research Consultant and Contract Editor (2001 – 2005).

**Coalition for Human Dignity** (Portland, Oregon & Seattle, Washington), Research Director, Executive Director, & Editor (1990 – 1997).

**United States Army**. After completing basic training in December 1982 - 1986.

## ACADEMIC HONORS & AWARD

Caroline Caro Kinsey Memorial Scholarship Fund, Lewis & Clark College, Portland, Oregon (1989 – 1990), funding for undergraduate study.

Dean's Fellowship, New School for Social Research, Graduate Faculty, New York, New York (1990 – 1991), funding for graduate study.

Sage Fellowship, Cornell University, Ithaca, New York (1997 – 1998 & 2001 – 2002), funding for graduate study and for dissertation completion.

Dean's Teaching Award, Zayed University (2009 – 2010).

Provosts Research Award, Zayed University (Fall 2012)

## FUNDED RESEARCH PROJECTS

Berlin Program for Advanced German and European Studies Fellowship Freie Universität Berlin & Social Science Research Council, Berlin, Germany (2000 – 2001). Provided funding for twelve months of dissertation fieldwork in Berlin.

Benjamin L. Hooks Institute for Social Change, University of Memphis (2004). Contemporary American Frontiers in Civil Rights and Social Justice Program. I received funding for work on demographic change and racist social movements in the United States. Project Title: The More Things Change: Immigration, Demographics and the Rise of White Identity Politics in America.

Zayed University Research Incentive Fund Grant (2010-2011), this competitively-awarded funding is to examine value formation, the globalization of military culture and masculinity in the UAE military and how it may or may not lead to divergence from values in the larger society.

Zayed University Provost's Research Award (Fall Semester 2012). This award allows a semester off from teaching duties to pursue independent research and writing. In this case I spent the time working on my book manuscript on Pakistan and the public sphere, tentatively titled Contested Reality: Trust and the Discourse of Conspiracy in Contemporary Pakistan.

## INVITED TALKS

Benjamin L. Hooks Institute for Social Change, University of Memphis. October 2004. Title: The More Things Change: Immigration, Demographics and the Rise of White Identity Politics in America.

Western States Center, Community Strategic Training Initiative, Portland, Oregon. August 2005. Title: From Cultural Conservatives to White Nationalism: Understanding the "Right Wing." (Presented with MacArthur Award-winning author Leonard Zeskind.)

Paris-Sorbonne University, Abu Dhabi. April 2013. Title: Civil-Military Relations and Cadet Value Formation in the UAE.

Dubai Cultural and Scientific Association. May 2013. Title: The UAE through Expatriate Eyes: Public Goods and Private Spheres.

Veterans For Peace Annual Conference, San Diego, California. August 2015. Title: Demilitarizing the Self: Care in the Aftermath of Service.

UK Veterans For Peace Day of Remembrance, London, UK. November 2016. Title: How to Make Enemies.

First Unitarian Universalist Church, Louisville, Kentucky. November 2018. Title: Moral Injury and the Consequences of Endless War.


CONFERENCE PAPERS

2006. Behold the Man: Heroic Masochism, Muscular Christianity, and Mel Gibson's *Passion*. Annual Conference of the American Cultural Association, Masculinities Section, Atlanta, Georgia.

2007. Which Lion, Harry's Wardrobe, and Coming of Age in Cinematic Juvenile Fantasy. Annual Conference of the American Cultural Association, Masculinities Section, Washington, D.C.

2007. Stepping Up: Masculinity, Service and Belonging in Veterans Organizations in the American Midwest. Annual Conference of the Central States Anthropological Association, a section of the American Anthropological Association, Minneapolis, Minnesota.

2007. Militarism and the Utopian Imaginary in the Old West Berlin. Annual Conference of the German Studies Association, San Diego, California.

2008. State of Exception: Emergency Rule, Sovereignty, and Conspiracy Theories in Pakistan. American Anthropological Association, Annual Meeting, 2008, San Francisco, California.

2009. The Warrior Ethos: Reinventing Soldierly Masculinity after 9/11. Men at War: Masculinities, Identities, Cultures, Swansee, United Kingdom.

2010. Nation Building and Military Symbolism in the United Arab Emirates. American Anthropological Association Annual Meeting, New Orleans, Louisiana.

2012. Racist Scientism: Contemporary Challenges to the Boasian Legacy. Central States Anthropological Association Annual Conference, Toledo, Ohio.

2012. In the Shadow of Service: Veteran Masculinity and Civil-Military Disjuncture in the U.S. Northeast Popular Culture Association, Rochester, New York.

2013. Gaslight Epistemology: Pakistan and the Discourse of Radical Doubt. American Anthropological Association Annual Meeting, Chicago, Illinois.

2014. "Aesthetic Abjection: Violence, Object and Subject in the Art and Practice of Aleksandra Stone." International Zizek Studies Conference 2014, Cincinnati, Ohio (with A. R. Garner).

2014. "Social Media and Social Memory: The Gendering(s) of Memory among U.S. Veterans the American Wars in Iraq and Afghanistan. Conference on War, Memory and Gender, 2014, Mobile, Alabama (with A. R. Garner).

2015. "Killing the Loser: Stand-Up Identities and Aesthetic Abjection." Popular Culture Association Meeting, 2015, New Orleans, Louisiana (with A. R. Garner). Accepted but unable to attend.

2015. "Saying Yes to Peace: Veteran Identities in Opposition to Endless War," a paper presented as part of a panel I organized--Veterans For/Veterans Against: Activism in the Aftermath of Military Service—for the November 2015 meeting of the American Anthropological Association in Denver, Colorado.

2016. "Mis/Fitness: Veteran Bodies and Athletic Abjection," a paper submitted as part of a panel I organized—Embodied Veterans: Personal Appropriation, Biopower and Normative Fitness—for the November 2016 meeting of the American Anthropological Association in Minneapolis, Minnesota.

## PUBLICATIONS

### Activist Writings, Podcasts, & Citations (Selected)

2025. "[Anti-Antisemitism and Antiracism with Leo Ferguson and Steven Gardine](r)." Lifting the Curtain on Antisemitism Podcast, Political Research Associates, September 3.

2025. "['Remigration' is American for Ethnic Cleansing](.)" *Religion Dispatches*, June 5.

2025. "[The Neoreactionary Movement Defining the Authoritarian Rise with Steven Gardiner](.)" Inform Your Resistance Podcast, Political Research Associates, May 15.

2025. "[While Global Media Are Clear on Musk's Nazi Salute US Media Engage in Nazi-Washing](.)" *Religion Dispatches*, January 21.

2024. "Authoritarians Must Break Your Will to Resist–So What Can You Do About It?" Religion Dispatches, December 2.

2023. "*Alabama Senator Condemned for Claiming White Nationalism Isn't a Racist Ideology*." truthout (quoted in), July 11.

2022. "The Fight Ahead: How the Electoral Far Right Fared in the 2022 Midterm Elections." Political Research Associates, December 8. (With B. Lorber and O. Lawrence-Weilmann).

2022. "Capital Offenses: January 6th 2021 & The Ongoing Insurrection." Political Research Associates, January 12. (With T. L. Ramos).

2020. "'Our worst nightmare': will militias heed Trump's call to watch the polls?" *The Guardian* (quoted in), October 9.

2020. "End Times Antisemitism: Christian Zionism, Christian Nationalism, and the Threat to Democracy." *Public Eye*, July 9.

2019. "Trump Is Tinder for the White Nationalist Explosion that John Tanton Stoked." truthout, October 6.

2018. "The Violent Consequences of Antisemitic Bigotry." Political Research Associates, October 25.

2018. "White Revolution and the Legacy of the Vietnam War." Political Research Associates, April 11.

2012. "What's Brewing: Anti-State Nationalism and the Tea Party: A Review of *Steep: The Precipitous Rise of the Tea Party* (eds. R. Rosenthal and C. Trost, University of California Press, 2012), Kansas City, MO: Institute for Research & Education on Human Rights.

2005. *Americans for Legal Immigration (ALI-PAC): Xenophobia, Nativism and Anti Immigrant Hysteria* (with D. Burghart and A.R. Garner). Chicago: Center for New Community.

2005. *Shell Games: The "Minutemen" and Vigilante Anti-Immigrant Politics* (with D. Burghart and A.R. Garner). Chicago: Center for New Community.

2004. *Hostile Takeover: Race, Immigration and the Sierra Club* (with D. Burghart and A.R. Garner). Chicago: Center for New Community.

1996. "Social Movements, Conspiracy Theories and Economic Determinism: A Response to Chip Berlet." In *Conspiracies: Real Grievances, Paranoia and Mass Movements* (Editor Eric Ward, Seattle: Northwest Coalition Against Malicious Harassment).

1994. *The Northwest Imperative: Documenting a Decade of Hate* (with J. Mozzochi, R. Crawford and R. L. Taylor, Seattle: Northwest Coalition Against Malicious Harassment).

1992. *Rolling Back Civil Rights: The Oregon Citizens Alliance at Religious War* (Portland: Coalition for Human Dignity).

**Peer Reviewed Articles and Book Chapters**

2015 [2012]. "Bridegrooms of Nation: Veterans, Ritual, Race and the American Memorial Day." *The Americanist* 27: 117 – 130.

2013. "Behold the Man: Heroic Masochism, Militant Christianity, and Mel Gibson's *Passion*." *Cultural Analysis* 12: 18-43.

2013. "In the Shadow of Service: Veteran Masculinity and Civil-Military Disjuncture in the United States. *North American Dialogue* 16(2): 69 – 79.

2013. "Heroic Masochism: Masculine Privilege and the Uses of Pain." Library of Social Science Ideologies of War Site. (**http://preview.tinyurl.com/omhqxgf**).

2012. "The Warrior Ethos: War Fighters, Counterinsurgents and Gender Discourse in the United States Army since 9/11." *Journal of War and Cultural Studies* 5(3): 371-384.

2010. "Relationships of War: Mothers, Soldiers, Knowledge" (with Angie Reed Garner) in *Women, War and Violence: Personal Perspectives and Global Activism* (Editors Robin Chandler, Lihua Wang, and Linda K. Fuller), Palgrave-MacMillan.

2006. "White Nationalism Revisited: Demographic Dystopia and White Identity Politics." *Journal of Hate Studies* 4(1): 59–87.

2004. "The More Things Change: Immigration, Demographics and the Rise of White Identity Politics in America." Benjamin L. Hooks Institute for Social Change working paper. (Memphis: Hooks Institute, University of Memphis).

1998. "Through the Looking Glass and What the Religious Right Found There" in *Media, Culture, and the Religious Right* (Editors Linda Kintz and Julia Lesage, Minneapolis: University of Minnesota Press).


**Book Reviews and Other Profession Writing**


2016. "Review of *After War: The Weight of Life at Walter Reed* by Zoe Wool. *American Anthropologist* 118 (4): 985 - 986.

2016. "Review of *Fighting For Peace: Veterans and Military Family in the Anti-Iraq War Movement* by Lisa Leitz. *North American Dialogue* forthcoming 19 (2): 128 – 130.

2007. "Militia Groups." In *The Encyclopedia of War and American Society* (Editor Peter Karsten, New York: Sage Publications).

2006. "Citizenship and the Limits of White Political Imagination," A review of *The Abolition of White Democracy* by Joel Olson (Minneapolis and London: University of Minnesota Press, 2004), for *Patterns of Prejudice.*

2005. *Shell Games: The "Minutemen" and Vigilante Anti-Immigrant Politics* (with D. Burghart and A.R. Garner). Chicago: Center for New Community.

2004. *Hostile Takeover: Race, Immigration and the Sierra Club* (with D. Burghart and A.R. Garner). Chicago: Center for New Community.

1999. "Survivalism." In *The Encyclopedia of Religion and Politics* (Editor Robert Wuthnow, Washington, D.C.: Congressional Quarterly Press, Inc., 1999).


## PROFESSIONAL SERVICE & OTHER CONTRIBUTIONS

**Peer Reviewer.** *Cultural Anthropology; Critical Military Studies; Armed Forces & Society; Journal of Arabian Studies; NORMA: International Journal of Masculinity Studies*

**Advisory Board Member**. Institute for Research and Education on Human Rights, Kansas City, Missouri.

**Reviewer.** *Thinking Like an Anthropologist: A Practical Introduction to Cultural Anthropology*, by John Omohundro, McGraw-Hill, 2008.

PROFESSIONAL AFFILIATIONS

American Anthropological Association
  Association for Political and Legal Anthropology
  Middle East Section
  Society for Cultural Anthropology
  Society for North American Anthropology