UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

# ORDER

   Before the Court is the United States' Motion in Limine to Preclude Defendants from Presenting Legally Invalid Defense. ECF No. 333. The Court hereby **ORDERS** the Defendants to file a Response to the Motion **on or before March 2, 2026 at 1:00 p.m.**

   **SO ORDERED** on this **1st day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE