IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:25-CR-259-P |
| CAMERON ARNOLD, et al | |

## COMBINED ADMITTED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Wiethorn | 911 call (P2 – 7557) | X | X | X |
| 2. | APD Lt. Gross | Lt. Gross's dashcam (P4 – 504) | X | X | X |
| 3. | APD Lt. Gross | Lt. Gross's bodycam (P4 – 504) | X | X | X |
| 4. | APD Lt. Gross | Photographs of injury (P2 7820 – 7828) | X | X | X |
| 6. | Wiethorn | Prairieland CCTV daytime protest (P2 – 175) | X | X | X |
| 7. | Nelinda Meda Frias | Facebook post for peaceful protest (P1 – 1391) | X | PG 1 | PG 1 |
| 8. | Nelinda Meda Frias | Picture of Rueda at peaceful protest (P1 – 1391) | X | PG 1 | PG 1 |

Combined Admitted Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10. | Harp | Prairieland CCTV nighttime attack facing Tangelwood shack (P2 – 185) | X | X | X |
| 11. | Harp | Prairieland CCTV nighttime attack facing employee parking lot (P2 – 183) | X | X | X |
| 12. | Baumann | Prairieland CCTV nighttime attack security gate camera (P2 – 8055) | X | X | X |
| 13. | Harp | Prairieland CCTV nighttime attack north facing camera (P2 – 184) | X | X | X |
| 14. | Harp | Prairieland CCTV nighttime attack south facing camera (P2 – 8056) | X | X | X |
| 15. | Cpl Graham | JCSO Cpl Graham's bodycam (P4 – 612) | X | X | X |
| 16. | Off Zapata | APD Off Zapata's bodycam (P2 – 79) | X | X | X |
| 17. | Off Zapata | APD Off Zapata's dashcam (P4 – 505) | X | X | X |
| 18. | Off Solis | APD Off Solis's dashcam (P4 – 505) | X | X | X |
| 19. | Off Solis | APD Off Solis's bodycam (P8 – 10259) | X | X | X |
| 20. | Off Mello | APD Off Mello's bodycam (P8 – 10258) | X | X | X |
| 21. | Off Bell | APD Off Bell's bodycam (P2 – 79) | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 22. | Dept Rouyre | JSCO Dep Rouyre's bodycam (P4 – 623) | X | X | X |
| 23. | Dep Parsons | JSCO Dep Parson's bodycam (P2 – 81) | X | X | X |
| 25. | Det Reilly | Bodycam and JCSO summary report (P2 – 7506) | X | X | X |
| 26. | VPD LT Yates | VPD dashcam arrest of Evetts (P2 – 84) | X | X | X |
| 27. | VPD Lt Yates/ Det Spurlock | VPD bodycam arrest of Evetts (P2 – 84) | X | X | X |
| 28. | VPD Lt Yates/ | VPD bodycam arrest of Evetts (P2 – 84) | X | X | X |
| 33. | McDonald | Song's Franklin Armory FAI-15 with binary trigger (SN: A-34352) | X | X | X |
| 34. | Burris | Palmetto State Armory PA-15 (SN: SCB200344) (found near wagon) | X | X | X |
| 35. | Burris | Derya Arms 9mm (SN: TG970-24L27123) (found in Gibson's backpack) | X | X | X |
| 36. | Burris | Girsan 9mm pistol (SN: T6368-23FG00756) (on Sikes) | X | X | X |
| 37. | Burris | Palmetto State Armory PA-15 (SN: CHSF013953) (on Sikes) | X | X | X |
| 38. | FBI Agent Woodruff | CZ 9mm (SN: F059618) (Evetts's Mazda) | X | X | X |

**Combined Admitted Exhibit List - Page 3**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 39. | FBI Agent Woodruff | Ruger AR-556 (SN: 1850-02568) (Evetts's Mazda) | X | X | X |
| 40. | FBI Agent Eldred | Glock 43 9mm (SN: BDXX555) (Soto's Subaru) | X | X | X |
| 41. | Royuere/ Parsons/Jackson | Palmetto State Armory PA-15 (SN: SCD171089) (Morris's minivan) | X | X | X |
| 42. | Royuere/ Parsons/Jackson | Sig Sauer P226 .40 cal (SN: 47A014187) (Morris's minivan) | X | X | X |
| 43. | Royuere/ Parsons/Jackson | US Arms LLC Patriot 15 (SN: US1154) (Morris's minivan) | X | X | X |
| 44. | Solis | IFAK's found at scene (including Morris's car) | X | X | X |
| 45. | Burris | Ballistic vests (including Morris's car) | X | X | X |
| 46. | Brandt | Fireworks recovered from Prairieland (P1 – 1434, P6 – 10157, 10158) | X | X | X |
| 47. | Burris | Song's neon facemask | X | X | X |
| 48. | Burris | 5.56 spent casings found first | X | X | X |
| 49. | Burris | 5.56 spent casings found later | X | X | X |
| 50. | APD Sgt McDonald | Pictures of Song's jammed Rifle | X | X | X |
| 52. | Burris | Crime scene photographs | X | X | X |

**Combined Admitted Exhibit List - Page 4**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| | | (faraday bag) | | | |
| 53. | FBI Agent Woodruff | Photographs of vehicles and their content: Morris, Baumann, Sikes, and Evetts; and cooler | X | X | X |
| 55. | Burris | Photographs of graffiti on scene | X | X | X |
| 56. | TX Ranger Hill | Crime scene photographs | X | X | X |
| 57. | Burris | Photographs of clothing removed from each defendant | X | X | X |
| 58. | FBI Agent Eldred | Photographs of Soto's Vehicle ("I shoot 1st") | X | X | X` |
| 60. | Wiethorn | Google map view of Prairieland and surrounding neighborhood | X | X | X |
| 61. | FBI Agent Duross/ Van Horn | Photographs of items at 56th Street | X | X | X |
| 63. | FBI Agent Imming | Photographs of items at Fernwood (Rueda-Sanchez) | X | X | X |
| 65. | FBI Agent Termin | Photographs of items at Sanchez Residence | Identified, Offered and Admitted only PG 1, 2, 5-11, 28-40, 45-48, 55-58, 60 | | |
| 67. | Wiethorn/ Bennett | Rueda – Sanchez jail call (P13 – 05) | X | X | X |
| 68. | Dockter/Raley | Sanchez-detain bodycam and in-car Video (Denton) (P8 – 10255) | X | X | X |
| 69. | FBI Agent Chen/ Bennett | Pictures of items seized in Sanchez's truck and accordion file | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 71. | FBI Agent Bennett | Pictures of items seized from boxes delivered by Sanchez to Denton apartment | X | X | X |
| 72. | FBI Agent Curry | Pictures of items seen in Denton apartment that are similar to items dropped off by Sanchez | X | X | X |
| 74a. | FBI Agent Dockter | Denton bodycam of Sanchez (P1 – 1554) | X | X | X |
| 75. | FBI TFO B. Snyder | Pictures of search of Rueda's Jeep | X | X | X |
| 77. | FBI Agent Curry | Pictures of search of Song's car | X | X | X |
| 79. | FBI Photographer Lang/Agent Dockter | Pictures of search of Cowden (Soto's residence) | X | X | X |
| 81. | FBI Agent Van Horn | Pictures of search of Waddell (Batten) | X | X | X |
| 83. | FBI Tech Lang | Pictures of search of Wildflower (Evetts) | X | X | X |
| 85. | FBI Agent Curry | Pictures of search of Meadow Creek Dr (Song/Morgan) | X | X | X |
| 87. | FBI Agent Curry | F1 Firerams FDR-15 (SN: 110-08222) | X | X | X |
| 88. | FBI Agent Curry | Walther PPK 9mm (SN: A001884) (Fowlkes) | X | X | X |
| 89. | FBI Agent Curry | Shadow Systems 9mm (SN: SSX000324) | X | X | X |
| 90. | FBI Agent Curry | Springfield Armory XD 9mm (SN: BA616567) | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 91. | FBI Agent Termin | Pictures of search of Atlantic (Song/Gibson/Thomas) | X | X | X |
| 93. | FBI Agent Termin | Ruger 10/22 Rifle (SN: 0026-20443) | X | X | X |
| 94. | FBI Agent Termin | CHONGQING JIANSHE Industry 12 guage (SN: EM1701357) | X | X | X |
| 95. | FBI Agent Termin | Aero Precision M5 (SN: US209840) | X | X | X |
| 96. | FBI Agent Termin | Anderson Manufacturing AM-15 (SN: 24179336) | X | X | X |
| 97. | FBI Agent Termin | Anderson Manufacturing AM-15 (SN: 25012918) | X | X | X |
| 98. | FBI Agent Termin | Palmetto State Armory PA-15 (SN: DCSF900308) | X | X | X |
| 99. | FBI Agent Termin | Glock 19 9mm (SN: BTXW117) | X | X | X |
| 100. | FBI Agent Termin | Palmetto State Armory 7.62 (SN: KSG2017808) | X | X | X |
| 101. | FBI Agent Termin | Richland Arms Co. Revolver (no SN) | X | X | X |
| 102. | FBI Agent Termin | Two RMA Armament ballistic panels model # 11555P (SN: 0008 and 0009) | X | X | X |
| 103. | FBI Agent Termin | VISM strike face ballistic panel Model # BSF1012 | X | X | X |
| 104. | FBI Agent Termin | Strike Face ballistic panel MS-4E250300SA | X | X | X |
| 105. | FBI Agent Termin | Black ballistic vest | X | X | X |

**Combined Admitted Exhibit List - Page 7**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 106. | FBI Agent Van Horn | Pictures of search of Morgan's car | X | X | X |
| 108. | Wiethorn | 4473 for Franklin Armory FAI-15 with binary trigger (SN: A-34352) (P1 – 506) | X | X | X |
| 109. | Wiethorn | 4473 for Palmetto State Armory PA-15 (SN: SCB200344) (found near wagon) (P9 – 904) | X | X | X |
| 110. | Wiethorn | 4473 for Derya Arms 9mm (SN: TG970-24L27123) (found in Gibson's backpack) (P15 – 875) | X | X | X |
| 111. | Wiethorn | 4473 for CZ 9mm (SN: F059618) (Evetts's Mazda)(P9 – 684) | X | X | X |
| 112. | Wiethorn | 4473 for Ruger AR-556 (SN: 1850-02568) (Evetts's Mazda)(P9 – 957) | X | X | X |
| 113. | Wiethorn | 4473 for Palmetto State Armory PA-15 (SN: SCD171089) (Morris's minivan)(P9 – 790) | X | X | X |
| 114. | Wiethorn | 4473 for US Arms LLC Patriot 15 (SN: US1154) (Morris's minivan) (Donahue) (P9 – 678) | X | X | X |
| 115. | Wiethorn | 4473 for Walther PPK 9mm (SN: A001884) (Fowlkes) (P9 – 672) | X | X | X |
| 116. | Wiethorn | 4473 for Ruger 10/22 Rifle (SN: 0026-20443)(P1 – 506) | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 117. | Wiethorn | 4473 for CHONGQUING JIANSHE Industry 12 gauge (SN: EM1701357) | X | X | X |
| 118. | Wiethorn | 4473 for Aero Precision M5 (SN: US209840)(P9 – 675) | X | X | X |
| 119. | Wiethorn | 4473 for Anderson Manufacturing AM-15 (SN: 24179336) (P1 – 506) | X | X | X |
| 122. | Wiethorn/ Provo/Bergami | Van repair invoice (P1 – 3236) | X | X | X |
| 123. | Provo/Bergami | Camera repair invoice (P15 – 928) | X | X | X |
| 153. | McGuire | "Thursdays" Chat from Morris's phone (P1 – 356) | X | X | X |
| 154. | McGuire | "Discussion & News" from Morris's phone (P1 – 394) | X | X | X |
| 155. | McGuire | "Discussion and News" Pictures ("Freedom for Who?"; "Peaceful Protest no more"; "Police Stations"; "Alvarado City Fireworks"; "Boundaries of Prairieland" | X | X | X |
| 156. | McGuire | "4th of July Party" Chat from Morris's phone (P1 – 409) | X | X | X |
| 157. | McGUire | "4th of July Party"Chat Pictures | X | X | X |
| 158. | Wiethorn | "Sharp Signal Chat" (P8 – 9265; P2 – 8084, Item 1B434) | X | PG 17-142 | PG 17-142 |
| 159. | Wiethorn | YouTube clip (P8 – 9265; P2 – 8084, Item 1B434) | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 160. | Kent | Fowlkes's "Signal Instant Messages" (P8 – 9474, 9477, 9482, 9594, 9595; P2 – 8070, Item 1B38) | X | X | X |
| 161. | Sharp | Fowlkes's "Response Group" Signal Messages (P8 – 9474, 9477, 9482, 9594, 9595, Item 1B38) | X | X | X |
| 162. | Wiethorn | Fowlkes's "Jeep Pickup" Signal Messages with Sanchez (P8 – 9474, 9477, 9482, 9594, 9595, Item 1B38) | X | X | X |
| 163. | Sharp | Pictures from Batten's Phone (P2 – 8095, Item 1B409) | X | X | X |
| 165. | Wiethorn | Pictures from Elizabeth Soto's Phone (P2 – 7412, Item 1B431) | X | X | X |
| 167. | Wiethorn | Pictures from Ines Soto's Phone (P2 – 7413, Item 1B233) | X | X | X |
| 169. | Wiethorn | Pictures from Sanchez's Phone (P2 – 7415, Item 1B234) | X | X | X |
| 171. | Wiethorn | Pictures from Rueda's Phone (P2 – 7414, Item 1B226) | X | X | X |
| 173. | Wiethorn | Song's iCloud pictures (P7 – 1899) | X | X | X |
| 174. | Sharp | Evetts's iCloud pictures (P7 – 1897) | X | X | X |
| 176. | Killian | Report of review of Evetts's iCloud (P8 – 9355) | X | PG 1-24 | PG 1-24 |
| 177. | Thomas | SRA roster excel spreadsheet (P6 – 9188) | X | X | X |
| 178. | Wiethorn | WellsFargo ATM picture of Evetts, and p. 82 of statement account (P1 – 3934, P9 – 782, 2029) | X | PG 1-4,8-9 | PG 1-4,8-9 |

**Combined Admitted Exhibit List - Page 10**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 181. | Stout | Firearms and toolmark Pictures, Summary Chart, Reports, and qualifications (P3 – 115, P13 – 169, 517, 505, 512) | X | PG 1-3,6 | PG 1-3,6 |
| 182. | Edwards | Fingerprint examination Pictures, Reports, and Qualifications (P3 – 280, P14 – 138, 139, 145, 146, 149, 154, 155, P11 – 172, 175) | X | PG 5-14 | PG 5-14 |
| 183. | Brenneman | Explosives pictures, report and qualifications (P8 – 2234, 2239, 9027, 9645, P10 – 828) | X | PG 1-8 | PG 1-8 |
| 186. | FBI TFO Dockter | Surveillance Pictures of Sanchez carrying box to his truck (P6 – 2575, 2576) | X | X | X |
| 187. | FBI Agent Duross/ Van Horn | Actual items seized from 56th Street including Song's PA 95 5.56 | X | X | X |
| 188. | Wiethorn | EGBC X.com page | X | X | X |
| 189. | FBI Agent Termin | Actual items seized from Dove Meadow (Sanchez) | X | X | X |
| 190. | FBI Agent Chen | Actual items seized from Sanchez truck | X | X | X |
| 191. | FBI Agent Curry | Actual items seized from Denton apartment | X | X | X |
| 192. | FBI Agent Curry | Actual items seized from Sanchez's boxes found in Denton apartment | X | X | X |
| 193. | FBI Agent Curry | Actual items seized from Song's car | X | X | X |
| 194. | FBI Photo. Lang/ Boatner | Actual items seized from Cowden (Soto's residence) | X | X | X |
| 195. | FBI Tech Lang | Actual items seized from Wildflower (Evetts) | X | X | X |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 196. | FBI Agent Woodruff | Actual items seized from Evetts's car (SRA material and faraday bag) | X | X | X |
| 197. | FBI Agent Woodruff | Actual items seized from Morris's car (Hill Id's) | X | X | X |
| 198. | FBI Agent Termin | Actual items seized from Atlantic (Song/Gibson/Thomas) | X | X | X |
| 199. | JCSO Burris | Actual itmes seized from Prairieland (flag, flashlight, broken camera) | X | X | X |
| 200. | FBI Agent Page | CAST raw data | X | X | X |
| 201. | FBI Agent Page | CAST analysis | X | X | X |
| 202. | T. Moynihan | Toolmark pictures, report and Qualifications (P12 – 01, 152, 156, 170) | X | PG 1-10 | PG 1-10 |
| 203. | FBI Agent U. Avalos | Transcripts and notes of Rueda-mom jail call (P2 – 7872) | X | PG 1-8 | PG 1-8 |
| 204. | Burris | DNA Swab Envelopes | X | X | X |
| 205. | Burris | E. Soto backpack | X | X | X |
| 206. | Burris | Faraday bags found on Gibson | X | X | X |
| 208. | Officer Gilpin | Song Fingerprint Card 7/15/25 (P14 – 136) | X | X | X |

**Combined Admitted Exhibit List - Page 12**

## MARICELA RUEDA (06) ADMITTED EXHIBITS

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| MR-2b. | Law Enforcement | Transcript of Rueda Call to Sanchez Estrada GOV_P2_00007880 | X | X | X |
| MR-29e. | Law Enforcement | CS Photo Tree line GOV_P2_00000394 | X | X | X |
| MR-29g. | Law Enforcement | CS Photo Hill GOV_P2_00000396 | X | X | X |

## SANCHEZ-ESTRADA (09) ADMITTED EXHIBITS

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Wiethorn/Bennett | Rueda-Mother Call GOV_P2_00000152 | X | X | X |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5213
E-mail: Frank.Gatto@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney