We want to see so we can read

Jury Note #1

IF WE GO. WE GO ON FIRE

Emma Golden Handbook

Antifa Handbook

4.25-cr-259-P

Lenette Sharp Testimony transcript

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

MAR 1 2 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

JURY
NOTE
#2

4:25-Cr-259-P

~~Book — If We go, We go on fire~~

Transcripts of Susan Kent
Lyenette Sharp

We would like clarification on The
RIOT Charge page 10 half way
down The Term to orginize?

3-12-26  Juror 7

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy