UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                    **No. 4:25-cr-00259-P**

**CAMERON ARNOLD (01),**
A/K/A "AUTUMN HILL"

Defendants.

## ORDER

Before the Court is Defendant Cameron Arnold's, also known as Autumn Hill, Motion to make the USB drive given to the jury inadvertently containing the incorrect videos part of the record ("Motion"). *See* ECF No. 361. The Motion was made orally during jury deliberation. At that time, the Court ordered Defendant Hill to submit briefing because the Court wished to see binding case law on the matter. *See* ECF No. 361. Although no relevant binding precedent was submitted, the Court finds that the Motion should be **GRANTED.**

Before being given to the jury, the USB drive was made available for all defense teams to inspect it and ensure that only the agreed-upon redacted videos were included. Whether they decided to inspect it or not, all defense teams agreed that the USB drive was ready for the jury to view. Upon the Court discovering that unredacted videos made it back to the jury, the Court promptly brought in each juror individually and asked them whether they had viewed any video not shown during the trial. Each juror stated they had not. Nonetheless, the Court then instructed the entire jury to disregard the videos they had seen that morning pursuant to *United States v. Bryant* 490 F.2d 1372, 1378 (5th Cir. 1974) ("It is a well-settled rule in this circuit that evidence erroneously admitted may be cured in most circumstances by

withdrawing it from the jury's consideration and instructing the jury to disregard it, as was done in this case.").

Given the steps the Court took to cure the mistake according to Fifth Circuit guidance, the Court believes it need not make the original USB drive part of the record. However, in an abundance of caution, the Court will do so.

**SO ORDERED** on this **18th day of March 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE