UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                  **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

    Defendants.

## ORDER

Before the Court are three motions regarding the sentencing date in the above-captioned case: Defendants Morris, Elizabeth Soto, and Ines Soto's  Unopposed Motion for Continuance (ECF No. 371), Defendant Evetts's Unopposed Motion for Continuance and Joinder in ECF No. 371 (ECF No. 375), and Defendant Sanchez's Unopposed Motion for Continuance and Joinder in ECF No. 371 (ECF No. 389). Having considered the filings, the record, and the relevant law, the Court finds that these three motions should be and hereby are **GRANTED.**

Accordingly, sentencing for <u>all Defendants</u> in the above-captioned case is hereby **RESET** for **June 23, 2026 at 8:30 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 501 W 10th St., Fort Worth, Texas, 76102. No further continuances will be granted absent an extraordinary emergency.

Also before the Court is Defendant Rueda's Motion to Substitute Counsel, Extend Deadline for Objections to Presentence Report, and Continue Sentencing (ECF No. 406) and Defendant Evetts's Motion for Extension of Time to File Written Objections to the Presentence Investigation Report (ECF No. 407). Having considered the filings, the record, and the relevant law, the Court finds that these two motions should be and hereby are **GRANTED in part.**

Accordingly, the Court **ORDERS** that MarQuetta A. Clayton is **WITHDRAWN** from this case as counsel of record for Defendant Maricela Rueda. The Court further **ORDERS** that Sufia M. Khalid is substituted as counsel of record for Ms. Rueda.

Additionally, the Court **ORDERS** that Defendant Evetts and Defendant Rueda shall file their objections to the presentence report **on or before May 29, 2026.**

**SO ORDERED** on this **22nd day of May 2026.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE