UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                   **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

Defendants.

## ORDER

To ensure that sentencing in this matter is conducted in an orderly manner, it is hereby **ORDERED** that:

(1) The doors to the courtroom will be open at 7:30 a.m. for attorneys and staff. The doors to the courtroom for the public will be open at 8:15 a.m.

(2) Consistent with the policy of the Judicial Conference of the United States, cameras and audio recording devices of any kind may not be used in the courtroom. This will not prohibit lawyers with an active bar card from bringing in devices that are capable of audio and video recording, but they may not be used for those purposes.

(3) Photographic, video and audio recording or transmission of court proceedings are strictly prohibited. Any violation of this prohibition may result in the imposition of contempt sanctions against the violator individually, and, if attending in the capacity of an employee or agent, against the employer or principal.

(4) Persons who are authorized by the Court to have in the courtroom cellular telephones or other devices that make a sound when receiving a transmission shall insure that the audible signal is disabled.

(5) No conversations, gestures, or noises that would disrupt the proceedings are permitted, including inappropriate or vulgar conversations, gestures, or noises directed at the Court.

(6) Sketch artists preparing drawings of Court proceedings are prohibited from drawing detailed sketches of any member of the jury; however, silhouettes with no distinguishing features may be produced.

(7) Seating in the gallery will be available on a first-come, first-served basis. Seats may not be "saved" for others. Any member of the public or press who desires to view the proceedings must comply with any requests made by any Court security officer or Court staff. To limit disruptions, members of the public may not enter the courtroom once sentencings have started. For the same reasons, once a member of the courtroom leaves the courtroom during sentencing, they may not re-enter the courtroom.

(8) If a member of the public is ejected from the courtroom due to causing disruptions or disorderly conduct, that person may not re-enter the courtroom for the remainder of the day.

(9) All persons in the courtroom should wear attire appropriate for the courtroom. *See* L.R. 83.16. Graphic t-shirts, hats, shorts, costumes, lapel pins, and the like are prohibited.

(10) Food and drink are prohibited in the courtroom.

(11) Interviews inside the Eldon B. Mahon United States Courthouse are prohibited.

**SO ORDERED** on this **17th day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2