UNITED STATES OF AMERICA

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:25-CR-259-O (09) |
| | § | |
| DANIEL ROLANDO SANCHEZ ESTRADA | § | |

**NOTICE OF APPEAL**

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant DANIEL ROLANDO SANCHEZ ESTRADA, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY/s/ Christopher J. Weinbel
CHRISTOPHER J. WEINBEL
Assistant Federal Public Defender
Texas State Bar No. 241211961
819 Taylor St. Room 9A10
Fort Worth, TX 76102
Phone: (817) 978-2753
Fax: (817) 978-2757
Email: christopherweinbel@fd.org

**CERTIFICATE OF SERVICE**

I, Christopher J. Weinbel, hereby certify that on June 23, 2026, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

*/s/ Christopher J. Weinbel*
CHRISTOPHER J. Weinbel
Assistant Federal Public Defender