**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO.: 4:25-cr-00259-O** |
| | § | |
| **ZACHARY EVETTS (2)** | § | |

**NOTICE OF APPEAL**

Notice is hereby given pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, Defendant ZACHARY EVETTS, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of conviction and sentence entered in this matter on 23 June 2026. (ECF 577).

Respectfully Submitted,

*/s/ Patrick J. McLain*
Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
patrick@patrickjmclain.com

*/s/ Brian Bouffard*
Brian Bouffard
Attorney for Zachary Evetts
Texas State Bar Number: 24038527
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
brian@patrickjmclain.com

*/s/ Brad Sauer*
Brad Sauer
Attorney for Zachary Evetts
Texas State Bar Number: 24141095
900 Jackson Street, Suite 640
Dallas, Texas 75204

Telephone: (214) 416-9100
brad@patrickjmclain.com

*/s/ Niles Illich*
Niles Illich
Attorney for Zachary Evetts
Texas State Bar Number: 24069969
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: (214) 987-4100
niles.illich@palmerperlstein.com

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of this Notice of Appeal was served electronically via this Court's CM/ECF system to the Office of the United States Attorney for the Northern District of Texas on 24 June 2026.

*/s/ Patrick J. McLain*
Patrick J. McLain