IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,

v. No. 4:25-CR-259-P

BENJAMIN SONG (03),
Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Benjamin Hanil Song appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment in a Criminal Case (ECF No. 587) entered on June 23, 2026, in the above-captioned case. This includes his conviction, sentence, and all adverse rulings, orders, findings, and determinations that merge into or are reviewable from the Judgment.

Respectfully submitted,

***/s/ Tailim Song***
TAILIM SONG
State Bar No. 00792845
tsong@songwhiddon.com
8131 LBJ Fwy, Suite 770
Dallas, Texas 75251
(214) 528-8400 Telephone
(214) 528-8402 Facsimile

Phillip Hayes
3300 Oak Lawn Ave # 600
Dallas, TX 75219
214-774-0488
Fax: 214-528-6601
SBOT # 24012803
Phayes1995@hotmail.com
COUNSEL FOR DEFENDANT
BENJAMIN SONG

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, a true and correct copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court through the CM/ECF system, which will transmit notice of filing to all counsel of record.

***/s/ Tailim Song***
Tailim Song