UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                    **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

    Defendants.

## ORDER

The Court intends to unseal the voir dire transcripts in the above-captioned case. ECF Nos. 454, 457. Therefore, the Court **ORDERS** the Parties to review the transcripts and file any proposed redactions **on or before July 29, 2026 at 5:00 p.m.**

**SO ORDERED** on this **22nd day of July 2026.**


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**


_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE