UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                   **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

Defendants.

### ORDER

On July 22, 2026, the Court notified the Parties of its intent to unseal the voir dire transcripts in the above-captioned case. ECF No. 696. Having reviewed the transcripts, the Court **ORDERS** redacted transcripts to be filed.

**SO ORDERED** on this **14th day of August 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE