IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:25-CR-00259-P |
| | ) | |
| | ) | |
| vs. | ) | FORT WORTH, TEXAS |
| | ) | |
| CAMERON ARNOLD (01) | ) | |
| a/k/a Autumn Hill | ) | |
| ZACHARY EVETTS (02) | ) | |
| BENJAMIN HANIL SONG (03) | ) | |
| SAVANNA BATTEN (04) | ) | FEBRUARY 17, 2026 |
| BRADFORD MORRIS (05) | ) | |
| a/k/a Meagan Morris | ) | |
| MARICELA RUEDA (06) | ) | |
| ELIZABETH SOTO (07) | ) | |
| INES SOTO (08) | ) | |
| DANIEL ROLANDO SANCHEZ | ) | |
| ESTRADA (09) | ) | 8:50 A.M. |

VOLUME 1 OF 1
TRANSCRIPT OF VOIR DIRE (UNSEALED)
BEFORE THE HONORABLE MARK T. PITTMAN
UNITED STATES DISTRICT COURT JUDGE AND A JURY

**A P P E A R A N C E S:**

FOR THE GOVERNMENT:

SHAWN SMITH
FRANK L. GATTO
UNITED STATES DEPARTMENT OF JUSTICE
NORTHERN DISTRICT OF TEXAS
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200

FOR THE DEFENDANT:
CAMERON ARNOLD (01)
a/k/a Autumn Hill

CODY COFER
JAMES LUSTER
Cofer Luster Law Firm, PC
604 E. 4th Street
Suite 101
Fort Worth, Texas 76102
Telephone: 682.777.3336

FOR THE DEFENDANT:
ZACHARY EVETTS (02)

PATRICK J. MCLAIN
BRIAN MATTHEW BOUFFARD
BRADLEY J. SAUER
Law Office of Patrick J. McLain, PLLC
900 Jackson Street
Suite 640
Dallas, Texas 75202
Telephone: 214.416.9100

FOR THE DEFENDANT:
BENJAMIN HANIL SONG (03)

PHILLIP W. HAYES
Law Office of Phillip Hayes
3300 Oak Lawn Avenue
Suite 600
Dallas, Texas 75219
Telephone: 214.774.0488

TAILIM SONG
Song Whiddon, PLLC
8131 Lyndon B. Johnson Frwy
Suite 770
Dallas, Texas 75251
Telephone: 214.528.8400

FOR THE DEFENDANT:
SAVANNA BATTEN (04)

CHRISTOPHER LESHAWN TOLBERT
Tolbert Law, PC
325 North St. Paul Street
Suite 3100
Dallas, Texas 75201
Telephone: 512.919.2170

FOR THE DEFENDANT:
BRADFORD MORRIS (05)
a/k/a Meagan Morris

J. WARREN ST. JOHN
Law Office of J. Warren St. John
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas 76102
Telephone: 817.336.1436

DAVID MILES BRISSETTE
The Law Offices of Gill & Brissette
3663 Airport Freeway
Fort Worth, Texas 76111
Telephone: 817.554.1534

| | |
|---|---|
| FOR THE DEFENDANT:<br>MARICELA RUEDA (06) | MARQUETTA A. CLAYTON<br>The Clayton Law Firm<br>5555 Bridge Street<br>Suite 102<br>Fort Worth, Texas 76112<br>Telephone: 469.453.3183 |
| | LESA M. PAMPLIN<br>Law Office of Lesa Pamplin<br>2821 E. Lancaster Avenue<br>Fort Worth, Texas 76103<br>Telephone: 817.531.0263 |
| FOR THE DEFENDANT:<br>ELIZABETH SOTO (07) | HARMONY M. SCHUERMAN<br>Law Office of Harmony Schuerman<br>115 N. Henderson Street<br>Fort Worth, Texas 76102<br>Telephone: 817.406.8665 |
| | BLAKE RYAN BURNS<br>Burns & Davis, PLLC<br>115 N. Henderson Street<br>Fort Worth, Texas 76102<br>Telephone: 817.870.1544 |
| FOR THE DEFENDANT:<br>INES SOTO (08) | LEIGH W. DAVIS<br>Law Office of Leigh W. Davis<br>1901 Central Drive<br>Suite 730<br>Bedford, Texas 76021<br>Telephone: 817.868.9500 |
| FOR THE DEFENDANT:<br>DANIEL ROLANDO<br>SANCHEZ ESTRADA (09) | CHRISTOPHER JAMES WEINBEL<br>RACHEL MAUREEN TAFT<br>ASSISTANT FEDERAL PUBLIC DEFENDER<br>NORTHERN DISTRICT OF TEXAS<br>819 Taylor Street, Room 9A10<br>Fort Worth, Texas 76102<br>Telephone: 817.978.2753 |

COURT REPORTER: MONICA WILLENBURG GUZMAN, CSR, RPR
501 W. 10th Street, Room 310
Fort Worth, Texas 76102
Telephone: 817.850.6681
E-Mail: mguzman.csr@yahoo.com

Proceedings reported by mechanical stenography, transcript produced by computer.

**INDEX**


| | PAGE | VOL. |
|---|---|---|
| Appearances | 6 | 1 |
| Comments and Findings by the Court | 14 | 1 |
| Introduction by the Court | 20 | 1 |
| Panel Sworn | 24 | 1 |
| Voir Dire by the Court | 25 | 1 |
| Parties Introduced | 50 | 1 |
| Voir Dire Continued by the Court | 62 | 1 |
| Individual Questioning | 127 | 1 |
| Comments by the Court | 136 | 1 |
| Continued Voir Dire by the Court | 138 | 1 |
| Voir Dire by Mr. Smith | 141 | 1 |
| Voir Dire by Ms. Clayton | 178 | 1 |
| Discussion with the Court | 193 | 1 |
| Comments by the Court | 209 | 1 |
| Mistrial Declared by the Court | 211 | 1 |
| Panel Excused | 212 | 1 |
| Proceedings Adjourned | 214 | 1 |
| Reporter's Certificate | 215 | 1 |
| Word Index | 216 | 1 |

**P R O C E E D I N G S**

*(February 17, 2026, 8:50 a.m.)*

*THE COURT:* This is the case of United States of America vs. Cameron Arnold, et al. Let's begin with the United States, if you could identify yourself for the record.

*MR. SMITH:* Good morning, Your Honor.

Shawn Smith for the United States, the Government's ready. Frank Gatto and the Case Agent, Clark Wiethorn.

*THE COURT:* All right. Next, Cameron Arnold, a/k/a Autumn Hill?

*MR. COFER:* Your Honor, Cody Cofer and James Luster here for Ms. Hill and we're ready.

*THE COURT:* Okay. And attorneys for Mr. Evetts?

*MR. MCLAIN:* Good morning, Your Honor. Patrick McLain here with Brian Bouffard, and attorney Brad Sauer, and our paralegal, Lacy Crisler, is with us today.

*THE COURT:* Okay. And attorneys for Mr. Song?

*MR. HAYES:* Good morning, Your Honor. Phillip Hayes here for Mr. Song, along with Tailim Song.

*THE COURT:* Okay. Thank you.

Ms. Batten?

*MR. TOLBERT:* Good morning, Your Honor. Attorney Chris Tolbert for Ms. Batten.

*THE COURT:* Thank you, sir.

And for Bradford Morris, a/k/a Meagan Morris?

*MR. ST. JOHN:* Most respectfully, Warren St. John and Miles Brissette for Meagan Morris, Your Honor.

*THE COURT:* Okay. And Maricela Rueda?

*MS. CLAYTON:* Good morning, Your Honor. MarQuetta Clayton and Lesa Pamplin for Maricela Rueda.

*THE COURT:* Thank you, Ms. Clayton.

Well, you're over there in the corner.

*MS. CLAYTON:* Yes.

*THE COURT:* I need a football to throw to you --

*MS. CLAYTON:* I'll catch it.

*THE COURT:* -- so we can throw it back and forth.

All right. For Ms. Soto, do I have?

*MS. SCHUERMAN:* Your Honor, Harmony Schuerman and Blake Burns.

*THE COURT:* All right. And then --

*MR. DAVIS:* Ines Soto, Your Honor.

*THE COURT:* I'm sorry, I'm going down my list.

How are you?

*MR. DAVIS:* Good, Judge. Good to see you. Leigh Davis for Mr. Soto.

*THE COURT:* Good to see you, Mr. Davis.

And then I see my public defender for Mr. Estrada. Mr. Weinbel, if you would introduce yourself and your co-counsel there.

*MR. WEINBEL:* Thank you, Judge.

Christopher Weinbel and Rachel Taft for Mr. Sanchez.

*THE COURT:* Okay. Let's do the easy part first. As I've jokingly said in this case, it is like the ole Johnny Cash song, you have to take care of it one piece at a time until you muddle your way through it.

This is not the first case with this many defendants to be tried here in the Fort Worth Division. Judge McBryde, when he was on the bench, tried several with more than 15 to 20 defendants. And Judge Means told me when he was pretty new to the bench he tried a case with 22 defendants in this case.

So I've had a lot of good precedent that I've been able to go and look back on as to how we accommodate this, and we will do our best. I do apologize for the tight circumstances. If I could waive a wand and I could move us all to the Tarrant County Convention Center I would, but, obviously, I can't.

Before we go any farther, though, I'd like for all of my witnesses to step forward. If you could come to that first row behind the gallery -- or come up to the first row in the gallery of the courtroom -- or y'all could have stayed there, I'm sorry.

So any witness that I have, we're just going to go down the line and we're going to get your names.

*THE WITNESS:* Your Honor, my name is Justin Killian.

*THE COURT:* Wait. Wait just a second. Let's let

everybody get in line.

*MR. SMITH:* Your Honor, if I may, I can go down the witness list.

*THE COURT:* I think that would be good. Why don't we do that.

All right. So before we go any farther, I'm assuming everyone wants the Rule to be invoked. Is there any objection to invoking the Rule? *(No response)* All right. The Court sees no objections.

Given the number of law enforcement witnesses, I did think it was best to go ahead and invoke the Rule, just because we won't even have the space when the trial gets started to do this.

Ladies and gentlemen, you-all are experienced law enforcement officers, I'm sure you've heard this a hundred times, but I need to admonish you. The "Rule" has been invoked. There's nothing magic about saying the Rule.

That's just a term, as you know, that lawyers use when we are excluding witnesses. And we all know why witnesses are excluded during the trial, we wouldn't want a certain officer to give testimony as to a certain matter, and then another officer get up, after he's listened to that officer's testimony, and basically have his opinion or his knowledge of the facts shaded by what somebody else said.

So the point of the Rule is that I can go ahead and

swear you-all in, and you can be excused from the courtroom until it's your time to come and testify. And that's a rule that I strictly enforce. And I trust each and every one of you will help me enforce it. So there will be no coming inside of the courtroom at any time until you're called to be a witness and then you're released, all right?

And certainly, once you get up and start testifying, if we do take a break you're not allowed to talk with anyone else, other than the attorneys, about your testimony. Because we want to make sure your testimony is your own and not somebody else's.

It would be the same if my wife and I got into a car accident and I sat out in the car -- sat out in the courtroom and listened to her testimony, there would be a good chance that my testimony would be shaded based on what my wife said. And you-all don't know my wife, but I can assure you, if I gave testimony different from what she did, and she knew about it, I would be in trouble.

*(Laughter)*

So let's keep that in mind. And what we'll do, at this time we'll go down the row -- or Mr. Smith, I think, is going to read the names of the witnesses we have in the courtroom, and then I'll give you the oath.

*MR. SMITH:* Yes, Your Honor.

As far as the Rule, the Government would request

that the case agent and the Government's expert, Mr. Shideler, be excluded from that rule, Your Honor.

*THE COURT:* I'm assuming there's no objection to that? Anyone have an objection, please stand.

*MR. SMITH:* We actually have several experts, so any of those -- we have, I think, six identified, Your Honor, so those experts also.

*THE COURT:* And that would be the same thing for defense attorneys?

*MR. SMITH:* Yes, Your Honor.

*THE COURT:* Okay. I have no problem with case agents or experts from any party observing the testimony, they're excluded from the Rule.

*MR. SMITH:* Okay. For the record, I'm going to read down the Government's witness list in order, so just raise your hand and identify that you're here.

Special Agent Wiethorn?

*AGENT WIETHORN:* I'm here, Your Honor.

*THE COURT:* All right. Thank you.

*MR. SMITH:* Lieutenant Gross? I see his hand.

Ms. Harp? *(Hand raised)* I see her hand.

Mr. Reedy? *(Hand raised)* I see his hand.

Ms. Gonzales? *(No response)*

Ms. -- now we're down to Number 7, Johnson County Sheriff's Office Corporal Graham. *(Hand raised)* I see his

hand.

Deputy Rouyre? *(Hand raised)* I see his hand.

Number 8, Detective Reilly? I see his hand.

Ms. Burris? I see her hand.

Officer Parsons? I see his hand.

Officer Jackson? I see his hand.

Sergeant Smith? He's present.

Officer Zapata? He's present.

Number 15, Officer Solis? She's present.

Officer Mello? He's present.

Officer Bell? He's present.

Officer Marshall? He's present.

Lieutenant Yates? He's present.

Detective Spurlock? Present.

Number 21, Ranger Williamson? Present.

Ranger Helton? Present.

Ranger Hill? Present.

Sergeant McDonald? Present.

FBI Agent Woodruff? Present.

Agent Eldred? Present.

Brandt -- Officer Brandt? Present.

Agent Duross? Present.

Agent Van Horn? Present.

Agent Imming? Present.

Agent Termin? Present.

Agent Dockter? Present.

Agent Chen? *(No response)*

She's in Oklahoma City, but she'll be here for trial, Judge.

*THE COURT:* All right. Just remind me when she comes up, if I haven't sworn her in. I'll trust you'll remind me.

*MR. SMITH:* Yes, Your Honor.

Agent Curry? Present.

Agent Ford? *(No response)*

Officer Snyder? Present.

Agent Boatner? Present.

FBI Tech Lang? *(No response)*

She'll be here later. She's out of town also, Your Honor, Number 41.

Agent Killian? Present.

Mr. Provo? Present.

And Mr. Bergami? Present.

Agent McGuire? Present.

Agent Page? *(No response)*

That's the expert, so he'll be later.

Brenneman -- Agent Brenneman, Number 58? Present.

Agent Bennett, 61? Present.

And Agent Avalos? Present.

And Officer Gilpin? Present.

*THE COURT:* All right. Thank you, Mr. Smith.

If you-all, at this time, raise your right hands.

*(Witnesses sworn)*

*THE COURT:* Was there anyone who couldn't give that oath? *(No response)* All right. I see no hands.

Thank you. You'll be notified when it's time to give your testimony. I wish we had room to accommodate you here in the courthouse, unfortunately we have a building that was built in 1935, and we are already short on space, even during normal times.

But when it's your time to testify, I do expect you-all to be out in the hallway and ready to go. This is already going to be a very, very long trial.

I've been a Judge now for 12 years, this is about double the longest trial I've ever had. So be ready to rock and roll when it's your time.

Do y'all have that? Do you understand?

*(Witnesses affirmatively acknowledge)*

*THE COURT:* All right. Thank you all.

Be sure you police everyone, don't let anybody in the courtroom that's a witness, okay?

There are a couple of things I would like to discuss before we get the jury. There was a motion that was filed around 11:00 yesterday from Mr. McLain asking for additional time for opening and closing statements.

I'd like to point out a couple of things. Number one, I'm trying to be cognizant, not only of the rights of each and every defendant and the United States, but also trying to consider the jury's time.

You know the latest studies show that the average human being has an attention span of about eight seconds. That's about a second less than a goldfish. So I would ask everyone to be cognizant of the 15 members of this jury and their time. They have things to do that is equally important to their lives as this trial is in your life.

It helps to be succinct, keep your arguments to the evidence. Grandstanding will not be tolerated, nor will asking a witness multiple questions on the same subject. I want to give everyone the fairest trial possible, but it's incumbent on me that it be done in an efficient manner.

That being said, having reconsidered the motion that Mr. McLain filed, I will continue to hold it in abeyance as to what we're going to do on closing. I don't think that a four-hour closing is going to be something that is beneficial to the jury.

However, on opening, I'll be honest, when I allotted the amount of time for the opening, I had hoped that you-all had agreed amongst yourselves on who would carry the bulk of the weight. Given Mr. McLain's motion, I'm assuming nobody could agree on how to split up the time.

Therefore, out of abundance of caution, in order to make sure that everyone is heard for an equal amount of time, I will allow the defendants 10 minutes apiece, for a total of 90 minutes for their opening. So if y'all are going to break it up evenly, that should give you an extra 3 minutes.

I know some of you are not used to how things are done here in Fort Worth, but we do have an extremely busy docket. I've said this to you-all before, we do run about three times the filings and numbers of the Dallas Division. That's not to harp or complain, we just don't have the luxury to give you the time that everyone asks for. And that's not because we're mean or harsh, it's just a reality.

Same thing goes for complaints that I have heard about our courthouse, and even complaints that the Judge is somehow trying to close these proceedings. I think any of my practitioners here in Fort Worth would know that that is nothing but the case.

I purposefully moved this trial to this, our largest courtroom, it seats about 95, but, again, we're limited. We don't quite have the budget that some of these other big divisions, like, perhaps, the Southern District of New York, have. But as Abraham Lincoln once said, You have to use the tools that are in your toolbox. And if Judge Means can try a 22-person case, we can try a nine-person case.

I do expect a very packed courtroom, that is why I

had to institute certain rules of behavior. These aren't anything new, most of these were taken by an order that Judge Lynn issued in Dallas in another larger case.

In order to avoid distractions, family members, the public, and members of the press need to be in the courtroom gallery. Seats on a first-come, first-served basis. They need to be in before trial goes on the record.

If anybody needs to step out, unfortunately, to avoid distractions for everyone, and mostly including the jury, those folks will not be able to return to the courtroom until after the break or on the break. I don't believe we can do this any other way. And that's simply to avoid distractions, and again, to give everyone the fairest trial possible.

And it's not like this courtroom has not seen some very high-profile trials. Indeed, back in 1948, there was a proceeding in front of Judge Davidson in here. And we had four governors, a speaker of the house, a congressman that was soon to be senator and then went on to the president of the United States, as well as vice president. And I can assure you back then it was just as packed and just as high profile. If that could be done in 1948, I can assure you it can be done in 2026.

However, when it comes to voir dire, I need to make some specific findings. I was able to do this because Judge

O'Connor had a trial today that ended up settling at the last minute. I was unsure if I would be able to provide simulcast of the jury selection in this case. Fortunately, for members of the public, that case settled.

I will be able to provide simulcast viewing of the voir dire on our fourth floor courtroom. Seating up there is also limited. I think there are about 40 seats in the gallery. But I've made every reasonable effort that I can make to accommodate public attendance, both at the voir dire and at the trial.

And again, that includes relocating these proceedings to this courtroom, which I'll add I'm not used to. And it presents some problems for me and my staff. But in order to promote fairness and public viewing, I moved it here.

Despite all of this, this courtroom and the physical capacity here remains insufficient to accommodate all members of the public who might wish to view the voir dire proceedings, and that also includes the parties, counsel, court staff, as well as the panel itself.

Due to these ongoing space limitations, it's not feasible to allow members of the public to be safely present in the courtroom during the voir dire without compromising the safety, comfort, and orderly conduct of the proceedings. Nevertheless, to ensure continued public access, I have arranged for a live contemporaneous simulcast in the fourth

floor courtroom, and that is going to be open to the public. I believe those this morning have access, as everything that I put on the record this morning should be broadcast up there.

You should know that the microphones in front of you, unless they're turned off, I'm assuming can be picked up on the fourth floor. So if you have some attorney-client things that you'd like to talk about, be sure your microphone is turned off.

Because the simulcast courtroom will provide audio and visual access to the voir dire proceedings, thereby preserving the essential elements of public observation and transparency, I find that this arrangement is narrowly tailored to address the specific space concerns present in this case, and it's the least restrictive means available to balance the defendants' right to public trial with the practical limitations of the courthouse facilities.

I am going to stand in recess for a few minutes while we get the jury in here. And you-all should be ready to go. I anticipate it's going to take most of the morning, maybe into the afternoon.

All right. We'll stand in recess.

*(Short recess taken)*

*(Panel enters courtroom)*

*THE COURT:* Good morning everyone. I know we're getting a little late start this morning, but thank you for

being here on time. It's my fault that we're late, so I do apologize. Sometimes it just takes a lot of coordination to get this going.

I know that it's a tight fit out there. Just bear with us, we will try to get through this as quickly as possible. If you need to take breaks, we'll take breaks as well.

This should be simulcast up on our fourth floor. If not, we'll get some confirmation of that, but it should be ready to go.

Ladies and gentlemen, this is the trial of United States of America vs. Cameron Arnold, a/k/a Autumn Hill, Zachary Evetts, Benjamin Hanil Song, Savanna Batten, Bradford Morris, a/k/a Meagan Morris, Maricela Rueda, Elizabeth Soto, Ines Soto, and finally, Daniel Rolando Sanchez Estrada, it's Criminal Action Number 4:25-CR-259-P.

Thank you all for being here this morning. Welcome to the United States District Court for the Northern District of Texas. You'll have to have some patience with me this morning, this is not my usual courtroom. Nonetheless, we're happy to have you here today.

This courthouse has been the venue of many famous trials, including one back in 1948. If you guys are interested in your American and Texas history, there's an entire book written about it by an author named Robert Caro.

But it was a fight between Governor Coke Stevenson and then Congressman Lyndon Johnson over the 1948 senatorial election. That case had present here in the courtroom a speaker of the house, four governors, and a soon-to-be United States senator, vice president, and then president of the United States.

So I tell you this, not to give you an old history lesson, but to tell you it's a very important place. And just as it was important what happened back in 1948, obviously, out of that case Lyndon Johnson ended up going to the Senate and later became vice president and president, affected every single one of us as Americans, what we do here in this courtroom is important. So I would ask everyone to please be patient, given the tight circumstances.

Another famous trial took place here back in the 1980s, for you-all that are as old as me, you may remember a big Delta airlines crash that happened out at DFW, I can't remember the flight number. But I remember I was in elementary school and I remember watching the coverage on television. And the trial out of that plane accident took place here in the courtroom.

It was tried by this guy over here, the late David Belew. That trial went on for three years. I can assure you, this one won't. Can you imagine that, getting picked to serve on a jury for three years? That would be pretty tough. I can assure you, this won't be the case.

But again, welcome all to the Northern District of Texas. I want to thank you for your sacrifice. One of my biggest pet peeves, in the almost 12 years I've been a judge on three different courts, is people that make fun of jury service. That's okay to joke about things, but this is a very serious, serious matter.

If you don't believe me, let me tell you a few quotes. One of my favorite American heros is a guy named Frederick Douglass, he was a great Civil Rights leader. And he said, Here in the United States we have three boxes in which we can make sure that our liberty and freedom are protected; we have the ballot box, the cartridge box, and over here, the jury box. And without those three boxes, we lose our freedom and liberty.

We are the oldest democratic republic in the entire world that functions like it does currently. Our Constitution and our form of government has been copied time and time again. One of the key aspects of that is the right to trial by jury. But that also includes jurors being willing to serve.

There's a reason why when Thomas Jefferson was asked towards the end of his life, Mr. President, would you rather give up the right to vote or the right to trial by jury? He said he would give up the right to vote. Why is that, Mr. President? He said, Because serving on a jury and being

judged by a jury are really the only times where we have citizens directly interacting with the Government.

Thank the Lord that we don't have unelected men and women like me, in a black robe, who have jobs for life, making these decisions. That's the type of thing they do in totalitarian countries. Here, it's up to you. And the only way we can do that is to have folks like you that are willing to show up.

You know, we don't have a draft in this country anymore, where you're forced to go and serve your country. This is pretty much the only thing that we have here in the United States where you can be forced into public service, so to speak. But it's every bit as important as picking up a rifle and going and defending the United States and protecting our freedoms. So I don't like to hear people joking about jury service, I do take it very serious.

John Adams said that the right to vote and the right to trial by jury are the heart and lungs of liberty. He said that over 250 years ago; that's still true. So I hope you keep that in mind as we ask you some questions this morning.

Ladies and gentlemen, what we're about to begin is called the voir dire, or voir dire as we say it in Texas, stage of trial. That's just a fancy way of saying jury selection. This is the way we pick the jury that's ultimately going to serve, okay?

Because we have to ask you some questions, though, I'll need everyone to please rise and raise your right hand, I'm going to give you an oath.

*(Panel sworn)*

*THE COURT:* Was there anyone who couldn't give the oath? *(No response)* All right. Please be seated.

What we will be doing this morning is asking you-all several questions. And at the conclusion of the question period for the lawyers -- or after I conclude my questioning, the lawyers for the Government and each one of the defendants will have a chance to ask you some questions as well. And then we'll all get together and we'll visit, and some of you will be stricken, some of you will serve on the jury; but we'll do that after the questions.

One thing that I need to tell you that's very, very important, and listen closely, everybody needs to know their juror number, okay? I want you to look down at your tag right now and make sure you know it. So, when I ask you questions or the lawyers ask you questions, I would ask that if it applies to you to raise your hands. And I'm going to be going from left to the right, divided into fours.

And when you're called upon, I'll need you to stand, Officer Farino will be bringing around a microphone, looks like Officer Wilson is going to have a microphone to my right, and when you do stand, identify yourself by your juror number.

Does everybody understand that? *(Heads nod)* Numbers only. Got it? *(Heads nod)*

All right. Question Number 1, Can everybody hear me? These old courtrooms -- I think they had better hearing back in 1935.

*(Laughter)*

Okay. All right. What you've all been waiting for -- and as I said, this is not going to last three years like Judge Belew's case, but it is going to be a very lengthy trial, okay?

I estimate that the presentation of the merits of this case will last at least two and a half weeks, maybe up to three weeks. I know that's a long time. But we have a lot of defendants. We want to do what we can to make sure that everyone gets a fair and impartial trial and the best trial that we can give them under the Constitution. And I know that's a long time.

So if we say it takes two to three weeks for the merits to be presented, then you're released, if you serve on the jury, to begin your deliberations, and you'll have to stay here until your deliberations are complete. But I would think a very good guess, based on the time limitations that I have placed on the parties to the case, that we should be finished in between two and a half to three weeks, including the deliberations.

Now, I want to preface my next question by saying there are very, very few reasons, legally, that I can let you out of jury service. And ladies and gentlemen, I am not saying this is a threat at all, and I don't mean it as a threat. But if I do find that you're giving answers just to get out of jury service, I've been doing this for a long time, you're more than likely just going to be put in the wheel again and have to come back. So it's best to give honest answers.

And again, this is not as a threat, I've just seen a lot in the time I've been doing this. I know that this is a tough sacrifice, okay? You took an oath to tell the truth, remember that. Remember how important this is.

With that in mind, Is there anyone who would suffer an undue hardship or has a special problem for serving on a jury for that length of time? I want you to raise your hand, I'll begin with the fourth of the jury here to my right, Officer Farino.

So over here, Do any of you have a problem serving for two and a half to three weeks? I'll go ahead and say three weeks. Raise your hand. *(Hand raised)*

All right. Ma'am, please identify yourself.

*PROSPECTIVE JUROR:* Juror Number 1. I've got a bulged disk in my lower back and --

*THE COURT:* Let me just stop you.

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Are you able to stand while I say this, or if you prefer to be seated you can.

*PROSPECTIVE JUROR:* I'm fine.

*THE COURT:* I was going to ask this question as well. Back in 1935, I think people were much more able to go up and down stairs than we are now. So when they designed this courthouse, we didn't have a thing called the Americans with Disabilities Act.

You have to go -- this is why I don't like using Judge O'Connor's courtroom, I miss my courtroom, but anyway, as an aside, the jury room, you have to go up a flight of stairs to the third floor to get to the jury room. And again, the staircase was made in 1935, so it's not as wide and it's more steep than some of you may be used to.

And I'll be asking you a question on that in a moment, and your ability to climb up stairs. But since we have Juror Number 1 -- ma'am, I'm assuming with your bulging disk it's hard for you to go up and down stairs?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* And you don't think you'd be able to serve for two and a half to three weeks based on that disability?

*PROSPECTIVE JUROR:* Correct, sir.

*THE COURT:* Okay. Thank you.

*PROSPECTIVE JUROR:* Thank you.

*THE COURT:* Anyone else in this group to my far left have any issues serving three weeks? *(Hand raised)*

Officer Wilson is going to come to my second area over here. Ma'am, if you tell us your juror number.

*PROSPECTIVE JUROR:* Number 40.

*THE COURT:* Number 40. Okay. Why don't you tell us what you have that's an impossible conflict for serving for that amount of time.

*PROSPECTIVE JUROR:* Basically, I'm pretty much, most of the time, the sole caregiver of my -- I mean, she's mentally incompetent sometimes, and mentally unstable, my daughter. And so I even had to cancel my trip two weeks ago because she had an episode that I wasn't able to go. And so it -- it makes it very hard for me to find anyone who can take care of my house, and my animals, and her when I'm not there; or my husband, because my husband travels for his work.

*THE COURT:* So neither you or your husband would be able to provide care? Who is taking care of her today, ma'am?

*PROSPECTIVE JUROR:* My husband.

*THE COURT:* All right. Thank you, ma'am.

Anybody else in this group? *(Hands raised)*

I see three more. Joe, why don't we go over the one near you, and then Officer Wilson will ask the other two.

Yes, ma'am?

*PROSPECTIVE JUROR:* Good morning.

*THE COURT:* Juror Number 19.

*PROSPECTIVE JUROR:* Juror Number 19.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* My question is temporary, and it would only be impacted if I were selected.

*THE COURT:* Well, that's something we need to know about. So, what do you have going on?

*PROSPECTIVE JUROR:* I have a job interview tomorrow.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* It was scheduled for today, but they allowed me to reschedule it to tomorrow, and they're just waiting to see what happens today.

*THE COURT:* Okay. Thank you. Thank you, ma'am.

I know this seems like a long time and a lot of questions. I had to serve on a state jury about two months ago, and they had over 90 people packed into a little courtroom and it took all day just to do this part. We also pay better. We pay 50 bucks a day, down at the state they just pay you 20, and we give you a lunch and parking. So, they're cheapies down there at Tarrant County.

*(Laughter)*

Juror Number 7?

*PROSPECTIVE JUROR:* Juror Number 7.

I'm the primary caretaker for my one year old and

three year old, and don't have alternative options.

*THE COURT:* Do you stay at home with the babies?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* All right. Thank you.

Thomas, I see a gentleman with his hand up. Looks like maybe 37.

Yes, sir?

Oh, I'm sorry. Go ahead Juror Number 21.

*PROSPECTIVE JUROR:* Juror Number 21. I'm mostly a stay-at-home mom for my five children, ages from 3 to 11. Though my husband does work for himself, I also homeschool one of them, so it would be hard for him to do both taking care of them, homeschooling, if I were to be away for three weeks.

*THE COURT:* Who is keeping them today, ma'am?

*PROSPECTIVE JUROR:* He is.

*THE COURT:* Okay. But you say he also works, and then is trying to finagle the five children and homeschool them?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. Thank you.

All right. I believe maybe that -- let's go to Number 17. Yes, sir?

*PROSPECTIVE JUROR:* Juror Number 17. I'm scheduled to take a cruise beginning Saturday for seven days.

*THE COURT:* Okay. That's very helpful. Thank you.

Anyone else on the section to my left?
*(Hand raised)*
Gentleman on the back row. What's your juror number?
*PROSPECTIVE JUROR:* 66.
*THE COURT:* Okay.
*PROSPECTIVE JUROR:* My wife is unemployed, and I work for myself, so I'm currently the only one working.
*THE COURT:* What type of job do you do?
*PROSPECTIVE JUROR:* I'm a landscaper.
*THE COURT:* Do you get paid hourly?
*PROSPECTIVE JUROR:* Really by the service.
*THE COURT:* Okay. All right. Thank you.
All right. Anybody else on the section to my left?
*(No response)*
I'll go with this section. The officers will be coming over. Let's start with this middle section to my right here. *(Hands raised)*
We'll get to you, be patient.
*PROSPECTIVE JUROR:* Juror Number 44. I have a funeral to go to tomorrow afternoon, my stepmom of 49 years.
*THE COURT:* Okay. Thank you.
Yes, ma'am?
I'm sorry, I have a hard time seeing that far back. Tell us your juror number. 74?

*PROSPECTIVE JUROR:* Juror 72.

*THE COURT:* 72, okay.

*PROSPECTIVE JUROR:* I had two major surgeries last year and the -- what's been drummed into my head is that the recovery time is a year, which is the end of April. And I'm still having stamina issues, and three weeks is going to be tough.

*THE COURT:* Okay. And let me preface this, I should have said it earlier, but if there's something that's so private that you don't want to share it in front of 75 of your fellow jurors and 25-plus attorneys, just tell me when we call on you and we'll take it up. We'll take it up in private, okay?

I never would want anybody to tell me anything they're not supposed to tell me, or feel uncomfortable telling me, such as their health condition or that sort of thing. We can always take care of that outside the presence of everybody else.

Anybody else have any issues serving three weeks?

*PROSPECTIVE JUROR:* Juror 64.

*THE COURT:* Yes, sir?

*PROSPECTIVE JUROR:* My father suffers from dementia, he's diagnosed with Alzheimer's. I'm the only source of income for his -- all his care and medicine.

*THE COURT:* So if you have to serve, would you

continue getting paid? What type of job do you --

*PROSPECTIVE JUROR:* I'm a over-the-road truck driver.

*THE COURT:* So you don't get paid unless you're working?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* All right. Thank you, sir.

Yes, ma'am?

*PROSPECTIVE JUROR:* Juror Number 26. I am a speech therapist in one of the school districts. I have a case load of around 50-something kids. And by law I am -- I do have to serve them minutes every week; therefore, I would get behind. Every time I'm absent, I am responsible for essentially making up those minutes. So I would get far behind, in terms of their therapy and also reports. And I'm the only speech therapist there.

*THE COURT:* There's not an ability to get a substitute while you're gone?

*PROSPECTIVE JUROR:* I can ask, but usually -- I mean, we are very short-staffed. And I am the only speech therapist at that campus currently.

*THE COURT:* I understand. And it's -- I'll preface this by saying, it's always an inconvenience to do this. And unfortunately, for better or worse, we all get behind; that includes the Court, too. But I appreciate it. Thank you.

You're a salaried employee; is that correct?

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* Juror Number 26, are you a salaried employee?

*PROSPECTIVE JUROR:* Yes. I'm salary based, yes.

*THE COURT:* Thank you, ma'am. I appreciate your candor.

Anybody else in this section to my far right?

*(Hand raised)*

I see a gentleman there on the second row.

*PROSPECTIVE JUROR:* Juror Number 29.

*THE COURT:* Yes, sir?

*PROSPECTIVE JUROR:* I'm not too sure about the dates, but if the -- depending when the trial starts, I have a wedding to go to, my son is in Brazil. So I don't know if it's going to conflict with that or not.

*THE COURT:* Well, what day is your son's wedding?

*PROSPECTIVE JUROR:* I believe it's the 20th.

*THE COURT:* Of March or February?

*PROSPECTIVE JUROR:* It's March, I believe. I'm not sure.

*THE COURT:* Okay. We'll be done before then.

*PROSPECTIVE JUROR:* Yes, sir. Awesome.

*THE COURT:* Thank you.

*PROSPECTIVE JUROR:* Thank you.

*THE COURT:* Anybody else to the area to my right? *(Hand raised)* The gentleman there on the back.

*PROSPECTIVE JUROR:* Juror Number 73.

*THE COURT:* Go ahead, sir.

*PROSPECTIVE JUROR:* My grandma has a mobility and walking issue which requires her to go to doctor's appointment. She can't drive, but I have to take her to the doctor's appointment this week or next week.

*THE COURT:* Are you the only one in your family that can do this?

*PROSPECTIVE JUROR:* I have work and my dad has work. My mom, she can, but she doesn't drive.

*THE COURT:* Okay. Anybody else before I go into my next question? *(No response)*

Now, obviously, we're going to have alternates, if you do get picked on the jury and you have an emergency, we'll take that into consideration.

But I will preface this by saying, once you get on the jury it's very, very hard to get out of it. So it's a question I used to ask down at the state, I guess I'll ask it here. Does anybody over the next three weeks have like a serious medical issue for you or a close family member? In other words, if you're scheduled to have open heart surgery next week, it's probably not a good idea for you to serve on the jury. Anybody have any issues like that? *(No response)*

Okay. It came up with Juror Number 1. Again, let me go back to this, that we do have a very old courthouse. This is going to require, if you're one of the 15 folks that serve on our jury, you're going to have to climb pretty steep staircase each time we take a break to get to the jury room.

I'd like to begin with the area on my far left, as we did with the previous questioning and go over. Does anybody have a physical disability that would prevent you from climbing up stairs? Other than Juror Number 1, ma'am, we've already got your response.

Anybody else to my left, can't climb a flight of stairs or has issues? *(No response)*

Okay. Second group, any of you-all? *(No response)* Okay. Thank you. I see no hands.

First group to my right, Any of you-all have any physical disabilities that make it hard to go up and down stairs? *(No response)*

Finally, my far right. Anybody? Raise your hand. *(No response)*

Okay. Thank you.

I think that I probably covered this, but I'm just trying to make sure. As I said, if you get on the jury it's awful hard to get off. That doesn't mean that, again, that you're going to get off or out of jury service, but I need to ask you these questions just so we have and can ensure that

everyone has the most fair and impartial jury that we can get. I don't want you to be overly distracted or in a situation where you can't take care of a family member.

But does anyone here have an illness in your family or a business problem, or another personal concern that might make it difficult for you to be attentive to the evidence?

In other words, we've had jurors in the past that had a family member that was on hospice care, or their business would go under if they had to serve on the jury. Now, several of you already identified based on your jobs you don't get paid if you don't work, we'll take that into consideration.

Anybody over here? I think you probably have already answered this question, but just to make it abundantly clear. To my left? *(No response)*

All right. This section? *(No response)*

First one to my right, anybody? *(No response)*

Finally to my far right? *(No response)*

Okay. Very old courtroom, hard to hear. Anybody have any issues with hearing that would make it difficult to pay attention to the evidence, raise your hand. *(No response)* Everybody can hear me fine?

Joe, did we have a hand go up? Number 50?

*PROSPECTIVE JUROR:* I do have Meniere's disease on my left ear, so I don't hear as well. So I am having a little

bit of difficulty. I can hear you, but not always discern everything you're saying.

*THE COURT:* Okay. I tend -- at least my wife says I mumble.

*PROSPECTIVE JUROR:* Maybe positioning would be different.

*THE COURT:* All right. Do you think maybe if you were up here in the box you might have an easier time hearing, ma'am?

*PROSPECTIVE JUROR:* 52.

*THE COURT:* Just a second. One second, please.

Number 50, do you think if you were in the box up here, closer to the witness, you'd have an easier time hearing?

*PROSPECTIVE JUROR:* Yes. Probably.

*THE COURT:* Okay. Thank you.

Number 52, do you have a hearing issue?

*PROSPECTIVE JUROR:* I don't really have a hearing issue that I'm aware of, but I am having difficulty hearing everything you're saying.

*THE COURT:* Yeah. It's very hard in this --

*PROSPECTIVE JUROR:* I think if I got closer I could hear better.

*THE COURT:* Okay. Thank you for letting us know. I'll try to speak into the microphone.

Is that better? *(Nods head)* You kind of have to eat the microphone here.

*(Laughter)*

All right. I told you I'm used to my old courtroom. These floors are beautiful, but up in my courtroom we have carpet, which makes it less echoey.

All right. Joe, do we have anybody else there in that section to my left? Hearing issues, we'll stick to hearing right now. Anybody else, hearing issue?

*(No response)*

Okay. What about eyesight? Anybody have any eyesight problems? There's going to be a lot of visual evidence, I'm assuming, that will be presented here. Each one of these seats has a monitor in front of them that will show visible evidence. Anybody have any eyesight issues that would prevent them from seeing the evidence presented on the screen?

*(Hand raised)*

Okay. I see one hand. Juror Number 28, you have an eyesight problem?

*PROSPECTIVE JUROR:* Yes. I can't see from far.

*THE COURT:* You can't see from far?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* So you're having trouble seeing me.

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* What about five feet away; is that an

issue?

*PROSPECTIVE JUROR:* Five feet, no.

*THE COURT:* What about ten feet?

*PROSPECTIVE JUROR:* Ten feet, yes. I have my glasses in the car.

*THE COURT:* Well, I bet we can get your glasses to you. If you had your glasses, would you have any issues?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Thank you, ma'am.

Anyone else? *(No response)* Nope? *(No response)*

All right. At this time, we'll get into more case-specific questions. Ladies and gentlemen, this is a criminal trial, the defendants in this case have been charged in what is called an indictment. You'll hear more about this later, and the attorneys will also have an opportunity to talk to you about the charges.

In this case, all defendants have entered a plea of not guilty to the charges contained in the live indictment. The denial of the charges by virtue of their not guilty plea raises fact issues that have to be tried by the jury; therefore, the defendants will be tried in this court by the jury that is selected today.

And after I finish asking you-all some questions, the attorneys for each side will have an opportunity to ask you a few questions. After that, each side will exercise

strikes that they are allotted to exclude certain members of the panel so that we end up with 15 jurors who will ultimately remain and hear the evidence in the case.

Because this is a criminal trial, though, I want to talk to you about some things that are unique legal matters in criminal cases. Criminal cases are initiated by bringing a charge against the defendant. That means in this case a grand jury returned an indictment against the defendants.

An indictment is very similar to a complaint or a petition filed in a civil case, if you-all ever served on a civil jury. But all it is, it's simply a way to apprise the defendants of the nature and extent of the charges against them and the means by which the case reaches the Court.

You must know that an indictment in a criminal case is not evidence. The jury will be instructed that an indictment is not evidence of guilt against the defendants and must not be considered as evidence by the jury for any reason whatsoever.

So is there anyone here who cannot follow that instruction; that is, you cannot follow the instruction that you are not to consider the indictment for any purpose should you be selected to serve on the jury? Can everybody follow that instruction? *(No response)* Okay. I see no hands.

Next, ladies and gentlemen, under the law every defendant who is accused of a crime is presumed to be

innocent, until a jury unanimously agrees to the contrary beyond a reasonable doubt.

A defendant is presumed to be innocent until his guilt has been established to the satisfaction of the jury by legal and competent evidence beyond a reasonable doubt. Therefore, each and every defendant in this case, as with every defendant in any case, begins the trial with a clean slate. They're presumed innocent unless the Government has discharged its burden of proving the guilt of the defendants to each juror by competent legal evidence beyond a reasonable doubt.

So, at the conclusion of the evidence, if there is any reasonable doubt in the minds of the jury as to each defendant's guilt or innocence, and that's to be considered for each defendant by themselves, not as a group, then the jury must resolve that doubt in favor of that defendant and reach a verdict of not guilty.

In other words, you cannot say just because a defendant has been charged, they must, therefore, be guilty. That would be contrary to the presumption of innocence, which is a foundation of our legal system. It's a fundamental principle on which the country was founded, and it's a basic constitutional right that each and every one of us have.

So is there anyone here who cannot afford the jurors or give their -- I'm sorry -- afford the defendants or give

the defendants their constitutional right to be presumed innocent, unless the Government introduces evidence that, if believed, beyond a reasonable doubt, would overcome that presumption? *(No response)* Okay. I see no hands.

Ladies and gentlemen, at this time I want to talk about the phrase, reasonable doubt. Please listen closely. In a criminal case, reasonable doubt is the burden of proof and it is on the Government at all times. The Government has the burden to prove each defendant guilty beyond a reasonable doubt.

The Government must prove each and every element of the crime charged beyond a reasonable doubt. A defendant does not have to prove himself or herself innocent of anything. In fact, a defendant has no obligation whatsoever to produce any evidence for your consideration, because there is nothing that they're required to prove.

That burden is on the Government to prove the defendants' guilty, and it must do so beyond a reasonable doubt. And again, that burden is solely on the United States Government. So the defendants have no obligation to testify, to call any witness, or produce any evidence whatsoever.

Is there anyone here who cannot hold the United States Government to its burden of proof in this case? *(No response)*

Okay. Are you-all hot? *(No response)* Okay. All

right. Thank you.

Consistent with these principles is the right to remain silent. The Constitution of the United States guarantees to anyone accused of a crime the right to remain silent.

Since a defendant is presumed innocent and since the burden of proof is on the Government at all times, a defendant has no obligation to testify or to present evidence. And if he exercises this right, you must not hold it against him, mention it during your deliberations, or allude to it in any way. Ladies and gentlemen, it's not much of a right if we say you have the right to do something, and then it's held against you if you decide to exercise it.

Is there anyone here who cannot commit that if any defendant exercises this constitutional right, you will not hold it against the defendant, mention it during deliberations, or allude to it in any way? *(Hand raised)*

Okay. What's your juror number, ma'am?

Juror Number 32, you have a problem holding -- applying the rules under the Constitution of the United States, what's your issue?

*PROSPECTIVE JUROR:* I understand the rule and the Constitution. But if they have nothing to hide, why remain silent?

*THE COURT:* Well --

*PROSPECTIVE JUROR:* And if they're telling the truth, they have nothing to hide.

*THE COURT:* So there's no way that you could put that aside and follow the instructions under the United States Constitution and not hold it against them if they decide not to testify?

*PROSPECTIVE JUROR:* I probably could, but it would be hard.

*THE COURT:* I don't want you to tell me probably. Yes or no?

*PROSPECTIVE JUROR:* No.

*THE COURT:* You would be unable to follow the Constitution and the instructions that I give you regarding that?

*PROSPECTIVE JUROR:* When you put it that way.

*THE COURT:* Well, no, I didn't put it any way. You need to tell me, yes or no?

*PROSPECTIVE JUROR:* Yes. I could do it.

*THE COURT:* Okay. Anyone else? *(No response)*

Everyone else can follow my instructions related to defendant's right to remain silent, the Government's burden of proof? Can you give the defendants -- respect their rights under the Constitution of the United States? *(No response)*

Okay. And again, just to reiterate, a defendant's choice to exercise their constitutional right is not only

something that you will not hold against an individual defendant, but you can't mention it during your deliberations or allude to it in any way; does everyone understand that? Anyone have a problem with that, other than Juror Number 32? *(No response)* Okay. Thank you.

Ladies and gentlemen, if you're selected as a juror, you will be the sole judges of the facts in the case and the credibility, that is, the believability, of the witnesses who testify and weigh -- the weight to be given their testimony. You may believe all of the testimony of a witness, some of it, or none of it. That's up to you, because you are the exclusive judge of the facts and the credibility of the witnesses and the weight to be given their testimony.

What is important is you must not make up your mind about a witness until you actually hear from the witness. In other words, each witness must begin with a clean slate in everyone's mind. And you cannot decide to believe or disbelieve until you've actually seen and heard from that witness.

Now, in criminal cases, ladies and gentlemen, and that will be the case here, you'll frequently be hearing from Federal and state law enforcement officials. In applying this instruction, then, you cannot say, for example, if somebody is a police officer and they were to testify you would automatically believe their testimony over a non-police

officer, just because they're a police officer.

Does everybody understand that? *(No response)*

Regardless of who the witnesses are, you cannot assume, before the person testifies, that they are telling the truth. You cannot make a decision about a witness's credibility until you actually hear them testify.

Same goes with anyone who may have a criminal record. Even though they have committed a crime in the past, that witness could be telling you the whole truth about something relevant here in this case. So you have to reserve judgment until you hear from them.

So is there anyone here who cannot commit to reserving judgment about the credibility of the witness until you actually hear from them? Not to prejudge because they're a police officer or have crimes in the past. Is there anyone here who cannot obey that instruction? *(No response)*

Will everyone here -- or is there anyone in the voir dire panel that can't commit to listening and hearing the testimony of each witness and not making up your mind until you've heard all of it? *(No response)* Okay. Thank you.

Ladies and gentlemen, you will receive the law in the case from the Court. And at the conclusion of the case, I'll be reading you what's called the Charge of the Court. In that charge, I'll provide you with all the law that is applicable in this case, as well as other instructions.

You may or may not agree with the law, but it is my job, as the Judge, to state what the law is in each relevant respect as it pertains to this case, and you, as jurors, are to be bound by the law. You're obligated to follow the law as it's given to you in the charge, even if you disagree with it. It's my obligation to state to you what the applicable law is, and it's your obligation to follow it.

Let me talk a moment about evidence. Evidence consists of the testimony of witnesses, written documents, and other things received into the record as evidence. It also includes any facts the lawyers may agree or stipulate to, or that the Court may instruct you to find and any applicable presumptions. These items of evidence are the only matters which you may consider in determining the facts of the case.

Now, listen very closely. Statements, arguments, and questions by the lawyers are not evidence. Testimony that I tell you to disregard or that I exclude is not evidence and must not be considered. Same thing goes for objections. Objections to questions are not evidence. Most importantly, anything you may have seen outside the courtroom is not evidence and must be disregarded. You're to decide the case solely on the evidence presented here in the courtroom.

You may have noticed folks that are not on the jury panel that are outside the courthouse or maybe in the courthouse today. Did any of you talk to anybody about the

nature of this case who is not on the jury panel or not here for jury service? That could includes members of the public, members of the press, members of the Court staff, this morning or at any other time before you came here to the courthouse? I'll begin on my right.

For example, did anybody approach you-all as you were waiting in line to enter the building? Beginning on the area to my left rather. *(No response)* No? *(No response)*

Okay. My next section to my left. Anybody attempt to talk to you-all about the case? *(Hand raised)*

Yes, ma'am, Juror Number 5?

*PROSPECTIVE JUROR:* Yes. I'm Juror Number 5. They didn't speak on the case, but they were offering coffee.

*THE COURT:* Okay. Anything else?

*PROSPECTIVE JUROR:* They set stuff up and they had signs on the opposite side from the courthouse.

*THE COURT:* But no discussions about the case?

*PROSPECTIVE JUROR:* No.

*THE COURT:* No -- anybody ask your name or anything like that?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Thank you.

Anybody else before I go on to my far right? *(No response)* No? *(No response)*

Anybody on my far right? *(No response)* Okay.

Thank you all.

Ladies and gentlemen, at this time we'll go into more case-specific type questions. The United States in this case is represented by Assistant United States Attorney Shawn Smith and Assistant United States Attorney Frank Gatto.

Would one of you gentlemen please stand and introduce yourself, as well as the rest of your trial team?

*MR. SMITH:* Good morning. My name is Shawn Smith, one of the prosecutors here in Fort Worth. This is Frank Gatto, another prosecutor in Fort Worth. And then to his left is FBI Special Agent Clark Wiethorn, and he's one of the lead agents on the case.

*THE COURT:* Mr. Smith, do you have any staff here at the moment?

*MR. SMITH:* To my right is Celeste Green and Matt Capoccia present, they'll be here for this part of the proceeding. And then Betsy Hernandez will be here for trial, most of the trial.

*THE COURT:* Any of you-all recognize either Mr. Smith or any member of the trial team for the United States? Anyone? *(No response)* Okay. I see no hands.

Y'all can be seated.

I'll begin with the attorney for Ms. Autumn Hill, she's represented by Mr. Cody Cofer. Mr. Cofer, would you please stand, introduce yourself and the rest of your trial

team?

*MR. COFER:* Yes, Your Honor. Thank you.

My name is Cody Cofer, my co-counsel is James Luster, and we represent Autumn Hill.

*THE COURT:* Do you have any members of your staff that are here?

*MR. COFER:* They're not in the courtroom right now, Your Honor.

*THE COURT:* Okay. That will be fine.

Anyone represent -- or anybody recognize Mr. Cofer, or Mr. Luster, or Ms. Hill? *(No response)*

All right. Y'all can be seated. Thank you, gentlemen.

Yes, ma'am, what's your juror number? Number 20?

*PROSPECTIVE JUROR:* Juror Number 20. Mr. Cofer --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* Mr. Cofer used to live in our neighborhood where I presently live. And I know his wife through where I work.

*THE COURT:* Do you feel that that relationship, and knowing Mr. Cofer and his family, would affect -- would it affect your ability to be fair and impartial in this case?

*PROSPECTIVE JUROR:* No.

*THE COURT:* In other words -- ma'am?

*PROSPECTIVE JUROR:* I do not.

*THE COURT:* You don't think that that would affect your ability to serve on a jury in any way?

*PROSPECTIVE JUROR:* I do not.

*THE COURT:* Now, when you say you knew them, did -- I know a lot of my neighbors, but I might not necessarily have barbecues on Sunday and watch the Super Bowl with them. Do you -- was it just a cordial relationship, like we have with most of our neighbors, or were you really close?

*PROSPECTIVE JUROR:* No. Just -- just cordial. I just know that my husband also knows Mr. Cofer.

*THE COURT:* Okay. I don't believe I have any additional follow-up. Thank you.

Anyone else know Mr. Cofer, Mr. Luster, or Ms. Hill?

*(No response)*

Okay. Do you know what I forgot to do, I forgot to ask the Government, and then Mr. Cofer, to read any witnesses or potential witnesses they have. Let me go back a step.

I'll begin with Mr. Smith. Would you -- you can remain seated if you're closer to the microphone, so Monica doesn't get mad at me. But please read the names of the witnesses that you intend to call here, either live or by a recorded statement.

*MR. SMITH:* There's quite a few. So I'll --

*THE COURT:* Please listen very closely. I know it's difficult when you just hear names rattled off. But if he

reads off the name of your best friend, we probably need to know about it.

Go ahead, Mr. Smith.

*MR. SMITH:* Right. So I've already introduced Agent Wiethorn.

So, Lieutenant Gross, Alvarado Police Department; Officer Cindy Harp, Johnson County or Alvarado; contract Officer Reedy, Alvarado also; Ms. Nelida Meda Frias; Johnson County Sheriff Officer, Corporal Graham; Deputy Rouyre, Johnson County; Detective Reilly, Johnson County; Officer Burris, Johnson County; Deputy Parsons, Johnson County; Deputy Jackson, Johnson County; Sergeant J. Smith, Johnson County.

Officer J. Zapata, Alvarado Police Department; Officer C. Solis, Alvarado Police Department; Officer D. Mello, Alvarado Police Department; Officer D. Bell; Officer C. Marshall, Johnson County.

Venus Police Department, Lieutenant Yates; Venus Police Department, G. Spurlock; Texas Ranger T. Williamson; Texas Ranger B. Helton; Texas Ranger B.J. Hill; Alvarado Police Department, Sergeant S. McDonald.

FBI Special Agent M. Woodruff; FBI Special Agent R. Eldred; FBI TFO, Task Force Officer, G. Ceron; Officer -- FBI TFO, Task Force Officer, A. Brandt; FBI Special Agent K. Duross; FBI Special Agent Van Horn; FBI Special Agent C. Imming; FBI Special Agent K. Termin; FBI Special Agent

C. Dockter.

FBI Special Agent T. Raley; FBI Special Agent R. Chen; FBI Special Agent J. Curry; FBI Special Agent C. Ford. FBI Task Force Officer B. Snyder; FBI Special Agent M. Boatner; FBI Special Agent K. Cauthen; FBI Tech D. Lang; FBI Special Agent J. Killian.

Mr. J. Provo, he's Alvarado; Mr. T. Bergami, also in Alvarado; FBI Special Agent P. McGuire; FBI Special Agent T. Page; FBI Special Agent P. Poston; FBI Task Force Officer C. Brashear.

These are civilian witnesses: Seth Sikes, Nathan Baumann, Lynette Sharp, Susan Kent, John Thomas.

These are some of the scientists in the case: Sarah Hall with DPS; Andrew Lopez with DPS; Phillip Stout with DPS; Sarah Edwards, DPS; ATF Special Agent Scott Brenneman; Mr. K. Shideler; T. Moynihan, ATF; FBI Special Agent Bennett; FBI Special Agent Avalos; and a Johnson County Detention Officer, last name Gilpin.

*THE COURT:* I know that was several names, but we do this out of abundance of caution. Having heard those names that the U.S. Attorney just read off, does anybody recognize any of those names? Do they sound overly familiar? I know some of them are very general. *(No response)* No hands. Okay.

All right. Same thing for Mr. Cofer. Just be sure

you speak into a mic. If it's easier to be seated, that's fine as well.

*MR. COFER:* Thank you, Your Honor.

I'll try not to repeat. In addition, the lay witnesses: Someone named Tyler Logan; Aleacia Arteaga; and then Professor Jonathan Pinckney, Dr. Meredith Pruden, Dr. Shawn MeckFessel, Dr. Steven Gardiner, or Devin Burghart.

That's it.

*THE COURT:* Do any of y'all recognize any of those names? *(No response)* Okay. I see no hands.

We'll go to our next attorney. Mr. Zachary Evetts is represented by Mr. Patrick J. McLain. Mr. McLain, at this time would you introduce yourself and the rest of your trial team?

*MR. MCLAIN:* Thank you, Your Honor.

This is Zachary Evetts, folks. And representing Mr. Evetts is attorney Brad Sauer, and attorney Brian Bouffard, and myself, Patrick McLain. And with us today is our paralegal, hopefully soon to be an attorney, Lacy Crisler.

And then we may call five witnesses. If we do, they would be: A forensic psychologist by the name of Anne Speckhard, of McLean, Virginia; a Brooke Evetts; a Matt Runnebaum; a Sola Akinola; and a licensed private investigator by the name of Randi Ray, and Randi is a guy.

Thank you.

*THE COURT:* Thank you, sir.

Any of you-all recognize either Mr. McLain, or the members of his trial team, or any witnesses that he just read off, raise your hand. *(No response)* All right. Thank you.

Mr. Benjamin Song is represented by Mr. Phillip Hayes. Mr. Hayes, would be please stand, introduce yourself and the rest of your trial team?

*MR. HAYES:* Good morning, ladies and gentlemen.

*(Court Reporter interrupts)*

*THE COURT:* You're going to have to speak louder, into the microphone.

*MR. HAYES:* Yes, sir.

I just said, Good morning, ladies and gentlemen. My name is Phillip Hayes, we represent Benjamin Song. And helping me here today is Tailim Song.

There are no additional witnesses, aside from the names that y'all have already heard that we might call.

*THE COURT:* Thank you, Mr. Hayes.

Anybody recognize Mr. Hayes, the defendant, or any member of his trial team? *(No response)*

Okay. Ms. Savanna Batten is represented by Mr. Christopher Tolbert. Mr. Tolbert, stand and introduce yourself and the rest of your team for us, sir.

*MR. TOLBERT:* Thank you, Your Honor.

My name is Chris Tolbert, and I represent Ms.

Savanna Batten. None of the members of my team are in the courtroom, Your Honor.

*THE COURT:* That'll be fine.

*MR. TOLBERT:* And as far as for witnesses, do you recognize any of these names: Ms. Danielle High, Maria Garcia, Professor and Doctor Jonathan Pinckney, Professor and Doctor Max Krochmal, Susan Oakey, Cheryl Ananda, Amber Lowrey, Cynthia Lokey, and Investigator Rob Colvin?

*THE COURT:* Anyone recognize any of those names, raise your hand. *(No response)*

Mr. Warren St. John is the attorney for Ms. Meagan Morris. Mr. St. John, introduce yourself and the rest of your team.

*MR. ST. JOHN:* Most respectfully, Warren St. John and Miles Brissette, we proudly represent Meagan Morris, she's seated in front of us.

And we have no additional names that weren't named by the United States Attorney's Office.

*THE COURT:* Thank you, Mr. St. John.

Anybody recognize Mr. St. John, Mr. Miles *(sic)*, as well as Ms. Meagan Morris? *(Hand raised)*

Number 54?

*PROSPECTIVE JUROR:* 54. I think I recognize one of the names previously called.

*THE COURT:* One of the witness names?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* Do you recall what the number -- or what the name was?

*PROSPECTIVE JUROR:* Cynthia Logan.

*THE COURT:* Cynthia Logan?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* I want you to hang out when we take a break and I'll ask you some more questions.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* All right. Thank you.

Anybody recognize Mr. St. John, Mr. Brissette, or Ms. Morris? *(No response)* Okay. Thank you.

The attorney for Maricela Rueda is represented by Ms. MarQuetta Clayton. Ms. Clayton, would you please stand, introduce yourself and the rest of your team for us?

*MS. CLAYTON:* Yes, Your Honor.

Good morning. My name is MarQuetta Clayton, co-counsel here is Lesa Pamplin, we both represent Maricela Rueda. We have one of our trial staff here, Amasia Bowers. Three more will be joining us throughout the trial: Alexander Hinton, London Holbrook, Arin Lewis.

And additional witnesses that have not been already named is: Edika Chiloamae, Kelsey Fryman, Kristofer Cox.

*THE COURT:* Any of those names ring a bell for anyone? Or does Ms. Clayton or any of her trial team ring a

bell for anybody? *(No response)*

I told Ms. Clayton earlier I needed a football to throw to her, she's so far away over there, to pass her a message.

*(Laughter)*

This there -- a couple of decades ago there was a 22-defendant case here in this courtroom. I have no idea how they did it if we're this packed with nine.

Ms. Elizabeth Soto is represented by Ms. Harmony Schuerman and Mr. Blake Burns. Would one of you please stand, introduce yourself and the rest of your team for us?

*MS. SCHUERMAN:* Good morning. My name is Harmony Schuerman, and this is Blake Burns, we represent Elizabeth Soto.

We assume that there may be some witnesses called on our behalf: Brice Humphries, Estevan Garcia, Enedelia Soto and Ines Soto.

*THE COURT:* Okay. Thank you.

Ms. *(sic)* Ines Soto. Ms. *(sic)* Soto, I think it might be best for you to stand for us so they can see you, you're kind of back. *(Standing)* Okay. Thank you.

Ms. *(sic)* Soto is represented by Mr. Leigh Davis. Mr. Davis, would you please stand and recognize -- or introduce yourself and the rest of your team.

*MR. DAVIS:* Thank you, Your Honor.

I'm Leigh Davis, I represent Mr. Ines Soto here to my right, your left. Not here today, due to a longstanding family commitment, is a young man named Tanner Overboe. I expect he'll be joining us for most of the rest of the trial, but he's not here today.

We do not have any witnesses that have not already been named.

*THE COURT:* And Mr. Soto, do me a big favor and stand up, sir. Thank you, sir. I just wanted everybody to be able to see you. *(Hand raised)*

Okay. I see a hand that went up. Looks like Juror Number 72 -- 69, okay.

*PROSPECTIVE JUROR:* *(Shakes head)*

*THE COURT:* What is it?

*PROSPECTIVE JUROR:* 68.

*THE COURT:* 68. Man, I need my eyesight checked, don't I?

*(Laughter)*

Do you know any of the individuals that have been identified?

*PROSPECTIVE JUROR:* I actually know the defendant, Maricela.

*THE COURT:* Ms. Soto or Mr. Soto?

*MS. CLAYTON:* Maricela Rueda?

*THE COURT:* Maricela Rueda?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* How do you know that defendant?

*PROSPECTIVE JUROR:* School. We went to school. I've seen her around, but I never really did know her in school.

*THE COURT:* When you say school, you mean elementary or high school?

*PROSPECTIVE JUROR:* High school.

*THE COURT:* Okay. Were you close to her in high school?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Anything about knowing her, you think it might cause or affect you from being a fair and impartial juror in this case?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* You can put your prior relationship away and consider just the facts presented here and give her a full and fair trial?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Okay. Thank you.

Anyone else? *(No response)*

Our last defendant in this case is represented by the United States Public Defender, and that gentleman's name is Daniel Rolando Sanchez Estrada. Mr. Weinbel, would you represent -- I need some more coffee. Would you stand and

recognize your trial team and introduce yourself?

*MR. WEINBEL:* Thank you, Judge.

My name is Christopher Weinbel, and here with my co-counsel, Rachel Taft, we'll be representing Daniel Sanchez, standing here. With us today from our team we have Gregory Jones.

And then the only additional witness that hasn't been already named is an Ana Jessica Bell.

*THE COURT:* Anybody recognize either the attorneys, Mr. Sanchez, or Mr. Green *(sic)*? *(No response)* No? *(No response)*

Thank you, sir.

Now, I know you've seen an awful lot of attorneys. But have any of the attorneys that have introduced themselves or have been introduced either acted as an attorney for you or perhaps an immediate member of your family that y'all know about? *(No response)* Okay. I see no hands.

Ladies and gentlemen, let's talk very briefly about the case. As I mentioned, this is a criminal trial. This involves an incident that occurred at the Prairieland Detention Center in Alvarado, Texas.

Now, I know that there's been some reporting on this case in the news media, so I want to ask you this, and I suspect this is going to solicit some hands. Has anyone here been exposed to any media coverage about a shooting incident

at an ICE facility that happened in Alvarado back on July the 4th of this past summer?

Beginning to my left, raise your hand. *(Hand raised)* We have one. Officer Farino is going to make his way over. You can go ahead and stand for us.

*PROSPECTIVE JUROR:* Juror Number 19. Like you said, just the media coverage, that's all, from the news.

*THE COURT:* Okay. Let me ask you a couple more questions. Do you know what the news source was? I mean, I know in today's day and age we have so many. Back when I was a kid growing up, you only had two channels or whatever.

Do you recall what the news source was?

*PROSPECTIVE JUROR:* I believe it was Channel 8.

*THE COURT:* Okay. So just our local news here?

*PROSPECTIVE JUROR:* Right.

*THE COURT:* Okay. Is there anything about that that you think would affect your judgment here or would you be able to disregard what you've heard and only consider the evidence presented here in the courtroom?

*PROSPECTIVE JUROR:* I would.

*THE COURT:* You'd be able to consider what you hear here?

*PROSPECTIVE JUROR:* In the courtroom.

*THE COURT:* And put any other reporting out of your mind, as best as possible?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* Okay. Thank you very much.

Do we have any more on the section to my far left?

*(Hands raised)*

We'll get to you, Number 24, in a moment.

Number 52?

*PROSPECTIVE JUROR:* Yes. I also heard of it, but I don't know anything about it. I just heard it on the news, like the other day.

*THE COURT:* Just watching the evening news here locally?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Anything about that that you think would affect your ability to be a fair and impartial juror?

*PROSPECTIVE JUROR:* No.

*THE COURT:* You'd be able to put that out of your head and just consider what you hear?

*PROSPECTIVE JUROR:* Absolutely.

*THE COURT:* Okay. Thank you very much, ma'am.

I know Number 24 raised his hand. Officer, let's go over here. Thank you, Officer Farino.

*PROSPECTIVE JUROR:* Yeah. Juror Number 24. I think I heard something about it on social media, as well as from a friend.

*THE COURT:* As where -- I didn't hear your last one.

*PROSPECTIVE JUROR:* From a friend.

*THE COURT:* Oh, from a friend.

Do you think there's anything about that that might cause you not to be a fair and impartial juror in this case?

*PROSPECTIVE JUROR:* I don't think so, no.

*THE COURT:* For instance, on the social media, would it have been a friend that was talking about it, or just your news feed?

*PROSPECTIVE JUROR:* I think it was just my news feed, but it was a while ago.

*THE COURT:* Did you read the article?

*PROSPECTIVE JUROR:* No. Somebody was reporting it, but not really.

*THE COURT:* Okay. And your friend that mentioned something about it, just mentioned the trial was going on?

*PROSPECTIVE JUROR:* Yeah. Mentioned the incident.

*THE COURT:* What was the context of that?

*PROSPECTIVE JUROR:* I believe we were just talking about things that were happening, current events.

*THE COURT:* I bet you were thinking in your mind, I've got a jury summons to Federal court?

*PROSPECTIVE JUROR:* I was not.

*(Laughter)*

*THE COURT:* Good for you. I would have been.

All right. Thank you, sir.

Anybody else there in that section, any news reporting? *(No response)*

All right. I thought I might have saw a hand over here. Are we good on this half? *(No response)*

All right. Yes, ma'am? Tell us your juror number.

*PROSPECTIVE JUROR:* Juror 41.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* If it's the shooting I'm thinking of, I did hear on Channel 8, and then me and my mother-in-law had a serious discussion about it.

*THE COURT:* Okay. And that's fine, but I just need to ask you some questions. Did you -- was this around the time when it happened? This happened around July 4th of 2025, or was that more recent?

*PROSPECTIVE JUROR:* It was more recent, what I'm talking about.

*THE COURT:* Be sure you have the mic to your mouth there.

*PROSPECTIVE JUROR:* It's a more recent incident that I'm talking about.

*THE COURT:* And you don't remember it happened in Alvarado? You think maybe it's more of this other things, ICE and stuff that's going on here in the news, such as Minneapolis, and there may have even been another one?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* You think maybe it was about that?
*PROSPECTIVE JUROR:* I think you're right.
*THE COURT:* But as far as you can remember, it didn't involve this incident down in Alvarado?
*PROSPECTIVE JUROR:* No. Not that far back that I'm hearing.
*THE COURT:* Or even the State of Texas, do you remember if it occurred in the State of Texas?
*PROSPECTIVE JUROR:* No, sir. I don't remember.
*THE COURT:* All right. We'll go back to some of the other stuff. I want to keep it to this incident as much as I can for right now.
Anybody else there in that section to my right? *(Hands raised)* I see two more hands.
Tell us your juror number?
*PROSPECTIVE JUROR:* Juror Number 44.
*THE COURT:* Yes, ma'am?
*PROSPECTIVE JUROR:* I heard about it on Fox News, and Newsmax.
*THE COURT:* You read articles about the trial?
*PROSPECTIVE JUROR:* No. Just on TV news.
*THE COURT:* Has that been contemporaneous with -- well, let me ask you this a smarter way. I'm an Aggie, so I have to think about stuff.
When did you listen to those news reports or read

the news reports?

*PROSPECTIVE JUROR:* Back when it happened --

*THE COURT:* Back around the summer?

*PROSPECTIVE JUROR:* -- in July. Yes.

*THE COURT:* Anything recent?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Anything about reading those news reports back in the summer you think could possibly cause you to be an unfair juror?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* A better way to put that would be, Can you put those news stories you read or saw several months ago aside and only consider the evidence presented here in the courtroom?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. It's funny, gone are the days of Walter Cronkite when we all heard the same news every night.

Yes, ma'am?

*PROSPECTIVE JUROR:* Juror 72. I also heard it -- excuse me, I read an article about it I recall, I believe it was on a news feed on my social media.

*THE COURT:* Okay. At around the time it happened or here recently?

*PROSPECTIVE JUROR:* Yes, sir. Right around the time it happened.

*THE COURT:* Anything about that that would cause you to be an unfair or impartial juror in this case?

*PROSPECTIVE JUROR:* I don't even remember any of the details, so, no.

*THE COURT:* So nothing you would have heard would affect your judgment here today

*PROSPECTIVE JUROR:* I don't believe so, no.

*THE COURT:* Okay. Anybody else in that section?

*(Hands raised)*

All right. We've got a couple of more there in the front.

*PROSPECTIVE JUROR:* Number 28. Just the local news, I heard it.

*THE COURT:* Was that pretty recent?

*PROSPECTIVE JUROR:* I don't recall if it was recent or if it was when it happened.

*THE COURT:* Anything about listening and hearing this on the local news that you think would cause you to be an unfair or impartial juror?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* You can put that news story aside and follow the oath that I give you; is that correct?

*PROSPECTIVE JUROR:* Correct. Yes.

*THE COURT:* Okay. Yes, sir? What's your juror number?

*PROSPECTIVE JUROR:* 29, sir.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* I am a retired Fort Worth Police Officer when this incident occurred.

*THE COURT:* And we'll get to some of those questions later.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* So, let's stick to the news story right now. Do you recall reading any news, or social media, or anything else about this case, either when it happened or leading up to the trial in the last few months?

*PROSPECTIVE JUROR:* Yes, sir. Being a police officer, you still -- there was this social media with the police officers. Every time that one of us gets shot, it's just normal that we get together and talk.

*THE COURT:* Let me -- let me ask you something. Your experience in law enforcement, do you think that's something that would cloud your judgment if you had to serve on the jury?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* You think you can put all of that aside?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* You think you could put your law enforcement experience aside, as best you can, and listen to the evidence as it's presented? That's what I'm asking.

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Do you think you -- yes or no? There's no right or wrong answer, I just need to know the truth.

*PROSPECTIVE JUROR:* No. I can't, just because, you know.

*THE COURT:* While we got it, and I do want to continue with this question, but it might be easiest now that I have got a fish hooked on my line here to ask you some more questions. Tell me where you were a law enforcement officer.

*PROSPECTIVE JUROR:* I was -- I served 18 years for Fort Worth, and I'm currently at Eagle Mountain ISD police officer.

*THE COURT:* What type of -- any particular type of crimes that you investigated? Were you a patrol officer? What did you do?

*PROSPECTIVE JUROR:* I -- well, just basically patrol.

*THE COURT:* You look familiar. I think you might have given me a ticket once before.

*(Laughing)*

*PROSPECTIVE JUROR:* I think I tased you, sir, once.

*THE COURT:* You know everybody says a judge can get out of them. I've got more tickets since I've been a judge, I think, all joking aside. When you're a state judge you get the license plates that say judge on them, they don't get you

out of tickets either.

In fact, I got a ticket from a cousin of mine out in Cross Plains, Texas, and I couldn't get out of that, and I had my judge tags, anyway. Sorry, all joking aside.

Sounds like you did a little bit of everything; is that right?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Okay. I think that's probably all the questions I have for you. The attorneys may want to follow up. Tell me your juror number one more time.

*PROSPECTIVE JUROR:* 29.

*THE COURT:* Okay. We're going to ask some more questions related to law enforcement in a moment, but let me get through this part of it.

Back to my original question about news coverage related to an incident at the Prairieland ICE detention facility back on July 4th, 2025.

Yes, ma'am?

*PROSPECTIVE JUROR:* Juror 13. I heard about it yesterday on Channel 11.

*THE COURT:* Just watching your evening news yesterday?

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* Anything about that you think would cause you to be an unfair or impartial juror in this case?

*PROSPECTIVE JUROR:* I don't think so.

*THE COURT:* You'd be able to put it aside and just consider what you hear here as evidence in the courtroom?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* You can to do that?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* And you'll commit to doing that?

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* Okay. Thank you, ma'am.

*PROSPECTIVE JUROR:* Juror Number 31. I just heard it in the news when it happened.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Thinking local coverage, WFAA.

*THE COURT:* I'm glad I still have some people here that actually watch the local news, like I do.

Yes, ma'am? Sorry, I didn't mean to interrupt.

*PROSPECTIVE JUROR:* That's okay. I rarely ever listen to the news, so it just kind of piqued my interest because it was part of the metroplex, but other than that I don't really know anything about it.

*THE COURT:* So there would be nothing from that that would cause you to be -- have any bias or prejudice, one way or another?

*PROSPECTIVE JUROR:* Huh-uh.

*THE COURT:* You can put all that out of your head

and just consider what you hear in the courtroom?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. Thank you, ma'am.

Thank you for your patience with me. Just let me keep going a few more minutes. It's just so hard to take a break with all these folks.

Anybody else in this section? *(No response)*

All right. I asked a similar question to this earlier, but has anybody discussed the facts of this case with anyone whatsoever?

And I believe we've already had a young lady that has told us that her and her mother may have had a discussion about some of the stuff that's going on in Minnesota. But I'm talking about this specific case. Anybody had any discussions about the facts, that you can recall? *(No response)*

Okay. I think I'm going to ask some general questions, and then we'll go back to some more specific ones. I will give you a break, just give me about 15 minutes. Can everybody make it about 15 minutes? This is like herding cattle.

*(Laughter)*

We had a gentlemen who's a retired Fort Worth PD and also a school police officer tell us about his law enforcement experience. Let me ask you this question, Has anybody, either, other than the gentleman we just spoke to, either has

been or is currently employed as a law enforcement officer?

We'll begin with this section to my left. Do we have any current or former law enforcement? *(No response)*

Maybe it's just as easy for everybody to raise their hand. Other than the one gentleman we spoke to already, anybody else current or former law enforcement? *(No response)* All right. I don't see any hands, other than the gentleman we just spoke to.

Now this one I bet does solicit some hands. Does anyone have a close friend or family member who's presently or has been informed as -- who has been employed as a law enforcement officer?

And when I'm asking this, I'm not asking for your second cousin twice removed who lives in California. I'm asking for people that are really close to you. That means your father, your mother, grandparents, your kiddos. Not your second, third, fourth cousin that lives down in Galveston that you see once every 20 years. Same thing, could be your best friend or a close friend, not just somebody you run into at church? *(Hands raised)*

Yes, ma'am, tell us your juror number.

*PROSPECTIVE JUROR:* Juror Number 3. My mother was a police officer.

*THE COURT:* Where was she a police officer, ma'am?

*PROSPECTIVE JUROR:* In Northern California.

*THE COURT:* Okay. Any other law enforcement in your family?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Is she currently or retired?

*PROSPECTIVE JUROR:* Retired.

*THE COURT:* Okay. All right. Thank you, ma'am.

*PROSPECTIVE JUROR:* Juror Number 19. My cousin who I speak with kind of regularly is currently a law enforcement officer in Dallas.

*THE COURT:* Like Dallas PD?

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* Okay. Thank you.

*PROSPECTIVE JUROR:* Juror Number 20. My husband is an ADA, Assistant District Attorney, for Tarrant County.

*THE COURT:* Your husband is?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* What is your husband's name?

*PROSPECTIVE JUROR:* XXXXX XXXXX.

*THE COURT:* Does your husband know me?

*PROSPECTIVE JUROR:* Maybe.

*(Laughter)*

*THE COURT:* Thank you.

All right. Juror Number 50?

*PROSPECTIVE JUROR:* Juror Number 50.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* Father-in-law, deceased; husband and son, both retired.

*THE COURT:* Your husband and son, and your father-in-law?

*PROSPECTIVE JUROR:* Yes. Fort Worth PD.

*THE COURT:* They were all Fort Worth PD?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. I'll ask a general question in a moment, but I want you-all who do have law enforcement in the family to think about if having those family members that are current or former law enforcement would make you an unfair or impartial juror. What that really means is, are you able to put that out of your head and follow my instructions?

I'm a Texas Aggie and it's ingrained within me to hate the University of Texas. But if I were called to serve on a jury, I would be able to swear under oath that I would be able to put that out of my mind in order to give the University of Texas a fair trial.

And that's the key thing about it. If you're unable to say that, you need to tell us. But I must also add, I went to law school at the University of Texas, so I can't be that biased.

*(Laughter)*

But I think you-all get my point. I'll ask everyone a follow-up question to this one in a moment. Let's just get

it down who here is law enforcement in the family or close friend. We'll come to you, ma'am.

Number 51?

*PROSPECTIVE JUROR:* Yes. So my father-in-law is for Arlington PD, and my husband is currently a correctional officer here in Tarrant County.

*THE COURT:* All right. Thank you.

Number 52?

*PROSPECTIVE JUROR:* Yes. My father was a Fort Worth police officer, and he also worked in the District Attorney's Office here in Tarrant County.

*THE COURT:* Like an investigator for the DA's Office?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. All right.

Next section. I know a young lady on the --

*MR. BOUFFARD:* Pardon me, Your Honor.

Juror Number 5 raised her hand.

*THE COURT:* We're getting to her. Thank you.

Juror Number 5 there on the first row, Officer Wilson. Right here. Ma'am -- sir, sorry.

*PROSPECTIVE JUROR:* Juror Number 5. My cousin is just recently a sheriff with Tarrant County.

*THE COURT:* Okay. Does he work at the jail?

*PROSPECTIVE JUROR:* I'm not sure. I think she just

patrols.

*THE COURT:* Okay. That's very helpful. All right. Thank you.

Anyone else in that section, before we move to the next one? *(Hand raised)* All right.

*PROSPECTIVE JUROR:* Juror 21. A really good friend, he's at the Johnson County Police Department.

*THE COURT:* Sheriff's Department or police? In other words, does he work for Cleburne PD or does he work at the Sheriff's Office down there?

*PROSPECTIVE JUROR:* I think Sheriff's, Johnson County.

*THE COURT:* Do you know what his job duties are?

*PROSPECTIVE JUROR:* I think he's a sergeant.

*THE COURT:* But day to day, you don't know if he works in the jail, if he's out patrolling?

*PROSPECTIVE JUROR:* No. He's under patrol.

*THE COURT:* Okay. That's helpful. Thank you.

Anyone else in that section? *(No response)*

Okay. Let me get through these, and then we'll take a break.

Next section on my right. Anyone have any law enforcement in the family or very close friends? *(Hands raised)*

Young lady on the second row. Tell us your juror

number.

*PROSPECTIVE JUROR:* Juror Number 27. I have several friends in Arlington PD.

*THE COURT:* When you say, friends, are these people you hang out with on a regular basis --

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* -- or just folks that you know?

*PROSPECTIVE JUROR:* Pretty much every day, at the gym.

*THE COURT:* Oh, you see them at the gym?

*PROSPECTIVE JUROR:* *(Nods head)*

*THE COURT:* Okay. All right.

Anybody else in this section? *(Hand raised)*

We'll come back to you, ma'am.

Yes, sir, tell us your juror number? 61.

*PROSPECTIVE JUROR:* Juror Number 61. My brother is an ADA for Tarrant County.

*THE COURT:* Your brother is?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* How long has he been an ADA?

*PROSPECTIVE JUROR:* Four years.

*THE COURT:* And I probably shouldn't have asked the juror this -- I'll talk to you in a moment. I want to ask who your brother is, okay?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Section to my far right. Any law enforcement in the family or close friends? *(Hands raised)*

Yes, we'll come back to you, ma'am.

Yes, ma'am?

*PROSPECTIVE JUROR:* Juror Number 74. My husband is a police officer at the Mansfield Police Department.

*THE COURT:* Okay. Does he have any other law enforcement, other than Mansfield?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Thank you.

Anyone else in that section? I know there's -- on the front row. Juror Number 13, right?

*PROSPECTIVE JUROR:* 13.

*THE COURT:* Lucky 13.

*PROSPECTIVE JUROR:* Yes. Some really good friends of my husband that he went to high school with are -- one was a Sheriff down in Harris County, and another is a Sheriff in Robertson County.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* One is retired, one still working.

*THE COURT:* All right. Thank you.

Anyone else?

*PROSPECTIVE JUROR:* Number 9. I've --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* I've got a stepbrother who's current PD in Cleburne.

*THE COURT:* Just a city police officer? I don't mean just, that sounds --

*PROSPECTIVE JUROR:* Yes. Regular.

*THE COURT:* Patrol officer?

*PROSPECTIVE JUROR:* Exactly.

*THE COURT:* Okay. And this is going to apply to each and every one of you that raised your hand and told us your relationship to law enforcement in my last question.

Again, I want you to think very hard about this. And I already know the feelings of my current law enforcement officer, but for all of you that raised your hands, if you think there is anything about that relationship that you have with the law enforcement officer, close friend of the family, close family member, and again, we all have a friend in law enforcement, so I want you to think very hard about this, is there anything about being close, either blood relation or close friends with a law enforcement officer, that is going to make you an unfair or biased juror?

In other words, if you think there is no way that you can put that relationship aside and consider the evidence and only the evidence presented here in the courtroom, you need to raise your hand, and then I want to ask you some more questions. *(No response)* I see no hands.

For those of you that have law enforcement in the family, I want to ask this a different way, or close friends that are law enforcement. Will everyone commit to not having that relationship prejudge any of the defendants in this case? *(No response)*

Can everyone here, other than Juror Number 32, despite having friends and family who are in law enforcement, heed my instruction as to defendants' constitutional rights, including the right to remain silent, hold the Government to its burden of proof? *(No response)*

So can everyone here commit to me that you'll be able to put that relationship history with someone in law enforcement aside and only consider the evidence, instructions, and the law that you're presented with here in this courtroom? *(No response)* All right. I don't see any hands.

All right. I think what I'd like to do at this time is take about a 20-minute break. I want to inform you-all of a few things. It's going to take 20 minutes just to use the facilities and get everybody up and going. But I'm getting to the end of my part. It is imperative that you-all do not speak about the case or form any opinions until you're instructed to do so.

The Court security officers are going to tell you where the restroom facilities are. Now, remember, these

restrooms were built back in 1935. But I would ask and tell you, this is probably not a good time, given your numbers, to go and walk around and take a tour of the artwork in the courthouse. So please do your best to stay on this floor. And we'll have you lined up and ready to get back in here in about 20 minutes.

But don't form any opinions or speak about the case until you're instructed to do so. Don't let anybody come up and try to speak to you about the case; don't speak to them. Everybody understand? *(Heads nodding)*

Okay. And do your best to remember where you're seated. We'll be back in about 20 minutes.

*(Panel leaves courtroom)*

*THE COURT:* Thank you with your patience. We're going to go back on the record at 11:20, as best we can.

Joe, was there anything that I need to know before I take a recess?

*SECURITY OFFICER:* No.

*THE COURT:* Okay. Back as close as we can in 20 minutes. Thank you.

*(Short recess taken)*

*(Panel enters courtroom)*

*THE COURT:* Ladies and gentlemen, at this time, I'd like to ask you a few more questions. Remember you continue to be under oath. I know this is going to solicit a lot of

hands. We'll begin with this area to my far left. You-all -- the rest of the sections don't need to raise your hands, I'll get to you.

Beginning with the section to my far left, Is there anyone on the panel that's ever served on a grand jury or a trial jury, raise your hand. Anybody ever served on a jury over here to my far left? *(Hand raised)*

Yes, ma'am? Back in the back. Tell us your juror number.

*PROSPECTIVE JUROR:* 52.

*THE COURT:* Ma'am, what type of jury did you serve on?

*(Court Reporter interrupts)*

*THE COURT:* Let us adjust our microphones.

*PROSPECTIVE JUROR:* It was in Navarro County.

*THE COURT:* What type of jury was it?

*PROSPECTIVE JUROR:* I'm not sure what type.

*THE COURT:* In other words -- I should have stated that better. Was it a criminal jury or a civil jury?

Was it a car -- like a car wreck case?

*PROSPECTIVE JUROR:* It was -- I think it was criminal.

*THE COURT:* So if it was criminal somebody would have been charged with a crime. Maybe you remember what type of --

*PROSPECTIVE JUROR:* It was a drunk driving thing.

*THE COURT:* Okay. That could actually be either criminal or civil. But do you remember whether you were able to reach a verdict in that case?

*PROSPECTIVE JUROR:* I'm sorry?

*THE COURT:* Were you able to reach a verdict in the case?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Do you remember what your verdict was?

*PROSPECTIVE JUROR:* Guilty.

*THE COURT:* Guilty?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Sounds like it was a criminal case. Any other juries you've served on?

*PROSPECTIVE JUROR:* No.

*THE COURT:* How many years ago was the one out in Navarro County?

*PROSPECTIVE JUROR:* It was pre-COVID pandemic. I think it was maybe 17 or 18. I can't remember the exact year.

*THE COURT:* Okay. That's fine.

Anyone else in that section to my left? And when I'm saying juries, I also mean the grand jury, if you ever served on a grand jury. *(No response)*

Okay. We'll go to my next section. Anybody in this section right here? *(Hands raised)*

Gentleman there in the third row. We'll go with Juror Number 40. We'll get to you, sir.

*PROSPECTIVE JUROR:* Number 40.

*THE COURT:* What type of jury have you served on?

*PROSPECTIVE JUROR:* Well, I'm not sure. I know one of the cases was a criminal case.

*THE COURT:* Okay. Where was that?

*PROSPECTIVE JUROR:* And, yes, they were guilty. And it was in Denton County, because it was Lewisville. So that would have been --

*THE COURT:* Probably Denton County.

*PROSPECTIVE JUROR:* Denton County.

And the other one was -- I'm not sure what type of jury it was. But it was -- I don't even know if it was considered criminal or civil, or both.

*THE COURT:* All right. Do you remember any of the facts of the case?

*PROSPECTIVE JUROR:* Yes. It had to do with a contractor that was hired and the job was being -- I don't know.

*THE COURT:* The allegation maybe there was shoddy work or something like that?

*PROSPECTIVE JUROR:* Yes. But it had to do with the city.

*THE COURT:* Oh, okay. So do you remember if y'all

were able to reach a verdict in that one? Sounds like a civil case, but I don't know.

*PROSPECTIVE JUROR:* Yes. Guilty.

*THE COURT:* So you found against the contractor?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. In a civil case you don't really find guilty or not guilty, you just find for the party.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* Okay. All right.

Any others? *(Hands raised)* A couple of others there.

Yes, sir?

*PROSPECTIVE JUROR:* Juror 37. I served on a jury duty and was in the jury for a hearing for a DWI case.

*THE COURT:* Where was that, sir?

*PROSPECTIVE JUROR:* That was in Wise County.

*THE COURT:* So just County Court -- District Court up in -- or County Court at Law up in Decatur, you served on that jury?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Did you find the defendant guilty or not guilty?

*PROSPECTIVE JUROR:* Not guilty.

*THE COURT:* Any other juries you've served on?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* Okay. Thank you.

Oh, did you tell us your juror number. You did, Number 37.

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Yes, sir. Thank you.

*PROSPECTIVE JUROR:* Juror Number 65.

*THE COURT:* Okay. What type of jury did you serve on?

*PROSPECTIVE JUROR:* I believe it was a criminal one.

*THE COURT:* Do you remember where it was located?

*PROSPECTIVE JUROR:* In Tarrant County.

*THE COURT:* And do you remember what type of case it was?

*PROSPECTIVE JUROR:* It was a criminal case.

*THE COURT:* Do you remember -- when you say, criminal, was it DWI, or robbery? Can you think of anything about the case?

*PROSPECTIVE JUROR:* It was -- the charge that was given was offense of a provocative contact.

*THE COURT:* Okay. These former state prosecutors and these state defense attorneys probably know what that is, but I don't.

Were you able to reach a verdict in that case?

*PROSPECTIVE JUROR:* We were.

*THE COURT:* Guilty or not guilty?

*PROSPECTIVE JUROR:* Not guilty.

*THE COURT:* Okay. Anything else?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* All right. Anyone else in this section before I move to my next one? *(No response)* Nobody has been on a grand jury to my left, that's unusual.

Okay. Next section. Anybody served on a trial jury or on a grand jury, raise your hand. *(Hands raised)*

Young lady in the front row. Juror Number 9?

*PROSPECTIVE JUROR:* Juror Number 9. It was criminal in this building, and about 25 years ago.

*THE COURT:* Do you remember who your judge was?

*PROSPECTIVE JUROR:* I don't.

*THE COURT:* Did he talk like this?

*PROSPECTIVE JUROR:* What was that?

*THE COURT:* Did he talk like this?

*(Laughter)*

*PROSPECTIVE JUROR:* No. He did not.

*THE COURT:* Well, you would remember him.

Did he look like either of these two guys behind me?

*PROSPECTIVE JUROR:* I know what he looked like, but it's not very complimentary.

*(Laughter)*

*THE COURT:* I better not comment on that.

*(Laughter)*

I think it was my other colleague that's back there, and I'll tell him you said that on break.

*(Laughter)*

I'm just joking. I serve with another very handsome judge. It's not meant to anybody that may be listening.

So it was in a criminal case in this building. Do you recall who it was?

*PROSPECTIVE JUROR:* It was a criminal case, there was a lawyer on trial. There was a police officer that had been convicted. It was Haltom City, and it had to do with lawyers and the police extorting money out of the --

*(Court Reporter interrupts)*

*THE COURT:* Yeah. Tell us that again, because I barely heard you. Had to do with what?

*PROSPECTIVE JUROR:* Okay. Had to do with the lawyer that was on trial and police colluding and extorting money out of the local Asian population there, I believe for protection.

*THE COURT:* Did you-all find the defendant guilty or not guilty?

*PROSPECTIVE JUROR:* No. It was a hung jury.

*THE COURT:* Okay. Any other juries you've served on?

*PROSPECTIVE JUROR:* No. Just like traffic court before that, it's been a while.

*THE COURT:* Okay. And you don't remember either of

the two prosecutors or any of these defense attorneys?

*PROSPECTIVE JUROR:* No. It's been over 25 years ago.

*THE COURT:* We have a couple here that probably have been over here for the last 25 years, I bet.

All right. Thank you, ma'am.

All right. Juror Number 25?

*PROSPECTIVE JUROR:* I served at a civil case last December of year of '25. It was a -- involved a vehicle hit a pedestrian, and that pedestrian was suing for monetary damages.

*THE COURT:* Was it here in Tarrant County?

*PROSPECTIVE JUROR:* Yes. Tarrant County. I believe the courtroom number was 381.

*THE COURT:* There are a lot of them with 300 numbers over there. I used to be on the 352. You don't remember if I was the Judge, do you?

*PROSPECTIVE JUROR:* I had it in my notes in my phone, and, of course, I don't have my phone.

*THE COURT:* I had a lot of car wrecks and stuff like you just described. Were y'all able to find a verdict or reach a verdict?

*PROSPECTIVE JUROR:* Well, I was the alternate, so I was number -- lucky number 13, even though they referred to me as 14. I was dismissed right when deliberations were started.

*THE COURT:* Fair enough. Any other jury service?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Thank you. You may be seated.

All right. Anyone else in that section? *(No response)* No jury service? *(No response)* All right.

We'll go to my far right, over here. *(Hands raised)* There we go, three on the front row. We'll work through the front row, and then we'll go back.

*PROSPECTIVE JUROR:* Juror Number 16.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* And I served --

*(Court Reporter interrupts)*

*THE COURT:* I'm getting in trouble from Monica. Be sure you speak into the microphone.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* Monica and I are kind of like an old married couple. We've been together for a long time.

*(Laughter)*

*PROSPECTIVE JUROR:* I'm Juror Number 16. And I served in Tarrant County. It was a criminal case for manufacturing methamphetamine.

*THE COURT:* Do you remember whether you reached a verdict?

*PROSPECTIVE JUROR:* It was guilty.

*THE COURT:* Okay. And it was here in Tarrant

County?

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* Any other jury service?

*PROSPECTIVE JUROR:* That's it.

*THE COURT:* Okay. Go on down the line.

*PROSPECTIVE JUROR:* Juror 15. I served about ten years ago in Parker County. It was a criminal charge of -- drug charge. We only heard opening statements, and then there was a plea deal, so there was no -- we never -- we never made a decision, they made that for us.

*THE COURT:* Okay. All right. Thank you.

And, yes, ma'am, Number 13?

*PROSPECTIVE JUROR:* 13. I served on a civil jury, here in Tarrant County, early 2000. But we never reached -- they ended up doing a plea deal I, guess.

*THE COURT:* A settlement.

*PROSPECTIVE JUROR:* A settlement. It was a settlement.

*THE COURT:* Okay. So you never reached a verdict?

*PROSPECTIVE JUROR:* No.

*THE COURT:* All right. Thank you.

All right. Next row?

*PROSPECTIVE JUROR:* Number 31.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* Tarrant County, I don't know

'17, '18. They settled just before we went into court, so it was civil.

*THE COURT:* Okay. But other than that, no jury service?

*PROSPECTIVE JUROR:* No.

*THE COURT:* That gentleman behind you has got his hand up.

*PROSPECTIVE JUROR:* Juror 46. Served on Municipal Court in Arlington.

*THE COURT:* So probably a traffic ticket?

*PROSPECTIVE JUROR:* Dispute over a driver's license. Yes, sir.

*THE COURT:* So do you recall if it was criminal? A criminal case?

*PROSPECTIVE JUROR:* I don't think so, no.

*THE COURT:* I'm just trying to figure out what kind of case it was, dispute over a driver's license.

Tell me what else you remember.

*PROSPECTIVE JUROR:* They were talking about the driver's license being suspended versus not suspended and the guy took it to court.

*THE COURT:* Oh, it was a gentleman with a suspended license that was trying to fight that?

*PROSPECTIVE JUROR:* Yeah.

*THE COURT:* Did I describe it correctly?

*PROSPECTIVE JUROR:* About -- yeah, about his driving record. Yes, sir.

*THE COURT:* Do you recall what you-all were able --

*PROSPECTIVE JUROR:* Not guilty.

*THE COURT:* Not guilty. So you -- in other words, you didn't find that there was a mistake in the guy's driving record?

*PROSPECTIVE JUROR:* That's correct. Not a mistake. Yes, sir.

*THE COURT:* All right. That's an unusual one to have to go on.

Anybody else? *(No response)* Nobody else -- okay gentleman in the back.

*PROSPECTIVE JUROR:* Juror Number 73. I served here in Tarrant County for a civil case. We found the person guilty.

*THE COURT:* You found the person liable?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. Tell me the basic facts of the case.

*PROSPECTIVE JUROR:* It was a dental hygienist playing loud music in her car not realizing that there was a fire truck or a paramedic coming by, and she hit the other car.

*THE COURT:* Okay. So car accident?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Any other jury service?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* All right. I used to do about two of those a week.

Juror Number 40?

*PROSPECTIVE JUROR:* Number 40. I just wanted to go back and piggyback on what I was saying to make sure it was understood. My second jury was Tarrant County, not the Denton County on the first jury.

*THE COURT:* That's fine.

*PROSPECTIVE JUROR:* I don't know that I said that. Yeah, it had to do with the city against, as a matter of fact, downtown Fort Worth.

*THE COURT:* Oh, sounds like a big case.

Anybody else that I might have missed jury service, and this includes grand jury service? *(No response)*

Okay. I'd like to ask you-all some specific questions. I think this is going to solicit some hands. But is there anyone that's been following a lot of the recent stories, and even political commentary that we've seen, involving Immigration and Customs Enforcement, that follows that regularly?

We'll begin with my -- let's -- before we start popping up, let's make it easy so people's hands don't get

worn out. And I'll keep my hand -- or keep my questions to this group over here to my far left. We'll begin with you.

Kind of what I'm looking for, is to see if you have any strong feelings one way or the other about it.

*PROSPECTIVE JUROR:* Juror Number 18.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* I do regularly follow things having to do with that on social media and outside of social media as well.

*THE COURT:* And I asked you the question specifically to this case earlier, July 4th of 2025, and I don't remember talking to you. But you're saying in general you're following some of this information?

*PROSPECTIVE JUROR:* In general. I mean --

*THE COURT:* For instance, some of the things going on in Minnesota?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* Do you have any strong feelings about that that might cause you not to be a fair and impartial juror?

*PROSPECTIVE JUROR:* I would say I do.

*THE COURT:* Pro or con against Immigration and Customs Enforcement?

*PROSPECTIVE JUROR:* Pro or con, you said?

*THE COURT:* Well, it's probably a shorthand way of

saying, do you strongly support what ICE is doing, or are you strongly against what ICE is doing?

*PROSPECTIVE JUROR:* Strongly against.

*THE COURT:* Okay. Do you think you can put those feelings aside and be a fair and impartial juror on this case?

*PROSPECTIVE JUROR:* I don't.

*THE COURT:* Okay. There's just no way you can follow my instructions without considering all that stuff that you've considered before you came here; is that correct?

*PROSPECTIVE JUROR:* I could try. I can honestly try.

*THE COURT:* No. I don't need to know you can honestly try, I need to know whether you can or not. I'm not saying this to be mean.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* Just tell me the truth.

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. All right. Thank you, ma'am.

The area to my far left, anybody else? Strong or feelings either way? *(Hand raised)*

*PROSPECTIVE JUROR:* Juror Number 2.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* I follow it closely also. My family is -- we're a family of immigrants, so I follow it closely.

*THE COURT:* Would -- in following it closely, do you have strong feelings one way or another that might affect your judgment?

*PROSPECTIVE JUROR:* I have strong feelings that there's a lot of injustices happening, but not one way or another.

*THE COURT:* Well, I'm just -- I'm trying to be specific. And there's no right or wrong answer, I promise. And you shouldn't take from anything that I've said that I have a feeling one way or another either.

But is there anything about that that you think might cause you to be unfair and impartial if you're selected to serve on the jury? Like you just can't -- in no way you can put it out of your head?

Like, in my example I gave you earlier, as an Aggie on a jury if we were judging the University of Texas. Is there anything about those strong feelings that you just can't put them away and say, I'll consider the facts? Or do you think that you're so -- I don't want to say influenced, but you feel so strongly about this that you just couldn't be a good juror under any circumstances?

*PROSPECTIVE JUROR:* I think I could be a good juror.

*THE COURT:* Would you be able to disregard your personal feelings toward Immigration and Customs Enforcement and what they're doing?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* You would be able to put that aside?

*PROSPECTIVE JUROR:* I think so, yes.

*THE COURT:* You think so or you know so?

*PROSPECTIVE JUROR:* Well, we all have biases, right?

*THE COURT:* We do.

*PROSPECTIVE JUROR:* And that's going to be my bias.

*THE COURT:* Okay. And that's -- I feel like I'm badgering you, but I'm not. I just -- I have to ask you these questions.

*PROSPECTIVE JUROR:* To the best of my ability, yes, I think I can put that aside.

*THE COURT:* Okay. Now, if they told me I had to kiss Bevo, I wouldn't be able to serve on that jury.

*(Laughter)*

All right. Thank you very much, ma'am. I appreciate your candor.

*PROSPECTIVE JUROR:* Juror Number 34.

*THE COURT:* Yes, ma'am? Do you have strong feelings one way or another?

*PROSPECTIVE JUROR:* I do.

*THE COURT:* I can't think of another way to say it either pro or con, but do you feel strongly in support of the mission that Immigration and Customs --

*PROSPECTIVE JUROR:* I am not in support of the

mission.

*THE COURT:* Okay. Do you think you can put that aside and be a fair and impartial juror?

*PROSPECTIVE JUROR:* I do.

*THE COURT:* You do think you can put that aside?

*PROSPECTIVE JUROR:* I think I can.

*THE COURT:* Do you follow a lot of these stories?

*PROSPECTIVE JUROR:* I do.

*THE COURT:* Social media included?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* And you understand what's going on in Minneapolis is not necessarily what you might hear in this courtroom or anything like? So they're two separate things.

*PROSPECTIVE JUROR:* I do.

*THE COURT:* And you still continue to think you can put all that aside and be fair and impartial, or at least as much as possible?

*PROSPECTIVE JUROR:* As much as possible.

*THE COURT:* Okay. All right.

Yes, ma'am, young lady on the back row? Tell us your juror number.

*PROSPECTIVE JUROR:* 49.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* I --

*THE COURT:* You follow a lot of commentary on the

ICE stuff?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Do you have any strong feelings one way or another?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Are those strong feelings going to affect your judgment?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Do you think you can put those aside?

*PROSPECTIVE JUROR:* No.

*THE COURT:* So despite me admonishing you and telling you all these stories about Bevo and the Aggies, that's not going to -- wouldn't cause you to be able to put that aside?

*PROSPECTIVE JUROR:* Unfortunately not.

*THE COURT:* Okay. Anybody else in that section?

*(No response)*

All right. Let's go to my next section.

*(Hands raised)* We can go from the back and come up. We'll get to you.

*PROSPECTIVE JUROR:* Juror 54.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* I am very aware of immigration due to my brother being an immigration attorney. I don't know if that has any bearing.

*THE COURT:* Well, it's not quite the same. So immigration attorney -- what I'm asking for is -- a lot of the things that we've heard on the news here recently, I asked you a question about that earlier.

But there's been a lot of commentary out there about Immigration and Customs Enforcement. And I'm asking if you keep up with that and if you have any strong feelings with regards to that?

*PROSPECTIVE JUROR:* Yes. I do somewhat through my brother, because he's an immigration attorney. Strong feelings, I think everybody has strong feelings about things.

*THE COURT:* Yeah. I agree with you. And that's why I'm asking you this, is there any way you can put those strong feelings aside and be fair and impartial?

*PROSPECTIVE JUROR:* I think I can.

*THE COURT:* Well, are you pretty sure that you can? In other words, what your brother's opinion may be or what news story you read --

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* -- you're able to put that out of your mind and consider only the evidence you hear in the courtroom?

*PROSPECTIVE JUROR:* I think for myself, definitely. But I do have strong feelings, but, yes, I do think I can put it aside.

*THE COURT:* I appreciate it. That's why I gave the

example about the University of Texas, we all have strong feelings.

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Some of us may have strong feelings that we don't like to eat broccoli, but that doesn't mean we can't serve on a jury with broccoli farmers.

*PROSPECTIVE JUROR:* I understand.

*THE COURT:* Okay. Anybody else in this section?

*(Hands raised)*

And again, there's no right or wrong answer, what I need from you is honesty.

Juror Number 8?

*PROSPECTIVE JUROR:* Number 8. I have very strong feelings. I do watch media and a news source. No, I don't believe I can put it aside as strongly as I feel.

*THE COURT:* So you don't think under any circumstances you can put that aside and be a fair and impartial juror?

*PROSPECTIVE JUROR:* No. Because I know it would be in the back of my mind always, the way I feel about it.

*THE COURT:* There's no way you could ever put that out of your head, as best you can, and try to be fair and impartial and follow my instructions?

*PROSPECTIVE JUROR:* I'm still going to say no.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* And I understand your dislike for the orange people.

*(Laughter)*

*THE COURT:* Are you an Aggie, ma'am?

*PROSPECTIVE JUROR:* No. Guns up.

*THE COURT:* Well, we'll let a Red Raider come in here, I guess.

*(Laughter)*

*PROSPECTIVE JUROR:* I am Juror Number 5. I do closely follow a lot of the stuff that's happening. I actually was unaware that there was anything happening this close to home. Again, Minneapolis is a good example.

*THE COURT:* Been a lot of coverage on this.

*PROSPECTIVE JUROR:* Yeah.

*THE COURT:* I think it's fair to say, there's probably not one person here that hasn't heard of this in the news recently.

*PROSPECTIVE JUROR:* Right. Even though I feel strongly against what the Department of Homeland Security is doing, I still can put those feeling aside, because it's not about the Department or, I'm not sure --

*(Buzzing noise)*

*(Court Reporter interrupts)*

*THE COURT:* Anybody's phone going off?

*(No response)*

All right. Let me kind of piggyback off that. So you are right, that there has been a lot of commentary on this. And you just told me that you -- you think you'd be able to put this aside, even though you have maybe --

*PROSPECTIVE JUROR:* Yeah. This is not really about my feeling, it's about what's presented in the case.

*THE COURT:* You'd be willing to just consider what you hear in the courtroom?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. And as I said, we all have strong feelings about things. It's just good enough to put all of those feelings aside and follow your oath as a juror.

Please stand, sir. What's your juror number?

*PROSPECTIVE JUROR:* Number 22.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* I've been following the news.

*THE COURT:* I guess maybe let me cut it short. Are you for or against ICE's mission or are you indifferent?

*PROSPECTIVE JUROR:* From what I have been seeing, I think ICE --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* Sorry. I think ICE has been unprofessional.

*THE COURT:* Do you think you could set that aside and just hear only the evidence presented here in the

courtroom?

*PROSPECTIVE JUROR:* Yes, sir.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Juror Number 24. I share the same opinion. I think that ICE has been unprofessional, but I can put it aside.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Juror Number 38. I've been following the news local and nationwide. I believe it will -- I have strong feelings that I believe will make me an impartial juror.

*THE COURT:* What are those strong feelings? Because you can't just say that, that's not a magic word to get you out.

*PROSPECTIVE JUROR:* Okay. I have strong feelings against ICE as an agency.

*THE COURT:* Okay. And just like I have strong feelings against the University of Texas, is there anything about that that you think you just can't put those feelings aside and consider the evidence?

*PROSPECTIVE JUROR:* Respectfully, I don't believe a college rivalry is equivalent to human rights, sir.

*THE COURT:* So it sounds like to me, you're telling me you feel so strongly, absolutely no way could you put that aside and just be fair and impartial and just consider what

you hear here in the courtroom?

*PROSPECTIVE JUROR:* No, sir.

*THE COURT:* All right.

Yes, sir?

*PROSPECTIVE JUROR:* Number 53.

*THE COURT:* Uh-huh. So the question I've been asking is, if you've been following this -- some of this commentary on the ICE stuff that's been in the news recently, is that something that so strongly affects you, you don't think you could be a fair and impartial juror?

*PROSPECTIVE JUROR:* I could be fair.

*THE COURT:* Okay. I think you had something you wanted to tell me, though. Don't let the mean judge shut you down. What were you going to say to me when you stood up?

*PROSPECTIVE JUROR:* It's just very upsetting to me when I see it on TV and I hear about all the stories that's going on. It's just disturbing.

*THE COURT:* And I think that's probably a fair statement. But I guess the question I would have, is there -- just because we see these stories and we have these feelings, does not necessarily mean we can't serve on a jury.

And the question from me is, Are you able to put that aside and away to and serve on the jury and only consider what you hear in the courtroom?

*PROSPECTIVE JUROR:* Yes. I can.

*THE COURT:* Okay. Thank you, sir.

Anybody else in my middle section? *(No response)*

All right. Thank you all for your honesty and candor.

We'll go to this next section to my right. We'll go this fourth, and then we'll go over, same question I've asked everybody.

What's your juror number?

*PROSPECTIVE JUROR:* 11. Yes, I follow social media as well.

*THE COURT:* And is there anything about that that you feel so strongly about you just couldn't serve on a jury involving the Immigration and Customs Enforcement?

*PROSPECTIVE JUROR:* I feel very strongly against --

*THE COURT:* Put your mic up close.

*PROSPECTIVE JUROR:* I do feel very strongly against ICE, and I don't think I could put it aside.

And again, also family is immigrants.

*THE COURT:* And remember, this goes for everybody, you'd be asked to put all your bias and prejudice aside as best you can before you come in here, and follow my instructions. You don't think you could do that?

*PROSPECTIVE JUROR:* Not on this specifically.

*THE COURT:* I'm sorry, ma'am?

*PROSPECTIVE JUROR:* On this specifically, no.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Juror Number 10. I -- I don't think I could be on this jury because we follow it on -- on the news, I watch that a lot. I'm shaking.

*THE COURT:* That's okay.

So I think it's fair for everybody, and we all would agree, you can't turn on any kind of media or any kind of social media and not see this being reported, right?

*PROSPECTIVE JUROR:* Right.

*THE COURT:* So again, is there something about that that makes you feel so strongly, either for or against Immigration and Customs Enforcement, that says in your mind there is no way under any circumstances would I be able to put these feelings aside and be a fair and impartial juror?

*PROSPECTIVE JUROR:* I don't think I could put it aside, because I have too many family members that have died.

*THE COURT:* Okay. Died from being deported --

*PROSPECTIVE JUROR:* Uh-huh.

*THE COURT:* -- or that work for law enforcement?

*PROSPECTIVE JUROR:* Deported.

*THE COURT:* Okay. Thank you, ma'am. And it's okay to be nervous. I've been doing this a long time, and I still get nervous. If you weren't nervous, I'd be worried about you.

All right. Number 26?

*PROSPECTIVE JUROR:* Yeah. I do feel strongly against ICE's methods towards some civilians and protestors and illegal aliens.

*THE COURT:* So those general feelings about ICE, do you think it would cause you to be a fair -- I mean an unfair -- you would not be able to put those feelings aside, as best you can, and listen to the evidence presented? Do you think you can commit to doing that?

*PROSPECTIVE JUROR:* Yes. I think I can put them aside.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Juror Number 27. I do follow social media and the media on ICE. I do feel strongly about it. I would try my best to put it aside.

*THE COURT:* Well, I guess, can you, if you hear my instructions?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* You can do that?

*PROSPECTIVE JUROR:* I can try.

*THE COURT:* No. Can you do that? Can you follow my instructions?

*PROSPECTIVE JUROR:* I can.

*THE COURT:* Okay. Thank you, ma'am. And again, I'm not doing this to badger, I'm just trying to get the best jury we can here.

Yes, ma'am?

*PROSPECTIVE JUROR:* Juror 41. It's not about what I feel, I follow both sides, and I know the law. And being that -- I'm not sure what you would ask or instruct me to do, it would be hard to say whether or not I could follow those instructions, because I do feel very strongly about what the rule of law is.

*THE COURT:* Just let me interrupt you momentarily, ma'am, and I don't mean to. But the instructions I give you would be the instructions on the law that you would have to follow, whether you disagree with them or not. And you might even think you know the law better than everybody else, you still have to follow what I tell you, even though it might later be shown that I'm wrong.

So do you think you could do that?

*PROSPECTIVE JUROR:* I -- no.

*THE COURT:* You don't think you could follow my instructions?

Same thing for the lady that said she couldn't following the instructions under the Constitution.

*PROSPECTIVE JUROR:* I can't hear you.

*THE COURT:* You can't follow -- there's no way you could follow my instructions on the law; is that what you're telling me?

*PROSPECTIVE JUROR:* If it was with the Constitution,

yes, what I -- what I believe to be true.

*THE COURT:* Well, you're going to have to accept the law as I give it to you.

*PROSPECTIVE JUROR:* Of course.

*THE COURT:* Are you going to be able to do that?

*PROSPECTIVE JUROR:* I'm going to say no.

*THE COURT:* Why not?

*PROSPECTIVE JUROR:* Um --

*THE COURT:* Because in any jury, you're going to have to swear that you're going to follow the judge's instructions.

*PROSPECTIVE JUROR:* Of course.

*THE COURT:* You just don't think you're able to do that?

*PROSPECTIVE JUROR:* No, sir. And I don't think you want to hear my reasons either.

*THE COURT:* That's fine. I'm just asking. I just never had that answer before. I'm talking in general, not about this particular case.

Have you ever served on a jury?

*PROSPECTIVE JUROR:* I can't -- I'm sorry, I'm having a hard time hearing you.

*THE COURT:* Okay. We'll move on to our next juror. We can talk privately to you later. Thank you.

*PROSPECTIVE JUROR:* Juror Number 59.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* I do have very strong feelings against the process that's currently being -- taken place due to immigration and ICE.

*THE COURT:* And I don't want to ask you one way or another how you feel, but do you think there's anything about that, having strong feelings, that would cause you to be an unfair and impartial juror?

*PROSPECTIVE JUROR:* I do feel that I could put aside my feelings and trust the system and do my best to participate. But my fear would be going on record and any exposure that would happen, being a person of color on a jury that could potentially be held against me in the future.

*THE COURT:* Well, I can assure you, that's not going to happen. Any of your security concerns are going to be taken care of as best we can.

*PROSPECTIVE JUROR:* Thank you.

*THE COURT:* All right. Thank you.

All right. Yes, sir?

*PROSPECTIVE JUROR:* Juror Number 70.

*THE COURT:* Yes, sir?

*PROSPECTIVE JUROR:* I have been following things that have been going on in the news and on social media about ICE. I am against the whole ICE agency. But I do feel like I can be an impartial juror.

*THE COURT:* Okay. Thank you. I appreciate your honesty. I like your shirt, bud. If you want to switch, I'll give you this robe.

*(Laughter)*

*PROSPECTIVE JUROR:* Number 72. I do very, very closely follow most of what's going on anywhere in the country when it pertains to DHS and ICE. And I do have extremely strong feelings.

*THE COURT:* And again, I don't need to know what your feelings are. Just tell me whether you think that there's any way --

*PROSPECTIVE JUROR:* I feel like a lot of what is being reported, either way, is slanted inaccurate. And I do feel I can separate that out from the legality of it.

*THE COURT:* Okay. So you can abide by my instructions and only consider what you hear in the courtroom?

*PROSPECTIVE JUROR:* I believe so, yes.

*THE COURT:* Okay. Thank you, ma'am.

All right. The section on my far right. *(Hands raised)* Looks like Juror Number 13 and 14 there. Thank you, Officer Wilson.

Juror Number 14?

*PROSPECTIVE JUROR:* Number 14. I do have a very strong feeling about ICE, the way they're conducting themselves. I'm an immigrant, myself, of 50 years. And I

have been in strong -- very strong fear ever since all of this has started.

*THE COURT:* Okay. So let me ask you this, Are those feelings so strong you feel like there's no way no how you could put that aside and be fair and impartial?

*PROSPECTIVE JUROR:* I have always listened and given my true feelings about what's going on.

*THE COURT:* And I understand. I just -- I want to know if you can put those feelings aside. It's perfectly fine -- there's no right or wrong answer. But can you put those aside and only pay attention to the evidence?

*PROSPECTIVE JUROR:* I'm not sure if I could. Because I do have a very strong feeling about what's going on right now.

*THE COURT:* Okay. So even if I instructed you otherwise, you couldn't put that aside?

*PROSPECTIVE JUROR:* I could. Yes, I could.

*THE COURT:* You could put it aside?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. Thank you.

Number 13?

*PROSPECTIVE JUROR:* 13. I do have strong feelings. I don't know if I could put them aside.

*THE COURT:* And despite my instructions to the contrary?

*PROSPECTIVE JUROR:* I follow it pretty regularly, every day, and I would really have a hard time.

*THE COURT:* Well, let me ask you this, So despite my instructions, you don't feel under any circumstances you could be a fair and impartial juror, given your feelings in this case?

*PROSPECTIVE JUROR:* I don't think I could.

*THE COURT:* Yes or no, please.

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Thank you.

All right. Anyone else, section to my right? We covered the first row. Anyone else? *(No response)*

Now I'm going to ask some questions that I feel like will elicit some equally strong responses. Again, there's not any right or wrong answers here.

But I'll be asking you the same type of questions, except this time instead of Immigration and Customs Enforcement, I'll be asking you about Antifa, which is another thing we've heard a lot in the news. Needless to say, despite the news coverage that we've heard from all this, the defendants here are entitled to the best jury that we can give them, the most fair and impartial jury that we can.

And if I instruct you to do something, you need to commit that you're able to do that. It is incumbent upon us to be able to have as full and a fair trial as possible. And

that's part of the oath that you took when you came in here, and that's the reason for these questions.

Is there anyone here, in the section to my left, that has heard the word Antifa, raise your hand. And I'll ask you some of the same questions. Maybe a better way to put it would be, Have you heard of Antifa and do you have any strong feelings, one way or another, that might cause you to be an impartial juror in the case? *(Hands raised)* So let me do that, otherwise we'll be here until the cows come home.

*(Laughter)*

Yes, ma'am? You, on the front, Juror Number 2.

*PROSPECTIVE JUROR:* Juror Number 2. I've heard of it, but I don't have any context around it.

*THE COURT:* So I guess -- I should have -- see, I'm not good at asking these questions after doing this all these years.

But what I'm really looking for -- the lawyers are going to do some cleanup on it -- but you have such strong feelings about Antifa or that's been reported on in the news, or maybe you've been exposed to that would cause you to not be a fair and impartial juror?

In other words, from what I know about this there is no way I could ever follow the judge's instructions. So, I take it, from your testimony, you'd be able to put that aside? Yes?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay. Same thing for the folks here on my left. Anybody? No strong feelings one way or another about Antifa that would cause you to not be able to serve?

All right. The entire section to my left? *(Hand raised)* Yes, ma'am?

*PROSPECTIVE JUROR:* I'm not -- 54.

*THE COURT:* Okay. Thank you.

*PROSPECTIVE JUROR:* I'm not really sure what you're asking.

*THE COURT:* Well, I guess here's a way to put it, Are you familiar with the group or entity from the news that might be called Antifa? You've heard of that word before?

*PROSPECTIVE JUROR:* I am very familiar with it, yes.

*THE COURT:* All right. What -- how are you familiar with that term?

*PROSPECTIVE JUROR:* A situation involving that in a church.

*THE COURT:* Are you referring to some of the recent reporting up in Minneapolis?

*PROSPECTIVE JUROR:* No.

*THE COURT:* Okay. Tell us about that experience, and why you might think that might affect being able to serve on the jury one way or another.

*PROSPECTIVE JUROR:* It was -- it was very scary.

*THE COURT:* And again, ma'am, if this is something you'd prefer to talk to us in private, we can -- would you prefer to talk about it in private? I don't -- never -- this is never meant to berate or embarrass anyone.

*PROSPECTIVE JUROR:* Right. No, it would not. It was in Texas.

*THE COURT:* Okay. Out of abundance of caution, why don't we speak to you later, okay?

*PROSPECTIVE JUROR:* Yeah. And let me clarify, I don't necessarily mean scary, just it was -- maybe a better word is alarming in a house of worship.

*THE COURT:* Do you feel comfortable briefly describing that to us? If you don't, like I said, we'll talk to you later.

*PROSPECTIVE JUROR:* Well, when someone comes in armed in a service, that's alarming.

*THE COURT:* To disrupt the service?

*PROSPECTIVE JUROR:* Correct.

*THE COURT:* And you believe that that person or persons might have been affiliated with Antifa?

*PROSPECTIVE JUROR:* They said so.

*THE COURT:* Do you think there's anything about that experience that would cause you to be unfair and impartial?

*PROSPECTIVE JUROR:* I don't think so. I feel like I'm a very fair person.

*THE COURT:* Do you think you could put that aside? The lawyers may have some other questions for you. If we need to, we'll talk to you about it later.

*PROSPECTIVE JUROR:* Okay. I -- well, I don't know. I don't know. This is the very thing that they said, they --

*THE COURT:* Well, we'll save it. I think we already said we would talk to you private.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* Anyone else? Strong knowledge, feelings, for or against, what's been reported on Antifa?

*(No response)*

All right. Let's have my section -- first section to my right here. Anybody that has strong feelings, one way or another, about a group known as Antifa, or the word Antifa?

*(Hand raised)*

*PROSPECTIVE JUROR:* Juror 41.

*THE COURT:* Yes, ma'am?

*PROSPECTIVE JUROR:* And I strongly disagree with their tactics.

*THE COURT:* Okay. Thank you. Anyone else in the group to my right, strong feelings, one way or another, about Antifa? *(No response)*

Anybody in the group that -- that is either a member of Antifa or affiliated with Antifa in any way? *(No response)* No one here has any affiliation with a group, I guess loosely

known as Antifa? *(No response)*

And again, don't take it from my questions I have any feelings about any of this. I am just trying to identify folks that are the best to serve on the jury, okay?

All right. I'm almost finished. And if you've already answered this already, please, please don't feel the need to tell me again. But is there anything that I haven't asked you that you can think of that would prevent you from being fair and impartial in this case, that you haven't told me already? *(No response)* No? *(No response)*

And other than the folks that haven't told me already, is there any -- anybody that has any moral, or religious, philosophical reason that would prevent you from being in judgment of one of your other citizens in serving on a jury?

In other words, you just have -- could be a religious conviction where you don't serve on a jury, certain religious sects don't believe in serving on juries. And some folks might just have a strong philosophical agreement to having juries, period. You just never know. *(No response)*

Okay. And I think that I have beaten the dead horse on this, but does anyone have any reason, based on the questions I've asked so far, that would prevent you from being a fair and impartial juror in this case? And as I said, not saying this as a threat, but if you're just trying to answer

these questions to get out of jury service, I've seen it before, you're just probably going to be called up into the next panel. *(No response)*

Okay. All right. At this time, I want to stop for lunch, but I need to give you some admonishments. Number one, you are not to talk amongst yourselves or with anyone else connected with the trial, connected with the general public, connected with anything that might be going on outside, or to form or express any opinion on anything about the case until the very end of trial.

I hate that I have to break for lunch, but there's just no way that we can get through all of this without giving you a lunch break. So we have a lot of folks that are here, members of the public and the press. I believe there also might be several news stations that are waiting outside. There may be folks that try to approach you, I think there also may be some demonstrators out there.

Now, we have rights under the Constitution for freedom of the press and freedom of speech. And it's perfectly okay to do what they're doing. Don't let that affect you.

But I must admonish you, because we are in the middle of trying to find the best jury possible, and as you can see there are a lot of strong feelings on this stuff. I must instruct you, if anyone approaches you and tries to talk

to you about anything about the case, do not respond to them. Remember the oath that you took. You're only to consider what you hear here in the courtroom. Please do not give your names out to anyone. Please don't let anybody talk to you about the case.

I'll be asking you when you come back if anyone may have tried to talk to you or approach you. Many of you are going to be released from this instruction, just please bear with me for the next couple of hours and refrain from it.

Same thing over the lunch hour, don't google anything about the case, or about me, or any of the attorneys. That would affect your judgment. That would not be doing your duty as jurors. We're here to get the most fair and impartial jury as possible. That's not only a right the United States has, that's a right that each and every defendant has.

And if we have a situation where we can't get a jury, we're just going to have to bring in the same number of folks tomorrow and do it again.

We're all taxpayers, we're all having to pay for all of us to be here. So I want everybody to remember that instruction. I'll be asking you about it.

There are a couple of you that I said that I needed to talk to outside of the other jurors. I know Number 54 was one, and number 61.

Did I tell anybody else I'd like to speak to you

outside the presence of the others? *(No response)* Okay, 41. Let me look at my numbers again. 61, 51 and 41 -- 61, 54 and 41, if you could remain for a few minutes, I promise I won't need you for very long.

We're going to take an hour lunch break. That doesn't mean you need to go down to Capital Grille and have a nice steak dinner for lunch. You know how hard it is to get back in the building and get reassembled. It would be a disservice to you if I had to delay this, it's already going to take much longer than we're used to here in the Fort Worth Division.

So stay close, don't wander off, and be ready and lined up to go at 1:15. So this is going to be a very quick lunch, by the time you have to exit and get back in. Keep track of your juror cards, leave those on your person. But do not, I repeat, do not talk amongst yourselves or anyone else about the case or anything you've heard in here.

Thank you-all. I appreciate your patience. Please gather all your things.

*(Panel leaves courtroom)*

*THE COURT:* Thank you all for remaining. I'll try to make this as quickly as possible.

We're here to talk to you about some things maybe you don't feel comfortable talking about in front of 75 of your fellow citizens. But I can assure you, I don't want you

disclosing anything personal.

Out of abundance of caution, though, we have turned the audio off on the fourth floor jury room. So this is a time for you to be candid with us. It will go on the record, but we don't want anybody to say anything that might embarrass them.

Before I go into any more detail, there was one juror that I originally said to stay back, but I didn't call their name out, that was the police officer. Does anybody have any problems with not bringing the police officer back in?

*MR. COFER:* No, Your Honor.

*THE COURT:* Nobody has an issue?

*MR. ST. JOHN:* No, Judge.

*THE COURT:* All right.

*(Prospective Juror approaches the bench)*

*THE COURT:* Okay. Number 61, you're the one with the brother that's a prosecutor. Step up here -- or come up here so we can hear you. I do this just because I didn't want you to identify your brother's name on the record, even though I did it with the other person mistakenly. I'm sorry, Cody, I shouldn't have done that.

Tell me your brother's name.

*PROSPECTIVE JUROR:* XXXXX XXXXX.

*THE COURT:* XXXXX XXXXX. And how long has he been

with the prosecutor's office?

*PROSPECTIVE JUROR:* I believe four years.

*THE COURT:* Ms. Clayton is over there smiling. Do you-all know him?

*MS. CLAYTON:* *(Nods head)*

*THE COURT:* Any questions for this juror? *(No response)* All right. Thank you. I think I know XXXXX, too.

*(Prospective Juror leaves courtroom)*

*(Prospective Juror approaches the bench)*

*THE COURT:* Okay. Juror Number 54. You told us that you thought you knew one of the witnesses. I can't remember the name of the witness, from my notes.

*PROSPECTIVE JUROR:* Cynthia Logan.

*THE COURT:* How do you know Cynthia Logan?

*PROSPECTIVE JUROR:* I believe she was a member at a church my husband pastored for a while. I don't know that for sure.

*THE COURT:* It's not the most common, but not the most uncommon name.

*PROSPECTIVE JUROR:* Right.

*THE COURT:* I don't know even what her position is. For those of y'all that are calling Ms. Logan as a witness, perhaps you can enlighten us to see if that's the same person.

*MR. TOLBERT:* I just want to make sure. It's

Lowkey, L-O-W-K-E-Y.

*PROSPECTIVE JUROR:* Lowkey?

*MR. TOLBERT:* Yes.

*PROSPECTIVE JUROR:* No. Then that is not.

*THE COURT:* You also had an issue -- I was just asking some general questions about the word Antifa, nothing specific. And you indicated you had some real strong feelings on that. Is there anything you'd like to share with us. You had this incident at your church.

*PROSPECTIVE JUROR:* Well, no, it was not at my church. It was at XX XXXXXXXX church and there was a member of Antifa that came in to disrupt the service, and had a gun, and had to be forcibly removed from the service.

*THE COURT:* I'm just curious, because you would have gotten this secondhand from XXXX XXXXXX -- and I'm not saying it's not true, I don't mean that at all but how did XXXX XXXXXX know that this person might have been part of a group colloquially known as Antifa?

*PROSPECTIVE JUROR:* She is part of the leadership team, as well as XXX XXXXXXX, and XX XXXXXXX who also is part of the leadership and security team.

*THE COURT:* Did the individual say, I'm an Antifa, and I'm here to --

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* Was it in a threatening manner? Did they come to get baptized?

*PROSPECTIVE JUROR:* Well, that's what we were hoping.

*THE COURT:* Yeah.

*PROSPECTIVE JUROR:* That's what they were hoping.

*THE COURT:* But -- and all joking aside. Was -- the person came in a perceived to be threatening manner, I guess?

*PROSPECTIVE JUROR:* Very much so.

*THE COURT:* Okay. Do any of my attorneys, beginning with the United States, have any questions?

*MR. SMITH:* Do you know how they dressed or if they had a weapon on them?

*PROSPECTIVE JUROR:* They did have a weapon underneath a coat.

*MR. SMITH:* And this person -- was it multiple people or --

*(Court Reporter interrupts)*

*THE COURT:* Do we have an extra hand mic?

*MR. SMITH:* I'll go to this one, Judge.

*THE COURT:* Okay.

*MR. SMITH:* Was it multiple people or just one?

*PROSPECTIVE JUROR:* One person.

*MR. SMITH:* And did this person display the firearm?

*PROSPECTIVE JUROR:* Did the person what?

*MR. SMITH:* Display the pistol, brandish it?

*PROSPECTIVE JUROR:* Yeah. Not initially, but yes.

*MR. SMITH:* And how was this person dressed, do you know?

*PROSPECTIVE JUROR:* Pretty much just a coat, a lot of black and -- that was best I remember.

*MR. SMITH:* And how big is the congregation, the church congregation?

*PROSPECTIVE JUROR:* About 150 people.

*MR. SMITH:* And was this person wearing a mask?

*PROSPECTIVE JUROR:* The person was not wearing a mask.

*MR. SMITH:* And was that person arrested?

*PROSPECTIVE JUROR:* They were escorted out, and I believe they were.

*MR. SMITH:* And what city was this in?

*PROSPECTIVE JUROR:* Magnolia, Texas.

*MR. SMITH:* So like down by Houston?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* All right. Thanks.

*THE COURT:* Beginning with Mr. Cofer, we'll make a round-robin on it.

Do you have any questions?

*MR. COFER:* Thank you, Your Honor.

Whether it was from what happened --

*(Court Reporter interrupts)*

*MR. COFER:* All right. So whether it was XXXX XXXXXXXX experience or from any -- anything else, originally the question was, Do you have strong feelings about Antifa? And I take it from you bringing this to the Court's attention, you do have strong feelings?

*PROSPECTIVE JUROR:* Yes.

*MR. COFER:* And do you believe that those strong feelings about that subject, in particular, might cause you to, in this case with the Government, not maybe have a bias in favor of the Government, if you felt like they were taking a position against Antifa?

*THE COURT:* Let me say that in a nonlawyer way.

*PROSPECTIVE JUROR:* Please.

*THE COURT:* Based on that incident that happened in XXXX XXXXXX, was that going to cloud your judgment to be a good juror? In other words, are you going to hold it against somebody because they might be affiliated with Antifa? Is that going to bias your judgment?

*PROSPECTIVE JUROR:* If we're trying Antifa, yes.

*THE COURT:* Okay. What if we're trying an individual that might be alleged to be involved with Antifa?

*PROSPECTIVE JUROR:* If they are proven to be with Antifa, yes.

*THE COURT:* Okay. Mr. Cofer may want to give some follow-up, but I think you answered his question.

*MR. COFER:* Thank you, Your Honor.

And so, just that fact alone, if you were convinced of that fact, that would make you more likely to support -- find someone guilty, if you found that they were a member of Antifa, regardless of the other facts, that would make you more likely to find them guilty?

*PROSPECTIVE JUROR:* If it went into the decision of them -- again, if Antifa is on trial, based on them being a part of Antifa, I probably would be leaning toward that, because of what they say --

*THE COURT:* I think we've probably heard enough.

*PROSPECTIVE JUROR:* -- they represent.

*THE COURT:* Any other lawyers have a question? I just don't want to waste anybody's time if we don't have to. Anybody else? *(No response)* Thank you.

All right. Ma'am, I appreciate it.

*(Prospective Juror leaves courtroom)*

*(Prospective Juror approaches the bench)*

*THE COURT:* And I'm not sure, ma'am, how many questions -- I probably should have left you off. I think you were pretty adamant about your feelings with regards to ICE and Antifa and everything on the news.

Did you tell me that you didn't think there was any

way you could be a fair and impartial juror?

*PROSPECTIVE JUROR:* That's correct.

*THE COURT:* Thank you, ma'am. I'm talking too fast and interrupting.

Any attorneys have any questions for this witness?

*MR. SMITH:* What was her number, Judge.

*THE COURT:* 54.

*PROSPECTIVE JUROR:* 41.

*THE COURT:* 41. Any questions y'all? *(No response)*

All right. Thank you. And, ma'am, you can leave, you can go enjoy your lunch, just be back at 1:15, okay? I know it's going to be a short lunch.

*(Prospective Juror leaves courtroom)*

*THE COURT:* Juror Number 50, come on down, the Price is Right or is that Let's Make a Deal, I can't remember.

*(Prospective Juror approaches the bench)*

*PROSPECTIVE JUROR:* I'm --

*THE COURT:* You had indicated to one of my marshals that --

*PROSPECTIVE JUROR:* Yes. I --

*THE COURT:* -- you thought maybe one of these --

*PROSPECTIVE JUROR:* I'm sorry. I'm a retired teacher and I was afraid I might know this past student, but I didn't catch the name. So I just wanted to make sure.

*THE COURT:* One of the lawyers or defendant?

*PROSPECTIVE JUROR:* This gentleman here.

*THE COURT:* The gentleman there in the suit?

*PROSPECTIVE JUROR:* And I don't know which is which.

*MR. MCLAIN:* Mr. Evetts, Your Honor.

*THE COURT:* Oh, okay. Do you know Mr. Evetts?

*PROSPECTIVE JUROR:* Well, I don't know. I just was wondering, were you an Aledo High School graduate?

*DEFENDANT EVETTS:* *(Shakes head)*

*PROSPECTIVE JUROR:* Okay. I'm good.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* I wanted to verify. Thank you.

*(Prospective Juror leaves courtroom)*

*(Prospective Juror approaches the bench)*

*PROSPECTIVE JUROR:* It didn't come up --

*THE COURT:* I'm sorry, do you want to speak to me in private? Is it something super private?

*PROSPECTIVE JUROR:* Yes. It's something medical. I don't mind saying it here.

*THE COURT:* Any objections for me maybe speaking to her over here, rather than put on the record?

*PROSPECTIVE JUROR:* No. Not at all.

*MR. MCLAIN:* No objection, Your Honor.

*THE COURT:* Why don't you come on down. I know this is tough.

*(Sidebar conference without court reporter)*

*THE COURT:* Ma'am, with your permission, I'll go ahead and share what you told me.

*PROSPECTIVE JUROR:* Absolutely.

*THE COURT:* She has -- she's a diabetic. And she just asked whether we would be able to accommodate her, if she needed a break due to having a medical issue. And she also said that she would be bringing her own snacks and lunch and stuff like that to court. And I said that's perfectly fine.

*(Prospective Juror leaves courtroom)*

*THE COURT:* I'm assuming nobody else has any questions for her? She's gone, gone, gone anyway. I can get her back.

All right. We'll go back at 1:15 and we'll begin with the United States Government. They've been given 40 minutes.

*(Lunch recess taken)*

*(Panel enters courtroom)*

*THE COURT:* We're going to go back on the record at this time for the jury selection in the matter of United States vs. Arnold, et al, Cause Number 4:25-CR-259-P.

I'm going to make a couple of statements to members of the public that may be listening on the fourth floor. There have been some odd reports that this proceeding is not being recorded and there's not a court reporter here. I don't know how these things get out there. But Ms. Guzman has been

my court reporter for about 12 years now, and I can assure you everything that we're saying on the record and saying here today is being taken down and will be made available to the public as soon as it's possible.

There's also been some criticisms about not being able to bring electronic devices or recording devices into the courtroom. This is not some rule that just Judge Pittman enforces, this is the rule in Federal courts across the United States. I understand if people have any complaints about that, I would recommend that they send those complaints to the United States Office for the Administration of the Courts. But that is not Judge Pittman's policy, that is the United States Courts' policy.

So any of these things that the judges here in Fort Worth, particularly Judge Pittman, is being overly harsh by not allowing electronic devices into the courthouse or not allowing a recording of the proceedings, I'm sorry that's absolutely false. These are the rules that are followed in every court of the Federal system in the United States. And it's not being done because the Court is trying to hinder the public from listening to these proceedings. Indeed, I am doing everything that I have the resources to do to ensure that this is public.

But there's only one official court reporter, and that's Monica. We do this for a number of reasons, but it's

to make sure that we have one complete, and wholly complete, record by a certified court reporter. And as I said, if anybody has an issue, I'm sure they will listen to your complaints at the Administrative Office in D.C.

There are also other court systems that may have more resources than we do. But as I said when you first came out, and I told the attorneys early this morning, it's like Abraham Lincoln says, You have to use the tools that you have; and that's what we're trying to do here.

As I said, this has been the scene of numerous high-profile court cases almost over 90 years. And this is not something that -- the problems that we're facing in this case that's anything unique compared to the other cases. Indeed, I would argue, it would have been much harder in 1935, not only to attend proceedings, but to get transcripts of proceedings. Keep in mind, in 1935 even the typewriter was new.

All right. Those are my only comments. I'd like to turn myself to a few more questions for you-all, and then I'll turn it over to the lawyers.

I had admonished you-all before the lunch hour about not speaking to anybody about this case, or if anybody tried to approach you not speaking to them about anything that may be related to the case. So I'm asking everybody at this time, if anybody came up to you and approached you about the case or

you spoke to anybody about the case, would you raise your hand. *(Hands raised)* All right.

I have a juror back there. Juror Number 57. Officer Wilson will be bringing the microphone. All right.

*PROSPECTIVE JUROR:* They were right out front here. There was two guys --

*THE COURT:* Just a second. This is Juror Number 57?

*PROSPECTIVE JUROR:* 57.

*THE COURT:* Tell me if you had an interaction with anyone about the case.

*PROSPECTIVE JUROR:* They were asking, you know, how things were going. There was two men sitting out on a bench out here.

*THE COURT:* Did you respond to them?

*PROSPECTIVE JUROR:* I said, I don't know anything.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* That's how I responded.

*THE COURT:* That's kind of my answer, I don't know anything either.

*PROSPECTIVE JUROR:* So -- and then two people were over here came by with masks on when we were coming in, too, and we told them, No, you don't need to be here.

*THE COURT:* Oh, to try to watch the proceedings?

*PROSPECTIVE JUROR:* Yeah. They were going to come in here. They were trying to come in with us.

*THE COURT:* All right. But you didn't -- you didn't talk about the subject matter of the case with any of these --

*PROSPECTIVE JUROR:* No.

*THE COURT:* -- individuals, you were just approached?

*PROSPECTIVE JUROR:* Yeah. They were just kind of trying to scoot in with everybody else.

*THE COURT:* Okay. Anything else?

*PROSPECTIVE JUROR:* That's it.

*THE COURT:* All right. I believe I saw one more hand over here. Nobody is in trouble, I just need to ask you this. Again, we want you to be influenced only by what you hear in the courtroom.

Number 19?

*PROSPECTIVE JUROR:* Juror Number 19. I was sitting next to Juror Number 57 when the guy asked the question. I didn't respond, and then I reported it to your court officer.

*THE COURT:* Okay thank you, ma'am. Anyone else?

*(No response)*

All right. Thank you all, again, for your truth and honesty and for your attention. We're getting there, it's just taking us some time. As I jokingly said earlier, it's like that Johnny Cash song, you take it one piece at a time, and that's all you can do. I hope we have a Cadillac built by the time we're done.

At this time, I'll present the attorney for the Government to begin his questioning. We've allotted 40 minutes of questioning for the United States.

I want to preface this -- I'm not picking on the United States Government or any of the other attorneys. But if you are plowing the ground that I've already plowed this morning and asking the same questions, you'll be given one warning, and then you'll be asked to sit down if you do it again.

This is going to be the John McBryde method of voir dire. I'm doing this, not to be harassing, but I'm taking the jurors and their time in mind. There's no need to ask questions that have already been asked and answered.

It's also not the time for grandstanding or making speeches. Remember, ultimately, at the end of the day, our duty here is to get the most fair and impartial jury as possible. Making speeches or improper argument is not going to get us there. You'd also be admonished and asked to take a seat if you engage in any of that.

All right. I'll turn it over to the United States. We'll give you a 1-minute warning.

We need a microphone for the podium up front.

*MR. SMITH:* Good afternoon. Once again, my name is Shawn Smith, I'm one of the prosecutors in the case.

And I wanted to follow up with a couple of the

jurors who said -- or the venire that said they had a potential bias. Because this case kind of centers around a detention facility, Prairieland is a detention facility that houses aliens waiting deportation to their country of origin. And that's what the case is about, for the most part.

So, I know that Juror Number 2 indicated that she had a bias, but you didn't explain what the bias was. Can you explain or elaborate on that for me?

*PROSPECTIVE JUROR:* Juror Number 2. Yes. So, as I stated --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* Juror Number 2. So I come from a family of immigrants, so that's my bias. I'm also very -- try to be aware and as informed as I can with current events.

*MR. SMITH:* Okay. And so are your relatives from -- are you first generation, second generation?

*PROSPECTIVE JUROR:* I am an immigrant myself.

*MR. SMITH:* And what's your country of origin?

*PROSPECTIVE JUROR:* Mexico.

*MR. SMITH:* A lot of what happened here centers around this -- this detention facility. Have you ever been, yourself, to a detention facility?

*PROSPECTIVE JUROR:* I have not, no.

*MR. SMITH:* Okay. All right. Are you aware of the conditions or anything like that? Do you research that?

*PROSPECTIVE JUROR:* Just hearsay from social media. So not fully aware, no.

*MR. SMITH:* Okay. All right. Thanks. I think that's all I needed.

Number 34. I think you also indicated something similar; is that right?

*PROSPECTIVE JUROR:* Yes. Juror 34.

*MR. SMITH:* You also indicated that you had a bias, can you explain on that -- expand on that for me?

*PROSPECTIVE JUROR:* I am not supportive of the current policy and tactics that are being used by DHS.

*MR. SMITH:* And are you specifically talking about what happened in -- what's been going on in Minneapolis?

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* What are you talking about?

*PROSPECTIVE JUROR:* I'm talking about -- it is what's going on in Minneapolis, but it's not specifically that. I think it's picking up people in -- that could be citizens, right? People that are going through the process legally, but still being picked up. It's those types of tactics that I don't agree with.

*MR. SMITH:* And what about detention facilities, do you have a feeling about detention facilities?

*PROSPECTIVE JUROR:* I mean, I've seen reports of the detention facilities and the conditions there.

*MR. SMITH:* And what do you think about that, or do you have an opinion about that?

*PROSPECTIVE JUROR:* Um, I think that -- I haven't been there myself. But if what I have seen is even partially true, I think it's horrific.

*MR. SMITH:* I'm sorry?

*PROSPECTIVE JUROR:* Horrific.

*MR. SMITH:* Okay. And so this case involves a shooting at a detention facility. Would your opinion be strong enough to justify such a shooting at such a facility?

*PROSPECTIVE JUROR:* Could you restate that please?

*MR. COFER:* Your Honor, I'm going to object to the question as asking for a commitment to a set of facts.

*PROSPECTIVE JUROR:* I didn't understand the question anyway.

*THE COURT:* I'm sorry that question is overruled -- I mean, that objection is overruled.

*MR. SMITH:* So the question was, this case involves a shooting at a detention facility.

*PROSPECTIVE JUROR:* Uh-huh.

*MR. SMITH:* Is it -- is your opinion strong enough to justify, in your mind, taking aggressive action against a detention facility?

*PROSPECTIVE JUROR:* So is my -- is my feeling strong enough to justify shooting somebody?

*MR. SMITH:* Right.

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* Okay. Thank you, ma'am.

I think the woman behind you is nodding your head. What's your number?

*PROSPECTIVE JUROR:* 49.

*MR. SMITH:* 49. Okay. And I -- I think we've heard from you sufficient, so I think we can move on to Number 5.

I think you also indicated you were strongly, strongly against ICE. What does that mean?

*PROSPECTIVE JUROR:* I'm Juror Number 5. Kind of touching on the same as the previous, it's just if what's being reported or what we're seeing in the news about these detention facilities are those kinds of like not great holding facilities, like lack of proper care, nutrition; yeah, I can't be for --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* I cannot stand for something like that.

*MR. SMITH:* And similar question, as I -- as I asked a little bit earlier, in your mind would that justify -- if you believe that to be true, would that justify an attack on the facility?

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* Okay. I think Number 22 had a similar

opinion; is that right?

*PROSPECTIVE JUROR:* I'm just saying that --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* I just stated that ICE's current actions have been unprofessional, that's all.

*MR. SMITH:* Okay. Thank you.

Juror Number 59. You had -- you also said you were strongly against ICE, and I kind of didn't quite understand the rest of your answer when you said that as a person of color you wouldn't be able to --

*PROSPECTIVE JUROR:* I said that I was afraid of exposure, potentially being linked to the case. That was a concern I had serving as a juror.

*MR. SMITH:* And so what does that mean?

*PROSPECTIVE JUROR:* If my name or my picture came out and any statements that I made, or if the findings were potentially seen as being anti-ICE, I was afraid of that being used against me.

*MR. SMITH:* And how would that be used against you, do you think?

*PROSPECTIVE JUROR:* Either if my name was publicized and I became targed by potentially an ICE agent, or was questioned or detained.

*MR. SMITH:* Okay. So your -- your worry is that if you express anti-ICE feelings that you might be targeted?

*PROSPECTIVE JUROR:* Correct.

*MR. SMITH:* Okay. I understand. Thank you.

I believe Juror Number 68 said that you knew Ms. Rueda; is that right, defendant Rueda?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* And y'all went to high school together?

*PROSPECTIVE JUROR:* No. Not exactly. Just seen around the school.

*MR. SMITH:* And were y'all the same year or do you know?

*PROSPECTIVE JUROR:* Yeah. It was about the same year.

*MR. SMITH:* Okay. Did you have any interactions with her in high school?

*PROSPECTIVE JUROR:* Not as much.

*MR. SMITH:* How big was the class?

*PROSPECTIVE JUROR:* Not as big as this, it's a small class.

*MR. SMITH:* I mean, how many people -- how many kids were in your graduating class?

*PROSPECTIVE JUROR:* That I do not remember.

*MR. SMITH:* Like a hundred or more or less?

*PROSPECTIVE JUROR:* I'd say like a hundred.

*MR. SMITH:* Okay. And what town was that in?

*PROSPECTIVE JUROR:* What town? Right here in the

Fort Worth North Side area.

*MR. SMITH:* So it was a pretty -- pretty small high school class?

*PROSPECTIVE JUROR:* Yes.

*THE COURT:* So you went to North Side High?

*PROSPECTIVE JUROR:* Excuse me?

*THE COURT:* Did you go to North Side here in Fort Worth?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* Okay. Thank you.

All right. So, the Judge asked you questions about law enforcement and they were mostly positive, you know, experiences with law enforcement. So I'm going to ask the opposite of that.

How many of y'all here have had a negative experience with law enforcement? Themselves, close family, or friend had a negative experience with law enforcement; that is, been pulled over by the cops, didn't like what was going on, family member got arrested for drugs, you didn't like what happened, anything like that. So if you have a positive response to that question, please raise your hand.

*(Hands raised)*

And we'll start with this side first.

Juror Number 5?

*PROSPECTIVE JUROR:* I'm Juror Number 5. I had a

negative experience. My sister, not to put her information out there, but something happened to her --

*THE COURT:* Just -- I know it's tough, be sure and hold it as close as you can.

*PROSPECTIVE JUROR:* Is this good enough?

*THE COURT:* Yeah. Do you see what I have to do? It's terrible.

*PROSPECTIVE JUROR:* You have to eat it, like you said earlier.

*THE COURT:* You have to eat it. I get in trouble all the time, too.

*PROSPECTIVE JUROR:* That experience was something that happened to my sister, and it was -- did go to court, and it wasn't resolved, not at least in my opinion, in a way that did anything. So I kind of have a little bit of a negative view, because it feels like it wasn't -- it wasn't resolved at all.

*MR. SMITH:* Was she a defendant in this case?

*PROSPECTIVE JUROR:* She was assaulted. So, I believe, yes she was the defendant.

*MR. SMITH:* Oh, so she was a victim?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* So your dissatisfaction was with maybe the person didn't get prosecuted fully or what?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* Okay. I understand.

Anybody else on the front row? *(No response)*

And how about the second row? *(No response)*

Third row? *(No response)*

And fourth row? *(No response)*

Last row? *(No response)*

Okay. This side, negative experience with law enforcement? I know I saw one hand back there. Oh, right here. I'm sorry.

*PROSPECTIVE JUROR:* Number 53.

*MR. SMITH:* Go ahead. Tell us your experience.

*PROSPECTIVE JUROR:* My experience was when I was a little bit younger and I owned a Buick Regal and I was stereotyped. And I was on the freeway traveling at night and the cop pulled me over and assumed I had drugs in my car, because of my car, and basically took my back seat out of my car.

*MR. SMITH:* Okay. And so there was a traffic stop, and they were looking for something?

*PROSPECTIVE JUROR:* Yeah. Wasn't speeding, wasn't doing anything against the law. It was just, he saw my car and pulled me over, because it was late -- it was late night, and I was traveling from between states.

*MR. SMITH:* How long ago was that?

*PROSPECTIVE JUROR:* I was about 19 years old.

*MR. SMITH:* Okay. All right. And you believed you were racially profiled based on that?

*PROSPECTIVE JUROR:* Based on my car, yes, because he couldn't see what it was.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side, negative experience?

*(No response)*

How about this side now, my right hand side?

*(No response)*

Okay. Similar question. Has anybody themselves, a close family member, or friend been convicted of anything more serious than a traffic ticket? Somebody that you were related to or you, yourself.

Anybody on this side? *(Hand raised)*

Is it same thing, ma'am, or something different?

*PROSPECTIVE JUROR:* Different.

*MR. SMITH:* Okay. Go ahead.

*PROSPECTIVE JUROR:* Juror Number 5 again. My biological father had served time in prison. I can't recall. I know one was he stole my brother's identity, and the other was a drug offense.

*MR. SMITH:* Were you involved in any way in the case?

*PROSPECTIVE JUROR:* Other than relation to him.

*MR. SMITH:* All right. And is he still in prison?

*PROSPECTIVE JUROR:* No. He's out now.

*MR. SMITH:* Okay. Did you go visit him in prison ever?

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side have a positive response to that question? *(No response)*

How about this side, my right hand side? *(Hand raised)*

Juror Number 15?

*PROSPECTIVE JUROR:* Juror 15. My son served time. He's recently been out in the last two years. He was in Huntsville.

*MR. SMITH:* And what kind of case was it?

*PROSPECTIVE JUROR:* It was sexual assault.

*MR. SMITH:* And were you familiar with the facts of the case?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* Did he go to trial?

*PROSPECTIVE JUROR:* No. He took a plea.

*MR. SMITH:* All right. How do you -- do you think -- do you have a negative -- a negative view of the experience or --

*PROSPECTIVE JUROR:* There are some negative views of what we went through. Not enough for me to not be, you know,

not be able to put it aside for this case. But, yes, I mean, I did -- we did experience some negative things.

*MR. SMITH:* But you said he pled guilty?

*PROSPECTIVE JUROR:* I wasn't in the courtroom, because I couldn't stand to be. So I don't know if he just took a plea, I don't know if he -- I'm assuming he did plead guilty, yes.

*MR. SMITH:* Okay. Did you know anything about the underlying facts of that case?

*PROSPECTIVE JUROR:* I'm sorry, could you repeat that?

*MR. SMITH:* Did you know anything about the underlying facts of the case?

*PROSPECTIVE JUROR:* I knew his side of the underlying facts, not the -- not the victim.

*MR. SMITH:* Okay. Thank you, ma'am.

Anybody else on this side? *(No response)*

If you already answered this question, don't raise your hand again, because we kind of touched on it. Has anybody who's not answered been a witness or a victim of a crime that they haven't already talked about? *(No response)* I don't see any hands on that one.

We talked a little bit about the news and the media and the coverage of this -- these various events, this event. But has anybody, themselves, been involved -- I know that a

lot of people have strong feelings, anti-ICE feelings. Has anybody been involved in a protest about anti-ICE, anything of a political nature? *(No response)*

Anybody gone to an actual protest? *(No response)*

Anybody on the left side? *(No response)*

Anybody on the right-hand side, my right-hand side?

*PROSPECTIVE JUROR:* Any protest?

*MR. SMITH:* I was about to open it up, that was my next question. So beyond anti-ICE. You know, 10 years ago, or whatever, they had the Occupy Wall Street people over here, maybe 15. Anybody done anything like that? Any kind of protesting, besides anti-ICE, just in general?

I think, ma'am, you have a positive response. Go ahead.

*THE COURT:* Just a second, the Officer will come over.

*PROSPECTIVE JUROR:* Yes. I was a part of -- Juror 26. Yes, I was a part of a Black Lives Matter protest. It was in college, very peaceful protest. It was just college students, potentially.

And then also when -- I'm Puerto Rican, so when the Puerto Rican Governor, he was potentially -- there were a series of group chats that were leaked, and he essentially revealed his true nature and how corrupt he was. We -- like Puerto Ricans that are in the mainland went out to the streets

and protested to -- essentially for him to resign.

*MR. SMITH:* Now, as far as the BLM, was that in Dallas or was that --

*PROSPECTIVE JUROR:* So -- no. The BLM one was in Milwaukee, Wisconsin. Yes, that's where I went to college. And the same thing with the Puerto Rican Governor one.

*MR. SMITH:* And was this a protest during the day?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* And how were you dressed? Similar to how you're dressed now?

*PROSPECTIVE JUROR:* I mean, I was wearing -- I mean, probably shorts, because it was hot. But, essentially, nothing inappropriate, in my opinion.

*MR. SMITH:* Did you see -- you've heard -- we had some reference to Antifa here. Did you see anybody that looked like that at that rally?

*PROSPECTIVE JUROR:* No. Not at all. It was all peaceful.

*MR. SMITH:* Anybody with any guns or anything like that?

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* Would that have caused you pause or concern, if you had seen something like that?

*PROSPECTIVE JUROR:* Where, like in the streets right now?

*MR. SMITH:* Right.

*PROSPECTIVE JUROR:* Yes. 100% it would.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side? *(Hand raised)*

I think right next to you, ma'am, and then we'll come over here.

*PROSPECTIVE JUROR:* Number 28. I was in a protest, but it was in high school years. I honestly don't know why we were doing it, but it had to do a lot with supporting Mexico.

*MR. SMITH:* Was it an anti-ICE or something totally different?

*PROSPECTIVE JUROR:* No. It was just something -- peaceful protest. It was nothing to do with anti-ICE or any of that.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side? *(No response)*

Okay. Over here then? *(Hand raised)*

Yes, sir?

*PROSPECTIVE JUROR:* Juror 38. I also went to a Black Lives Matter protest during the pandemic, and then I've stopped by shortly and protested alongside some college students throughout the last couple of years for similar reasons.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side? *(No response)*

So what -- you're actually not going to hear from many ICE agents, necessarily. But you will hear from, as you know, I read off the list, probably 50 police officers. They're going to come in and testify about some things they did in the case and that sort of thing.

I know -- I know the gentleman back here had a negative experience with law enforcement. And the Judge asked, one of the questions was, Would you automatically believe a law enforcement officer just because he is a law enforcement officer?

So my question is the opposite of that. Would anybody disbelieve a police officer because he is a police officer? Like this gentleman may not like cops because of, you know, his experience, and that's his own personal experience. There's nothing wrong with that. So I'm just asking y'all, if anybody here, because a cop will be testifying, would not believe what they're saying because they are a cop? Anybody have a positive response to that? *(No response)* I don't see any hands.

How about you? What was your juror number again?

*PROSPECTIVE JUROR:* 53.

*MR. SMITH:* 53. I don't mean to pick on you, but you had a bad experience. Would you -- would you hold that against a cop if he comes up there and testifies?

*PROSPECTIVE JUROR:* No. I wouldn't. I have friends

that are cops.

*MR. SMITH:* Okay. Thank you.

*THE COURT:* I've got to say, though, I wish they would bring back the Buick Regal, man. That was a sharp car.

*(Laughing)*

If you still have it, I've got a kid that would buy it off of you.

*MR. SMITH:* The Judge talked about Antifa. I know we had a little bit of answers on that, a couple of people talked about that, had an understanding of what they thought Antifa was or had seen.

You're also going to hear some testimony -- some information about some other ideas: Socialism, anarchy, communism. Has anybody studied these in college, these sort of -- especially anarchy kind of ideas in college? Read about it? Anybody? *(Hand raised)*

Go ahead, Juror Number 5. You've said a lot already, but let's hear what you have to say.

*PROSPECTIVE JUROR:* In high school, I know we'd go over it briefly. My significant other is actually from Spain.

*(Court Reporter Interrupts)*

*PROSPECTIVE JUROR:* Juror Number 5. And we do briefly talk about it on -- in like high school and stuff like that and also in college.

But I was saying, more specifically, my significant

other is from Spain, and I know they had a period of time where it was anarchy. He does not speak of it very --

*MR. SMITH:* Positive?

*PROSPECTIVE JUROR:* -- positively at all. That's about all I had.

*MR. SMITH:* Anybody else over here? *(Hand raised)*

Looks like -- oh, we already have somebody with a microphone.

54. Go ahead, ma'am.

*PROSPECTIVE JUROR:* I'm sorry, did you ask if anybody has studied about communism and anarchy?

*MR. SMITH:* Right.

*PROSPECTIVE JUROR:* Is that what your question was?

*MR. SMITH:* Yes.

*PROSPECTIVE JUROR:* And I'm the only one that raised my hand? We learned about that in high school.

*MR. SMITH:* We're just working our way through the list, and you just happened to be next.

*PROSPECTIVE JUROR:* Okay. Yeah, I studied about it in high school and college. I have a minor in history.

*MR. SMITH:* Okay. I think -- I think we've heard a lot from you already.

*PROSPECTIVE JUROR:* Okay.

*MR. SMITH:* So I kind of want to engage some other people. *(Hands raised)*

Yes, sir? Go ahead.

*PROSPECTIVE JUROR:* Juror Number 22. I was just saying that I learned this in college and high school, just the concepts of them. That's really it.

*MR. SMITH:* Okay. Ma'am?

*PROSPECTIVE JUROR:* Juror Number 34. I was a history major at the University of Texas.

*MR. SMITH:* Okay.

*THE COURT:* What? You're banned.

*(Laughter)*

*MR. SMITH:* It's okay. I went to Texas, too.

*THE COURT:* He's banned, too.

*(Laughter)*

*MR. SMITH:* Well, good, I could go have a little longer lunch.

All right. Okay. So we talked a little bit about protests and we talked about firearms at protests, that sort of thing. So I kind of want to talk about weapons now, firearms. Obviously we're in Texas, everybody loves their guns; and I do, too.

Does anybody, themselves, here own an AR-15? *(Hands raised)* I do, too.

Of those individuals who own an AR-15 rifle, how often -- or do you go out and shoot it on the range and that sort of thing? Go ahead and raise your hand, if you do.

Anybody shoot on the range? *(Hands raised)* Okay. I see a few hands on that.

Of those people who have an AR-15 and who shoot it, do you ever go -- have you ever used it -- let me see, who raised their hand over here?

*MR. MCLAIN:* Sir --

*THE COURT:* Do you have an objection?

*MR. MCLAIN:* We didn't get the numbers of the jurors who responded.

*THE COURT:* Okay. Well, let's -- put your hands up again if you responded to AUSA Smith's question about, I guess, shooting AR-15s regularly at the range? Is that it, Mr. Smith?

*MR. SMITH:* Yes. It looks like I've got Juror 56 -- and I can't see that number, I'm sorry.

*THE COURT:* Maybe stand up and show us your numbers, if y'all can.

*MR. SMITH:* 61 and 62, maybe. There we go.

*THE COURT:* They're going to go to the range after this they said.

*(Laughing)*

*MR. SMITH:* All right. Let me pick on Mr. 62 here. Would you stand up for me?

Have you ever taken your AR to a public place, like, I don't know, like a 4th of July celebration at Lake

Grapevine, or something like that?

*PROSPECTIVE JUROR:* Juror 62. No. I have not taken it to any of those places. I've just taken it to the gun range. I'm a firearms instructor as well, so I frequent the range with mine.

*MR. SMITH:* Oh, you're an instructor?

*PROSPECTIVE JUROR:* Yes, sir.

*MR. SMITH:* Where do you teach at or whatever?

*PROSPECTIVE JUROR:* ETTS Waxahachie, usually some Shoot Smart as well.

*MR. SMITH:* A gun range down there?

*PROSPECTIVE JUROR:* Say again.

*MR. SMITH:* That's a gun range in Waxahachie?

*PROSPECTIVE JUROR:* Yes, sir. ETTS, Extreme Tactics and Training.

*MR. SMITH:* Is that -- can you describe that range for us?

*PROSPECTIVE JUROR:* Outdoor, private bays. Probably 100-yard bays where you can set your targets up and shoot freely.

*MR. SMITH:* And is it an indoor range or outdoor range?

*PROSPECTIVE JUROR:* Outdoor.

*MR. SMITH:* Has it got berms with tires on the top?

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* Okay. All right. Something like that may come up in this trial, that exact place may come up. So I just kind of want to ask you, do you know anything about any of the defendants in this case? Have you ever seen them before?

*PROSPECTIVE JUROR:* Any of the who? Say again.

*MR. SMITH:* The defendants in this case.

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* All right. Do you know -- I'm picking on you, I'm sorry. Do you know what a binary trigger is on an AR-15?

*PROSPECTIVE JUROR:* Yes, sir. I do.

*MR. SMITH:* Have you seen one used there?

*PROSPECTIVE JUROR:* Yes, sir.

*MR. SMITH:* Can you describe that for us, what it -- tell us what it is?

*PROSPECTIVE JUROR:* It's a mechanism inside the firearm that increases the rate of fire.

*MR. SMITH:* But it's not -- it's a machine gun, right?

*PROSPECTIVE JUROR:* No. It's not a machine gun.

*MR. SMITH:* Because machine guns are illegal, right?

*PROSPECTIVE JUROR:* That's correct.

*MR. SMITH:* But a binary trigger is legal?

*PROSPECTIVE JUROR:* It is legal, yes.

*MR. SMITH:* How many times have you seen or heard that -- a binary -- an AR-15 with a binary trigger used at your range?

*PROSPECTIVE JUROR:* Not often.

*MR. SMITH:* How long have you been there?

*PROSPECTIVE JUROR:* Probably five, six years.

*MR. SMITH:* And how many times would you say that you've seen such a thing?

*PROSPECTIVE JUROR:* Maybe twice a month.

*MR. SMITH:* Okay. All right. I'm done picking on you.

*PROSPECTIVE JUROR:* Thanks.

*MR. SMITH:* All right. Let me ask you -- let me ask everybody about fireworks. So AR-15s are a topic. Fireworks are also a topic of discussion in this case. There will be a lot of testimony about that.

How many people here have gone and shot fireworks on the 4th of July, or New Year's, or whatever? *(Hands raised)* I see a good number of hands here. That's pretty much everybody.

All right. Now, of those people -- looks like everybody has shot fireworks. How many people have shot, you know, kind of what I would describe as the more -- the bigger mortars, like the mortar fireworks? Do you know what I'm talking about? *(Hands raised)*

Yes, Juror Number 24 -- 34, sorry.

*PROSPECTIVE JUROR:* Juror 34.

*MR. SMITH:* And describe that for us, what a mortar is.

*PROSPECTIVE JUROR:* What a mortar is? I'm sorry, I just heard bigger fireworks.

*MR. SMITH:* A mortar. Like where you light it, you drop it in a tube and it shoots in the air, that sort of thing.

*PROSPECTIVE JUROR:* I mean, we have -- so I'm not the one that's actually lighting the fireworks. But we did them at our lake house.

*MR. SMITH:* Okay.

*PROSPECTIVE JUROR:* The big ones that are on the dock and you light them and they shoot up.

*MR. SMITH:* Okay. Have you ever been involved in shooting them at your -- at a --

*PROSPECTIVE JUROR:* At a person?

*MR. SMITH:* -- residence?

*PROSPECTIVE JUROR:* Not intentionally, no.

*MR. SMITH:* Have you ever -- do you think that's a good idea to shoot fireworks like that at a residence?

*PROSPECTIVE JUROR:* No. Is it a good idea to shoot fireworks at a residence?

*MR. SMITH:* Yeah.

*PROSPECTIVE JUROR:* No

*MR. SMITH:* Okay. Now, the law actually describes a mortar as an explosive, within the statute, it's a criminal statute, and it's one of the statutes used -- being used in this case.

Do you have a problem with that definition, that a firework is an explosive under the Federal statute?

*PROSPECTIVE JUROR:* So -- can you restate that?

*MR. SMITH:* So part of the -- one of the charges in this case is using fireworks in an improper manner. And a firework is an explosive under the Federal -- under Federal law. Do you have a problem with accepting that definition, that a firework is, in fact, an explosive?

*PROSPECTIVE JUROR:* No. I don't have a problem with the definition that a firework is an explosive.

*MR. SMITH:* Okay. Does anybody -- I'm picking on poor Number 34.

So does anybody have a problem with that definition, that understanding of Federal law, that a firework -- yes, sir? Go ahead.

*PROSPECTIVE JUROR:* 53. Just wanted clarification. Are you speaking of military rounds or are you talking about --

*MR. SMITH:* No.

*PROSPECTIVE JUROR:* No. Okay. I'm good.

*MR. SMITH:* No, no, no. No, no, not a bomb. Just a firework that you would buy at the, you know, on the side of the road; that's technically an explosive.

So -- I'm sorry, the lady in the red over here.

57, go ahead.

*PROSPECTIVE JUROR:* 57. I had a neighbor next door to me and somebody threw a firework into their garage and it caught on fire and the whole thing burned up. So it was -- I consider as, you know, an explosive.

*MR. SMITH:* So you would -- so you're saying that fireworks are pretty dangerous, right?

*PROSPECTIVE JUROR:* They're dangerous, yes. I've heard -- I had a neighbor that he was doing fireworks and he burnt his fingers all up.

*MR. SMITH:* Thank you. Thank you.

Yes, sir, Number 61?

*PROSPECTIVE JUROR:* I was just wanting a clarification on, like -- depending on the size of the firework? Because if it's just like a little firecracker, is that considered part of the law?

*MR. SMITH:* I don't want to get into the weeds too much. But it's the mortar, you know, it's a ball about golf-ball size big a little bit, maybe a little bigger.

*PROSPECTIVE JUROR:* Yeah.

*MR. SMITH:* That's what I'm kind of talking about.

*PROSPECTIVE JUROR:* Okay.

*THE COURT:* I think it would be more expensive ones that none of us can afford.

*(Laughter)*

And I don't know, Mr. Smith, is that what you're referring to?

*MR. SMITH:* Yes, sir. Yes, sir.

*THE COURT:* Okay.

*MR. SMITH:* Yes, ma'am? Over here.

*PROSPECTIVE JUROR:* Juror Number 31. We're from up north, Wisconsin. We had fireworks at our house, but we would invite the neighborhood. We --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* We -- my husband, who is now deceased --

*(Brief pause)*

*THE COURT:* Ma'am, if it's something we can talk about later, we'll talk about it, okay?

*PROSPECTIVE JUROR:* *(Nods head)*

*THE COURT:* All right. Thank you.

*MR. SMITH:* Okay. Does anybody else have a positive, or negative, or any kind of comment on the fireworks question? *(No response)* I don't see any other hands on that.

Okay. Does anybody know -- has anybody ever heard of a Faraday bag? Anybody heard of that concept.

*(Hands raised)* Okay. We've got a couple of hands. A lot more than I thought.

Juror Number 13?

*PROSPECTIVE JUROR:* Juror Number 13. Yes, I have.

*MR. SMITH:* And what do you think it is, or what is it to you?

*PROSPECTIVE JUROR:* It's a bag or device or whatever you can put your electronics in where they can't be -- I can't think of the word.

*MR. SMITH:* Can't be tracked?

*PROSPECTIVE JUROR:* Yes. Tracked.

*MR. SMITH:* Have you, yourself, used one of those before?

*PROSPECTIVE JUROR:* No. Huh-uh.

*MR. SMITH:* How did you come to know about such a thing?

*PROSPECTIVE JUROR:* My brother.

*MR. SMITH:* And how did he introduce you to that concept?

*PROSPECTIVE JUROR:* He talks about it. He kind of does like prepping and stuff like. So he --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* He does prepping, so he just keeps up with all kinds of new gadgets and whatnot. That's the only thing I can think of today.

*MR. SMITH:* Have you used one of these things before?

*PROSPECTIVE JUROR:* No.

*MR. SMITH:* Okay. I think the lady next to you had a question -- no? Oh, the lady behind you, sorry.

30?

*PROSPECTIVE JUROR:* Yes. Juror Number 30.

*MR. SMITH:* Go ahead.

*PROSPECTIVE JUROR:* Yes. I'm an emergency manager, and so the concept of Faraday bags are something that come up in conversations sometimes when -- relating to preparedness, and, you know, just hardening some of your devices. I've never used one before, though, just heard of them.

*MR. SMITH:* Thank you. And the woman next to you.

*PROSPECTIVE JUROR:* 31. I've heard of Faraday, but I don't know. I haven't seen one, I haven't used one, I don't know. I've heard it.

*MR. SMITH:* Thank you.

I think there's somebody in the back row maybe?

*PROSPECTIVE JUROR:* Number 72. I'm familiar with the concept of a Faraday bag and what it does. I've never used one.

*MR. SMITH:* Okay. Anybody else on this side, on my right side? *(No response)*

Anybody on this side over here, my left-hand side?

*(No response)*

Okay. I can't believe I skipped this one. We kind of jumped all around it and we danced all around it with Antifa and all this discussion. Does anybody have a -- and obviously there's some anti-ICE sentiment here. Antifa kind of centers around anti-fascist, the idea of anti-fascism. It kind of centers around the hatred of the president, President Trump.

Does anybody here believe or share that sort of feeling? I know you have -- some people have some anti-ICE feelings. Does anybody have a strong anti-President Trump feeling, that's going to come up a lot? *(Hands raised)*

Yes. Yes, sir, go ahead. Go ahead. We'll start with you, ma'am, since you're first.

*PROSPECTIVE JUROR:* Juror Number 8. Yes, deep-seated dislike of our President.

*MR. SMITH:* And I think you -- so it's consistent with your anti-ICE opinion, basically?

*PROSPECTIVE JUROR:* Yes

*MR. SMITH:* Okay.

*PROSPECTIVE JUROR:* I don't like anything with this President.

*MR. SMITH:* Gotcha. Thank you.

*PROSPECTIVE JUROR:* Uh-huh.

*MR. SMITH:* Juror Number 38, are you similar? Do

you want to add anything or are you good?

*PROSPECTIVE JUROR:* Juror Number 38. Along the same lines, I believe President Trump is using his power to instill fear in the American people, and using ICE as a tool to do so.

*MR. SMITH:* Okay. Thank you.

Anybody else on this side? *(Hand raised)*

Yes, ma'am? Go ahead, Number 24.

*PROSPECTIVE JUROR:* Juror 34.

*MR. SMITH:* 34, I'm sorry.

*PROSPECTIVE JUROR:* I mean, yes, I don't -- I'm not a fan.

*MR. SMITH:* Okay. Thank you.

*LAW CLERK:* 5 minutes left for the Government.

*MR. SMITH:* Thank you.

Anybody else on this side? *(Hand raised)*

Juror Number 5. Go ahead.

*PROSPECTIVE JUROR:* I'm Juror Number 5. And I agree with their sentiments, it's not really that great of a presidency.

*MR. SMITH:* Okay. Thank you.

Anybody else? *(Hand raised)*

Yes, sir? Go ahead, number 53?

*PROSPECTIVE JUROR:* 53. I feel strongly, about the same the way everyone else is speaking about the President. And, I guess, basically it's the course of actions he's taken

and his abuse of power.

*MR. SMITH:* Okay. Thank you.

Anybody else on my left-hand side? *(No response)*

All right. How about on my right-hand side? *(Hands raised)* Okay. We'll start with Juror Number 9.

*PROSPECTIVE JUROR:* Number 9. To echo what they've said, really unhappy.

*MR. SMITH:* Okay.

*PROSPECTIVE JUROR:* Number 11. Same sentiments, agreed abuse of power and instill fear.

*MR. SMITH:* Thank you. And Number 14?

*PROSPECTIVE JUROR:* Number 14. I disagree with everything that this administration has done so far.

*MR. SMITH:* And did you -- let me see if I can find my notes. I think you earlier said that -- I'm not sure -- I did want to follow-up with you, ma'am. I'm sorry, ma'am, not to pick on you. I'm not sure if I could put aside my hatred or fear of ICE, is that -- can you expand on that for me?

*PROSPECTIVE JUROR:* Well, as an immigrant --

*MR. SMITH:* Yes.

*PROSPECTIVE JUROR:* -- no matter if you're legal or illegal, I believe that this is inhumane, whatever is going on, it's inhumane. There's laws, and the laws should be followed, not inhumane actions of --

*MR. SMITH:* A -- I'm sorry. Go ahead.

*PROSPECTIVE JUROR:* -- of ICE.

*MR. SMITH:* Okay. So let me ask it again, I just -- I really want to just -- there's no wrong answer, it's just your opinion. Are you able to set that, your opinion, aside and give an unbiased view here if you're picked as a juror over the facts of this case, given your strong opinions, your strong anti-ICE opinions?

*PROSPECTIVE JUROR:* I will always look at whatever the events are. And I do have a strong opinion about how it's being conducted. I do believe it's wrong.

*MR. SMITH:* Okay. No, I think we all understand that.

So the question is only, Are you able to set that aside and not be -- not that -- not have your opinion influence your decision, ultimately, of the facts of this case?

*PROSPECTIVE JUROR:* Probably not.

*THE COURT:* All right. Let me follow-up on that, because you gave us a different answer when I asked you that same question.

*PROSPECTIVE JUROR:* Yeah. I --

*THE COURT:* If my notes are correct, you told me that you could put it aside.

*PROSPECTIVE JUROR:* I've been thinking about it, and I do have a very, very strong opinion about all this.

*THE COURT:* Okay.

*PROSPECTIVE JUROR:* And I'm not sure that --

*THE COURT:* You could put it aside?

*PROSPECTIVE JUROR:* That's correct.

*THE COURT:* Even if I told you to?

*PROSPECTIVE JUROR:* Most likely, yes.

*THE COURT:* Okay. Go ahead, Mr. Smith.

Thank you, ma'am.

*MR. SMITH:* Yes. Thank you.

And again, there's no right or wrong answer. We're just trying to get a gauge of your opinion here.

Yes, ma'am, Number 26?

*PROSPECTIVE JUROR:* 26.

*MR. SMITH:* Go ahead.

*PROSPECTIVE JUROR:* I'm in agreement with Juror Number 38. I do believe he is dividing the country even more than it already is.

*MR. SMITH:* And let me see if I can find my notes about -- it's kind of the same thing as with Number 14. I'm not picking on you, just trying to get a sense of where you're at.

So you have strong feelings. Do you think you can set those aside and sit here today?

*LAW CLERK:* One minute for the Government.

*PROSPECTIVE JUROR:* Yes.

*MR. SMITH:* Okay. Thank you.

All right. Anybody -- I'm running out of time. So, I'm sorry -- 59?

*PROSPECTIVE JUROR:* I do have strong feelings that are against this administration, but I do believe I could set those aside to focus on the facts of the case, if selected.

*MR. SMITH:* All right. Thank you.

Yes, sir?

*PROSPECTIVE JUROR:* Yeah. I just wanted --

*(Court Reporter interrupts)*

*THE COURT:* Wait. We can't hear you.

*PROSPECTIVE JUROR:* Juror Number 24. And I just wanted to say, I agree with that sentiment heavily.

*MR. SMITH:* Which one? I'm sorry.

*PROSPECTIVE JUROR:* The previous juror. That I disagree with the administration, but could put it aside.

*THE COURT:* Okay.

*MR. SMITH:* Okay. Thank you.

Do we have another positive answer or am I out of time?

*THE COURT:* You're out of time, counsel.

*MR. SMITH:* I'm out of time. Okay. Thank you.

*THE COURT:* Ladies and gentlemen, I've seen several of you using juror numbers to fan yourself. I have asked that the air-conditioning be turned up. It's usually really cold

in here, it's not today, but we're trying to take care of it.

At this time, we're allowing each defendant a total of 10 minutes to ask questions, and we'll see where we go. And let me get as far into this as we can. Again, they've been instructed not to ask the same questions over and over again, so it may be that we get some time back, but we'll see.

We'll begin with Mr. Cofer. You can begin your voir dire at this time. We'll give you a 1-minute warning.

*MR. COFER:* Your Honor, with the permission of the Court, defense counsel has broken up the time by agreement. And so, I believe Ms. Clayton would like to proceed first.

*THE COURT:* Okay.

*MR. COFER:* That way there's not so much up and down.

*THE COURT:* Are you-all intending on each going a certain amount of time, or am I just saying you've got 90 minutes allotted and you see where you go?

*MR. COFER:* We have a certain amount of time. But, Your Honor, I think if -- we can self-govern. So that we don't go over the 90 minutes, we'll manage among ourselves, Your Honor.

*THE COURT:* Okay. Well, I can assure you, you won't go over the 90 minutes.

*(Laughter)*

Ms. Clayton, whenever you're ready.

*MS. CLAYTON:* Thank you, Your Honor.

Good afternoon. All right. Thank you guys, again, for being here today. It is very important for you guys to exercise your civic duty, both for the Government as well as each of the individuals that you see here today.

Just really quick. Let me get a show of hands who was excited when they received that juror summons in the mail? *(Hands raised)*

*(Laughter)*

Boy, just three, four maybe?

All right. Let me let you in on a really quick secret, because a lot of y'all have been a little bit quiet. So, here's the secret we say, If you talk, you walk; if you have nothing to say, you get a first-class ticket right over there to those comfortable chairs for the next few weeks, all right?

So we're here just to learn about you, your thoughts, your ideas, your opinions, and how you feel about what we are talking about, the topics that we're talking about today. There are no right or wrong answers. We just want to learn about how you feel about things, okay?

I'm going to jump right in and talk about some of the things that we've heard today. Which, noise demonstrations, protests, sometimes riots, these are things that have been part of American history for probably as long

as we can remember. I'd be remiss if I didn't mention Reverend Jesse Jackson, who passed away this morning, at 84 years old, one of our Civil Rights activists, on this day.

So, let me -- or if anybody can jump in here and just tell me, quickly, the difference between those three. A noise demonstration versus a protest versus a riot. Can anyone distinguish those three? *(Hand raised)*

Juror 41?

*PROSPECTIVE JUROR:* Well, a peaceful protest is not showing guns and forcing your opinion by other than your voice. Riots are by using guns, firearms, different explosives, spitting, throwing rocks at ICE agents, or whoever, the police, just being violent and inappropriate. We're granted the option to speak our minds in protest, but we need to do it civilly.

*MS. CLAYTON:* Does anyone else want to add to that? To distinguish those three: A noise demonstration versus a protest versus a riot? Anybody else want to add to that? *(No response)*

Okay. So we have a poster board here. Can I get -- I'm just going to call on someone. Juror Number 6.

*THE COURT:* Before we do anything, I'd like to see what you guys are using. Nobody asked the Court's permission to use demonstratives during voir dire. That should have been something that was asked by me.

*MS. CLAYTON:* Yes, Your Honor.

*THE COURT:* Has the Government seen this?

*MS. CLAYTON:* No, Your Honor.

*THE COURT:* Why don't we show it to them.

That's not -- that's something you typically see in state court, not over here.

What's the Government's position?

*MR. SMITH:* Yes, Your Honor. We've never seen the exhibit.

*THE COURT:* Yeah. We don't do this in Federal court. You're not going to be allowed to use that.

*MS. CLAYTON:* Okay.

*THE COURT:* You should have filed a motion.

*MS. CLAYTON:* Yes, Your Honor.

*THE COURT:* Okay.

*MS. CLAYTON:* Okay. What word, Number 6 -- can you give me some words that come to mind when you hear noise demonstration?

*PROSPECTIVE JUROR:* Juror Number 6. I'm sorry, can you repeat the question, please?

*MS. CLAYTON:* Yeah. What words come to mind when you hear the words, noise demonstration?

*PROSPECTIVE JUROR:* Possible --

*(Court Reporter interrupts)*

*PROSPECTIVE JUROR:* I'm sorry. Possible fighting

and getting out of control.

*MS. CLAYTON:* Thank you.

Juror 12, if you can tell me what words come to mind when you hear the word, riot.

*PROSPECTIVE JUROR:* Juror Number 12. A riot is more aggressive, usually throwing things, or physical contact, not peaceful.

*MS. CLAYTON:* Thank you.

Let's see, Juror Number -- is this 25, in the red shirt? *(Nods head)*

Yes, sir. What words come to mind when you hear the word, protest?

*PROSPECTIVE JUROR:* Protest is a peaceful protest. I mean, we -- we have that right as American citizens, so as long as we do it peacefully and be respectful to others.

When I think of riot, I know you asked me for one word, but I think a riot is destruction of property and illegal. It's a difference between protest and a riot.

*MS. CLAYTON:* Thank you.

Now, can anyone tell me, can those lines be crossed? So we're talking about noise demonstration, a protest, and a riot, can the line cross? Can it start as one thing, and then turn to something else? I see some heads nod. Can you raise your number?

Number 35.

*PROSPECTIVE JUROR:* Juror 35. Definitely a peaceful protest versus a protest today can definitely cross the line. Typically a protest -- a legal, peaceful protest will have boundaries sectioned off to where you can be, not blocking roads, not setting up stacks of bricks to throw at ICE agents, or police officers, or people who are there to have the boundaries.

Riots can be incited with verbal assaults, slurs, physical pushing, and again crossing those boundaries, stopping vehicles, that sort of thing.

*MS. CLAYTON:* Thank you.

Right behind you. What's your number in the red shirt? You're nodding your head. Did you have something to add, Number 51?

*PROSPECTIVE JUROR:* Sure. When it crosses the boundaries, typically it is inflammatory. So you have someone of the opposing ideology, they tend to kind of build up the tension, and that's where -- once that spark is inflamed it goes from what was intended to be a peaceful protest, and the mass majority may have followed that, it culminates into something a little bit more volatile.

*MS. CLAYTON:* Thank you.

If you agree with what Number 51 just said, can you raise your number really quickly? Put your number up and I'll call them out.

Yes. If you agree with what Number 51 just said about crossing the line when there are -- could be, if I'm understanding correctly, maybe a counterprotester coming that would incite something different and cause it to change. Raise your number up. Okay.

So I have: 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14, 15, 16. Let me do it this way. If you disagree, raise your number.

*(Laughter)*

Okay. Disagreeing: 43, 44, 63, 74, 75, 10, 39, 56, and 21. Thank you.

Can -- and anyone can jump in here. Can a protest be loud, can it get loud and still be peaceful?

*(Hands raised)*

Number 26?

*PROSPECTIVE JUROR:* Yes. As a fellow Puerto Rican, and I mean, I think all latinos can attest to this, we are very loud. So I -- I do agree with that. Yes, it can be loud and still peaceful.

*MS. CLAYTON:* Thank you.

Along the question we just answered before -- you can sit down. Thank you. You can pass it back to him.

The question we just answered about crossing that line, when the boundary, it can turn from one thing to another, let's say that that does happen and the line does get

crossed. Do you believe that that line crosses automatically for everyone who's out there?

Number 38, shaking your head.

*PROSPECTIVE JUROR:* Sorry. Could you repeat it just so I understand what you're saying?

*MS. CLAYTON:* Yes. We had talked momentarily about the line crossing from a peaceful protest maybe to something more in the riot realm. Whether that line crosses, does it cross for everyone that's out there?

*PROSPECTIVE JUROR:* I would say no. If a few bad actors are involved, that should not be reflective of the entire protest.

*MS. CLAYTON:* Thank you.

Is there anyone here that disagrees with Number 38, if you can raise your number. Anyone here disagree? *(No response)* Okay.

I'm going to pivot really quickly, and let's talk about the why. Can someone -- and if you haven't answered this already, I've heard from a few people who have actually attended protests. But other than those that have been mentioned, what are some of the other reasons why an individual may feel the need to demonstrate, or protest, or make their voice heard? *(Hand raised)*

Number -- can you stand up and tell us your -- 60?

*PROSPECTIVE JUROR:* Juror Number 60. Abortion has

been a big thing in the past, and women's right to choose what they do with their own bodies. And it's one thing I thought of.

*MS. CLAYTON:* Thank you.

Anybody else want to add? *(Hand raised)*

41?

*PROSPECTIVE JUROR:* I think a reason -- I'm Juror Number 41. I think the reason why some people want to protest and speak loudly is because they may feel like everybody is not hearing the whole story. And they may be making their decision based on --

*(Court Reporter interrupts)*

*MS. CLAYTON:* She said they're making a decision based on not the whole story.

*PROSPECTIVE JUROR:* On not hearing the whole story, because we know how media can tell one side.

*MS. CLAYTON:* Thank you for sharing that.

Anybody else want to add to that? *(Hand raised)*

*PROSPECTIVE JUROR:* Number 11. Mental health, disabilities, things like that, people are not getting --

*(Court Reporter interrupts)*

*THE COURT:* Repeat your question -- I'm sorry, repeat your answer again for us.

*PROSPECTIVE JUROR:* Number 11. Mental health, disability, people not getting the treatment that they want or

need for any situation.

*MS. CLAYTON:* Anybody else? *(No response)*

Is there anyone here who believes that people should not protest or demonstrate for actions that they believe in? *(Hand raised)*

Yes, Juror Number 28?

*PROSPECTIVE JUROR:* Juror Number 28. I used to participate in this, but what I've learned, through what the Bible says, I no longer participate in any of this protesting. And the reason why is because we believe that God is the only one to be able to fix everything for us.

*MS. CLAYTON:* Thank you for sharing that.

Anybody else want to add to that? *(No response)*

Okay. Is there anybody here tired of hearing about this? Tired of hearing about protests, demonstrations, rioting, the current state of affairs, the things that we've been talking about all day today. Is anybody here tired of hearing about it? And it's okay, if you are. *(Hand raised)*

Juror Number 5? Okay. Juror Number 5.

Anybody else? *(Hands raised)* Juror 13, 26, 10. Okay. 72. Anybody else? *(No response)*

Okay. Juror Number -- what number are you, in the green jacket? 21. I haven't heard from you. So I'll ask you this, do you have -- do you feel any certain way, either positively or negatively, about people who protest or

demonstrate?

*PROSPECTIVE JUROR:* Juror 21. I personally would not join a protest. And I feel like certain protests has a reputation for being more peaceful versus tendency to be more aggressive.

And then I just want to say, I do agree with how a protest can change and cross boundaries, but it's not always required to have an opposing ideology to ignite that?

*MS. CLAYTON:* Okay. Do you mind elaborating how else or in -- do you mind elaborating on what other way the lines can be crossed? Bad question.

*PROSPECTIVE JUROR:* Can fuel each other with -- like, in the moment there's a lot of tension and emotions and other things that can spark.

*MS. CLAYTON:* Okay. And then just one more follow-up question for you. You said some protests you believe are just more peaceful versus other that are just not. Do you have certain ones already in mind that you believe are one way versus the other?

*PROSPECTIVE JUROR:* No. Because I don't follow a lot of news media. It's just bits and pieces from what my husband tells me.

*MS. CLAYTON:* Okay. Thank you.

I'm going to ask a scale question and I need everyone to answer on a scale of one to five. One, you

strongly agree with this statement, and five is you strongly disagree with this statement, three being in the median, you're neutral.

The statement is, Cannot bring a gun to a protest. That's the statement. I'm going to count to three, and I want you to just say your answer out loud, okay? Everybody say it. One, two, three.

*(Panel shouting numbers)*

*MS. CLAYTON:* Got it?

*(Court Reporter shakes head)*

*MS. CLAYTON:* Of course not.

Okay. Here's the reason why we do it thataway. So you can already set in stone what your answer is, so that we're not adopting our new best friend's answers, okay?

Now, we are going to go one by one, and it will be rapid. So I want you to stand up and say your answer out loud, as loud as you can so the court reporter can hear, and just give me a number between one and five, the number that you just said out loud.

So we're going to start down here with Number 1.

*PROSPECTIVE JUROR:* And that was one, disagree?

*MS. CLAYTON:* One is strongly agree, five is strongly disagree, Cannot bring a gun to a protest.

*PROSPECTIVE JUROR:* Five.

*PROSPECTIVE JUROR:* Say that again, I'm sorry.

*MS. CLAYTON:* One is strongly agree, five is strongly disagree, Cannot bring a gun to a protest.

*PROSPECTIVE JUROR:* Agree, one.

*PROSPECTIVE JUROR:* Three.

*PROSPECTIVE JUROR:* One.

*PROSPECTIVE JUROR:* Three.

*PROSPECTIVE JUROR:* Can you state the question again?

*MS. CLAYTON:* Yes.

*PROSPECTIVE JUROR:* The way you're saying it is -- I'm sorry, it's confusing.

*MS. CLAYTON:* Yes.

So number one would mean you strongly agree with this statement, number five is you strongly disagree with the statement. And the statement is, Cannot bring a gun to a protest.

And before we get going again. Say your juror number first, and then your responsive number. So, you're Juror Number 6.

*PROSPECTIVE JUROR:* I'm Juror Number 6, and I'm going to say one.

*PROSPECTIVE JUROR:* Juror Number 7, one.

*PROSPECTIVE JUROR:* Juror Number 8, one.

*PROSPECTIVE JUROR:* Juror Number 9, two.

*PROSPECTIVE JUROR:* Juror Number 10, five.

*PROSPECTIVE JUROR:* Juror Number 11, three.
*PROSPECTIVE JUROR:* Juror Number 12, one.
*PROSPECTIVE JUROR:* Juror Number 13, one.
*PROSPECTIVE JUROR:* Juror Number 14, one.
*PROSPECTIVE JUROR:* Juror Number 15, two.
*PROSPECTIVE JUROR:* Juror Number 16, one.
*PROSPECTIVE JUROR:* Juror Number 17, three.
*PROSPECTIVE JUROR:* Juror Number 18, three.
*PROSPECTIVE JUROR:* Juror Number 19, two.
*PROSPECTIVE JUROR:* Juror Number 20, two.
*PROSPECTIVE JUROR:* Juror Number 21, two.
*PROSPECTIVE JUROR:* Juror Number 22, three.
*PROSPECTIVE JUROR:* Juror Number 23, two.
*PROSPECTIVE JUROR:* Juror Number 24, two.
*PROSPECTIVE JUROR:* Juror Number 25, five.
*PROSPECTIVE JUROR:* Juror Number 26, one.
*PROSPECTIVE JUROR:* Juror Number 27, two.
*PROSPECTIVE JUROR:* 28, one.
*PROSPECTIVE JUROR:* Juror Number 29, three.
*PROSPECTIVE JUROR:* Juror Number 30, three.
*PROSPECTIVE JUROR:* Juror Number 31, two.
*PROSPECTIVE JUROR:* Juror Number 32, one.
*PROSPECTIVE JUROR:* Juror Number 33, one.
*PROSPECTIVE JUROR:* Juror Number 34, four.
*PROSPECTIVE JUROR:* Juror 35. I strongly believe in

the laws and the Constitution of our great nation, so it depends on where this protest is at.

*THE COURT:* Just answer the question, please.

*PROSPECTIVE JUROR:* So, I agree that, yes, we can bring the Second Amendment, yes.

*THE COURT:* What -- so answer the question.

*PROSPECTIVE JUROR:* One.

*MS. CLAYTON:* All right.

*PROSPECTIVE JUROR:* I still --

*(Court Reporter interrupts)*

*THE COURT:* I really want counsel to think about whether this is --

*PROSPECTIVE JUROR:* Five.

*THE COURT:* -- effective or not.

*PROSPECTIVE JUROR:* Juror 35, five.

*THE COURT:* Okay. Please refrain and stop.

*PROSPECTIVE JUROR:* Juror Number 36, one.

*THE COURT:* I do not want the microphone passed anymore. Stop.

I really want defense counsel to think about how effective, if any, this is. Be cognizant of these people's time. This can be answered in a general question, not this manner.

This is United States District Court. This is not state or county court. I'm being very lenient in giving you

the time that I gave you. I've given you more time than any judge in this building has, in my knowledge, given on a Federal jury selection in the last decade. The judge that I replaced wouldn't have given you the opportunity for attorneys to ask any questions.

So let's please be cognizant of these folk's time. Ask yourself, Is this really moving the ball any?

All right.

*MS. CLAYTON:* Thank you, Your Honor.

I will pass it along to Cody Cofer.

*THE COURT:* I want you to be able to continue. If you think -- if you-all want to take a break and see if this line of questioning is helping you. We'll go off the record momentarily and you-all can visit.

Why don't we do that. Why don't you-all have a powwow, and then we can decide what you want to do. We won't hold it against anybody.

But I'd like to do that. We're going to take about a 5-minute recess. You-all can stay in your seats, the attorneys can step outside and take a visit.

Go off the record.

*(Short recess taken)*

*THE COURT:* Ladies and gentlemen, I'd like for the jury to step out. While you're on break, you're not to discuss the case amongst each other, you're not to form any

decision until I tell you to do so.

So you're going to -- please follow the Court Security Officer.

*(Panel leaves courtroom)*

*THE COURT:* Ms. Clayton, I need you to come up to the podium. Would you come up to the main podium.

One of the rules that we had is for appropriate attire for the attorneys. That's not a rule that Judge Pittman made, that's a rule here in the Northern District of Texas. It specifically says, No graphic tees.

But the T-shirt you're wearing appears to have protestor on it; is that correct?

*MS. CLAYTON:* It does.

*THE COURT:* Why did you think that was appropriate to wear?

*MS. CLAYTON:* Your Honor --

*THE COURT:* Would it have been appropriate for my prosecutors to wear ICE pins?

*MS. CLAYTON:* Your Honor, this was going to be a part of my presentation along with the board. But I did not know that we could not have the displays.

*THE COURT:* I don't believe I have any other choice but to declare a mistrial.

You can't use your clothing in any way to influence the jury. You can't use demonstratives during voir dire,

because pointing to things that aren't in evidence that could be used to influence the jury in a wrong way. You did not ask me for permission to wear a shirt that has a politically charged message on it, whether you agree on it or not. And you didn't ask me permission to use the demonstrative today.

As I said, I would be willing to bet if any of my prosecutors wore ICE-friendly pins, that my defense counsel would go ballistic. I don't know what, in any world, we would think that that would be appropriate. That's specifically in my rules, whether it has a perceived political message or not, that attorneys are not to wear shirts with graphic information on them.

I am really disappointed, the amount of security that's had to go into this, the amount of planning, the fact that I had to inconvenience 75 people. I don't think I have any other choice but to grant a mistrial and we just start again on Tuesday. In fact, I've already notified the jury clerk to call in 130 potential jurors next Tuesday. That's as soon as I can get them in.

This has really done nothing but just mess up every single person's schedules in this room, including the Court's. I will more than likely be issuing a show cause order, to be heard later this week, as to why you shouldn't be sanctioned for violating my orders. I'm left with no other choice. I am just really surprised that an attorney would do this. I'm

just really disappointed.

I don't know if this was calculated or what, but we'll find out at the show cause hearing. I am just exasperated. I've been doing this now since 1999, I've been a judge for 12 years on three different courts. I could never even imagine the thought of this. But I'm at my last -- last leg here. I don't have any other option.

It would essentially be the equivalent of bringing a protest sign in here and wearing it, or for my counsel to be wearing Donald Trump pins. It's what it's suggesting that's improper. There's a reason why in Great Britain the lawyers have to wear black robes and wigs.

I'm interested to hear from counsel for the Government, and then I'd like to hear from defense counsel. I don't think that this is something that can be corrected by any type of instruction.

Mr. Smith?

*MR. SMITH:* I have never actually dealt with this sort of issue before, Judge. I'm not really sure how to handle it. I think the shirt is inappropriate, and that's pretty much all I can say about it. I've never -- I've just never had this come up.

*THE COURT:* And I'm not sure there's any way we can gauge any type of prejudice, it's just impossible. I don't think I have any other choice, in an effort to give everybody

the fairest trial possible, and that includes the United States. I don't believe I have a choice.

Would my defense counsel like to weigh in?

*MR. COFER:* Yes, Your Honor. If I may?

*THE COURT:* Sure.

*MR. COFER:* Your Honor, I believe that the issue that the Court is concerned about -- we're in a unique position where it's not just an instruction to disregard, but where we're still in the throws of voir dire. And so --

*THE COURT:* Let me ask you -- rather than give me a big speech, agree or disagree on a mistrial?

*MR. COFER:* I disagree, because I believe --

*THE COURT:* Tell me why.

*MR. COFER:* Because we can actually ask the prospective jurors whether it would influence their -- their verdict or influence them in any way. We still are able to have a dialogue, unlike whenever something like this may happen during trial.

*THE COURT:* What are they supposed to say? I mean, how would you ever gauge that?

*MR. COFER:* Well, I think just in the same way that we've --

*THE COURT:* If you think I want a mistrial, you're crazy.

*MR. COFER:* I don't.

*THE COURT:* But I do have an obligation to give people the fairest trial possible, and I'm not sure that's possible. I'm really not.

I'd like to hear from the other ones. So you vote in favor of no mistrial.

What about you, Mr. McLain?

*MR. MCLAIN:* And, sir, I confess, I didn't notice how anybody was dressed today. I looked at the shirt now. I did not see anything that had anything to do with the issues in this court.

*THE COURT:* Well, the main focus on voir dire from your side has been what's a peaceful protest, what's a riot --

*MR. MCLAIN:* Yes, sir.

*THE COURT:* -- and what's provocation. And one can make a good argument, even if you're wearing a historic thing that pictures the civil rights movement, that's an argument that you're trying to make. It's like wearing a billboard with the argument on it, right?

*MR. MCLAIN:* Yes, sir.

And it's always dangerous to say to the Judge, I'm not following your logic. But I will just be frank, as I hope all of our jurors would be if you voir dired them, I'm not following the logic.

At this point, there's nothing about the T-shirt that Ms. Clayton is wearing that indicates a position on

anything that's going to matter or an issue in this case. This is not a case about whether the protests are good or bad. This is a case about whether or not --

*THE COURT:* Well, then why did I just spend 20 minutes listening to questions to that effect?

You know, Don't pour water down my leg and tell me it's raining.

*MR. MCLAIN:* Right, sir.

*THE COURT:* There was a whole line of questions about good versus bad protest, right?

*MR. MCLAIN:* Well, Ms. Clayton is free to ask the questions she's going to ask, as each of us will, as we are permitted, will ask our questions.

*THE COURT:* So mistrial or no?

*MR. MCLAIN:* I'd say, no, sir.

*THE COURT:* Okay. That's all I need to know.

*MR. MCLAIN:* Yes, sir.

*THE COURT:* Counsel for Mr. Song?

*MR. HAYES:* We're opposed to a mistrial, Your Honor.

*THE COURT:* Okay.

*MR. HAYES:* I don't know if you want to hear anything but that, but we're opposed.

*THE COURT:* That's fine. I'm just gauging you.

Mr. Tolbert?

*MR. TOLBERT:* Your Honor, we'd -- I'd also be

opposed to a mistrial. Reasoning being, I'm not sure any of the jurors even saw it. I just noticed it when the Court pointed it out.

*THE COURT:* Well, how -- how do we know that?

*MR. TOLBERT:* Well --

*THE COURT:* Like I said, if --

*MR. TOLBERT:* I -- I get that, Judge. But I think --

*THE COURT:* If one of these prosecutors wore a shirt with Donald Trump riding an eagle with an American flag in one hand and an ICE flag in the other hand, would you be offended by it?

Would you think it might hurt --

*MR. TOLBERT:* I understand --

*THE COURT:* -- might plant ideas that --

*MR. TOLBERT:* -- but my point is that we haven't heard any of the jurors make mention of it. There's -- there's no indication that any of the jurors even, necessarily, saw her shirt. I mean, she was standing -- she was standing there behind the podium. She has a blazer on, you can barely see it. I only saw it when the Court pointed it out, and I've walked by her a couple of --

*THE COURT:* I think it's.

*MR. TOLBERT:* -- times this morning.

*THE COURT:* It's clearly been made to make a

political point towards the jury. We're not here to make political points, we're here to give everybody a fair and honest trial. And that's the problem I have with it.

*MR. TOLBERT:* Understood, Judge. I would vote no.

*THE COURT:* I mean, it's -- I can't imagine any courtroom where you'd be able to get away with this.

Mr. St. John, I think if I was not to give a mistrial I would get reversed.

*MR. ST. JOHN:* Most respectfully, I don't know her very well. I didn't see her shirt.

I will admit, after being a lawyer for 37 years in this court, I was surprised by the -- what she presented to the jury. I hadn't seen it, I knew there was something. I didn't know she hadn't made an effort before the Court.

But the time consumption and preparation for both the Government, and all the attorneys, and this Court, I understand you have a concern about being reversed by the Fifth Circuit, but I think if we proceed, let us proceed with verdict in a proper manner, I don't think you're going to get reversed by the Fifth Circuit. I don't think -- none of the defense attorneys are going to raise that issue.

So the time consumption, the adjustment to all the attorneys' schedules, including mine, and every lawyer in here, including the U.S. Attorney, I think it creates a problem as far as time consumption.

I understand and I had a mistrial when McBryde started over again and went for three flat weeks. I'm the only one that's tried ten cases in front of John McBryde. I understand your belief in him. I actually testified in a Fifth Circuit hearing on his behalf, and I was called liar by the Chief Circuit Judge, until they realized I was not lying.

So, I think the Court could -- I don't blame the Court's position, I have the greatest respect for this Court. Excluding the issue, you're a personal friend of mine, but now you're the Judge, I'm a lawyer, that's how it goes in here. But I'd ask the Court not to call a mistrial because of how time consuming it has been for the Government --

*THE COURT:* It will certainly be time consuming if I got reversed and had to do the whole thing again.

*MR. ST. JOHN:* I understand, Your Honor. That's just my opinion.

*THE COURT:* You would also keep nine defendants, who may actually get to walk when this is over, that are going to have to stay while the whole thing could possibly go to the Fifth Circuit on something as silly as somebody wearing inappropriate material.

*MR. ST. JOHN:* And that was going to be my last comment to the Court, in terms of folks being incarcerated that could be acquitted. I'm not saying they would be, but that's my position, Your Honor.

*THE COURT:* Any other defense counsel have a comment?

*MR. BURNS:* Blake Burns, here for Elizabeth Soto, Your Honor.

And we would also oppose a mistrial. And with regard to the Fifth Circuit, I'm not sure exactly what the Government's official position is, but I think if everyone -- if no one is asking for the mistrial, I don't think the error would be preserved for the Fifth Circuit to be reversed in the case, if we all agreed that there was no harm. I don't know that that's their position, but if it were.

*THE COURT:* I'm not sure that that would be the standard the Fifth Circuit would use.

Mr. Davis?

*MR. DAVIS:* Your Honor, thank you.

On behalf of Ines Soto, we would certainly oppose the granting of a mistrial. I had not noticed anything about the clothing prior to coming up just a few minutes ago. And even at this distance, I can't really make out anything that's terribly specific.

And as other counsel have noted, you know, Ms. Clayton was behind the podium, the first row is empty, there's some distance here. And to the extent there is concern, because, as others have noted --

*THE COURT:* You're not in favor of a mistrial?

*MR. DAVIS:* Correct.

*THE COURT:* What's the position of the public defender?

*MR. WEINBEL:* We're also opposed to a mistrial, Your Honor.

*THE COURT:* All right. I need to do some legal research. I don't know when I'm going to come back. Let's take the defendants to the holding cell.

*(Short recess taken)*

*THE COURT:* This is United States of America vs. Cameron Arnold, et al, Criminal Action Number 4:25-CR-259-P.

I wanted to take a moment to review the pertinent case law from the Fifth Circuit regarding my responsibilities as a judge and what I need to do in situations like this.

Before I go to that, however, I've been informed that one of my defense counsel, or at least somebody affiliated with defense, may be wearing an anti-ICE lapel pin or may have worn one earlier in the day. If you have that, it's best to be honest now.

Mr. McLain, what is your lapel pin?

*MR. MCLAIN:* Mine is United States Marine Corps retired. I wear it all the time, sir.

*THE COURT:* That's fine. I just asked what it was --

*MR. MCLAIN:* Yes, sir.

*THE COURT:* -- okay?

Any other defense counsel or staff wearing any sort of decorative item that might suggest something, speak now or forever hold your peace. *(No response)*

Ms. Clayton, would you approach the microphone. Let the record reflect that you've put on a different shirt; is that correct?

*MR. COFER:* I've turned it inside out, Your Honor.

*THE COURT:* Tell me, the shirt that you wore in front of the jury that we talked about earlier, I want you to tell me exactly what was on that shirt. Because it appeared to me to be images of protests from the Civil Rights Era; is that correct?

*MS. CLAYTON:* Yes, Your Honor.

*THE COURT:* So, can you tell me who was on it? Like, I saw that, I saw pictures of Shirley Chisholm, maybe. What was on your shirt?

*MS. CLAYTON:* Martin Luther King, Shirley Chisholm, yes.

*THE COURT:* Did it have pictures of -- such as the Selma demonstrations, or Voting Rights Act demonstrations, anything like that? What exactly protests did it show?

*MS. CLAYTON:* It's pictures of -- honestly, I don't know if it's specifically Selma on the bridge. It's just pictures of --

*THE COURT:* Protests during the Civil Rights Era of the United States?

*MS. CLAYTON:* Yes. Yes, Your Honor.

*THE COURT:* Okay. Thank you. You may be seated.

I went back and I've studied the standards for declaring a mistrial. Trial judges are given a tremendous amount of discretion to grant or deny a mistrial in situations like this.

The order for conduct that we issued prior to going on the record this morning specifically said, No graphic tees. The rules governing attorneys in the Northern District of Texas specifically says, No graphic tees. Again, the reason why we do these things, is the same reason why back in the common law in England lawyers and judges wore black robes.

Our articles of clothing, however well intentioned, are not to be items that we use to sway the jury, give a political statement, or to provide testimony through an article of clothing that we couldn't do or even could do here in the court.

And whether it be something that's as admirable as our civil rights movement here in the United States to, heck, pictures of the D-Day landings, jurors are to make their decision based on the facts and circumstances that they have before them.

Politics, as prevalent as they are, as divided as

they are nowadays, don't have any business here. They don't. Whether we like Donald Trump or dislike Donald Trump is not what we're here to decide. Whether we approve of ICE and their methods, or Antifa, or what it is or what it isn't, that's not really what we're here to decide. We're here to pick a jury to decide the facts, the facts as applied to these defendants. And I don't want us to ever lose sight of that, and I'm afraid maybe we have.

After much consideration, I've determined that there is a manifest necessity in this case to grant a mistrial. I've considered all the reasonable alternatives, including admonishing the jury panel, giving them even a written instruction, you-all informing them of that. But I'm not just positive that there's any way, to use the old saying, that the skunk can be removed from the jury box. I have no way of gauging it.

We are here to give the fairest trial that we can and to get to the facts of the case. We listened to 22 minutes of questions regarding the difference between peaceful and non-peaceful protests.

Defense counsel showed a demonstrative that she did not have permission to show, that purported to show a peaceful protest, juxtaposed with a rioter and a fire that was in the background. Again, this wasn't disclosed to the Court, or to the Government, prior to trial today. Permission was not

sought to use it.

Then we have a graphic T-shirt against the rules showing scenes from the Civil Rights Era. Which is all well and good, I admire Dr. King and Ms. Chisholm as much as anyone. But the scenes of the protests were clearly an attempt to show that the actions here were equating this case to the Civil Rights Era movement. And that's perfectly acceptable maybe in argument, but it's not in jury selection. It's not the job of the jurors to hear testimony from attorneys. Attorneys can't give testimony through either their mouth or what they're wearing.

Ms. Clayton, in this case, was the closest to the jury panel in this case, and certainly all the attention was on her during the 22 minutes of her questioning. It's unfortunate that this has costs easily in the hundreds of thousands of dollars for the taxpayers, certainly the time of the jurors that had to come down here, but I don't feel that there is any other choice.

For those of you that have been emailing my Court Coordinator, you are hereby banned from doing so. If you have a request for the Court, you need to file a motion. And I know it's you, sir, that did it, and you've done it a couple of other times. You don't coordinate -- you don't communicate through the Court via the Court Coordinator. If you need something from me, you need to file a motion.

*MR. BOUFFARD:* Yes, sir.

*THE COURT:* If you do it again, I'll sanction you.

*MR. BOUFFARD:* Yes, Your Honor.

*THE COURT:* I don't know what other judges allow that, but I've never allowed that and I'm not. Anything that needs to be said, needs to be said on the record in a filing in an open court. But I'm not going to give you the opportunity to brief this.

We are endeavoring to get another panel in here as soon as possible. And I'm waiting to hear when that's going to be. But I'm prepared to release this jury, and maybe by the time they're done I'll be able to give us a new trial date.

What I would ask is that between now and the time we show up for trial again we really try to coordinate amongst ourselves and think about what's appropriate and what's not appropriate. I was being very generous, indeed, more generous than I think the other judges would be when it comes to voir dire.

I'll say this, I do intend on covering more of the voir dire when we come back next time, and I'll be issuing a revised order with regards to time limits.

I must also add that, given what I have been keeping up with, just based on the number of strikes that I could see being made for cause, we were getting really close to busting

the panel anyway. I don't make this decision lightly. I've never done this in a civil or criminal case. I've never declared a mistrial. And I've never even had a case where there was a busted jury. So this is all done with great deliberation by me, but I don't have any other choice.

Ms. Clayton, unfortunately, we'll have to take up the show cause order and see what we can do about you violating our orders and the rules of the Court at another time. I need to get through the case.

But I want to make it abundantly clear, anyone that tries to wear any clothing to testify in front of the jury or to unduly influence the jury will be held in contempt. This is your one warning. I'm not going to bust panel number two.

This has to be a first in the history of American jurisprudence, I would think. It seems pretty commonsensical that we shouldn't wear articles of clothing to try to get off a certain message that we're trying to make during trial. But I'm left with no other choice.

So let's bring the jury back in, and I'm going to be releasing them and granting a mistrial.

*(Panel enters courtroom)*

*THE COURT:* Ladies and gentlemen, please listen very carefully. I have some instructions.

When we started out this morning, I told you about how important jury service is, I continue to believe that. I

think if anything, today has shown you that we do live in a divided country, nonetheless we have a country that still works. Our jury system still works just because you-all were here.

We have a system, the jury system, where we can lay our personal politics aside and come to a decision based on the facts of the case. I'm convinced that we still have that. I hope we still have that.

Like many of you, I am absolutely disgusted with the state we have in America. I don't know who to blame this on. You know, old people like me can say social media or whoever. But the fact of the matter is, I feel like we're almost divided into factions nowadays.

I see a lot of parallels that are going on in this country that reminded me what happened here in this country back in the 1850s. When Abraham Lincoln took the inaugural oath back in 1861, he quoted Jesus Christ when Jesus warned that a house divided against itself won't stand.

I hope and pray that that's not where we're going. I hope that we all will love our neighbors, regardless of whether we might disagree with their political viewpoints, because at the end of the day we've all got to live here.

I think that you-all have shown me today that that's still possible. If you are praying people, I hope you continue praying that. Because I don't know about you-all, I

don't want my sons to have to fight in the next civil war because we can't all get along. This thing of ours, other than that one hiccup, has worked for 250 years.

We've got to find a way to work together. We have to find a way to turn down the anger and the hatred that it's easy to get lost in. And I wish I had the answers, but I don't. When they give you this robe they don't tell you the answers. We're just trying to do our best, just like all of you.

Thank you for your time and attention. I'm declaring a mistrial. And I appreciate you-all being down here. All of those instructions that I gave you earlier, you're released from those.

Now it's up to you. You can go and talk about the case if you want to, you can also -- you're free not to say anything. I suspect many of you when you leave will be approached by the members of the media, or maybe others. If you don't want to talk to them, just walk on by, that's up to you.

We will continue on our endeavor, our constitutional endeavor to reach the truth and make sure that the innocent are protected and the guilty are prosecuted and are found guilty. But we're all entitled to a clean slate when we come in here. Either that be the United States, or that be any defendant.

I appreciate your time and attention. I'm sorry you had to come down here today only to be let go before a jury is selected. Be careful driving home.

And remember what I said, if you're a praying person maybe you can say a little prayer on your drive home. Thank you all. You may be excused.

*(Panel leaves courtroom)*

*THE COURT:* I need to take a break to determine what the remaining schedule will be. I don't think this will take very long, we're trying to coordinate with our jury coordinator.

In the meantime, I need each and every one of you to turn in any information you have about this jury. You need to turn that over to Ms. Cameron. It should be numbered. That includes the standard jury sheets that we have.

Nobody is going to be reviewing any marks you may have made on it. This is done for the safety of our jury panel. She's going to be requesting that and we'll be shredding it.

I'll be coming back out momentarily to give you a trial date.

*(Short recess taken)*

*THE COURT:* Ladies and gentlemen, I don't want to keep you here any longer than I have to. We are going to start over on Monday. The trial will begin Monday, at 9:00.

And I've decided that trial is going to take place in my courtroom on the fourth floor. I'll try to have that set up so you-all can be given notice and come over here and look at it. But we're moving it upstairs.

I'm also going to be issuing a new order with time limitations. Based on what I've seen today, I'm not sure defense counsel is capable of working to an agreement between themselves on how to use the time. Therefore, I'll be giving each and every one of you a specific time limitation.

All right. I don't have anything else. We'll see you Monday, at 9:00, on the fourth floor.

*MR. WEINBEL:* Judge?

*THE COURT:* Yes, sir?

*MR. WEINBEL:* All pretrial motions and everything carry over or do we refile anything?

*THE COURT:* I don't want anything refiled.

If you're going to do something you didn't ask permission for, such as use demonstratives in voir dire or anything like that, you need to tell me ahead of time.

*MR. WEINBEL:* Yes, sir.

*THE COURT:* If that would have been approved or considered, we might not have had the issues we did today.

But our rules governing attorney dress here in the Northern District of Texas specifically say no graphic tees. The rules that I issued for the Court before entering today

specifically said no graphic tees.

All right. It's a shame we had to waste many hundreds of thousands of dollars. But as I said, we're here to get to the truth. This is not a political grandstanding political event, and I'm going to endeavor to make sure that it's not. It should not be viewed as an effort to throw a big ball of fire into the jury panel.

I'm sorry everyone has had their time wasted. We'll see you Monday.

*(Proceedings Adjourned)*

## REPORTER'S CERTIFICATE

I, Monica Willenburg Guzman, CSR, RPR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter.

I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

Signed this 29th day of May, 2026.

/s/Monica Willenburg Guzman
Monica Willenburg Guzman, CSR, RPR
Texas CSR No. 3386
NCRA No. 32278
Official Court Reporter
The Northern District of Texas
Fort Worth Division

CSR Expires: 7/31/2027

Business Address: 501 W. 10th Street, Room 310
Fort Worth, Texas 76102

Telephone: 817.850.6681

E-Mail Address: mguzman.csr@yahoo.com

**AGENT WIETHORN: [1]** 11/18
**DEFENDANT EVETTS: [1]** 135/8
**LAW CLERK: [2]** 172/13 175/24
**MR. BOUFFARD: [3]** 78/17 208/1 208/3
**MR. BURNS: [1]** 202/3
**MR. COFER: [20]** 6/11 51/2 51/7 55/3 127/12 131/25 132/3 132/9 133/3 144/12 177/9 177/13 177/18 196/4 196/6 196/12 196/14 196/21 196/25 204/8
**MR. DAVIS: [5]** 7/16 7/19 59/25 202/15 203/1
**MR. HAYES: [5]** 6/18 56/8 56/12 198/19 198/21
**MR. MCLAIN: [15]** 6/14 55/15 135/4 135/22 161/6 161/8 197/7 197/13 197/19 198/8 198/11 198/15 198/17 203/21 203/25
**MR. SMITH: [188]** 6/6 9/2 10/24 11/5 11/10 11/14 11/20 13/8 50/8 50/15 52/23 53/4 130/13 130/17 130/21 130/23 130/25 131/2 131/4 131/8 131/11 131/14 131/17 131/19 131/21 134/6 141/23 142/15 142/18 142/20 142/24 143/3 143/8 143/12 143/15 143/22 144/1 144/6 144/8 144/18 144/21 145/1 145/3 145/7 145/20 145/25 146/6 146/14 146/19 146/24 147/2 147/6 147/9 147/13 147/16 147/19 147/22 147/24 148/2 148/10 149/18 149/21 149/23 150/1 150/11 150/18 150/24 151/1 151/5 151/17 151/22 151/25 152/2 152/5 152/14 152/16 152/19 152/21 153/3 153/8 153/12 153/16 154/8 155/2 155/7 155/9 155/14 155/19 155/22 156/1 156/3 156/10 156/15 156/24 157/22 158/2 158/8 159/3 159/6 159/12 159/14 159/17 159/21 159/24 160/5 160/8 160/11 160/14 161/14 161/18 161/22 162/6 162/8 162/11 162/13 162/16 162/21 162/24 163/1 163/7 163/9 163/13 163/15 163/19 163/22 163/24 164/1 164/5 164/7 164/10 164/13 165/3 165/7 165/13 165/16 165/19 165/21 165/25 166/2 166/9 166/16 166/24 167/1 167/10 167/15 167/21 167/25 168/7 168/9 168/21 169/5 169/10 169/12 169/15 169/18 170/1 170/4 170/8 170/14 170/18 170/23 171/17 171/20 171/23 171/25 172/5 172/9 172/12 172/14 172/20 173/2 173/8 173/11 173/14 173/20 173/25 174/2 174/11 175/9 175/14 175/18 176/1 176/7 176/14 176/18 176/22 180/8 195/18
**MR. ST. JOHN: [6]** 7/1 57/14 127/14 200/9 201/15 201/22
**MR. TOLBERT: [12]** 6/22 56/24 57/4 128/25 129/3 198/25 199/5 199/7 199/14 199/16 199/24 200/4
**MR. WEINBEL: [6]** 7/25 62/2 203/4 213/12 213/14 213/20
**MS. CLAYTON: [45]** 7/4 7/8 7/10 58/16 60/24 128/5 178/1 179/16 180/1 180/3 180/12 180/14 180/16 180/21 181/2 181/8 181/19 182/11 182/22 183/20 184/6 184/13 185/4 185/13 185/17 186/2 186/12 187/9 187/15 187/23 188/9 188/11 188/22 189/1 189/9 189/12 191/8 192/9 193/13 193/16 193/19 204/14 204/18 204/23 205/3
**MS. SCHUERMAN: [2]** 7/13 59/12
**PROSPECTIVE JUROR: [689]**
**SECURITY OFFICER: [1]** 84/18
**THE COURT: [599]**
**THE WITNESS: [1]** 8/24

**'**

**'17 [1]** 95/1
**'18 [1]** 95/1
**'25 [1]** 92/9

**.**

**............211 [1]** 5/17

**/**

**/s/Monica [1]** 215/11

**0**

**01 [2]** 1/6 1/22
**02 [2]** 1/7 2/1
**03 [2]** 1/8 2/6
**04 [2]** 1/8 2/14
**05 [2]** 1/9 2/18
**06 [2]** 1/10 3/2
**07 [2]** 1/10 3/9
**08 [2]** 1/11 3/15
**09 [2]** 1/12 3/20

**1**

**1-minute [2]** 141/21 177/8
**10 [7]** 16/3 111/2 154/9 177/3 183/10 186/20 189/25
**100 [1]** 156/2
**100-yard [1]** 162/19
**101 [1]** 1/24
**102 [1]** 3/3
**10th [2]** 4/2 215/17
**11 [8]** 30/10 72/20 110/9 173/9 183/6 185/19 185/24 190/1
**115 [2]** 3/9 3/12
**11:00 [1]** 14/24
**11:20 [1]** 84/15
**12 [8]** 14/14 22/3 137/1 181/3 181/5 183/6 190/2 195/5
**13 [15]** 72/19 81/12 81/13 81/14 92/24 94/12 94/13 116/20 117/21 117/22 169/3 169/4 183/6 186/20 190/3
**130 [1]** 194/18
**14 [9]** 92/25 116/20 116/22 116/23 173/11 173/12 175/19 183/6 190/4
**15 [18]** 8/8 12/9 15/8 36/3 41/2 74/18 74/19 94/6 152/10 152/11 154/11 160/21 160/23 161/3 163/11 164/2 183/7 190/5
**150 [1]** 131/10
**15s [2]** 161/12 164/14
**16 [4]** 93/9 93/19 183/7 190/6
**17 [6]** 1/8 6/2 30/22 30/23 86/19 190/7
**1700 [1]** 1/19
**18 [4]** 71/10 86/19 98/5 190/8
**1850s [1]** 210/16
**1861 [1]** 210/17
**19 [8]** 29/2 29/3 63/6 76/7 140/14 140/15 150/25 190/9
**1901 [1]** 3/16
**1935 [7]** 14/9 25/5 27/6 27/14 84/1 138/14 138/16
**1948 [5]** 17/16 17/22 20/23 21/2 21/8
**1980s [1]** 21/15
**1999 [1]** 195/4
**1:15 [3]** 126/13 134/11 136/13

**2**

**20 [12]** 8/9 29/20 51/14 51/15 75/18 76/13 83/19 84/6 84/12 84/20 190/10 198/4
**20-minute [1]** 83/18
**2000 [1]** 94/14
**2020 [1]** 2/19
**2025 [3]** 66/13 72/17 98/11
**2026 [4]** 1/8 6/2 17/23 215/9
**2027 [1]** 215/16
**20th [1]** 34/18
**21 [8]** 12/15 30/8 30/9 79/6 183/11 186/23 187/2 190/11
**214.416.9100 [1]** 2/4
**214.528.8400 [1]** 2/12
**214.774.0488 [1]** 2/8
**22 [7]** 8/10 107/14 145/25 160/2 190/12 206/19 207/14
**22-defendant [1]** 59/7
**22-person [1]** 16/24
**23 [1]** 190/13
**24 [8]** 64/5 64/20 64/22 108/4 165/1 172/7 176/12 190/14
**25 [6]** 90/11 92/2 92/5 92/7 181/9 190/15
**25-plus [1]** 32/11
**250 [2]** 23/19 211/3
**26 [9]** 33/9 34/3 111/25 154/18 175/12 175/13 183/15 186/20 190/16
**27 [3]** 80/2 112/12 190/17
**28 [6]** 39/18 69/12 156/7 186/6 186/7 190/18
**2821 [1]** 3/6
**29 [4]** 34/11 70/1 72/11 190/19
**29th [1]** 215/9

**3**

**30 [3]** 170/6 170/7 190/20
**300 [1]** 92/15
**31 [5]** 73/10 94/23 168/10 170/15 190/21
**310 [2]** 4/2 215/17
**3100 [1]** 2/15
**32 [4]** 44/19 46/4 83/6 190/22
**32278 [1]** 215/12
**325 [1]** 2/14
**33 [1]** 190/23
**3300 [1]** 2/7
**3386 [1]** 215/12
**34 [10]** 101/18 143/5 143/7 160/6 165/1 165/2 166/17 172/8 172/9 190/24
**35 [4]** 181/25 182/1 190/25 191/15
**352 [1]** 92/16
**36 [1]** 191/17

**3**

**3663 [1]** 2/22
**37 [4]** 30/6 88/13 89/3 200/11
**38 [7]** 108/8 156/19 171/25 172/2 175/16 184/3 184/14
**381 [1]** 92/14
**39 [1]** 183/10

**4**

**40 [9]** 18/7 28/6 28/7 87/2 87/3 97/6 97/7 136/15 141/3
**41 [12]** 13/15 66/6 113/2 122/16 126/1 126/2 126/3 134/8 134/9 179/8 185/6 185/8
**43 [1]** 183/10
**44 [3]** 31/20 67/16 183/10
**46 [1]** 95/8
**469.453.3183 [1]** 3/4
**49 [4]** 31/21 102/22 145/6 145/7
**4:25-CR-00259-P [1]** 1/4
**4:25-CR-259-P [3]** 20/16 136/20 203/11
**4th [7]** 1/23 63/2 66/13 72/17 98/11 161/25 164/18

**5**

**5-minute [1]** 192/19
**50 [8]** 29/19 37/23 38/12 76/23 76/24 116/25 134/14 157/3
**50-something [1]** 33/11
**501 [2]** 4/2 215/17
**51 [5]** 78/3 126/2 182/14 182/23 183/1
**512.919.2170 [1]** 2/16
**52 [5]** 38/10 38/17 64/6 78/8 85/10
**53 [7]** 109/5 150/10 157/21 157/22 166/21 172/22 172/23
**54 [9]** 57/22 57/23 103/21 120/7 125/23 126/2 128/11 134/7 159/9
**5555 [1]** 3/2
**56 [2]** 161/14 183/10
**57 [6]** 139/3 139/7 139/8 140/16 167/5 167/6
**58 [1]** 13/22
**59 [3]** 114/25 146/7 176/3

**6**

**60 [2]** 184/24 184/25
**600 [1]** 2/7
**604 [1]** 1/23
**61 [9]** 13/23 80/15 80/16 125/24 126/2 126/2 127/17 161/18 167/16
**62 [3]** 161/18 161/22 162/2
**63 [1]** 183/10
**64 [1]** 32/20
**640 [1]** 2/3
**65 [1]** 89/6
**66 [1]** 31/5
**68 [3]** 60/15 60/16 147/3
**682.777.3336 [1]** 1/25
**6882 [1]** 1/20
**69 [1]** 60/12

**7**

**7/31/2027 [1]** 215/16
**70 [1]** 115/20
**72 [7]** 32/1 32/2 60/12 68/19 116/5 170/20 186/21
**73 [2]** 35/3 96/14
**730 [1]** 3/16
**74 [3]** 31/25 81/5 183/10
**75 [4]** 32/10 126/24 183/10 194/15
**75201 [1]** 2/15
**75202 [1]** 2/4
**75219 [1]** 2/8
**75251 [1]** 2/11
**76021 [1]** 3/17
**76102 [7]** 1/24 2/20 3/10 3/13 3/21 4/2 215/17
**76102-6882 [1]** 1/20
**76103 [1]** 3/6
**76111 [1]** 2/23
**76112 [1]** 3/3
**770 [1]** 2/11

**8**

**801 [2]** 1/19 2/19
**8131 [1]** 2/10
**817.252.5200 [1]** 1/20
**817.336.1436 [1]** 2/20
**817.406.8665 [1]** 3/10
**817.531.0263 [1]** 3/7
**817.554.1534 [1]** 2/23
**817.850.6681 [2]** 4/3 215/18
**817.868.9500 [1]** 3/17
**817.870.1544 [1]** 3/13
**817.978.2753 [1]** 3/22
**819 [1]** 3/21
**84 [1]** 179/3
**8:50 [2]** 1/12 6/2

**9**

**90 [6]** 16/4 29/17 138/11 177/17 177/20 177/23
**900 [1]** 2/3
**95 [1]** 16/19
**9:00 [2]** 212/25 213/11
**9A10 [1]** 3/21

**A**

**a.m [2]** 1/12 6/2
**abeyance [1]** 15/17
**abide [1]** 116/15
**ability [6]** 27/17 33/17 51/22 52/2 64/14 101/11
**able [52]** 8/12 17/10 17/25 18/2 18/5 27/2 27/6 27/21 28/14 28/19 60/10 63/17 63/21 64/16 73/2 77/12 77/16 77/17 83/12 86/3 86/6 88/1 89/23 92/21 96/3 100/23 101/2 101/14 103/13 104/20 107/4 109/22 111/13 112/6 114/5 114/13 118/24 118/25 119/24 120/4 120/23 136/5 137/6 146/10 153/1 174/4 174/13 186/11 192/11 196/16 200/6 208/12
**Abortion [1]** 184/25
**about [244]**
**Abraham [3]** 16/22 138/8 210/16
**absent [1]** 33/13
**absolutely [5]** 64/18 108/24 136/3 137/18 210/9
**abundance [4]** 16/1 54/20 121/7 127/2
**abundantly [2]** 37/14 209/10
**abuse [2]** 173/1 173/10
**accept [1]** 114/2
**acceptable [1]** 207/8
**accepting [1]** 166/12
**access [3]** 18/24 19/2 19/10
**accident [3]** 10/13 21/19 96/25
**accommodate [5]** 8/12 14/7 18/9 18/16 136/5
**accused [2]** 41/25 44/4
**acknowledge [1]** 14/18
**acquitted [1]** 201/24
**across [1]** 137/8
**Act [2]** 27/9 204/21
**acted [1]** 62/15
**action [3]** 20/16 144/22 203/11
**actions [5]** 146/5 172/25 173/24 186/4 207/6
**activists [1]** 179/3
**actors [1]** 184/11
**actual [1]** 154/4
**actually [18]** 11/5 46/15 46/18 47/6 47/14 60/21 73/15 86/2 106/11 157/1 158/20 165/11 166/2 184/19 195/18 196/14 201/4 201/18
**ADA [3]** 76/14 80/17 80/20
**adamant [1]** 133/23
**Adams [1]** 23/17
**add [10]** 18/12 77/20 172/1 179/16 179/18 182/14 185/5 185/18 186/13 208/23
**addition [1]** 55/4
**additional [6]** 14/24 52/12 56/16 57/17 58/22 62/7
**address [3]** 19/13 215/17 215/19
**Adjourned [1]** 214/10
**adjust [1]** 85/14
**adjustment [1]** 200/22
**administration [4]** 137/11 173/13 176/5 176/16
**Administrative [1]** 138/4
**admirable [1]** 205/20
**admire [1]** 207/4
**admit [1]** 200/11
**admonish [2]** 9/16 124/22
**admonished [2]** 138/21 141/18
**admonishing [2]** 103/11 206/12
**admonishments [1]** 124/5
**adopting [1]** 188/14
**affairs [1]** 186/16
**affect [12]** 51/21 51/22 52/1 61/13 63/17 64/14 69/6 100/2 103/7 120/23 124/21 125/12
**affected [1]** 21/10
**affects [1]** 109/9
**affiliated [4]** 121/20 122/24 132/19 203/17
**affiliation [1]** 122/25
**affirmatively [1]** 14/18
**afford [3]** 42/24 42/25 168/3
**afraid [4]** 134/23 146/11 146/17 206/8
**after [10]** 9/22 17/11 24/9 24/14 40/23 40/25 119/15 161/19 200/11 206/9
**afternoon [4]** 19/20 31/21 141/23 178/2
**again [55]** 16/19 17/13 18/11 22/1 22/18 26/8 26/10 27/13 36/1 36/23 43/19 45/24 82/11 82/16 91/13 105/10 106/12 110/18 111/10 112/23 116/9

# A


**again [34]** 118/14 121/1 123/2 123/7 125/18 126/2 133/10 140/12 140/20 141/9 141/23 151/18 153/19 157/20 161/11 162/12 163/6 174/2 175/10 177/4 177/6 178/2 182/9 185/23 188/25 189/8 189/17 194/17 201/2 201/14 205/12 206/24 208/2 208/15
**against [39]** 41/7 41/8 41/12 41/16 44/9 44/12 44/16 45/5 46/1 88/4 97/13 98/22 99/2 99/3 106/19 107/18 108/16 108/18 110/14 110/16 111/11 112/2 115/3 115/13 115/24 122/10 132/13 132/18 144/22 145/10 146/8 146/18 146/19 150/21 157/24 176/5 192/17 207/2 210/18
**age [1]** 63/10
**agency [2]** 108/16 115/24
**agent [43]** 6/8 11/1 11/17 12/19 12/20 12/22 12/23 12/24 12/25 13/1 13/2 13/9 13/10 13/12 13/16 13/19 13/20 13/22 13/23 13/24 50/11 53/4 53/21 53/21 53/23 53/24 53/24 53/25 53/25 54/2 54/2 54/3 54/3 54/4 54/5 54/6 54/8 54/8 54/9 54/15 54/16 54/17 146/22
**agents [5]** 11/12 50/12 157/2 179/12 182/5
**ages [1]** 30/10
**Aggie [4]** 67/23 77/14 100/15 106/4
**Aggies [1]** 103/12
**aggressive [3]** 144/22 181/6 187/5
**ago [13]** 23/19 28/13 29/17 59/6 65/10 68/12 86/16 90/11 92/3 94/7 150/24 154/9 202/18
**agree [20]** 15/25 48/1 48/11 104/12 111/7 143/21 172/17 176/13 182/23 183/1 183/18 187/6 188/1 188/22 189/1 189/3 189/13 191/4 194/4 196/11
**agreed [3]** 15/23 173/10 202/10
**agreement [4]** 123/19 175/15 177/10 213/7
**agrees [1]** 42/1
**ahead [27]** 9/11 9/25 26/20 30/8 35/4 53/3 63/5 136/2 150/11 151/17 154/14 158/17 159/9 160/1 160/25 166/20 167/5 170/8 171/13 171/13 172/7 172/16 172/22 173/25 175/7 175/14 213/19
**air [2]** 165/8 176/25
**air-conditioning [1]** 176/25
**airlines [1]** 21/16
**Airport [1]** 2/22
**Akinola [1]** 55/23
**al [3]** 6/4 136/20 203/11
**alarming [2]** 121/11 121/16
**Aleacia [1]** 55/5
**Aledo [1]** 135/7
**Alexander [1]** 58/20
**aliens [2]** 112/3 142/4
**all [254]**
**allegation [1]** 87/21
**alleged [1]** 132/23
**allotted [4]** 15/21 41/1 141/2 177/17
**allow [3]** 16/3 18/21 208/4
**allowed [4]** 10/8 29/12 180/11 208/5
**allowing [3]** 137/16 137/17 177/2
**allude [3]** 44/10 44/17 46/3
**almost [4]** 22/3 123/5 138/11 210/12
**alone [1]** 133/4
**along [6]** 6/19 172/2 183/21 192/10 193/20 211/2
**alongside [1]** 156/21
**already [31]** 14/9 14/13 36/10 37/10 37/14 53/4 56/17 58/22 60/6 62/8 74/11 75/5 82/12 122/6 123/6 123/6 123/10 123/12 126/9 141/6 141/13 153/18 153/21 158/18 159/7 159/22 175/17 184/19 187/18 188/13 194/17
**also [49]** 11/7 13/14 15/3 18/7 18/18 22/19 29/18 30/11 30/16 33/15 40/15 48/10 52/10 53/8 54/7 64/7 68/19 74/23 77/20 78/10 86/22 99/23 110/18 124/14 124/17 129/5 129/20 136/6 137/5 138/5 141/14 141/18 142/13 143/5 143/8 145/9 146/7 154/21 156/19 158/12 158/24 164/15 198/25 201/17 202/5 203/4 208/23 211/15 213/5
**alternate [1]** 92/23
**alternates [1]** 35/15
**alternative [1]** 30/1
**alternatives [1]** 206/11
**Alvarado [13]** 53/6 53/7 53/8 53/13 53/14 53/15 53/19 54/7 54/8 62/21 63/1 66/22 67/4
**always [8]** 32/17 33/23 38/1 105/20 117/6 174/8 187/7 197/20
**Alzheimer's [1]** 32/23
**am [24]** 19/17 26/3 33/9 33/11 33/13 33/20 37/25 38/19 70/3 101/25 103/23 106/9 115/24 120/14 123/3 137/21 142/17 143/10 176/19 177/16 194/13 194/24 195/3 210/9
**Amasia [1]** 58/19
**Amber [1]** 57/7
**Amendment [1]** 191/5
**AMERICA [5]** 1/4 6/4 20/12 203/10 210/10
**American [7]** 20/24 22/8 172/4 178/25 181/14 199/10 209/14
**Americans [2]** 21/11 27/8
**among [1]** 177/20
**amongst [5]** 15/23 124/6 126/16 192/25 208/15
**amount [8]** 15/22 16/2 28/9 177/16 177/18 194/13 194/14 205/7
**Ana [1]** 62/8
**Ananda [1]** 57/7
**anarchy [4]** 158/13 158/15 159/2 159/11
**Andrew [1]** 54/14
**anger [1]** 211/5
**animals [1]** 28/16
**Anne [1]** 55/21
**another [26]** 9/22 17/3 21/14 37/5 50/10 66/24 73/23 81/17 91/4 100/2 100/6 100/10 101/20 101/22 103/4 115/6 118/18 119/7 120/3 120/24 122/14 122/21 176/19 183/25 208/9 209/8
**answer [19]** 71/3 100/8 105/10 114/18 117/10 123/25 139/18 146/9 174/3 174/19 175/10 176/19 185/23 187/25 188/6 188/13 188/16 191/3 191/6
**answered [10]** 37/14 123/6 133/2 141/13 153/18 153/20 183/21 183/23 184/18 191/22
**answers [8]** 26/5 26/9 118/15 158/9 178/20 188/14 211/6 211/8
**anti [16]** 146/17 146/25 154/1 154/2 154/9 154/12 156/10 156/13 171/5 171/6 171/6 171/10 171/11 171/18 174/7 203/17
**anti-fascism [1]** 171/6
**anti-fascist [1]** 171/6
**anti-ICE [13]** 146/17 146/25 154/1 154/2 154/9 154/12 156/10 156/13 171/5 171/10 171/18 174/7 203/17
**anti-President [1]** 171/11
**anticipate [1]** 19/19
**Antifa [34]** 118/18 119/4 119/6 119/19 120/4 120/13 121/20 122/10 122/14 122/14 122/22 122/24 122/24 123/1 129/6 129/12 129/18 129/22 132/5 132/13 132/19 132/21 132/23 132/25 133/7 133/10 133/11 133/24 155/15 158/8 158/11 171/4 171/5 206/4
**any [180]** 8/17 8/22 9/6 9/7 10/5 11/5 11/12 16/15 17/12 26/19 28/3 32/19 35/25 36/13 36/15 36/15 37/20 39/11 39/15 40/7 41/17 41/21 42/7 42/13 43/14 43/21 43/21 44/10 44/14 44/17 45/16 46/3 48/11 48/12 48/25 49/4 50/13 50/19 50/20 51/5 52/2 52/11 52/16 54/22 55/9 55/9 56/2 56/3 56/19 57/5 57/9 58/24 58/25 60/6 60/19 62/14 62/25 63/24 64/3 66/1 69/3 70/9 71/13 73/22 74/14 75/3 75/7 76/1 79/22 81/1 81/7 83/4 83/15 83/22 84/7 86/13 87/16 88/10 88/24 91/21 92/1 93/1 94/3 97/2 98/4 98/18 100/21 103/3 103/25 104/7 104/13 105/16 111/7 111/7 111/13 114/9 115/11 115/15 116/11 118/4 118/15 119/6 119/13 122/24 122/25 123/3 123/3 123/12 123/12 123/22 124/9 125/11 127/7 127/10 128/6 130/11 130/12 131/24 132/4 133/15 133/25 134/5 134/5 134/9 135/19 136/10 137/9 137/14 140/2 141/5 141/19 146/16 147/13 151/22 153/22 154/7 154/11 155/19 156/13 157/19 162/3 163/3 163/6 168/22 168/23 186/1 186/9 186/24 191/21 192/1 192/5 192/7 192/25 193/22 193/24 194/6 194/8 194/16 195/7 195/16 195/23 195/24 195/25 196/16 199/1 199/17 199/18 200/5 202/1 204/2 204/2 206/1 206/14 207/18 209/5 209/11 211/24 212/13 212/16 212/24
**anybody [123]** 14/20 17/8 28/22 31/14 32/14 32/19 34/8 35/1 35/13 35/21 35/25 36/8 36/11 36/18 37/13 37/17 37/19 39/7 39/9 39/11 39/15 48/25 49/6 49/9 49/19 49/23 49/25 51/10 54/21 56/19 57/20 58/11 59/1 62/9 66/1 67/13 69/8 74/7 74/9 74/14 74/24 75/6 80/13 84/8 85/6 86/24 90/7 91/5 96/12 97/16 99/19 103/16 105/8 110/2

## A


**anybody [69]** 120/3 122/13 122/23 123/12 125/4 125/25 127/5 127/9 133/17 138/3 138/22 138/22 138/25 139/1 150/2 151/6 151/10 151/14 152/6 153/17 153/20 153/25 154/2 154/4 154/5 154/6 154/11 155/15 155/19 156/4 156/16 156/25 157/12 157/16 157/18 158/14 158/16 159/6 159/11 160/21 161/1 166/16 166/18 168/21 168/24 168/24 168/25 170/23 170/25 171/4 171/9 171/11 172/6 172/15 172/21 173/3 176/2 179/4 179/18 185/5 185/18 186/2 186/13 186/14 186/17 186/20 186/21 192/17 197/8
**anybody's [2]** 106/24 133/16
**anymore [2]** 23/10 191/19
**anyone [63]** 10/8 11/4 14/4 24/5 26/14 28/2 28/15 31/1 37/4 40/10 41/19 42/24 43/22 44/4 44/14 45/19 46/4 47/7 47/12 47/15 47/17 50/21 51/10 52/13 57/9 58/25 61/21 62/24 74/10 75/10 79/4 79/19 79/22 81/11 81/23 85/5 86/21 90/4 93/4 97/20 118/11 118/12 119/3 121/4 122/9 122/20 123/22 124/6 124/25 125/4 125/6 126/16 139/10 140/18 179/7 179/16 181/20 183/12 184/14 184/15 186/3 207/5 209/10
**anything [75]** 17/2 32/14 43/13 48/20 49/14 49/19 61/12 63/16 64/8 64/13 65/3 68/5 68/7 69/1 69/17 70/10 72/24 73/20 82/14 82/18 84/16 89/16 90/2 100/9 100/11 100/17 102/13 106/11 108/18 110/11 115/6 121/22 123/7 124/8 124/9 125/1 125/11 126/17 127/1 127/5 129/8 132/4 138/13 138/23 139/15 139/19 140/8 142/25 148/20 149/15 150/21 151/11 153/8 153/12 154/2 154/11 155/19 163/3 171/21 172/1 179/22 197/9 197/9 198/1 198/22 202/17 202/19 204/22 208/5 210/1 211/16 213/10 213/15 213/16 213/19
**anyway [5]** 27/11 72/4 136/11 144/15 209/1
**anywhere [1]** 116/6
**apiece [1]** 16/3
**apologize [2]** 8/13 20/2
**appeared [1]** 204/11
**appears [1]** 193/11
**applicable [3]** 47/25 48/6 48/12
**applied [1]** 206/6
**applies [1]** 24/20
**apply [1]** 82/8
**applying [2]** 44/20 46/22
**appointment [2]** 35/7 35/8
**appreciate [9]** 33/25 34/6 101/17 104/25 116/1 126/18 133/18 211/11 212/1
**apprise [1]** 41/11
**approach [5]** 49/6 124/16 125/7 138/23 204/5
**approached [3]** 138/25 140/5 211/17
**approaches [6]** 124/25 127/16 128/10 133/20 134/16 135/13
**appropriate [6]** 193/7 193/14 193/17 194/9 208/16 208/17
**approve [1]** 206/3
**approved [1]** 213/21
**April [1]** 32/5
**AR [8]** 160/21 160/23 161/3 161/12 161/24 163/11 164/2 164/14
**AR-15 [5]** 160/21 160/23 161/3 163/11 164/2
**AR-15s [2]** 161/12 164/14
**are [160]** 7/18 9/14 9/19 9/20 14/9 14/22 16/4 16/6 16/6 16/23 18/7 20/23 21/15 22/11 22/15 23/1 23/7 23/18 25/21 26/2 27/2 27/7 33/20 34/3 35/9 39/5 41/1 41/5 41/6 41/21 43/25 46/11 47/3 47/4 48/3 48/13 48/16 48/19 48/23 48/24 51/6 54/11 54/13 54/23 56/16 57/1 66/4 68/16 75/15 77/10 77/12 79/13 80/4 81/16 83/3 83/7 83/24 83/25 92/15 93/16 99/1 103/6 104/16 106/4 107/2 107/17 107/18 108/12 109/22 114/5 115/15 116/10 117/3 118/21 119/17 120/12 120/15 120/19 123/4 124/6 124/13 124/15 124/22 124/24 125/7 125/22 128/23 132/18 132/24 137/18 137/18 138/5 138/18 141/6 142/15 142/16 142/24 143/11 143/12 143/15 143/19 145/14 152/24 154/25 157/18 158/1 163/22 164/14 164/15 165/14 166/22 166/22 167/11 170/10 171/25 172/1 174/4 174/9 174/13 174/22 176/5 177/15 178/19 178/20 178/24 179/11 179/23 182/6 183/2 183/17 184/11 184/21 185/20 186/18 186/22 187/17 187/17 187/18 188/15 194/11 196/16 196/19 198/2 198/12 200/21 201/18 205/6 205/16 205/22 205/25 206/1 206/17 207/20 208/9 210/14 210/24 211/22 211/22 211/22 212/24
**area [7]** 28/4 35/1 36/6 49/8 85/1 99/19 148/1
**aren't [2]** 17/1 194/1
**argue [1]** 138/14
**argument [5]** 141/17 197/15 197/16 197/18 207/8
**arguments [2]** 15/11 48/15
**Arin [1]** 58/21
**Arlington [3]** 78/5 80/3 95/9
**armed [1]** 121/16
**ARNOLD [7]** 1/6 1/22 6/4 6/9 20/12 136/20 203/11
**around [18]** 14/24 24/23 33/11 61/4 66/12 66/13 68/3 68/22 68/24 84/3 119/13 142/2 142/21 147/8 171/3 171/3 171/6 171/7
**arranged [1]** 18/25
**arrangement [1]** 19/12
**arrested [2]** 131/14 148/19
**Arteaga [1]** 55/5
**article [3]** 65/11 68/20 205/18
**articles [3]** 67/20 205/15 209/16
**artwork [1]** 84/3
**Asian [1]** 91/17
**aside [59]** 27/12 45/4 56/16 68/13 69/21 70/21 70/24 71/24 72/4 73/2 82/22 83/13 99/5 101/2 101/12 102/3 102/5 102/16 103/9 103/14 104/14 104/24 105/15 105/17 106/20 107/4 107/12 107/24 108/6 108/20 108/25 109/23 110/17 110/20 111/14 111/16 112/6 112/10 112/14 115/9 117/5 117/9 117/11 117/16 117/18 117/23 119/24 122/1 130/8 153/1 173/17 174/4 174/14 174/23 175/3 175/23 176/6 176/16 210/6
**ask [66]** 15/7 21/12 23/20 24/1 24/11 24/18 24/19 24/19 27/5 28/24 33/19 35/20 35/20 36/25 40/24 49/19 52/16 58/8 62/23 63/8 66/12 67/23 70/16 71/8 72/12 74/16 74/24 77/8 77/24 80/23 82/24 83/2 84/1 84/24 97/18 101/9 113/4 115/5 117/3 118/3 118/13 119/4 140/11 141/12 148/13 159/10 163/3 164/13 164/13 174/2 177/3 177/5 186/23 187/24 192/5 192/7 194/2 194/5 196/10 196/14 198/11 198/12 198/13 201/11 208/14 213/17
**asked [23]** 22/21 74/8 80/22 98/10 104/3 110/6 110/20 123/8 123/23 136/5 140/16 141/8 141/13 141/18 145/20 148/11 157/8 174/19 176/24 179/23 179/25 181/16 203/23
**asking [27]** 14/24 15/13 24/7 27/16 40/23 70/25 75/13 75/13 75/15 104/2 104/6 104/13 109/7 114/17 118/16 118/18 119/15 120/10 125/6 125/21 129/6 138/24 139/11 141/7 144/13 157/16 202/8
**asks [1]** 16/11
**aspects [1]** 22/18
**assault [1]** 152/15
**assaulted [1]** 149/19
**assaults [1]** 182/8
**ASSISTANT [4]** 3/20 50/4 50/5 76/14
**assume [2]** 47/4 59/15
**assumed [1]** 150/15
**assuming [8]** 9/7 11/3 15/24 19/5 27/18 39/13 136/10 153/6
**assure [9]** 10/16 17/20 17/22 21/22 21/25 115/14 126/25 137/1 177/22
**ATF [2]** 54/15 54/16
**attack [1]** 145/22
**attempt [2]** 49/9 207/6
**attend [1]** 138/15
**attendance [1]** 18/9
**attended [1]** 184/20
**attention [8]** 15/6 37/21 117/11 132/6 140/21 207/13 211/10 212/1
**attentive [1]** 37/6
**attest [1]** 183/17
**attire [1]** 193/8
**attorney [22]** 6/15 6/22 19/6 50/4 50/5 50/23 54/21 55/11 55/17 55/17 55/19 57/11 58/13 62/15 76/14 103/24 104/2 104/10 141/1 194/25 200/24 213/23
**Attorney's [2]** 57/18 78/10
**attorney-client [1]** 19/6
**attorneys [27]** 6/13 6/17 10/9 11/9 32/11 40/15 40/24 62/9 62/13 62/14 72/9 89/21 92/1 125/11 130/11 134/5 138/7 141/5 192/4 192/20 193/8 194/11 200/16 200/21 205/11 207/10 207/10

## A

**attorneys' [1]** 200/23
**audio [2]** 19/9 127/3
**AUSA [1]** 161/11
**author [1]** 20/25
**automatically [3]** 46/25 157/8 184/1
**Autumn [6]** 1/7 1/23 6/10 20/12 50/23 51/4
**available [2]** 19/14 137/3
**Avalos [2]** 13/24 54/17
**Avenue [2]** 2/7 3/6
**average [1]** 15/5
**avoid [3]** 17/4 17/9 17/12
**aware [5]** 38/19 103/23 142/14 142/24 143/2
**away [8]** 30/13 39/25 59/3 61/16 100/18 109/23 179/2 200/6
**Awesome [1]** 34/23
**awful [2]** 36/23 62/13

## B

**B.J [1]** 53/19
**babies [1]** 30/2
**back [68]** 7/11 8/12 17/16 17/21 20/23 21/8 21/14 25/5 26/8 26/24 27/6 31/3 31/24 35/2 36/2 52/17 59/21 63/1 63/10 67/5 67/10 68/2 68/3 68/8 72/15 72/17 74/17 80/14 81/3 84/1 84/5 84/12 84/15 84/19 85/8 85/8 91/1 93/8 96/13 97/8 102/20 103/19 105/20 125/6 126/8 126/14 127/8 127/10 134/11 136/12 136/13 136/18 139/3 150/8 150/16 157/6 158/4 170/19 177/6 183/22 203/7 205/5 205/13 208/21 209/19 210/16 210/17 212/20
**background [1]** 206/24
**bad [5]** 157/23 184/10 187/11 198/2 198/10
**badger [1]** 112/24
**badgering [1]** 101/9
**bag [3]** 168/25 169/7 170/21
**bags [1]** 170/10
**balance [1]** 19/15
**ball [4]** 167/22 167/23 192/7 214/7
**ballistic [1]** 194/8
**ballot [1]** 22/12
**banned [3]** 160/9 160/12 207/20
**baptized [1]** 130/3
**barbecues [1]** 52/6
**barely [2]** 91/14 199/21
**based [16]** 10/15 25/22 27/22 34/5 37/10 123/22 132/16 133/10 151/2 151/3 185/11 185/14 205/23 208/24 210/6 213/6
**basic [2]** 42/22 96/19
**basically [6]** 9/23 28/10 71/16 150/16 171/18 172/25
**basis [2]** 17/6 80/5
**BATTEN [7]** 1/8 2/14 6/21 6/23 20/13 56/21 57/1
**Baumann [1]** 54/12
**bays [2]** 162/18 162/19
**be [333]**
**bear [2]** 20/4 125/8
**bearing [1]** 103/25
**beaten [1]** 123/21
**beautiful [1]** 39/5
**became [2]** 21/10 146/22
**because [66]** 9/12 10/9 16/12 17/25 19/9 22/25 24/1 28/14 28/17 41/4 42/18 43/15 46/11 47/1 47/14 71/4 73/19 87/9 91/13 104/10 105/19 106/20 108/12 109/20 111/3 111/16 113/6 114/9 117/13 124/22 127/19 129/14 132/19 133/12 137/20 142/2 149/16 150/16 150/22 151/3 153/5 153/19 155/12 157/9 157/12 157/13 157/16 157/17 163/22 167/19 174/19 178/12 185/9 185/16 186/10 187/20 194/1 196/12 196/14 201/11 202/24 204/11 210/3 210/22 210/25 211/2
**Bedford [1]** 3/17
**been [96]** 8/11 9/16 14/14 20/22 22/3 22/17 25/7 26/6 26/11 32/4 40/13 42/4 42/19 58/22 60/7 60/19 62/8 62/15 62/22 62/25 65/7 65/24 66/24 67/22 71/23 75/1 75/11 75/11 80/20 85/24 87/10 90/5 91/10 91/24 92/2 92/5 93/17 97/20 104/5 106/13 107/2 107/16 107/19 107/22 108/5 108/8 109/6 109/7 109/8 111/22 115/22 115/23 117/1 119/19 119/20 121/20 122/10 127/25 129/17 136/14 136/23 136/25 137/5 138/10 138/14 141/13 142/21 143/13 144/4 146/5 148/18 151/11 152/12 153/20 153/25 154/2 164/5 165/16 174/24 177/5 178/12 178/25 179/24 184/20 185/1 186/17 193/17 195/4 195/4 197/12 199/25 201/12 203/15 207/19 208/23 213/21
**before [38]** 1/14 8/17 9/6 14/23 16/8 17/7 34/22 35/13 47/4 49/4 49/23 71/19 79/4 84/16 90/5 91/24 95/1 97/24 99/9 110/21 114/18 120/13 124/2 127/7 138/21 163/5 169/13 170/2 170/13 179/22 183/21 189/17 195/19 200/14 203/15 205/24 212/2 213/25
**begin [18]** 6/4 23/21 25/20 26/17 36/6 46/16 49/5 50/23 52/18 75/2 85/1 97/24 98/2 136/13 141/2 177/7 177/7 212/25
**beginning [6]** 30/24 49/7 63/3 85/4 130/11 131/22
**begins [1]** 42/7
**behalf [3]** 59/16 201/5 202/16
**behavior [1]** 17/1
**behind [11]** 8/19 33/12 33/14 33/24 90/20 95/6 145/4 170/5 182/12 199/20 202/22
**being [48]** 15/6 15/16 20/1 20/17 22/19 22/25 61/13 70/12 82/18 87/19 95/20 103/24 111/8 111/17 113/3 115/3 115/12 116/13 120/23 123/9 123/14 123/23 133/10 136/24 137/3 137/5 137/15 137/20 143/11 143/20 145/13 146/12 146/17 146/17 166/4 174/10 178/3 179/13 187/4 188/2 191/25 199/1 200/11 200/17 201/23 208/17 208/25 211/11
**Belew [1]** 21/22
**Belew's [1]** 25/9
**belief [1]** 201/4
**believability [1]** 46/8
**believe [56]** 17/11 19/2 22/7 30/21 34/18 34/20 46/10 46/17 46/25 52/11 63/13 65/18 68/20 69/7 74/11 89/9 91/17 92/13 105/15 108/9 108/10 108/21 114/1 116/17 121/19 123/18 124/14 128/2 128/16 131/16 132/9 140/10 145/22 147/3 149/20 157/9 157/17 171/2 171/9 172/3 173/22 174/10 175/16 176/5 177/11 184/1 186/4 186/10 187/17 187/18 190/25 193/22 196/2 196/6 196/12 209/25
**believed [2]** 43/3 151/1
**believes [1]** 186/3
**bell [5]** 12/11 53/15 58/24 59/1 62/8
**bench [8]** 8/8 8/10 127/16 128/10 133/20 134/16 135/13 139/12
**beneficial [1]** 15/19
**BENJAMIN [5]** 1/8 2/6 20/13 56/5 56/14
**Bennett [2]** 13/23 54/16
**berate [1]** 121/4
**Bergami [2]** 13/18 54/7
**berms [1]** 162/24
**besides [1]** 154/12
**best [27]** 8/13 9/11 25/15 26/8 53/1 59/20 63/25 70/24 75/18 84/4 84/11 84/15 101/11 105/22 110/21 112/6 112/14 112/24 115/10 115/16 118/21 123/4 124/23 131/7 188/14 203/19 211/8
**bet [5]** 40/6 65/20 75/9 92/5 194/6
**Betsy [1]** 50/17
**better [11]** 25/4 29/19 33/24 38/23 39/1 68/11 85/19 90/24 113/12 119/5 121/10
**between [9]** 21/1 25/24 150/23 179/5 181/18 188/18 206/19 208/14 213/7
**Bevo [2]** 101/14 103/12
**beyond [8]** 42/2 42/5 42/10 43/3 43/9 43/12 43/18 154/9
**bias [10]** 73/22 101/7 110/20 132/11 132/20 142/2 142/7 142/7 142/13 143/8
**biased [2]** 77/22 82/20
**biases [1]** 101/5
**Bible [1]** 186/9
**big [12]** 16/20 21/16 60/8 97/15 131/8 147/16 147/17 165/14 167/23 185/1 196/11 214/6
**bigger [3]** 164/23 165/6 167/23
**biggest [1]** 22/3
**billboard [1]** 197/17
**binary [4]** 163/10 163/24 164/2 164/2
**biological [1]** 151/19
**bit [12]** 23/13 38/1 72/5 145/21 149/15 150/13 153/23 158/9 160/16 167/23 178/12 182/21
**bits [1]** 187/21
**black [6]** 23/4 131/7 154/18 156/20 195/12 205/14
**BLAKE [5]** 3/11 7/14 59/10 59/13 202/3
**blame [2]** 201/7 210/10
**blazer [1]** 199/20
**BLM [2]** 155/2 155/4
**blocking [1]** 182/4
**blood [1]** 82/18

## B

**board [2]** 179/20 193/20
**Boatner [2]** 13/12 54/5
**bodies [1]** 185/2
**bomb [1]** 167/1
**book [1]** 20/25
**both [8]** 18/9 30/12 58/18 77/2 87/15 113/3 178/4 200/15
**BOUFFARD [3]** 2/1 6/15 55/18
**bound [1]** 48/4
**boundaries [5]** 182/4 182/7 182/9 182/16 187/7
**boundary [1]** 183/24
**Bowers [1]** 58/19
**Bowl [1]** 52/6
**box [6]** 22/12 22/12 22/13 38/8 38/12 206/15
**boxes [2]** 22/10 22/13
**Boy [1]** 178/10
**Brad [2]** 6/15 55/17
**BRADFORD [4]** 1/9 2/18 6/25 20/13
**BRADLEY [1]** 2/2
**brandish [1]** 131/2
**Brandt [3]** 12/21 12/21 53/23
**Brashear [1]** 54/10
**Brazil [1]** 34/15
**break [18]** 10/8 16/4 17/11 17/11 36/5 58/8 74/6 74/18 79/21 83/18 91/2 124/11 124/13 126/5 136/6 192/12 192/24 212/8
**breaks [2]** 20/6 20/6
**Brenneman [3]** 13/22 13/22 54/15
**BRIAN [3]** 2/1 6/15 55/17
**Brice [1]** 59/16
**bricks [1]** 182/5
**bridge [2]** 3/2 204/24
**brief [2]** 168/16 208/8
**briefly [4]** 62/18 121/12 158/20 158/23
**bring [9]** 125/17 137/6 158/4 188/4 188/23 189/2 189/15 191/5 209/19
**bringing [7]** 24/23 41/6 127/10 132/6 136/7 139/4 195/8
**BRISSETTE [5]** 2/21 2/22 7/2 57/15 58/11
**Britain [1]** 195/11
**broadcast [1]** 19/3
**broccoli [2]** 105/5 105/6
**broken [1]** 177/10
**Brooke [1]** 55/22
**brother [7]** 80/16 80/18 80/24 103/24 104/10 127/18 169/17
**brother's [4]** 104/17 127/20 127/23 151/20
**bucks [1]** 29/19
**bud [1]** 116/2
**budget [1]** 16/20
**Buick [2]** 150/13 158/4
**build [1]** 182/17
**building [6]** 14/8 49/7 90/11 91/6 126/8 192/2
**built [3]** 14/9 84/1 140/24
**bulged [1]** 26/24
**bulging [1]** 27/18
**bulk [1]** 15/23
**burden [9]** 42/9 43/7 43/9 43/17 43/19 43/23 44/7 45/21 83/10
**Burghart [1]** 55/7
**burned [1]** 167/8
**Burnett [1]** 2/19
**BURNS [6]** 3/11 3/12 7/14 59/10 59/13 202/3
**burnt [1]** 167/14
**Burris [2]** 12/4 53/11
**business [4]** 37/5 37/9 206/1 215/17
**bust [1]** 209/13
**busted [1]** 209/4
**busting [1]** 208/25
**busy [1]** 16/7
**buy [2]** 158/6 167/2
**Buzzing [1]** 106/22

## C

**Cadillac [1]** 140/24
**calculated [1]** 195/2
**California [2]** 75/14 75/25
**call [10]** 32/11 43/21 52/21 55/20 56/17 127/8 179/21 182/25 194/18 201/11
**called [12]** 10/5 23/22 24/22 27/8 40/14 47/23 57/24 59/15 77/15 120/13 124/2 201/5
**calling [1]** 128/23
**came [10]** 36/1 49/4 99/9 119/1 129/12 130/9 138/6 138/25 139/21 146/15
**CAMERON [7]** 1/6 1/22 6/4 6/9 20/12 203/11 212/14
**campus [1]** 33/21
**can [198]** 7/11 9/2 9/25 10/1 10/16 16/23 16/24 17/11 17/20 17/22 17/22 18/8 19/5 21/22 21/23 21/24 22/11 23/7 23/12 25/3 25/14 25/16 26/2 27/3 28/15 32/17 33/19 35/10 35/12 36/25 37/1 37/22 38/1 40/6 41/22 45/20 45/22 50/22 51/12 52/18 59/20 61/16 63/5 67/3 67/12 68/11 69/21 70/21 70/24 71/22 73/5 73/25 74/15 74/18 82/22 83/6 83/11 84/15 84/19 89/16 99/4 99/7 99/10 99/12 99/13 100/14 101/12 102/2 102/5 102/6 102/15 103/9 103/19 104/13 104/15 104/16 104/23 105/15 105/17 105/22 106/20 108/6 109/25 110/21 112/7 112/8 112/9 112/15 112/18 112/19 112/20 112/20 112/22 112/25 114/24 115/14 115/16 115/25 116/14 116/15 117/9 117/10 118/21 118/22 121/2 123/8 124/12 124/24 126/25 127/19 128/24 134/10 134/11 136/11 137/1 140/24 142/7 142/14 143/9 145/8 149/4 161/17 162/16 162/19 163/15 166/8 168/3 168/17 169/8 169/25 173/14 173/18 175/18 175/22 177/4 177/7 177/19 177/22 179/1 179/4 179/6 179/20 180/16 180/19 181/3 181/20 181/20 181/22 181/22 181/23 182/2 182/4 182/8 182/23 183/12 183/12 183/12 183/13 183/17 183/18 183/22 183/22 183/24 184/15 184/18 184/24 185/16 187/7 187/11 187/12 187/14 188/13 188/17 188/17 189/7 191/4 191/22 192/14 192/16 192/19 192/20 194/19 195/15 195/21 195/23 196/14 197/14 199/21 204/15 206/15 206/18 209/7 210/5 210/11 211/14 211/15 212/5 213/3
**can't [40]** 8/16 21/16 35/7 36/11 37/3 39/20 39/21 46/2 47/18 71/4 77/21 86/19 100/13 100/17 101/22 105/5 108/13 108/19 109/21 111/7 113/21 113/22 114/21 125/16 128/12 134/15 145/15 151/19 161/15 169/8 169/8 169/10 171/2 176/11 193/24 193/25 200/5 202/19 207/10 211/2
**cancel [1]** 28/13
**candid [1]** 127/4
**candor [3]** 34/7 101/17 110/4
**cannot [17]** 41/19 41/20 42/18 42/24 43/22 44/14 46/17 46/23 47/3 47/5 47/12 47/16 145/18 188/4 188/23 189/2 189/15
**capable [1]** 213/7
**capacity [1]** 18/16
**Capital [1]** 126/6
**Capoccia [1]** 50/16
**car [15]** 10/12 10/13 40/5 85/20 85/20 92/20 96/22 96/24 96/25 150/15 150/16 150/17 150/21 151/3 158/4
**cards [1]** 126/15
**care [12]** 8/4 28/16 28/19 28/19 30/12 32/17 32/24 37/3 37/8 115/16 145/15 177/1
**careful [1]** 212/3
**carefully [1]** 209/23
**caregiver [1]** 28/11
**caretaker [1]** 29/25
**Caro [1]** 20/25
**carpet [1]** 39/6
**carry [2]** 15/23 213/15
**cartridge [1]** 22/12
**case [149]** 1/4 6/3 6/8 8/3 8/6 8/10 8/10 11/1 11/11 16/17 16/24 16/24 17/3 18/3 18/4 19/14 21/3 21/9 21/25 25/9 25/12 25/23 33/10 40/12 40/13 40/17 41/3 41/7 41/10 41/13 41/14 42/6 42/7 43/7 43/23 46/7 46/21 47/10 47/22 47/22 47/25 48/3 48/14 48/21 49/1 49/10 49/13 49/17 50/3 50/4 50/12 51/22 54/13 59/7 61/14 61/22 62/19 62/23 65/4 69/2 70/10 72/25 74/9 74/14 83/4 83/22 84/7 84/9 85/20 86/4 86/7 86/13 87/6 87/17 88/2 88/6 88/14 89/12 89/14 89/17 89/23 91/6 91/8 92/8 93/20 95/14 95/17 96/15 96/20 97/15 98/11 99/5 107/6 114/19 118/6 119/8 123/9 123/24 124/9 125/1 125/5 125/11 126/17 132/11 138/13 138/22 138/24 138/25 139/1 139/10 140/2 141/24 142/2 142/5 144/8 144/18 146/12 149/18 151/23 152/14 152/17 153/1 153/9 153/13 157/5 163/4 163/7 164/15 166/5 166/10 174/6 174/16 176/6 192/25 198/1 198/2 198/3 202/10 203/13 206/10 206/18 207/6 207/12 207/13 209/2 209/3 209/9 210/7 211/15
**case-specific [2]** 40/12 50/3
**cases [7]** 41/6 41/6 46/20 87/6 138/11 138/13 201/3
**Cash [2]** 8/4 140/23
**catch [2]** 7/10 134/24

## C

**cattle [1]** 74/20
**caught [1]** 167/8
**cause [23]** 61/13 65/4 68/8 69/1 69/18 72/25 73/22 98/19 100/12 103/13 112/5 115/7 119/7 119/20 120/4 121/23 132/10 136/20 183/4 194/22 195/3 208/25 209/7
**caused [1]** 155/22
**Cauthen [1]** 54/5
**caution [4]** 16/1 54/20 121/7 127/2
**celebration [1]** 161/25
**Celeste [1]** 50/15
**cell [1]** 203/8
**Center [2]** 8/15 62/21
**centers [4]** 142/2 142/20 171/6 171/7
**Central [1]** 3/16
**Ceron [1]** 53/22
**certain [11]** 9/21 9/21 17/1 41/1 123/17 177/16 177/18 186/24 187/3 187/18 209/17
**certainly [5]** 10/7 201/13 202/16 207/13 207/16
**CERTIFICATE [1]** 215/1
**certified [1]** 138/2
**certify [2]** 215/3 215/6
**chairs [1]** 178/15
**chance [2]** 10/14 24/11
**change [2]** 183/4 187/7
**Channel [3]** 63/13 66/9 72/20
**channels [1]** 63/11
**charge [7]** 41/7 47/23 47/24 48/5 89/18 94/7 94/8
**charged [5]** 40/13 42/19 43/12 85/24 194/4
**charges [5]** 40/16 40/18 40/19 41/12 166/9
**chats [1]** 154/23
**cheapies [1]** 29/21
**checked [1]** 60/16
**Chen [2]** 13/2 54/3
**Cherry [2]** 1/19 2/19
**Cheryl [1]** 57/7
**Chief [1]** 201/6
**children [2]** 30/10 30/17
**Chiloamae [1]** 58/23
**Chisholm [3]** 204/16 204/18 207/4
**choice [9]** 45/25 193/22 194/16 194/24 195/25 196/2 207/18 209/5 209/18
**choose [1]** 185/1
**Chris [2]** 6/23 56/25
**Christ [1]** 210/17
**CHRISTOPHER [5]** 2/13 3/19 8/1 56/22 62/3
**church [7]** 75/20 120/18 128/17 129/9 129/11 129/11 131/9
**Cindy [1]** 53/7
**Circuit [9]** 200/18 200/20 201/5 201/6 201/20 202/6 202/9 202/13 203/13
**circumstances [7]** 8/14 21/13 100/21 105/17 111/13 118/4 205/23
**citizens [5]** 23/2 123/14 126/25 143/19 181/14
**city [6]** 13/3 82/3 87/24 91/10 97/13 131/17
**civic [1]** 178/4
**civil [21]** 22/9 41/10 41/11 85/19 86/3 87/15 88/1 88/6 92/8 94/13 95/2 96/15 179/3 197/16 204/12 205/1 205/21 207/3 207/7 209/2 211/1
**civilian [1]** 54/11
**civilians [1]** 112/2
**civilly [1]** 179/15
**clarification [2]** 166/21 167/18
**clarify [1]** 121/9
**Clark [2]** 6/8 50/11
**class [5]** 147/16 147/18 147/20 148/3 178/14
**CLAYTON [19]** 3/1 3/2 7/5 7/6 58/14 58/14 58/17 58/25 59/2 128/3 177/11 177/25 193/5 197/25 198/11 202/22 204/5 207/12 209/6
**clean [3]** 42/7 46/16 211/23
**cleanup [1]** 119/18
**clear [2]** 37/15 209/10
**clearly [2]** 199/25 207/5
**Cleburne [2]** 79/9 82/2
**clerk [1]** 194/18
**client [1]** 19/6
**climb [3]** 27/17 36/4 36/11
**climbing [1]** 36/9
**close [23]** 16/15 35/22 52/8 61/9 75/10 75/15 75/19 78/1 79/23 81/2 82/15 82/16 82/18 82/19 83/2 84/19 106/12 110/15 126/12 148/16 149/4 151/11 208/25
**closely [9]** 24/16 43/6 48/15 52/24 99/23 99/25 100/1 106/10 116/6
**closer [3]** 38/13 38/22 52/19
**closest [1]** 207/12
**closing [3]** 14/25 15/18 15/19
**clothing [6]** 193/24 202/18 205/15 205/18 209/11 209/16
**cloud [2]** 70/18 132/17
**co [4]** 7/24 51/3 58/18 62/4
**co-counsel [4]** 7/24 51/3 58/18 62/4
**coat [2]** 130/16 131/6
**CODY [6]** 1/22 6/11 50/24 51/3 127/21 192/10
**COFER [18]** 1/22 1/23 6/11 50/24 50/24 51/3 51/10 51/15 51/17 51/21 52/10 52/13 52/16 54/25 131/22 133/1 177/7 192/10
**coffee [2]** 49/13 61/25
**cognizant [4]** 15/2 15/8 191/21 192/6
**Coke [1]** 21/1
**cold [1]** 176/25
**colleague [1]** 91/1
**college [10]** 108/22 154/19 154/19 155/5 156/21 158/14 158/15 158/24 159/20 160/3
**colloquially [1]** 129/18
**colluding [1]** 91/16
**color [2]** 115/12 146/10
**Colvin [1]** 57/8
**come [45]** 8/18 8/19 10/2 17/6 26/8 28/4 78/2 80/14 81/3 84/8 103/19 106/6 110/21 119/9 125/6 127/18 130/3 134/14 135/14 135/23 139/24 139/25 142/12 154/15 156/6 157/4 163/2 163/2 169/15 170/10 171/12 180/17 180/21 181/3 181/11 193/5 193/6 195/22 203/7 207/17 208/21 210/6 211/23 212/2 213/3
**comes [5]** 13/6 17/24 121/15 157/24 208/18
**comfort [1]** 18/23
**comfortable [3]** 121/12 126/24 178/15
**coming [7]** 10/4 31/17 96/23 139/21 183/3 202/18 212/20
**comment [4]** 90/24 168/22 201/23 202/2
**commentary [5]** 97/21 102/25 104/5 107/2 109/8
**comments [1]** 138/18
**commit [8]** 44/14 47/12 47/18 73/7 83/3 83/11 112/8 118/24
**commitment [2]** 60/3 144/13
**committed [1]** 47/8
**common [2]** 128/19 205/14
**commonsensical [1]** 209/15
**communicate [1]** 207/23
**communism [2]** 158/14 159/11
**compared [1]** 138/13
**competent [2]** 42/5 42/10
**complain [1]** 16/10
**complaint [1]** 41/9
**complaints [5]** 16/13 16/14 137/9 137/10 138/4
**complete [3]** 25/21 138/1 138/1
**complimentary [1]** 90/22
**comply [1]** 215/7
**compromising [1]** 18/22
**computer [1]** 4/5
**con [3]** 98/22 98/24 101/23
**concept [4]** 168/25 169/19 170/10 170/21
**concepts [1]** 160/4
**concern [5]** 37/5 146/13 155/23 200/17 202/24
**concerned [1]** 196/7
**concerns [2]** 19/13 115/15
**conclude [1]** 24/9
**conclusion [3]** 24/8 42/12 47/22
**condition [1]** 32/16
**conditioning [1]** 176/25
**conditions [2]** 142/25 143/25
**conduct [2]** 18/23 205/9
**conducted [1]** 174/10
**conducting [1]** 116/24
**conference [2]** 135/25 215/8
**confess [1]** 197/7
**confirmation [1]** 20/9
**conflict [2]** 28/8 34/16
**confusing [1]** 189/11
**congregation [2]** 131/8 131/9
**congressman [2]** 17/18 21/2
**connected [3]** 124/7 124/7 124/8
**consider [21]** 15/4 41/21 48/14 61/17 63/18 63/21 64/17 68/13 73/3 74/1 82/22 83/13 100/18 104/21 107/7 108/20 108/25 109/23 116/16 125/2 167/9
**consideration [4]** 35/17 37/12 43/15 206/9
**considered [8]** 41/17 42/14 48/18 87/15 99/9 167/20 206/11 213/22
**considering [1]** 99/8
**consistent [2]** 44/2 171/17
**consists [1]** 48/9

## C

**Constitution [12]** 22/16 25/16 44/3 44/20 44/23 45/5 45/13 45/23 113/20 113/25 124/18 191/1
**constitutional [6]** 42/23 43/1 44/15 45/25 83/8 211/20
**consuming [2]** 201/12 201/13
**consumption [3]** 200/15 200/22 200/25
**contact [2]** 89/19 181/6
**contained [1]** 40/18
**contemporaneous [2]** 18/25 67/22
**contempt [1]** 209/12
**context [2]** 65/17 119/13
**continue [9]** 15/17 33/1 71/7 84/24 102/15 192/11 209/25 210/25 211/20
**continued [1]** 18/24
**contract [1]** 53/7
**contractor [2]** 87/19 88/4
**contrary [3]** 42/1 42/20 117/25
**control [1]** 181/1
**Convention [1]** 8/15
**conversations [1]** 170/11
**convicted [2]** 91/10 151/11
**conviction [1]** 123/17
**convinced [2]** 133/4 210/7
**coordinate [3]** 207/23 208/15 212/10
**coordination [1]** 20/2
**coordinator [3]** 207/20 207/24 212/11
**cop [4]** 150/15 157/16 157/18 157/24
**copied [1]** 22/17
**cops [3]** 148/18 157/13 158/1
**cordial [2]** 52/7 52/9
**corner [1]** 7/7
**Corporal [2]** 11/25 53/9
**Corps [1]** 203/21
**correct [23]** 27/24 33/6 34/1 39/22 58/1 64/1 69/22 69/23 76/16 96/8 98/17 99/9 121/18 134/2 147/1 163/23 174/22 175/4 193/12 203/1 204/7 204/13 215/4
**corrected [1]** 195/15
**correctional [1]** 78/5
**correctly [2]** 95/25 183/3
**corrupt [1]** 154/24
**costs [1]** 207/15
**could [66]** 6/5 8/14 8/14 8/18 8/20 15/25 17/22 38/22 45/3 45/7 45/18 47/9 49/2 68/8 70/23 75/18 86/2 99/10 100/22 105/21 107/24 108/24 109/10 109/11 110/17 110/22 111/3 111/15 113/5 113/15 113/17 113/23 115/9 115/13 117/5 117/12 117/17 117/17 117/18 117/23 118/4 118/7 119/23 122/1 123/16 126/3 134/1 143/18 144/11 153/10 160/14 173/17 174/23 175/3 176/5 176/16 183/2 184/4 193/21 194/1 195/5 201/7 201/19 201/24 205/18 208/24
**couldn't [10]** 14/4 24/5 72/3 100/20 110/12 113/19 117/16 151/4 153/5 205/18
**counsel [21]** 7/24 18/18 51/3 58/18 62/4 176/21 177/10 191/11 191/20 194/7 195/9 195/13 195/14 196/3 198/18 202/1 202/21 203/16 204/2 206/21 213/7
**count [1]** 188/5
**counterprotester [1]** 183/3
**countries [1]** 23/6
**country [11]** 23/9 23/10 42/22 116/6 142/4 142/18 175/16 210/2 210/2 210/15 210/15
**county [42]** 8/15 11/24 29/21 53/7 53/9 53/10 53/10 53/11 53/12 53/12 53/16 54/17 76/14 78/6 78/11 78/23 79/7 79/12 80/17 81/17 81/18 85/15 86/17 87/9 87/11 87/12 88/16 88/17 88/18 89/11 92/12 92/13 93/20 94/1 94/7 94/14 94/25 96/15 97/9 97/10 191/25
**couple [17]** 14/22 15/1 59/6 63/8 69/10 88/10 92/4 93/17 125/9 125/22 136/21 141/25 156/22 158/9 169/1 199/22 207/22
**course [5]** 92/19 114/4 114/12 172/25 188/11
**court [86]** 1/1 1/15 4/1 5/17 9/9 18/19 20/18 33/25 40/21 41/13 47/22 47/23 48/12 49/3 51/16 56/9 65/21 81/25 83/24 85/13 88/17 88/18 88/18 91/12 91/23 93/12 95/1 95/9 95/21 106/23 107/21 130/19 132/2 135/25 136/8 136/24 137/1 137/19 137/20 137/24 138/2 138/5 138/11 140/17 142/11 145/17 146/3 149/13 158/21 168/13 169/22 176/10 177/10 180/6 180/11 180/24 185/12 185/21 188/10 188/17 191/10 191/24 191/25 193/2 196/7 197/10 199/2 199/21 200/12 200/14 200/16 201/7 201/8 201/11 201/23 205/19 206/24 207/19 207/21 207/24 207/24 208/7 209/8 213/25 215/7 215/13
**Court up [1]** 88/18
**Court's [4]** 132/6 179/23 194/21 201/8
**courthouse [12]** 14/8 16/14 19/16 20/22 27/8 36/2 48/24 48/25 49/4 49/16 84/4 137/16
**courtroom [66]** 8/20 10/1 10/5 10/13 10/23 14/21 16/19 16/25 17/5 17/10 17/15 18/6 18/12 18/15 18/22 19/1 19/9 19/23 20/20 21/3 21/12 21/20 27/11 27/11 29/18 37/19 39/4 39/5 48/20 48/22 51/7 57/2 59/7 63/19 63/23 68/14 73/3 74/1 82/23 83/15 84/13 84/22 92/14 102/13 104/21 107/8 108/1 109/1 109/24 116/16 125/3 126/20 128/9 133/19 134/13 135/12 136/9 136/17 137/7 140/13 153/4 193/4 200/6 209/21 212/7 213/2
**courtrooms [1]** 25/4
**courts [4]** 22/4 137/8 137/11 195/5
**Courts' [1]** 137/13
**cousin [5]** 72/2 75/14 75/17 76/7 78/22
**coverage [8]** 21/18 62/25 63/7 72/15 73/13 106/13 118/20 153/24
**covered [2]** 36/21 118/12
**covering [1]** 208/20
**COVID [1]** 86/18
**cows [1]** 119/9
**Cox [1]** 58/23
**CR [4]** 1/4 20/16 136/20 203/11
**crash [1]** 21/16
**crazy [1]** 196/24
**creates [1]** 200/24
**credibility [4]** 46/8 46/12 47/6 47/13
**crime [6]** 41/25 43/12 44/4 47/8 85/24 153/21
**crimes [2]** 47/15 71/14
**criminal [30]** 20/16 40/13 41/4 41/6 41/6 41/14 43/7 46/20 47/7 62/19 85/19 85/22 85/23 86/3 86/13 87/6 87/15 89/9 89/14 89/16 90/10 91/6 91/8 93/20 94/7 95/13 95/14 166/3 203/11 209/2
**Crisler [2]** 6/16 55/19
**criticisms [1]** 137/5
**Cronkite [1]** 68/17
**cross [5]** 72/3 181/22 182/2 184/9 187/7
**crossed [3]** 181/20 184/1 187/11
**crosses [3]** 182/15 184/1 184/8
**crossing [4]** 182/9 183/2 183/23 184/7
**cruise [1]** 30/24
**CSR [5]** 4/1 215/3 215/11 215/12 215/16
**culminates [1]** 182/20
**curious [1]** 129/14
**current [10]** 65/19 75/3 75/6 77/11 82/2 82/12 142/14 143/11 146/4 186/16
**currently [9]** 22/16 31/8 33/21 71/11 75/1 76/4 76/8 78/5 115/3
**Curry [2]** 13/9 54/3
**Customs [8]** 97/22 98/23 100/24 101/24 104/6 110/13 111/12 118/17
**cut [1]** 107/17
**Cynthia [5]** 57/8 58/4 58/5 128/14 128/15

## D

**D-Day [1]** 205/22
**D.C [1]** 138/4
**DA's [1]** 78/12
**dad [1]** 35/11
**Dallas [9]** 2/4 2/8 2/11 2/15 16/9 17/3 76/9 76/10 155/3
**damages [1]** 92/11
**danced [1]** 171/3
**dangerous [3]** 167/11 167/12 197/20
**DANIEL [5]** 1/11 3/19 20/15 61/24 62/4
**Danielle [1]** 57/5
**date [2]** 208/13 212/21
**dates [1]** 34/14
**daughter [1]** 28/13
**DAVID [2]** 2/21 21/21
**Davidson [1]** 17/17
**Davis [9]** 3/12 3/15 3/15 7/20 7/21 59/22 59/23 60/1 202/14
**day [17]** 29/18 29/19 34/17 63/10 64/9 79/15 79/15 80/8 118/2 141/15 155/7 179/3 186/17 203/18 205/22 210/22 215/9
**days [2]** 30/24 68/16
**dead [1]** 123/21
**deal [3]** 94/9 94/15 134/15
**dealt [1]** 195/18
**decade [1]** 192/3

## D


**decades [1]** 59/6
**Decatur [1]** 88/18
**deceased [2]** 77/1 168/15
**December [1]** 92/9
**decide [8]** 44/13 45/5 46/17 48/21 192/16 206/3 206/5 206/6
**decided [1]** 213/1
**decision [10]** 47/5 94/10 133/9 174/15 185/11 185/13 193/1 205/23 209/1 210/6
**decisions [1]** 23/5
**declare [1]** 193/23
**declared [2]** 5/17 209/3
**declaring [2]** 205/6 211/11
**decorative [1]** 204/3
**deep [1]** 171/16
**deep-seated [1]** 171/16
**defendant [40]** 1/22 2/1 2/6 2/13 2/18 3/1 3/8 3/15 3/19 15/3 41/7 41/25 42/3 42/6 42/7 42/15 42/16 42/19 43/9 43/12 43/14 44/6 44/7 44/15 44/16 46/2 56/19 59/7 60/21 61/2 61/22 88/21 91/18 125/15 134/25 147/4 149/18 149/20 177/2 211/25
**defendant's [3]** 42/14 45/21 45/24
**defendants [24]** 8/6 8/9 8/10 16/3 24/10 25/14 40/13 40/17 40/21 41/8 41/12 41/16 42/9 42/25 43/1 43/20 45/22 83/4 118/21 163/4 163/7 201/17 203/8 206/7
**defendants' [3]** 19/15 43/18 83/8
**defender [4]** 3/20 7/22 61/23 203/3
**defending [1]** 23/14
**defense [15]** 11/9 89/21 92/1 177/10 191/20 194/7 195/14 196/3 200/21 202/1 203/16 203/17 204/2 206/21 213/7
**definitely [3]** 104/22 182/1 182/2
**definition [4]** 166/6 166/12 166/15 166/18
**delay [1]** 126/9
**deliberation [1]** 209/5
**deliberations [7]** 25/20 25/21 25/25 44/10 44/17 46/2 92/25
**Delta [1]** 21/16
**dementia [1]** 32/22
**democratic [1]** 22/15
**demonstrate [3]** 184/22 186/4 187/1
**demonstration [5]** 179/6 179/17 180/18 180/22 181/21
**demonstrations [4]** 178/24 186/15 204/21 204/21
**demonstrative [2]** 194/5 206/21
**demonstratives [3]** 179/24 193/25 213/18
**demonstrators [1]** 124/17
**denial [1]** 40/19
**dental [1]** 96/21
**Denton [4]** 87/9 87/11 87/12 97/9
**deny [1]** 205/7
**DEPARTMENT [13]** 1/18 53/6 53/13 53/14 53/15 53/17 53/18 53/20 79/7 79/8 81/6 106/19 106/21
**depending [2]** 34/14 167/18
**depends [1]** 191/2
**deportation [1]** 142/4
**deported [2]** 111/17 111/20
**Deputy [4]** 12/2 53/9 53/11 53/11
**describe [5]** 95/25 162/16 163/15 164/23 165/3
**described [1]** 92/21
**describes [1]** 166/2
**describing [1]** 121/13
**designed [1]** 27/7
**despite [6]** 18/15 83/7 103/11 117/24 118/3 118/19
**destruction [1]** 181/17
**detail [1]** 127/7
**details [1]** 69/4
**detained [1]** 146/23
**Detective [3]** 12/3 12/14 53/10
**detention [14]** 54/17 62/21 72/16 142/3 142/3 142/21 142/22 143/22 143/23 143/25 144/9 144/19 144/23 145/14
**determine [1]** 212/8
**determined [1]** 206/9
**determining [1]** 48/14
**device [1]** 169/7
**devices [4]** 137/6 137/6 137/16 170/12
**Devin [1]** 55/7
**DFW [1]** 21/16
**DHS [2]** 116/7 143/11
**diabetic [1]** 136/4
**diagnosed [1]** 32/23
**dialogue [1]** 196/17
**did [67]** 9/10 10/17 36/7 37/23 48/25 49/6 52/4 59/8 61/4 65/11 66/9 66/12 67/25 71/15 72/5 85/11 88/21 89/2 89/2 89/7 90/14 90/16 90/18 90/20 91/18 95/25 125/25 127/21 129/16 129/22 130/2 130/15 130/25 131/1 133/25 139/14 147/13 148/7 149/13 149/15 152/2 152/19 153/2 153/2 153/6 153/8 153/12 155/14 155/15 157/5 159/10 165/11 169/15 169/18 173/14 173/16 182/13 193/14 193/20 194/2 197/9 198/4 204/20 204/22 206/21 207/22 213/22
**didn't [28]** 27/8 45/16 49/13 64/25 67/4 73/16 96/6 127/8 127/19 133/25 134/24 135/14 140/1 140/1 140/17 142/7 144/14 146/8 148/18 148/19 149/24 161/8 179/1 194/5 197/7 200/10 200/14 213/17
**died [2]** 111/16 111/17
**difference [3]** 179/5 181/18 206/19
**different [12]** 10/17 22/4 38/6 83/2 151/15 151/16 156/11 174/19 179/11 183/4 195/5 204/6
**difficult [3]** 37/6 37/20 52/25
**difficulty [2]** 38/1 38/19
**dinner [1]** 126/7
**dire [19]** 1/14 17/24 18/6 18/9 18/17 18/22 19/10 23/22 23/22 47/18 141/11 177/8 179/24 193/25 196/9 197/11 208/19 208/21 213/18
**directly [1]** 23/2
**dired [1]** 197/22
**disabilities [3]** 27/9 36/16 185/20
**disability [3]** 27/23 36/8 185/25
**disagree [15]** 48/5 113/11 122/18 173/12 176/16 183/7 184/15 188/2 188/21 188/23 189/2 189/14 196/11 196/12 210/21
**Disagreeing [1]** 183/10
**disagrees [1]** 184/14
**disappointed [2]** 194/13 195/1
**disbelieve [2]** 46/18 157/12
**discern [1]** 38/1
**discharged [1]** 42/9
**disclosed [1]** 206/24
**disclosing [1]** 127/1
**discretion [1]** 205/7
**discuss [2]** 14/22 192/25
**discussed [1]** 74/9
**discussion [4]** 66/10 74/12 164/15 171/4
**discussions [2]** 49/17 74/14
**disease [1]** 37/24
**disgusted [1]** 210/9
**disk [2]** 26/24 27/19
**dislike [3]** 106/1 171/16 206/2
**dismissed [1]** 92/25
**display [2]** 130/25 131/2
**displays [1]** 193/21
**dispute [2]** 95/11 95/17
**disregard [4]** 48/17 63/18 100/23 196/8
**disregarded [1]** 48/21
**disrupt [2]** 121/17 129/12
**dissatisfaction [1]** 149/23
**disservice [1]** 126/9
**distance [2]** 202/19 202/23
**distinguish [2]** 179/7 179/17
**distracted [1]** 37/2
**distractions [3]** 17/4 17/9 17/13
**DISTRICT [17]** 1/1 1/2 1/15 1/19 3/20 16/21 20/18 20/18 22/1 76/14 78/10 88/17 191/24 193/9 205/11 213/24 215/13
**districts [1]** 33/10
**disturbing [1]** 109/17
**divided [5]** 24/21 205/25 210/2 210/13 210/18
**dividing [1]** 175/16
**DIVISION [5]** 1/3 8/7 16/9 126/11 215/14
**divisions [1]** 16/21
**do [271]**
**dock [1]** 165/15
**docket [1]** 16/8
**Dockter [2]** 13/1 54/1
**Doctor [2]** 57/6 57/7
**doctor's [2]** 35/6 35/8
**documents [1]** 48/9
**does [40]** 22/16 25/1 30/11 35/21 36/7 37/4 43/12 46/3 47/2 54/21 58/25 75/9 75/9 76/19 78/24 79/9 79/9 81/7 109/21 123/22 127/9 145/10 146/14 159/2 160/21 166/16 166/18 168/21 168/24 169/21 169/23 170/21 171/4 171/9 171/11 179/16 183/25 183/25 184/8 193/13
**doesn't [5]** 35/12 36/23 52/20 105/5 126/6
**doing [22]** 24/7 26/6 26/11 73/7 94/15 99/1 99/2 100/25 106/20 111/22 112/8 112/24 119/15 124/20 125/12 137/22

## D


**doing [6]** 141/11 150/21 156/9 167/13 195/4 207/20
**dollars [2]** 207/16 214/3
**don't [177]** 9/4 10/16 14/20 15/18 16/10 16/20 17/11 22/7 23/3 23/9 23/15 26/4 27/10 27/21 28/7 28/23 30/1 32/10 33/4 34/15 37/2 37/11 37/11 37/25 38/18 45/9 52/1 52/11 60/17 64/8 65/5 66/21 67/9 69/3 69/7 69/15 71/25 73/1 73/20 75/7 79/15 82/3 83/15 84/7 84/8 84/9 85/2 87/14 87/19 88/2 88/6 89/22 90/13 91/25 92/16 92/19 94/25 95/15 97/12 97/25 98/12 99/6 99/12 100/19 103/24 105/5 105/14 105/16 108/21 109/9 109/13 110/17 110/22 111/2 111/15 113/9 113/17 114/13 114/15 115/5 116/9 117/23 118/4 118/7 119/13 121/3 121/8 121/10 121/13 121/24 122/4 122/5 123/2 123/6 123/17 123/18 124/20 125/4 125/10 126/12 126/24 126/25 127/5 128/17 128/22 129/16 133/16 133/16 135/3 135/6 135/18 135/23 136/24 139/15 139/18 139/22 143/21 153/5 153/6 153/18 153/22 156/8 157/19 157/22 161/25 166/14 167/21 168/5 168/23 170/16 170/16 171/21 172/10 177/20 180/4 180/10 187/20 192/15 192/15 193/22 194/8 194/15 195/2 195/7 195/15 195/24 196/2 196/25 198/6 198/21 200/9 200/19 200/20 201/7 202/8 202/10 203/7 204/23 206/1 206/1 206/7 207/17 207/23 207/23 208/4 209/1 209/5 210/10 210/25 211/1 211/7 211/7 211/18 212/9 212/23 213/10 213/16
**Donald [4]** 195/10 199/10 206/2 206/2
**done [17]** 15/15 16/7 17/22 17/22 34/22 127/22 137/20 140/25 154/11 164/10 173/13 194/20 207/22 208/12 209/2 209/4 212/17
**door [1]** 167/6
**double [1]** 14/15
**doubt [11]** 42/2 42/5 42/11 42/13 42/16 43/3 43/6 43/7 43/10 43/12 43/19
**Douglass [1]** 22/9
**down [35]** 7/17 8/23 9/2 10/21 11/15 11/24 24/17 27/7 27/19 29/19 29/21 35/20 36/16 67/4 75/17 78/1 79/10 81/17 94/5 109/14 126/6 131/19 134/14 135/23 137/3 141/8 162/11 177/14 183/22 188/20 198/6 207/17 211/5 211/11 212/2
**downtown [1]** 97/14
**DPS [4]** 54/14 54/14 54/15 54/15
**Dr [4]** 55/6 55/7 55/7 207/4
**draft [1]** 23/9
**dress [1]** 213/23
**dressed [5]** 130/13 131/4 155/9 155/10 197/8
**drive [4]** 3/16 35/7 35/12 212/5
**driver [1]** 33/3
**driver's [3]** 95/11 95/17 95/20
**driving [4]** 86/1 96/1 96/6 212/3
**drop [1]** 165/8
**drug [2]** 94/8 151/21
**drugs [2]** 148/19 150/15
**drummed [1]** 32/4
**drunk [1]** 86/1
**due [5]** 18/20 60/2 103/24 115/3 136/6
**during [14]** 9/20 14/10 18/22 44/10 44/16 46/2 155/7 156/20 179/24 193/25 196/18 205/1 207/14 209/17
**Duross [2]** 12/22 53/24
**duties [1]** 79/13
**duty [4]** 88/14 125/13 141/16 178/4
**DWI [2]** 88/14 89/16


## E


**E-Mail [2]** 4/3 215/19
**each [27]** 10/3 15/3 24/10 36/5 39/13 40/24 40/25 42/6 42/10 42/13 42/15 42/23 43/9 43/11 46/16 47/19 48/2 82/9 125/15 177/2 177/15 178/5 187/12 192/25 198/12 212/12 213/9
**eagle [2]** 71/11 199/10
**ear [1]** 37/25
**earlier [13]** 32/9 59/2 74/9 98/11 100/15 104/4 140/22 145/21 149/9 173/15 203/18 204/10 211/12
**early [2]** 94/14 138/7
**easier [3]** 38/8 38/13 55/1
**easiest [1]** 71/7
**easily [1]** 207/15
**easy [4]** 8/2 75/4 97/25 211/6
**eat [4]** 39/2 105/5 149/8 149/10
**echo [1]** 173/6
**echoey [1]** 39/6
**Edika [1]** 58/23
**Edwards [1]** 54/15
**effect [1]** 198/5
**effective [2]** 191/14 191/21
**efficient [1]** 15/15
**effort [4]** 18/8 195/25 200/14 214/6
**eight [1]** 15/6
**either [25]** 50/19 52/21 56/2 62/9 62/15 70/10 72/1 74/25 74/25 82/18 86/2 90/20 91/25 99/20 100/10 101/23 111/11 114/16 116/13 122/23 139/19 146/21 186/24 207/10 211/24
**elaborate [1]** 142/8
**elaborating [2]** 187/9 187/10
**Eldred [2]** 12/20 53/22
**election [1]** 21/2
**electronic [2]** 137/6 137/16
**electronics [1]** 169/8
**element [1]** 43/11
**elementary [2]** 21/18 61/6
**elements [1]** 19/11
**elicit [1]** 118/14
**ELIZABETH [6]** 1/10 3/9 20/14 59/9 59/13 202/3
**else [84]** 9/24 10/9 28/2 28/22 31/1 31/14 32/18 32/19 34/8 35/1 35/13 36/11 39/7 39/9 40/10 45/19 45/20 49/14 49/23 52/13 61/21 66/1 67/13 69/8 70/10 74/7 75/6 79/4 79/19 80/13 81/11 81/23 86/21 90/2 90/4 93/4 95/18 96/12 96/12 97/16 99/19 103/16 105/8 110/2 113/12 118/11 118/12 122/9 122/20 124/6 125/25 126/16 132/4 133/17 136/10 140/7 140/8 140/18 150/2 151/6 152/6 153/17 156/4 156/16 156/25 159/6 168/21 170/23 172/6 172/15 172/21 172/24 173/3 179/16 179/18 181/23 185/5 185/18 186/2 186/13 186/20 186/21 187/10 213/10
**else's [1]** 10/11
**emailing [1]** 207/19
**embarrass [2]** 121/4 127/5
**emergency [2]** 35/16 170/9
**emotions [1]** 187/13
**employed [2]** 75/1 75/11
**employee [2]** 34/1 34/4
**empty [1]** 202/22
**end [7]** 22/22 32/5 41/2 83/21 124/10 141/15 210/22
**endeavor [3]** 211/20 211/21 214/5
**endeavoring [1]** 208/9
**ended [3]** 18/1 21/9 94/15
**Enedelia [1]** 59/16
**enforce [2]** 10/3 10/4
**enforcement [45]** 9/10 9/15 46/22 70/17 70/24 71/9 72/13 74/23 75/1 75/3 75/6 75/12 76/1 76/8 77/9 77/11 78/1 79/23 81/2 81/8 82/10 82/12 82/15 82/17 82/19 83/1 83/3 83/7 83/13 97/22 98/23 100/24 104/6 110/13 111/12 111/19 118/18 148/12 148/13 148/16 148/17 150/8 157/7 157/9 157/10
**enforces [1]** 137/8
**engage [2]** 141/19 159/24
**England [1]** 205/14
**enjoy [1]** 134/11
**enlighten [1]** 128/24
**enough [8]** 93/1 107/11 133/13 144/10 144/21 144/25 149/5 152/25
**ensure [3]** 18/24 36/25 137/22
**enter [1]** 49/7
**entered [1]** 40/17
**entering [1]** 213/25
**enters [4]** 19/23 84/22 136/17 209/21
**entire [4]** 20/25 22/15 120/5 184/12
**entitled [3]** 118/21 211/23 215/5
**entity [1]** 120/12
**episode [1]** 28/14
**equal [1]** 16/2
**equally [2]** 15/9 118/14
**equating [1]** 207/6
**equivalent [2]** 108/22 195/8
**Era [4]** 204/12 205/1 207/3 207/7
**error [1]** 202/8
**escorted [1]** 131/15
**especially [1]** 158/15
**essential [1]** 19/11
**essentially [5]** 33/13 154/23 155/1 155/12 195/8
**established [1]** 42/4
**Estevan [1]** 59/16
**estimate [1]** 25/11
**ESTRADA [5]** 1/12 3/20 7/22 20/15 61/24
**et [3]** 6/4 136/20 203/11
**ETTS [2]** 162/9 162/14
**even [31]** 9/12 14/9 16/14 28/13 47/8 48/5 66/24 67/7 69/3 87/14 92/24

## E

**even... [20]** 97/21 106/18 107/4 113/12 113/13 117/15 127/20 128/22 138/16 144/4 175/5 175/16 195/6 197/15 199/2 199/18 202/19 205/18 206/12 209/3
**evening [2]** 64/10 72/21
**evenly [1]** 16/5
**event [2]** 153/24 214/5
**events [4]** 65/19 142/14 153/24 174/9
**ever [21]** 14/15 41/10 73/17 85/5 85/6 86/22 105/21 114/20 117/1 119/23 142/21 152/3 161/4 161/4 161/24 163/4 165/16 165/21 168/24 196/20 206/7
**every [24]** 10/3 15/3 18/8 21/10 23/13 33/12 33/13 41/24 42/6 42/7 42/23 43/11 68/17 70/14 75/18 80/8 82/9 118/2 125/15 137/19 194/20 200/23 212/12 213/9
**everybody [30]** 9/1 24/16 25/1 25/3 32/17 37/22 41/22 47/2 60/9 71/22 74/19 75/4 83/20 84/10 104/11 110/7 110/19 111/6 113/12 125/20 138/24 140/7 160/19 164/14 164/20 164/22 185/9 188/6 195/25 200/2
**everyone [26]** 9/7 14/20 15/8 15/14 16/2 16/11 17/9 17/13 19/24 21/12 24/2 25/15 37/1 45/20 46/3 47/17 77/24 83/3 83/6 83/11 172/24 184/2 184/9 187/25 202/7 214/8
**everyone's [1]** 46/17
**everything [10]** 19/2 38/2 38/20 72/5 133/24 137/2 137/22 173/13 186/11 213/14
**EVETTS [10]** 1/7 2/1 6/13 20/13 55/11 55/16 55/17 55/22 135/4 135/5
**evidence [39]** 15/12 37/6 37/21 39/13 39/15 39/16 41/3 41/15 41/16 41/17 42/5 42/10 42/12 43/2 43/15 43/21 44/8 48/8 48/8 48/10 48/13 48/16 48/17 48/19 48/21 48/22 63/18 68/13 70/25 73/3 82/22 82/23 83/13 104/21 107/25 108/20 112/7 117/11 194/1
**exact [2]** 86/19 163/2
**exactly [5]** 82/7 147/7 202/6 204/11 204/22
**example [5]** 46/23 49/6 100/15 105/1 106/12
**exasperated [1]** 195/4
**except [1]** 118/17
**excited [1]** 178/7
**exclude [2]** 41/1 48/17
**excluded [3]** 9/20 11/2 11/13
**excluding [2]** 9/19 201/9
**exclusive [1]** 46/12
**excuse [2]** 68/20 148/6
**excused [2]** 10/1 212/6
**exercise [4]** 40/25 44/13 45/25 178/4
**exercises [2]** 44/9 44/15
**exhibit [1]** 180/9
**exit [1]** 126/14
**expand [2]** 143/9 173/18
**expect [3]** 14/11 16/25 60/4
**expensive [1]** 168/2
**experience [20]** 70/17 70/24 74/24 120/22 121/23 132/4 148/16 148/17 149/1 149/12 150/7 150/11 150/12 151/6 152/22 153/2 157/7 157/14 157/15 157/23
**experienced [1]** 9/14
**experiences [1]** 148/13
**expert [2]** 11/1 13/21
**experts [3]** 11/5 11/7 11/12
**Expires [1]** 215/16
**explain [3]** 142/7 142/8 143/9
**explosive [7]** 166/3 166/7 166/11 166/13 166/15 167/3 167/9
**explosives [1]** 179/12
**exposed [2]** 62/25 119/20
**exposure [2]** 115/12 146/12
**express [2]** 124/9 146/25
**extent [2]** 41/12 202/23
**extorting [2]** 91/11 91/16
**extra [2]** 16/5 130/20
**Extreme [1]** 162/14
**extremely [2]** 16/7 116/7
**eyesight [5]** 39/11 39/12 39/15 39/19 60/16

## F

**facilities [8]** 19/16 83/20 83/25 143/22 143/23 143/25 145/14 145/15
**facility [11]** 63/1 72/17 142/3 142/3 142/21 142/22 144/9 144/10 144/19 144/23 145/23
**facing [1]** 138/12
**fact [10]** 40/20 43/14 72/2 97/13 133/4 133/5 166/13 194/14 194/17 210/12
**factions [1]** 210/13
**facts [25]** 9/24 46/7 46/12 48/11 48/14 61/17 74/9 74/15 87/17 96/19 100/18 133/7 144/13 152/16 153/9 153/13 153/15 174/6 174/15 176/6 205/23 206/6 206/6 206/18 210/7
**fair [36]** 25/15 37/1 51/22 61/13 61/18 64/14 65/4 77/18 93/1 98/19 99/5 102/3 102/16 104/14 105/17 105/22 106/15 108/25 109/10 109/11 109/18 111/6 111/14 112/5 117/5 118/5 118/22 118/25 119/21 121/25 123/9 123/24 125/13 134/1 141/16 200/2
**fairest [5]** 15/14 17/13 196/1 197/2 206/17
**fairness [1]** 18/14
**false [1]** 137/18
**familiar [7]** 54/22 71/18 120/12 120/14 120/15 152/16 170/20
**family [28]** 17/4 35/9 35/22 37/3 37/4 37/8 51/21 60/3 62/16 75/10 76/2 77/10 77/10 78/1 79/23 81/2 82/15 82/16 83/2 83/7 99/24 99/24 110/18 111/16 142/13 148/16 148/19 151/11
**famous [2]** 20/22 21/14
**fan [2]** 172/11 176/24
**fancy [1]** 23/23
**far [30]** 10/25 28/2 31/24 33/14 34/8 36/6 36/18 37/18 39/20 39/21 49/23 49/25 57/4 59/3 64/3 67/3 67/5 81/1 85/1 85/4 85/7 93/6 98/2 99/19 116/19 123/23 155/2 173/13 177/4 200/25
**Faraday [4]** 168/25 170/10 170/15 170/21
**Farino [4]** 24/23 26/18 63/4 64/21
**farmers [1]** 105/6
**farther [2]** 8/17 9/6
**fascism [1]** 171/6
**fascist [1]** 171/6
**fast [1]** 134/3
**father [7]** 32/22 75/16 77/1 77/4 78/4 78/9 151/19
**fault [1]** 20/1
**favor [5]** 42/16 60/8 132/12 197/5 202/25
**favorite [1]** 22/8
**FBI [27]** 12/19 13/13 50/11 53/21 53/21 53/22 53/23 53/23 53/24 53/24 53/25 53/25 54/2 54/2 54/3 54/3 54/4 54/4 54/5 54/5 54/5 54/8 54/8 54/9 54/9 54/16 54/17
**fear [5]** 115/11 117/1 172/4 173/10 173/18
**feasible [1]** 18/21
**FEBRUARY [3]** 1/8 6/2 34/19
**FEDERAL [11]** 3/20 46/22 65/21 137/8 137/19 166/7 166/11 166/11 166/19 180/10 192/3
**feed [3]** 65/8 65/10 68/21
**feel [38]** 32/15 51/20 100/20 101/8 101/23 105/15 105/20 106/18 108/24 110/12 110/14 110/16 111/11 112/1 112/13 113/3 113/6 115/6 115/9 115/24 116/12 116/14 117/4 118/4 118/13 121/12 121/24 123/6 126/24 172/23 178/18 178/21 184/22 185/9 186/24 187/3 207/17 210/12
**feeling [9]** 100/10 106/20 107/6 116/24 117/13 143/23 144/24 171/10 171/12
**feelings [60]** 82/12 98/4 98/18 99/5 99/20 100/2 100/4 100/17 100/24 101/19 103/3 103/6 104/7 104/11 104/11 104/14 104/23 105/2 105/4 105/14 107/11 107/12 108/10 108/12 108/15 108/18 108/19 109/20 111/14 112/4 112/6 115/2 115/7 115/10 116/8 116/10 117/4 117/7 117/9 117/22 118/5 119/7 119/19 120/3 122/10 122/13 122/21 123/3 124/24 129/7 132/5 132/7 132/10 133/23 146/25 154/1 154/1 171/11 175/22 176/4
**feels [1]** 149/16
**fees [1]** 215/6
**feet [4]** 39/25 40/2 40/3 40/4
**fellow [3]** 32/11 126/25 183/16
**felt [1]** 132/12
**few [16]** 19/17 22/7 26/2 40/25 52/23 70/11 74/5 83/19 84/24 126/3 138/19 161/2 178/15 184/10 184/19 202/18
**Fifth [8]** 200/18 200/20 201/5 201/20 202/6 202/9 202/13 203/13
**fight [3]** 21/1 95/23 211/1
**fighting [1]** 180/25
**figure [1]** 95/16
**file [2]** 207/21 207/25
**filed [4]** 14/23 15/17 41/10 180/13
**filing [1]** 208/6
**filings [1]** 16/9
**finagle [1]** 30/17
**finally [3]** 20/15 36/18 37/18
**find [18]** 19/12 26/5 28/15 48/12 88/7

## F


**find [13]** 88/7 88/21 91/18 92/21 96/6 124/23 133/6 133/8 173/14 175/18 195/3 211/4 211/5
**findings [2]** 17/25 146/16
**fine [13]** 27/4 37/22 51/9 55/2 57/3 66/11 86/20 97/11 114/17 117/10 136/8 198/23 203/23
**fingers [1]** 167/14
**finish [1]** 40/23
**finished [2]** 25/23 123/5
**fire [5]** 96/23 163/18 167/8 206/23 214/7
**firearm [2]** 130/25 163/18
**firearms [4]** 160/17 160/19 162/4 179/11
**firecracker [1]** 167/19
**firework [8]** 166/7 166/11 166/13 166/15 166/19 167/2 167/7 167/19
**fireworks [14]** 164/14 164/14 164/17 164/22 164/24 165/6 165/11 165/22 165/24 166/10 167/11 167/13 168/11 168/22
**Firm [2]** 1/23 3/2
**first [21]** 8/2 8/6 8/19 8/19 17/6 17/6 36/15 37/17 78/20 97/10 118/12 122/12 138/6 142/16 148/23 171/14 177/11 178/14 189/18 202/22 209/14
**first-class [1]** 178/14
**first-come [1]** 17/6
**first-served [1]** 17/6
**fish [1]** 71/8
**fit [1]** 20/4
**five [17]** 30/10 30/17 39/25 40/2 55/20 164/6 187/25 188/1 188/18 188/22 188/24 189/1 189/14 189/25 190/15 191/13 191/15
**fix [1]** 186/11
**flag [2]** 199/10 199/11
**flat [1]** 201/2
**flight [3]** 21/17 27/12 36/11
**floor [10]** 18/6 19/1 19/6 20/8 27/13 84/4 127/3 136/22 213/2 213/11
**floors [1]** 39/5
**focus [2]** 176/6 197/11
**folk's [1]** 192/6
**folks [15]** 17/10 23/7 36/3 48/23 55/16 74/6 80/7 120/2 123/4 123/11 123/19 124/13 124/16 125/18 201/23
**follow [45]** 41/19 41/20 41/22 45/4 45/12 45/20 48/4 48/7 52/12 69/22 72/9 77/13 77/25 98/7 99/8 99/23 99/24 102/7 102/25 105/23 106/10 107/12 110/9 110/21 111/3 112/12 112/20 113/3 113/5 113/11 113/13 113/17 113/22 113/23 114/10 116/6 118/1 119/23 133/2 141/25 173/16 174/18 187/16 187/20 193/2
**follow-up [6]** 52/12 77/25 133/2 173/16 174/18 187/16
**followed [3]** 137/18 173/24 182/20
**following [10]** 97/20 98/13 100/1 107/16 108/9 109/7 113/20 115/22 197/21 197/23
**follows [1]** 97/22
**football [2]** 7/9 59/2
**Force [4]** 53/22 53/23 54/4 54/9
**forced [2]** 23/10 23/12
**forcibly [1]** 129/13
**forcing [1]** 179/10
**Ford [2]** 13/10 54/3
**foregoing [2]** 215/4 215/5
**forensic [1]** 55/21
**forever [1]** 204/4
**forgot [2]** 52/15 52/15
**form [5]** 22/17 83/22 84/7 124/9 192/25
**format [1]** 215/6
**former [4]** 75/3 75/6 77/11 89/20
**FORT [30]** 1/3 1/5 1/20 1/24 2/20 2/23 3/3 3/6 3/10 3/13 3/21 4/2 8/7 16/7 16/16 50/9 50/10 70/3 71/11 74/22 77/5 77/6 78/9 97/14 126/10 137/14 148/1 148/7 215/14 215/17
**forth [1]** 7/11
**Fortunately [1]** 18/3
**forward [1]** 8/18
**found [5]** 88/4 96/15 96/17 133/6 211/22
**foundation [1]** 42/21
**founded [1]** 42/22
**four [7]** 15/19 17/18 21/4 80/21 128/2 178/10 190/24
**four-hour [1]** 15/19
**fours [1]** 24/21
**fourth [12]** 18/6 18/25 19/6 20/8 26/17 75/17 110/6 127/3 136/22 150/5 213/2 213/11
**Fox [1]** 67/18
**frank [5]** 1/18 6/8 50/5 50/9 197/21
**Frederick [1]** 22/9
**free [2]** 198/11 211/15
**freedom [4]** 22/11 22/14 124/19 124/19
**freedoms [1]** 23/15
**freely [1]** 162/20
**freeway [2]** 2/22 150/14
**frequent [1]** 162/4
**frequently [1]** 46/21
**Frias [1]** 53/8
**friend [16]** 53/1 64/24 65/1 65/2 65/7 65/14 75/10 75/19 75/19 78/2 79/6 82/15 82/16 148/17 151/11 201/9
**friend's [1]** 188/14
**friendly [1]** 194/7
**friends [9]** 79/23 80/3 80/4 81/2 81/15 82/19 83/2 83/7 157/25
**front [18]** 17/17 19/4 32/10 39/14 57/16 69/11 81/12 90/9 93/7 93/8 119/11 126/24 139/5 141/22 150/2 201/3 204/10 209/11
**Frwy [1]** 2/10
**Fryman [1]** 58/23
**fuel [1]** 187/12
**full [2]** 61/17 118/25
**fully [2]** 143/2 149/24
**fun [1]** 22/4
**functions [1]** 22/16
**fundamental [1]** 42/21
**funeral [1]** 31/21
**funny [1]** 68/16
**further [1]** 215/6
**future [1]** 115/13


## G


**gadgets [1]** 169/24
**gallery [4]** 8/19 8/20 17/6 18/8
**Galveston [1]** 75/17
**garage [1]** 167/7
**Garcia [2]** 57/6 59/16
**Gardiner [1]** 55/7
**gather [1]** 126/19
**GATTO [4]** 1/18 6/8 50/5 50/10
**gauge [3]** 175/11 195/24 196/20
**gauging [2]** 198/23 206/16
**gave [6]** 10/17 100/15 104/25 174/19 192/1 211/12
**general [11]** 54/23 74/16 77/8 98/12 98/14 112/4 114/18 124/7 129/6 154/12 191/22
**generation [2]** 142/16 142/16
**generous [2]** 208/17 208/17
**gentleman [15]** 30/5 31/3 34/10 35/2 74/25 75/5 75/7 87/1 95/6 95/22 96/13 135/1 135/2 157/6 157/13
**gentleman's [1]** 61/23
**gentlemen [23]** 9/14 20/11 23/21 26/3 40/12 41/24 43/5 44/11 46/6 46/20 47/21 50/2 50/6 51/13 56/8 56/13 62/18 74/22 84/23 176/23 192/23 209/22 212/23
**get [91]** 8/23 9/1 9/22 10/7 14/23 19/18 20/3 20/5 20/9 24/12 26/6 27/13 31/11 31/19 33/4 33/12 33/14 33/17 33/24 35/16 35/18 35/19 36/5 36/22 36/23 36/24 37/1 37/11 40/6 40/11 52/20 64/5 70/5 70/15 71/22 71/24 71/25 72/3 72/14 77/24 77/25 79/20 83/20 84/5 85/3 87/2 97/25 103/20 108/13 111/23 112/24 124/1 124/12 125/13 125/16 126/7 126/8 126/14 130/3 136/11 136/25 138/15 141/16 141/18 149/10 149/24 161/8 167/21 175/11 175/20 177/4 177/6 178/6 178/14 179/20 183/13 183/25 189/17 194/19 199/7 200/6 200/8 200/19 201/18 206/18 208/9 209/9 209/16 211/2 211/6 214/4
**gets [3]** 9/12 25/15 70/14
**getting [11]** 19/25 21/23 33/1 78/19 83/20 93/13 140/21 181/1 185/20 185/25 208/25
**Gill [1]** 2/22
**Gilpin [2]** 13/25 54/18
**give [49]** 9/21 10/23 14/4 14/7 15/14 16/5 16/11 17/13 21/6 22/23 22/24 24/3 24/5 25/16 26/8 29/20 42/25 42/25 45/13 45/22 61/17 69/22 74/18 74/18 77/17 113/9 114/3 116/3 118/21 124/5 125/3 133/1 141/21 174/5 177/8 180/17 188/18 195/25 196/10 197/1 200/2 200/7 205/16 206/17 207/10 208/7 208/12 211/7 212/20
**given [20]** 9/10 15/24 21/13 46/9 46/13 48/5 71/19 84/2 89/19 117/6 118/5 136/14 141/7 174/6 192/1 192/2 192/4 205/6 208/23 213/3
**giving [5]** 26/5 124/12 191/25 206/12 213/8
**glad [1]** 73/14
**glasses [3]** 40/5 40/6 40/7

## G


**go [106]** 8/12 8/17 8/22 9/2 9/6 9/11 9/25 10/21 14/12 19/19 20/10 23/10 26/20 27/6 27/10 27/12 27/19 28/14 28/23 30/8 30/21 31/16 31/21 34/15 35/4 35/6 35/13 36/2 36/7 36/16 37/9 37/23 49/23 50/2 52/17 53/3 55/11 63/5 64/20 67/10 74/17 84/3 84/15 86/24 87/1 93/6 93/7 93/8 94/5 96/11 97/7 103/18 103/19 110/5 110/5 110/6 126/6 126/13 127/4 127/7 130/21 134/11 136/1 136/13 136/18 148/7 149/13 150/11 151/17 152/2 152/19 154/13 158/17 158/19 159/9 160/1 160/14 160/24 160/25 161/4 161/18 161/19 166/20 167/5 170/8 171/13 171/13 172/7 172/16 172/22 173/25 175/7 175/14 177/3 177/17 177/20 177/23 188/15 192/13 192/21 194/8 194/14 201/19 203/15 211/14 212/2
**God [1]** 186/10
**goes [7]** 16/13 17/7 47/7 48/18 110/19 182/19 201/10
**going [137]** 7/17 8/22 8/23 10/22 11/14 14/13 15/18 15/19 16/4 19/1 19/17 19/19 20/3 21/9 23/14 23/25 24/3 24/20 24/20 24/24 25/8 25/9 26/7 27/5 28/4 29/8 32/6 34/16 35/15 36/3 36/4 36/24 39/12 56/10 62/24 63/4 65/15 66/23 72/12 74/5 74/13 74/16 82/8 82/19 83/19 83/20 83/24 84/15 84/25 97/19 98/15 101/7 102/11 103/6 103/13 105/24 106/24 109/14 109/17 114/2 114/5 114/6 114/9 114/10 115/11 115/14 115/15 115/23 116/6 117/7 117/13 118/13 119/18 124/2 124/8 125/8 125/17 126/5 126/9 126/13 132/17 132/18 132/20 134/12 136/18 136/21 139/12 139/24 141/10 141/17 143/13 143/17 143/19 144/12 148/13 148/18 157/1 157/4 158/12 161/19 171/12 173/22 177/15 178/22 179/21 180/11 184/17 187/24 188/5 188/15 188/20 189/17 189/21 192/18 193/2 193/19 198/1 198/12 200/19 200/21 201/18 201/22 203/7 205/9 208/7 208/10 209/13 209/19 210/14 210/19 212/16 212/18 212/24 213/1 213/5 213/17 214/5
**goldfish [1]** 15/7
**golf [1]** 167/23
**golf-ball [1]** 167/23
**gone [7]** 33/18 68/16 136/11 136/11 136/11 154/4 164/17
**Gonzales [1]** 11/23
**good [45]** 6/6 6/14 6/18 6/22 7/4 7/19 7/19 7/21 8/11 9/4 10/14 19/24 25/22 29/1 35/24 50/8 56/8 56/13 58/17 59/12 65/24 66/4 79/6 81/15 84/2 100/21 100/22 106/12 107/11 119/15 132/18 135/9 141/23 149/5 160/14 164/19 165/22 165/23 166/25 172/1 178/2 197/15 198/2 198/10 207/4
**google [1]** 125/10
**got [24]** 10/12 25/2 26/23 36/10 38/22 65/21 69/10 71/6 71/8 71/23 72/2 82/1 95/6 148/19 158/3 158/6 161/14 162/24 169/1 177/16 188/9 201/14 210/22 211/4
**Gotcha [1]** 171/23
**gotten [1]** 129/15
**govern [1]** 177/19
**governing [2]** 205/11 213/23
**government [29]** 1/17 10/25 22/17 23/2 24/10 42/8 43/2 43/8 43/8 43/11 43/17 43/20 43/23 44/7 52/16 83/9 132/11 132/12 136/14 141/2 141/5 172/13 175/24 178/4 180/2 195/14 200/16 201/12 206/25
**Government's [6]** 6/7 11/1 11/15 45/21 180/7 202/7
**Governor [3]** 21/1 154/22 155/6
**governors [2]** 17/18 21/4
**graduate [1]** 135/7
**graduating [1]** 147/20
**Graham [2]** 11/25 53/9
**grand [7]** 41/7 85/5 86/22 86/23 90/6 90/8 97/17
**grandma [1]** 35/5
**grandparents [1]** 75/16
**grandstanding [3]** 15/12 141/14 214/4
**grant [3]** 194/16 205/7 206/10
**granted [1]** 179/14
**granting [2]** 202/17 209/20
**Grapevine [1]** 162/1
**graphic [7]** 193/10 194/11 205/10 205/12 207/2 213/24 214/1
**great [6]** 22/9 145/14 172/18 191/1 195/11 209/4
**greatest [1]** 201/8
**green [3]** 50/15 62/10 186/23
**Gregory [1]** 62/5
**Grille [1]** 126/6
**Gross [2]** 11/20 53/6
**ground [1]** 141/6
**group [13]** 28/2 28/22 36/13 36/15 42/15 98/2 120/12 122/14 122/21 122/23 122/25 129/17 154/23
**growing [1]** 63/11
**guarantees [1]** 44/4
**guess [13]** 25/22 35/20 94/15 106/7 107/17 109/19 112/15 119/14 120/11 122/25 130/9 161/12 172/25
**guilt [4]** 41/16 42/4 42/9 42/14
**guilty [30]** 40/18 40/19 42/17 42/19 43/9 43/18 86/10 86/11 87/8 88/3 88/7 88/7 88/21 88/22 88/23 89/25 89/25 90/1 91/18 91/19 93/24 96/4 96/5 96/16 133/6 133/8 153/3 153/7 211/22 211/23
**gun [10]** 129/12 162/3 162/11 162/13 163/19 163/21 188/4 188/23 189/2 189/15
**guns [6]** 106/5 155/19 160/20 163/22 179/10 179/11
**guy [5]** 21/21 22/8 55/24 95/21 140/16
**guy's [1]** 96/6
**guys [6]** 20/23 90/20 139/6 178/2 178/3 179/23
**GUZMAN [5]** 4/1 136/25 215/3 215/11 215/11
**gym [2]** 80/9 80/10


## H


**had [92]** 8/11 14/7 14/15 15/22 15/23 17/1 17/17 18/1 21/3 25/4 28/13 28/14 29/16 29/17 32/3 37/7 37/8 37/9 40/7 49/15 63/11 66/10 70/18 72/3 74/11 74/12 74/14 74/22 87/18 87/23 91/9 91/10 91/14 91/15 92/18 92/20 97/13 101/13 109/12 114/18 126/9 129/5 129/7 129/9 129/12 129/13 130/14 134/18 138/21 139/9 142/1 142/7 143/8 145/25 146/7 146/13 148/15 148/17 148/25 150/15 151/19 154/10 155/14 155/23 156/9 157/6 157/23 158/9 158/10 158/11 159/1 159/5 167/6 167/13 168/11 170/4 184/6 193/7 194/14 194/15 195/22 197/9 201/1 201/14 202/17 207/17 209/3 211/6 212/2 213/22 214/2 214/8
**hadn't [2]** 200/13 200/14
**half [5]** 25/12 25/24 26/20 27/22 66/4
**Hall [1]** 54/14
**hallway [1]** 14/12
**Haltom [1]** 91/10
**hand [87]** 11/16 11/20 11/21 11/21 11/22 11/22 11/25 12/1 12/2 12/2 12/3 12/4 12/5 12/6 24/2 26/16 26/21 26/21 28/3 30/5 31/2 34/9 35/2 36/18 37/21 37/23 39/17 39/18 44/17 49/10 56/4 57/10 57/21 60/10 60/11 63/3 63/4 64/20 66/3 75/5 78/18 79/5 80/13 82/9 82/24 85/6 85/7 90/8 95/7 98/1 99/20 119/4 120/6 122/15 130/20 139/2 140/11 148/21 150/8 151/8 151/14 152/8 152/9 153/19 154/6 154/6 156/4 156/17 158/16 159/6 159/16 160/25 161/5 170/25 172/6 172/15 172/21 173/3 173/4 179/7 184/23 185/5 185/18 186/5 186/18 199/11 199/11
**handle [1]** 195/20
**hands [58]** 14/2 14/5 24/20 28/22 31/18 36/14 41/23 43/4 50/21 54/23 55/10 62/17 62/24 64/4 67/14 67/14 69/9 75/7 75/9 75/20 79/24 81/2 82/13 82/25 83/16 85/1 85/2 86/25 88/10 90/8 93/6 97/19 97/25 103/19 105/9 116/20 119/8 139/2 148/22 153/22 157/19 159/25 160/22 161/1 161/2 161/10 164/18 164/19 164/25 168/23 169/1 169/1 171/12 173/5 178/6 178/8 183/14 186/20
**handsome [1]** 91/4
**hang [2]** 58/7 80/5
**HANIL [3]** 1/8 2/6 20/13
**happen [4]** 115/12 115/15 183/25 196/18
**happened [21]** 21/8 21/16 63/1 66/13 66/13 66/21 68/2 68/22 68/25 69/16 70/10 73/11 132/1 132/16 142/20 143/13 148/20 149/2 149/13 159/18 210/15
**happening [4]** 65/19 100/5 106/10 106/11
**happens [1]** 29/13
**happy [1]** 20/21
**harassing [1]** 141/11
**hard [17]** 27/19 28/15 30/12 31/24 35/19 36/16 36/23 37/19 38/21 45/8

## H

**hard [7]** 74/5 82/11 82/17 113/5 114/22 118/2 126/7
**hardening [1]** 170/12
**harder [1]** 138/14
**hardship [1]** 26/15
**harm [1]** 202/10
**HARMONY [5]** 3/8 3/9 7/13 59/9 59/12
**harp [3]** 11/21 16/10 53/7
**Harris [1]** 81/17
**harsh [2]** 16/12 137/15
**has [73]** 9/16 15/6 17/15 20/22 22/17 26/15 35/5 35/11 36/12 37/1 39/14 42/4 42/8 42/19 43/8 43/14 44/8 62/24 67/22 74/9 74/12 74/24 74/25 75/11 75/11 80/20 90/5 95/6 103/25 104/11 107/2 107/22 108/5 117/2 119/4 122/13 122/25 123/12 125/15 125/15 127/13 127/25 136/4 136/10 136/25 138/3 138/10 151/10 153/19 153/25 154/1 158/14 159/11 162/24 164/22 168/24 173/13 177/10 180/2 184/25 187/3 192/2 194/3 194/10 194/20 197/12 199/20 201/12 207/15 209/14 210/1 211/3 214/8
**hasn't [2]** 62/7 106/16
**hate [2]** 77/15 124/11
**hatred [3]** 171/7 173/17 211/5
**have [379]**
**haven't [11]** 13/6 123/7 123/9 123/11 144/3 153/21 170/16 170/16 184/18 186/23 199/16
**having [15]** 15/16 32/6 37/25 38/19 39/23 54/20 77/10 83/3 83/7 98/8 114/21 115/7 123/20 125/19 136/6
**HAYES [8]** 2/6 2/6 6/18 56/6 56/6 56/14 56/18 56/19
**he [56]** 8/8 8/9 8/10 22/9 22/10 22/23 22/24 22/25 23/18 30/15 30/16 44/9 52/25 56/3 78/10 78/24 79/9 79/9 79/15 80/20 81/7 81/16 90/14 90/16 90/18 90/20 90/21 127/25 150/21 151/3 151/20 151/25 152/12 152/19 152/20 153/3 153/5 153/6 153/6 154/22 154/23 154/24 157/9 157/12 157/24 159/2 167/13 167/13 169/18 169/20 169/20 169/21 169/23 169/23 175/16 210/17
**he'll [2]** 13/21 60/4
**he's [20]** 9/22 12/7 12/8 12/10 12/11 12/12 12/13 32/23 50/11 54/7 60/5 79/7 79/14 79/16 79/17 104/10 152/1 152/12 160/12 172/25
**head [17]** 32/4 39/1 60/13 64/17 73/25 77/13 80/11 100/14 105/22 128/5 135/8 145/4 168/19 181/10 182/13 184/3 188/10
**heads [4]** 25/1 25/2 84/10 181/23
**health [3]** 32/16 185/19 185/24
**hear [50]** 23/15 25/3 37/19 37/22 37/25 38/1 38/23 40/14 41/3 46/15 47/6 47/11 47/14 52/25 63/21 64/17 64/25 66/9 73/3 74/1 102/12 104/21 107/8 107/25 109/1 109/16 109/24 112/15 113/21 114/16 116/16 125/3 127/19 140/13 157/1 157/2 158/12 158/18 176/11 180/17 180/22 181/4 181/11 188/17 195/13 195/14 197/4 198/21 207/9 208/10
**heard [47]** 9/15 16/2 16/13 46/18 47/20 54/20 56/17 63/18 64/7 64/8 64/23 67/18 68/17 68/19 69/5 69/13 72/19 73/10 91/14 94/8 104/3 106/16 118/19 118/20 119/4 119/6 119/12 120/13 126/17 133/13 145/7 155/14 159/21 164/1 165/6 167/13 168/24 168/25 170/13 170/15 170/17 178/23 184/19 184/23 186/23 194/23 199/17
**hearing [23]** 25/4 37/20 38/8 38/14 38/17 38/18 38/19 39/8 39/9 39/9 46/21 47/18 67/6 69/17 88/14 114/22 185/10 185/15 186/14 186/15 186/18 195/3 201/5
**hearsay [1]** 143/1
**heart [2]** 23/18 35/23
**heavily [1]** 176/13
**heck [1]** 205/21
**heed [1]** 83/8
**held [3]** 44/12 115/13 209/12
**help [1]** 10/4
**helpful [3]** 30/25 79/2 79/18
**helping [2]** 56/15 192/13
**helps [1]** 15/11
**Helton [2]** 12/16 53/19
**Henderson [2]** 3/9 3/12
**her [37]** 10/14 11/21 12/4 13/6 28/16 28/19 35/6 35/7 58/25 59/3 59/3 61/4 61/4 61/9 61/12 61/17 74/12 74/12 78/18 78/19 96/22 128/22 134/6 135/20 136/5 136/7 136/11 136/12 147/14 149/1 149/2 199/19 199/22 200/9 200/10 207/14 207/14
**herding [1]** 74/19
**here [209]** 6/12 6/15 6/19 8/7 11/16 11/18 13/3 13/14 14/8 16/7 16/16 17/17 18/14 18/16 19/18 20/1 20/17 20/21 21/3 21/11 21/14 21/20 21/21 22/10 22/13 23/6 23/11 25/21 26/17 26/19 28/5 31/18 35/21 37/4 37/13 38/8 38/13 39/2 39/13 41/19 42/24 43/22 44/14 46/21 47/10 47/12 47/16 47/17 48/22 49/1 49/4 50/9 50/13 50/16 50/17 51/6 52/21 56/15 58/18 58/19 59/7 60/1 60/2 60/5 61/17 62/3 62/5 62/24 63/14 63/17 63/19 63/22 64/10 64/21 66/4 66/23 68/13 68/23 69/6 71/8 73/3 73/14 78/1 78/6 78/11 78/21 82/23 83/6 83/11 83/14 84/5 85/7 86/25 92/4 92/5 92/12 93/6 93/25 94/14 96/14 98/2 99/9 104/3 106/7 106/16 107/25 109/1 110/21 112/25 118/15 118/21 119/1 119/3 119/9 120/2 122/13 122/25 124/13 125/3 125/13 125/20 126/10 126/17 126/23 127/18 127/19 129/23 135/1 135/18 135/20 136/24 137/2 137/14 138/9 139/5 139/13 139/21 139/22 139/25 140/11 141/16 142/20 147/25 148/7 148/15 150/9 154/10 155/15 156/6 156/17 157/6 157/16 159/6 160/21 161/5 161/22 164/17 164/19 167/4 168/9 170/25 171/5 171/9 174/5 175/11 175/23 177/1 178/3 178/5 178/17 179/4 179/20 180/6 183/12 184/14 184/15 186/3 186/14 186/17 188/20 193/9 195/7 195/9 200/1 200/2 200/24 201/10 202/3 202/23 205/18 205/21 206/1 206/3 206/5 206/5 206/17 207/6 207/17 208/9 210/4 210/15 210/22 211/12 211/24 212/2 212/24 213/3 213/23 214/3
**here's [3]** 120/11 178/13 188/12
**hereby [1]** 207/20
**Hernandez [1]** 50/17
**heros [1]** 22/8
**herself [1]** 43/13
**hiccup [1]** 211/3
**hide [2]** 44/23 45/2
**high [19]** 17/16 17/21 57/5 61/7 61/8 61/9 81/16 135/7 138/11 147/6 147/14 148/2 148/5 156/8 158/19 158/23 159/16 159/20 160/3
**high-profile [2]** 17/16 138/11
**Hill [11]** 1/7 1/23 6/10 6/12 12/17 20/12 50/23 51/4 51/11 52/13 53/19
**him [10]** 30/12 44/9 90/19 91/2 128/4 151/24 152/2 155/1 183/22 201/4
**himself [2]** 30/11 43/13
**hinder [1]** 137/20
**Hinton [1]** 58/21
**hired [1]** 87/19
**his [36]** 9/23 9/23 11/20 11/22 11/25 12/2 12/3 12/5 12/6 22/22 28/17 30/5 32/24 32/24 42/3 50/10 51/18 51/21 56/3 56/20 63/5 64/20 74/23 79/13 95/6 96/1 133/2 141/2 153/14 154/24 157/14 157/14 167/14 172/3 173/1 201/5
**historic [1]** 197/15
**history [7]** 20/24 21/6 83/12 159/20 160/7 178/25 209/14
**hit [2]** 92/9 96/23
**Holbrook [1]** 58/21
**hold [12]** 15/17 43/22 44/9 44/16 45/5 46/1 83/9 132/18 149/4 157/23 192/17 204/4
**holding [3]** 44/19 145/14 203/8
**home [6]** 30/2 30/10 106/12 119/9 212/3 212/5
**Homeland [1]** 106/19
**homeschool [2]** 30/11 30/17
**homeschooling [1]** 30/13
**honest [4]** 15/21 26/8 200/3 203/19
**honestly [4]** 99/10 99/13 156/8 204/23
**honesty [4]** 105/11 110/3 116/2 140/21
**Honor [57]** 6/6 6/11 6/14 6/18 6/22 7/2 7/4 7/13 7/16 8/24 9/2 10/24 11/2 11/6 11/10 11/18 13/8 13/15 51/2 51/8 55/3 55/15 56/24 57/2 58/16 59/25 78/17 127/12 131/25 133/3 135/4 135/22 144/12 177/9 177/19 177/21 178/1 180/1 180/3 180/8 180/14 192/9 193/16 193/19 196/4 196/6 198/19 198/25 201/15 201/25 202/4 202/15 203/5 204/8 204/14 205/3 208/3
**HONORABLE [1]** 1/14
**hooked [1]** 71/8
**hope [7]** 23/19 140/24 197/21 210/8 210/19 210/20 210/24
**hoped [1]** 15/22

## H


**hopefully [1]** 55/19
**hoping [2]** 130/5 130/7
**Horn [2]** 12/23 53/24
**horrific [2]** 144/5 144/7
**horse [1]** 123/21
**hospice [1]** 37/8
**hot [2]** 43/25 155/12
**hour [4]** 15/19 125/10 126/5 138/21
**hourly [1]** 31/11
**hours [1]** 125/9
**house [7]** 17/18 21/4 28/16 121/11 165/12 168/11 210/18
**houses [1]** 142/4
**Houston [1]** 131/19
**how [62]** 7/18 8/12 15/25 16/6 26/13 59/7 61/2 80/20 86/16 115/6 117/4 120/15 126/7 127/25 128/15 129/16 130/13 131/4 131/8 133/21 136/25 139/11 139/17 146/19 147/16 147/19 147/19 148/15 150/3 150/24 151/8 152/8 152/21 154/24 155/9 155/10 157/20 160/23 164/1 164/5 164/7 164/17 164/22 169/15 169/18 173/4 174/9 178/18 178/21 185/16 187/6 187/9 191/20 195/19 196/20 197/8 199/4 199/4 201/10 201/11 209/25 213/8
**however [4]** 15/21 17/24 203/15 205/15
**huh [12]** 34/2 72/23 73/8 73/24 76/11 94/2 104/19 109/6 111/18 144/20 169/14 171/24
**Huh-uh [2]** 73/24 169/14
**human [2]** 15/6 108/22
**Humphries [1]** 59/16
**hundred [3]** 9/15 147/22 147/23
**hundreds [2]** 207/15 214/3
**hung [1]** 91/20
**Huntsville [1]** 152/13
**hurt [1]** 199/13
**husband [17]** 28/17 28/17 28/18 28/20 30/11 52/10 76/13 76/15 76/19 77/1 77/3 78/5 81/5 81/16 128/17 168/14 187/22
**husband's [1]** 76/17
**hygienist [1]** 96/21


## I


**I'd [19]** 8/17 15/1 36/6 83/17 84/23 97/18 111/23 125/25 138/18 147/23 179/1 179/22 192/18 192/23 195/14 197/4 198/15 198/25 201/11
**I'll [50]** 7/10 10/23 13/6 15/21 18/12 24/2 24/22 26/17 26/20 27/16 31/16 33/22 35/20 38/25 47/23 47/24 49/5 50/23 52/18 52/23 55/4 58/8 77/8 77/24 80/23 85/2 91/2 98/1 100/18 116/2 118/16 118/18 119/4 125/6 125/21 126/21 130/21 136/1 138/19 141/1 141/20 182/24 186/23 208/2 208/12 208/20 208/21 212/20 213/2 213/8
**I'm [210]** 7/17 7/17 8/21 9/6 9/15 11/3 11/14 11/18 15/2 15/24 18/12 19/5 24/3 24/20 27/4 27/18 28/10 28/16 29/25 30/8 30/9 30/23 31/8 31/10 31/24 32/5 32/23 33/2 33/13 33/15 34/5 34/13 34/20 36/21 38/19 39/4 39/13 42/25 49/12 60/1 66/8 66/15 66/20 67/5 67/23 70/25 71/11 73/14 74/13 74/16 75/13 75/13 75/14 77/14 78/25 83/20 85/17 86/5 86/22 87/5 87/13 91/4 93/13 93/19 95/16 98/3 99/13 100/7 100/7 101/8 101/9 104/2 104/6 104/13 105/24 106/21 110/24 111/4 112/23 112/24 113/4 113/14 114/6 114/17 114/18 114/21 114/21 116/25 117/12 118/13 119/14 119/17 120/7 120/9 121/25 123/5 127/21 129/14 129/15 129/22 129/23 133/21 134/3 134/17 134/22 134/22 135/9 135/15 136/10 136/21 137/17 138/3 138/24 141/4 141/11 141/11 141/24 142/13 143/16 144/6 144/12 144/16 145/11 146/2 148/13 148/25 150/9 153/6 153/10 154/21 157/15 159/10 159/15 161/15 162/4 163/9 163/10 164/10 164/24 165/5 165/10 166/16 166/25 167/4 167/25 170/9 170/20 172/9 172/10 172/17 173/15 173/16 173/17 173/25 175/2 175/15 175/19 176/2 176/3 176/14 176/22 178/22 179/21 180/19 180/25 183/2 184/17 185/7 185/22 187/24 188/5 188/25 189/11 189/20 189/20 191/25 194/24 194/25 195/6 195/13 195/19 195/23 197/2 197/3 197/20 197/22 198/23 199/1 201/2 201/10 201/24 202/6 202/12 203/7 206/8 206/13 208/5 208/7 208/10 208/11 209/13 209/18 209/19 210/7 211/10 212/1 213/5 213/6 214/5 214/8
**I've [62]** 8/3 8/11 8/11 14/14 14/15 16/8 18/8 22/3 26/6 26/10 26/11 26/23 53/4 61/4 65/21 71/23 71/23 81/24 82/1 100/9 107/16 108/8 109/6 110/6 111/22 119/12 123/23 124/1 141/6 143/24 156/20 158/3 158/6 161/14 162/3 167/12 170/12 170/15 170/17 170/21 174/24 176/23 184/19 186/8 192/1 194/17 195/4 195/4 195/21 195/21 199/22 203/15 204/8 205/5 206/9 206/11 208/5 209/1 209/2 209/3 213/1 213/6
**ICE [46]** 63/1 66/23 72/16 99/1 99/2 103/1 107/20 107/22 108/5 108/16 109/8 110/17 112/4 112/13 115/4 115/24 115/24 116/7 116/24 133/23 145/10 146/8 146/17 146/22 146/25 154/1 154/2 154/9 154/12 156/10 156/13 157/2 171/5 171/10 171/18 172/4 173/18 174/1 174/7 179/12 182/5 193/18 194/7 199/11 203/17 206/3
**ICE's [3]** 107/18 112/2 146/4
**ICE-friendly [1]** 194/7
**idea [5]** 35/24 59/7 165/22 165/23 171/6
**ideas [4]** 158/13 158/15 178/18 199/15
**identified [3]** 11/6 37/10 60/20
**identify [6]** 6/5 11/16 24/25 26/22 123/3 127/20
**identity [1]** 151/20
**ideology [2]** 182/17 187/8
**ignite [1]** 187/8
**illegal [4]** 112/3 163/22 173/22 181/18
**illness [1]** 37/4
**images [1]** 204/12
**imagine [3]** 21/23 195/6 200/5
**immediate [1]** 62/16
**immigrant [3]** 116/25 142/17 173/19
**immigrants [3]** 99/24 110/18 142/13
**immigration [13]** 97/22 98/22 100/24 101/24 103/23 103/24 104/2 104/6 104/10 110/13 111/12 115/4 118/17
**Imming [2]** 12/24 53/25
**impacted [1]** 29/6
**impartial [35]** 25/15 37/1 51/22 61/13 64/14 65/4 69/2 69/19 72/25 77/12 98/19 99/5 100/12 102/3 102/16 104/14 105/18 105/23 108/11 108/25 109/10 111/14 115/8 115/25 117/5 118/5 118/22 119/8 119/21 121/23 123/9 123/24 125/13 134/1 141/16
**imperative [1]** 83/21
**important [10]** 15/9 21/7 21/8 21/12 23/13 24/16 26/13 46/14 178/3 209/25
**importantly [1]** 48/19
**impossible [2]** 28/8 195/24
**improper [3]** 141/17 166/10 195/11
**inaccurate [1]** 116/13
**inappropriate [4]** 155/13 179/13 195/20 201/21
**inaugural [1]** 210/16
**incarcerated [1]** 201/23
**incident [10]** 62/20 62/25 65/16 66/19 67/4 67/11 70/4 72/16 129/9 132/16
**incite [1]** 183/4
**incited [1]** 182/8
**included [1]** 102/9
**includes [9]** 18/11 18/18 22/19 33/25 48/11 49/2 97/17 196/1 212/15
**including [8]** 17/9 20/23 25/24 83/9 194/21 200/23 200/24 206/11
**income [1]** 32/24
**incompetent [1]** 28/12
**inconvenience [2]** 33/23 194/15
**increases [1]** 163/18
**incumbent [2]** 15/15 118/24
**indeed [4]** 17/16 137/21 138/14 208/17
**INDEX [1]** 4/6
**indicated [6]** 129/7 134/18 142/6 143/5 143/8 145/9
**indicates [1]** 197/25
**indication [1]** 199/18
**indictment [7]** 40/14 40/18 41/8 41/9 41/14 41/16 41/21
**indifferent [1]** 107/18
**individual [4]** 46/1 129/22 132/23 184/22
**individuals [4]** 60/19 140/4 160/23 178/5
**indoor [1]** 162/21
**INES [8]** 1/11 3/15 7/16 20/15 59/17 59/19 60/1 202/16
**inflamed [1]** 182/18
**inflammatory [1]** 182/16
**influence [6]** 174/15 193/24 194/2

## I


**influence [3]** 196/15 196/16 209/12
**influenced [2]** 100/19 140/12
**inform [1]** 83/18
**information [5]** 98/13 149/1 158/13 194/11 212/13
**informed [3]** 75/11 142/14 203/15
**informing [1]** 206/13
**ingrained [1]** 77/14
**inhumane [3]** 173/22 173/23 173/24
**initially [1]** 131/3
**initiated [1]** 41/6
**injustices [1]** 100/5
**innocence [2]** 42/14 42/20
**innocent [7]** 42/1 42/3 42/8 43/2 43/13 44/6 211/21
**inside [3]** 10/5 163/17 204/8
**instance [2]** 65/6 98/15
**instead [1]** 118/17
**instill [2]** 172/3 173/10
**institute [1]** 17/1
**instruct [4]** 48/12 113/4 118/23 124/25
**instructed [5]** 41/15 83/23 84/8 117/15 177/5
**instruction [11]** 41/20 41/20 41/23 46/23 47/16 83/8 125/8 125/21 195/16 196/8 206/13
**instructions [24]** 45/4 45/13 45/20 47/25 77/13 83/14 99/8 105/23 110/22 112/16 112/21 113/6 113/9 113/10 113/18 113/20 113/23 114/11 116/16 117/24 118/4 119/23 209/23 211/12
**instructor [2]** 162/4 162/6
**insufficient [1]** 18/16
**intend [2]** 52/21 208/20
**intended [1]** 182/19
**intending [1]** 177/15
**intentionally [1]** 165/20
**intentioned [1]** 205/15
**interacting [1]** 23/2
**interaction [1]** 139/9
**interactions [1]** 147/13
**interest [1]** 73/18
**interested [2]** 20/24 195/13
**interrupt [2]** 73/16 113/8
**interrupting [1]** 134/4
**interrupts [21]** 51/16 56/9 81/25 85/13 91/12 93/12 106/23 107/21 130/19 132/2 142/11 145/17 146/3 158/21 168/13 169/22 176/10 180/24 185/12 185/21 191/10
**interview [1]** 29/9
**introduce [12]** 7/23 50/7 50/25 55/13 56/6 56/22 57/12 58/15 59/11 59/24 62/1 169/18
**introduced [3]** 53/4 62/14 62/15
**introduces [1]** 43/2
**investigated [1]** 71/14
**investigator [3]** 55/23 57/8 78/12
**invite [1]** 168/12
**invoke [1]** 9/11
**invoked [2]** 9/7 9/17
**invoking [1]** 9/8
**involve [1]** 67/4
**involved [7]** 92/9 132/23 151/22 153/25 154/2 165/16 184/11
**involves [3]** 62/20 144/8 144/18
**involving [3]** 97/22 110/13 120/17
**is [368]**
**ISD [1]** 71/11
**isn't [1]** 206/4
**issue [16]** 35/6 35/22 38/17 38/19 39/9 40/1 44/21 127/13 129/5 136/6 138/3 195/19 196/6 198/1 200/21 201/9
**issued [3]** 17/3 205/9 213/25
**issues [12]** 28/3 32/6 32/19 35/25 36/12 37/20 39/8 39/15 40/7 40/20 197/9 213/22
**issuing [3]** 194/22 208/21 213/5
**it [419]**
**it's [138]** 10/2 14/6 14/11 14/16 15/14 16/12 17/15 18/20 19/14 19/19 20/1 20/4 20/15 21/7 23/6 23/13 26/8 27/14 27/14 27/19 33/22 33/23 34/16 34/18 34/20 35/19 35/19 35/24 36/22 38/21 41/11 42/21 42/22 44/11 44/12 48/5 48/6 48/7 52/24 55/1 66/8 66/19 66/22 68/16 70/14 70/25 74/5 75/4 77/14 83/19 90/22 91/5 91/24 92/2 98/25 104/1 106/15 106/20 107/6 107/11 109/15 109/17 111/6 111/21 113/2 117/9 124/19 126/9 128/19 128/25 129/16 134/12 135/17 137/4 137/20 137/25 138/7 140/21 140/22 141/14 143/17 143/18 143/20 144/5 145/12 147/17 149/3 149/7 160/11 163/17 163/19 163/19 163/21 166/3 166/4 167/19 167/22 167/22 168/17 169/7 171/17 172/18 172/25 173/23 174/3 174/9 174/10 175/19 176/25 177/1 181/18 185/2 186/18 187/7 187/21 189/11 195/10 195/10 195/24 196/8 197/17 197/20 198/7 199/23 199/25 200/5 203/19 204/23 204/24 204/24 207/8 207/9 207/14 207/22 211/5 211/14 214/2 214/6
**item [1]** 204/3
**items [2]** 48/13 205/16
**its [3]** 42/9 43/23 83/10
**itself [2]** 18/19 210/18


## J


**jacket [1]** 186/23
**Jackson [4]** 2/3 12/6 53/12 179/2
**jail [2]** 78/24 79/16
**JAMES [4]** 1/22 3/19 6/11 51/3
**Jefferson [1]** 22/21
**Jesse [1]** 179/2
**Jessica [1]** 62/8
**Jesus [2]** 210/17 210/17
**job [7]** 29/9 31/9 33/1 48/2 79/13 87/19 207/9
**jobs [2]** 23/4 37/10
**Joe [4]** 28/23 37/23 39/7 84/16
**JOHN [14]** 2/18 2/18 7/1 23/17 54/12 57/11 57/12 57/14 57/19 57/20 58/11 141/10 200/7 201/3
**Johnny [2]** 8/3 140/23
**Johnson [16]** 2/10 11/24 21/2 21/9 53/7 53/8 53/10 53/10 53/11 53/11 53/12 53/12 53/16 54/17 79/7 79/11
**join [1]** 187/3
**joining [2]** 58/20 60/4
**joke [1]** 22/5
**joking [5]** 23/15 71/24 72/4 91/4 130/8
**jokingly [2]** 8/3 140/22
**Jonathan [2]** 55/6 57/6
**Jones [1]** 62/6
**judge [48]** 1/15 7/19 7/25 8/7 8/9 13/4 14/14 16/14 16/23 17/3 17/17 17/25 22/3 25/9 27/11 46/12 48/2 62/2 71/22 71/23 71/24 71/25 72/4 90/12 91/5 92/17 109/13 127/14 130/21 134/6 137/7 137/12 137/15 148/11 157/7 158/8 192/2 192/3 193/8 195/5 195/19 197/20 199/7 200/4 201/6 201/10 203/14 213/12
**judge's [2]** 114/10 119/23
**judged [1]** 23/1
**judges [6]** 46/7 137/14 205/6 205/14 208/4 208/18
**judging [1]** 100/16
**judgment [11]** 47/11 47/13 63/17 69/6 70/18 100/3 103/7 123/14 125/12 132/17 132/20
**Judicial [1]** 215/7
**July [7]** 63/1 66/13 68/4 72/17 98/11 161/25 164/18
**jump [3]** 178/22 179/4 183/12
**jumped [1]** 171/3
**juries [6]** 86/14 86/22 88/24 91/21 123/18 123/20
**jurisprudence [1]** 209/15
**juror [236]**
**jurors [20]** 22/19 32/11 37/7 41/2 42/24 48/3 125/13 125/23 141/12 142/1 161/8 194/18 196/15 197/22 199/2 199/17 199/18 205/22 207/9 207/17
**jury [136]** 1/15 14/23 15/8 15/20 17/10 18/3 19/18 21/24 22/4 22/13 22/19 22/23 22/25 23/1 23/16 23/18 23/23 23/24 24/13 25/20 26/3 26/6 26/16 26/17 27/12 27/13 29/16 35/16 35/19 35/25 36/4 36/5 36/22 36/24 37/1 37/9 40/20 40/22 41/8 41/11 41/15 41/17 41/22 42/1 42/4 42/13 42/16 48/23 49/1 49/2 52/2 65/21 70/19 77/16 85/5 85/6 85/6 85/11 85/16 85/19 85/19 86/22 86/23 87/4 87/14 88/13 88/14 88/19 89/7 90/6 90/7 90/8 91/20 93/1 93/5 94/3 94/13 95/3 97/2 97/9 97/10 97/16 97/17 100/13 100/16 101/14 105/6 109/21 109/23 110/12 111/3 112/24 114/9 114/20 115/12 118/21 118/22 120/24 123/4 123/15 123/17 124/1 124/23 125/14 125/17 127/3 136/19 141/16 192/3 192/24 193/25 194/2 194/17 200/1 200/13 204/10 205/16 206/6 206/12 206/15 207/8 207/13 208/11 209/4 209/11 209/12 209/19 209/25 210/3 210/5 212/2 212/10 212/13 212/15 212/17 214/7
**jury's [1]** 15/4
**just [218]**
**JUSTICE [1]** 1/18
**justify [5]** 144/10 144/22 144/25 145/21 145/22
**Justin [1]** 8/24

## J

**juxtaposed [1]** 206/23

## K

**keep [12]** 10/20 15/11 23/20 67/11 74/5 98/1 98/1 104/7 126/14 138/16 201/17 212/24
**keeping [2]** 30/14 208/23
**keeps [1]** 169/24
**Kelsey [1]** 58/23
**Kent [1]** 54/12
**key [2]** 22/18 77/19
**kid [2]** 63/11 158/6
**kiddos [1]** 75/16
**kids [2]** 33/11 147/19
**Killian [3]** 8/24 13/16 54/6
**kind [32]** 39/1 59/21 73/18 76/8 93/16 95/16 98/3 107/1 111/7 111/7 139/18 140/6 142/2 145/11 146/8 149/15 152/14 153/19 154/11 158/15 159/24 160/18 163/3 164/23 167/25 168/22 169/20 171/2 171/5 171/7 175/19 182/17
**kinds [2]** 145/14 169/24
**King [2]** 204/18 207/4
**kiss [1]** 101/14
**knew [6]** 10/17 52/4 128/12 147/3 153/14 200/13
**know [152]** 9/18 9/19 10/16 15/5 16/6 16/16 19/4 19/24 20/4 23/9 24/16 24/18 25/13 25/16 26/11 29/7 29/15 34/15 38/24 41/14 51/18 52/5 52/10 52/13 52/15 52/24 53/2 54/19 54/22 60/19 60/21 61/2 61/4 62/13 62/16 62/22 63/9 63/10 64/8 64/20 71/3 71/5 71/22 73/20 76/19 78/16 79/13 79/15 80/7 81/11 82/12 84/16 84/25 87/5 87/14 87/20 88/2 89/21 90/21 94/25 97/12 99/12 99/13 101/4 103/24 105/19 113/3 113/12 116/9 117/9 117/23 119/22 122/4 122/5 123/20 125/23 126/7 128/4 128/7 128/15 128/17 128/22 129/17 130/13 131/5 134/12 134/23 135/3 135/5 135/6 135/23 136/25 139/11 139/15 139/18 142/6 147/10 148/12 149/3 150/8 151/20 152/25 153/5 153/6 153/8 153/12 153/25 154/9 156/8 157/3 157/6 157/6 157/14 158/8 158/19 159/1 161/25 163/3 163/9 163/10 164/23 164/24 167/2 167/9 167/22 168/5 168/24 169/15 170/12 170/16 170/17 171/10 181/16 185/16 193/21 194/8 195/2 198/6 198/16 198/21 199/4 200/9 200/14 202/10 202/21 203/7 204/24 207/22 208/4 210/10 210/11 210/25
**knowing [2]** 51/21 61/12
**knowledge [3]** 9/24 122/9 192/2
**known [3]** 122/14 123/1 129/18
**knows [1]** 52/10
**Kristofer [1]** 58/23
**Krochmal [1]** 57/7

## L

**L-O-W-K-E-Y [1]** 129/1
**lack [1]** 145/15
**Lacy [2]** 6/16 55/19
**ladies [20]** 9/14 20/11 23/21 26/3 40/12 41/24 43/5 44/11 46/6 46/20 47/21 50/2 56/8 56/13 62/18 84/23 176/23 192/23 209/22 212/23
**lady [9]** 74/11 78/16 79/25 90/9 102/20 113/19 167/4 170/4 170/5
**lake [2]** 161/25 165/12
**Lancaster [1]** 3/6
**landings [1]** 205/22
**landscaper [1]** 31/10
**Lang [2]** 13/13 54/5
**lapel [2]** 203/17 203/20
**larger [1]** 17/3
**largest [1]** 16/18
**last [18]** 18/1 25/8 25/12 32/3 54/18 61/22 64/25 70/11 82/10 92/5 92/8 150/6 152/12 156/22 192/3 195/6 195/6 201/22
**late [5]** 19/25 20/1 21/21 150/22 150/22
**later [12]** 13/14 13/21 21/10 40/15 70/6 113/14 114/24 121/8 121/14 122/3 168/18 194/23
**latest [1]** 15/5
**latinos [1]** 183/17
**Laughing [3]** 71/20 158/5 161/21
**Laughter [26]** 10/19 25/6 29/22 39/3 59/5 60/18 65/23 74/21 76/21 77/23 90/17 90/23 90/25 91/3 93/18 101/15 106/3 106/8 116/4 119/10 160/10 160/13 168/4 177/24 178/9 183/9
**law [77]** 1/23 2/2 2/6 2/14 2/18 2/22 3/2 3/5 3/9 3/15 9/10 9/14 33/11 41/24 46/22 47/21 47/24 48/1 48/2 48/4 48/4 48/6 66/10 70/17 70/23 71/9 72/13 74/23 75/1 75/3 75/6 75/11 76/1 76/8 77/1 77/4 77/9 77/11 77/21 78/1 78/4 79/22 81/1 81/7 82/10 82/12 82/15 82/16 82/19 83/1 83/3 83/7 83/12 83/14 88/18 111/19 113/3 113/7 113/10 113/12 113/23 114/3 148/12 148/13 148/16 148/17 150/7 150/21 157/7 157/9 157/9 166/2 166/12 166/19 167/20 203/13 205/14
**Lawn [1]** 2/7
**laws [3]** 173/23 173/23 191/1
**lawyer [5]** 91/9 91/15 200/11 200/23 201/10
**lawyers [14]** 9/18 24/9 24/10 24/19 48/11 48/16 91/11 119/17 122/2 133/15 134/25 138/20 195/11 205/14
**lay [2]** 55/4 210/5
**lead [1]** 50/11
**leader [1]** 22/9
**leadership [2]** 129/19 129/21
**leading [1]** 70/11
**leaked [1]** 154/23
**leaning [1]** 133/11
**learn [2]** 178/17 178/21
**learned [3]** 159/16 160/3 186/8
**least [6]** 19/14 25/12 38/3 102/16 149/14 203/16
**leave [3]** 126/15 134/10 211/16
**leaves [9]** 84/13 126/20 128/9 133/19 134/13 135/12 136/9 193/4 212/7
**left [33]** 24/21 28/2 31/1 31/14 36/6 36/11 37/15 37/25 39/8 49/8 49/9 50/10 60/2 63/3 64/3 75/2 85/1 85/4 85/7 86/21 90/6 98/2 99/19 119/3 120/3 120/5 133/22 154/5 170/25 172/13 173/3 194/24 209/18
**left-hand [2]** 170/25 173/3
**leg [2]** 195/7 198/6
**legal [9]** 41/5 42/5 42/10 42/21 163/24 163/25 173/21 182/3 203/6
**legality [1]** 116/14
**legally [2]** 26/2 143/20
**LEIGH [5]** 3/15 3/15 7/19 59/22 60/1
**length [1]** 26/16
**lengthy [1]** 25/9
**lenient [1]** 191/25
**LESA [4]** 3/5 3/5 7/5 58/18
**LESHAWN [1]** 2/13
**less [3]** 15/7 39/6 147/22
**lesson [1]** 21/7
**let [50]** 8/25 14/20 22/7 26/2 26/25 32/8 36/1 48/8 52/17 63/8 67/23 70/16 70/16 72/13 74/4 74/24 79/20 84/8 85/14 106/6 107/1 107/17 109/13 113/8 117/3 118/3 119/8 121/9 124/20 125/4 126/2 132/14 161/4 161/22 164/13 164/13 173/14 174/2 174/18 175/18 177/4 178/6 178/11 178/11 179/4 183/7 196/10 200/18 204/5 212/2
**let's [23]** 6/4 8/2 8/25 10/20 30/21 31/17 62/18 64/20 70/8 77/25 97/24 97/25 103/18 122/12 134/15 158/18 161/10 181/9 183/25 184/17 192/6 203/7 209/19
**letting [1]** 38/24
**Lewis [1]** 58/21
**Lewisville [1]** 87/9
**liable [1]** 96/17
**liar [1]** 201/5
**liberty [3]** 22/11 22/14 23/18
**license [5]** 71/25 95/11 95/17 95/20 95/23
**licensed [1]** 55/23
**Lieutenant [4]** 11/20 12/13 53/6 53/17
**life [3]** 15/10 22/22 23/4
**light [2]** 165/7 165/15
**lighting [1]** 165/11
**lightly [1]** 209/1
**like [127]** 8/3 8/17 14/22 15/1 16/21 17/15 19/7 22/16 23/4 23/7 23/15 24/24 25/9 27/10 29/15 30/6 35/21 35/25 36/6 49/20 52/7 60/11 63/6 64/9 72/5 73/15 74/19 76/10 78/12 83/17 84/24 85/20 86/13 87/22 88/1 90/14 90/16 90/20 90/21 91/23 92/20 93/16 97/15 97/18 100/13 100/15 101/8 102/13 105/5 108/17 108/23 115/24 116/2 116/12 116/20 117/4 118/13 121/13 121/24 125/25 129/8 131/19 132/12 136/8 138/7 138/18 140/23 142/25 145/14 145/15 145/19 147/22 147/23 148/18 148/19 148/20 149/8 149/16 154/11 154/24 155/16 155/19 155/23 155/24 157/13 157/13 158/23 158/23 159/7 161/14 161/24 161/25 162/1 163/1 164/21 164/24 165/7 165/22 167/18 167/19 169/21 169/21

## L


**like... [25]** 171/21 177/11 179/22 185/9 185/20 187/3 187/13 192/18 192/23 195/14 196/3 196/17 197/4 197/17 199/6 203/14 204/16 204/22 205/8 206/2 210/9 210/11 210/12 211/8 213/19
**likely [5]** 26/7 133/5 133/8 175/6 194/22
**limitation [1]** 213/9
**limitations [4]** 18/20 19/16 25/22 213/6
**limited [2]** 16/19 18/7
**limits [1]** 208/22
**Lincoln [3]** 16/22 138/8 210/16
**line [15]** 8/23 9/1 49/7 71/8 94/5 181/22 182/2 183/2 183/24 183/25 184/1 184/7 184/8 192/13 198/9
**lined [2]** 84/5 126/13
**lines [3]** 172/3 181/20 187/11
**linked [1]** 146/12
**list [5]** 7/17 9/3 11/15 157/3 159/18
**listen [10]** 24/16 43/6 48/15 52/24 67/25 70/24 73/18 112/7 138/3 209/22
**listened [4]** 9/22 10/14 117/6 206/18
**listening [6]** 47/18 69/17 91/5 136/22 137/21 198/5
**little [17]** 19/25 29/17 37/25 72/5 145/21 149/15 150/13 153/23 158/9 160/14 160/16 167/19 167/23 167/23 178/12 182/21 212/5
**live [7]** 18/25 40/18 51/17 51/18 52/21 210/1 210/22
**lives [5]** 15/10 75/14 75/17 154/18 156/20
**load [1]** 33/10
**local [7]** 63/14 69/12 69/18 73/13 73/15 91/17 108/9
**locally [1]** 64/11
**located [1]** 89/10
**Logan [6]** 55/5 58/4 58/5 128/14 128/15 128/23
**logic [2]** 197/21 197/23
**Lokey [1]** 57/8
**London [1]** 58/21
**long [15]** 14/13 25/13 25/17 26/6 29/15 80/20 93/17 111/22 126/4 127/25 150/24 164/5 178/25 181/15 212/10
**longer [4]** 126/10 160/15 186/9 212/24
**longest [1]** 14/15
**longstanding [1]** 60/2
**look [7]** 8/12 24/17 71/18 90/20 126/2 174/8 213/3
**looked [3]** 90/21 155/16 197/8
**looking [3]** 98/3 119/17 150/19
**looks [7]** 24/23 30/5 60/11 116/20 159/7 161/14 164/21
**loosely [1]** 122/25
**Lopez [1]** 54/14
**Lord [1]** 23/3
**lose [2]** 22/13 206/7
**lost [1]** 211/6
**lot [38]** 8/11 20/2 25/13 26/11 29/15 39/12 52/5 62/13 84/25 92/15 92/20 97/20 100/5 102/7 102/25 104/2 104/5 106/10 106/13 107/2 111/4 116/12 118/19 124/13 124/24 131/6 142/20 154/1 156/9 158/17 159/22 164/16 169/1 171/12 178/12 187/13 187/21 210/14
**loud [9]** 96/22 183/13 183/13 183/18 183/18 188/6 188/17 188/17 188/19
**louder [1]** 56/10
**loudly [1]** 185/9
**love [1]** 210/20
**loves [1]** 160/19
**lower [1]** 26/24
**Lowkey [2]** 129/1 129/2
**Lowrey [1]** 57/7
**lucky [2]** 81/14 92/24
**lunch [14]** 29/20 124/5 124/11 124/13 125/10 126/5 126/7 126/14 134/11 134/12 136/7 136/16 138/21 160/15
**lungs [1]** 23/18
**LUSTER [6]** 1/22 1/23 6/11 51/4 51/11 52/13
**Luther [1]** 204/18
**luxury [1]** 16/10
**lying [1]** 201/6
**Lyndon [3]** 2/10 21/2 21/9
**Lynette [1]** 54/12
**Lynn [1]** 17/3


## M


**ma'am [81]** 26/22 27/18 28/5 28/19 28/21 28/25 29/14 30/14 31/23 33/8 34/6 36/9 38/9 40/9 44/18 49/11 51/14 51/24 64/19 66/5 67/17 68/18 72/18 73/9 73/16 74/3 75/21 75/24 76/6 76/25 78/2 78/21 80/14 81/3 81/4 85/8 85/11 92/6 93/10 94/12 94/24 98/6 99/18 99/22 101/16 101/19 102/20 103/22 106/4 110/24 111/21 112/23 113/1 113/9 115/1 116/18 119/11 120/6 121/1 122/17 133/18 133/21 134/3 134/10 136/1 140/18 145/3 151/15 153/16 154/13 156/5 159/9 160/5 168/9 168/17 171/14 172/7 173/16 173/16 175/8 175/12
**machine [3]** 163/19 163/21 163/22
**mad [1]** 52/20
**made [11]** 18/8 27/14 94/9 94/10 137/3 146/16 193/9 199/25 200/14 208/25 212/17
**magic [2]** 9/17 108/13
**Magnolia [1]** 131/18
**mail [3]** 4/3 178/7 215/19
**main [2]** 193/6 197/11
**mainland [1]** 154/25
**major [2]** 32/3 160/7
**majority [1]** 182/20
**make [44]** 10/10 16/2 17/24 18/9 22/4 22/11 24/18 25/14 36/16 36/22 37/6 37/14 37/20 46/14 47/5 63/4 74/19 77/11 82/20 97/8 97/25 108/10 126/22 128/25 131/22 133/5 133/7 134/15 134/24 136/21 138/1 184/23 197/15 197/17 199/17 199/25 200/1 202/19 205/22 209/1 209/10 209/17 211/21 214/5
**makes [3]** 28/15 39/6 111/11
**making [7]** 23/4 33/13 47/19 141/14 141/17 185/10 185/13
**man [3]** 60/3 60/16 158/4
**manage [1]** 177/20
**manager [1]** 170/9
**manifest [1]** 206/10
**manner [6]** 15/15 130/2 130/9 166/10 191/23 200/19
**Mansfield [2]** 81/6 81/8
**manufacturing [1]** 93/21
**many [18]** 8/6 20/22 63/10 86/16 111/16 125/7 133/21 147/19 147/19 148/15 157/2 164/1 164/7 164/17 164/22 210/9 211/16 214/2
**many people [1]** 147/19
**March [2]** 34/19 34/20
**Maria [1]** 57/5
**MARICELA [10]** 1/10 3/2 7/3 7/5 20/14 58/13 58/18 60/22 60/24 60/25
**Marine [1]** 203/21
**MARK [1]** 1/14
**marks [1]** 212/16
**MARQUETTA [4]** 3/1 7/4 58/14 58/17
**married [1]** 93/17
**Marshall [2]** 12/12 53/16
**marshals [1]** 134/19
**marshals that [1]** 134/19
**Martin [1]** 204/18
**mask [2]** 131/11 131/13
**masks [1]** 139/21
**mass [1]** 182/20
**material [1]** 201/21
**Matt [2]** 50/15 55/22
**matter [11]** 9/21 22/6 97/13 136/19 140/2 154/18 156/20 173/21 198/1 210/12 215/5
**matters [2]** 41/5 48/13
**MATTHEW [1]** 2/1
**MAUREEN [1]** 3/19
**Max [1]** 57/7
**may [46]** 9/2 21/15 27/15 46/10 47/7 48/1 48/1 48/11 48/12 48/14 48/20 48/23 55/20 59/15 66/24 72/9 74/12 91/5 93/3 104/17 105/4 122/2 124/16 124/17 125/6 133/1 136/22 138/5 138/23 157/13 163/2 163/2 177/6 182/20 184/22 185/9 185/10 196/4 196/17 201/18 203/17 203/18 205/4 212/6 212/16 215/9
**maybe [39]** 19/20 25/12 30/6 30/21 38/5 38/7 48/24 66/22 67/1 75/4 76/20 85/24 86/19 87/21 107/4 107/17 119/5 119/20 121/10 126/23 132/11 134/21 135/19 149/23 154/11 161/16 161/18 164/9 167/23 170/19 178/10 183/3 184/7 204/16 206/8 207/8 208/11 211/17 212/5
**McBryde [4]** 8/7 141/10 201/1 201/3
**McDonald [2]** 12/18 53/20
**McGuire [2]** 13/19 54/8
**MCLAIN [11]** 2/1 2/2 6/15 14/24 15/17 55/12 55/12 55/18 56/2 197/6 203/20
**McLain's [1]** 15/24
**McLean [1]** 55/22
**me [136]** 8/9 10/4 13/5 13/7 15/15 18/13 20/19 21/15 22/7 22/7 23/4 25/4 26/25 28/15 29/12 32/8 32/11 32/14 32/15 32/16 36/2 37/22 39/23 45/9 45/17 48/8 52/17 52/20 56/15 60/8

## M


**me... [106]** 63/8 66/9 67/23 68/20 70/16 70/16 71/9 71/19 72/10 72/13 74/4 74/4 74/18 74/24 76/19 77/14 78/17 79/20 83/11 90/20 92/24 95/18 96/19 99/16 101/13 103/11 107/1 107/3 107/17 108/10 108/23 108/24 109/13 109/14 109/15 109/22 113/4 113/8 113/24 115/13 116/10 117/3 118/3 119/8 121/9 123/7 123/10 123/11 125/9 125/11 126/2 127/23 132/14 133/25 135/15 135/19 136/2 139/9 142/8 143/9 146/18 148/6 150/15 150/22 152/25 161/4 161/22 161/23 164/13 164/13 167/7 173/14 173/18 174/2 174/18 174/22 175/18 177/4 178/6 178/11 179/4 179/5 179/25 180/17 181/3 181/16 181/20 183/7 187/22 188/18 194/3 194/5 196/10 196/10 196/13 198/6 204/9 204/11 204/12 204/15 207/25 209/5 210/11 210/15 210/23 213/19
**Meagan [8]** 1/9 2/19 6/25 7/2 20/14 57/11 57/15 57/21
**mean [37]** 16/12 26/4 28/11 33/20 36/23 61/6 63/9 73/16 82/4 86/22 98/14 99/14 105/5 109/13 109/21 112/5 113/9 121/10 126/6 129/16 143/24 144/17 145/10 146/14 147/19 153/1 155/11 155/11 157/22 165/10 172/10 181/14 183/17 189/13 196/19 199/19 200/5
**means [7]** 8/9 16/23 19/14 41/7 41/13 75/15 77/12
**meant [2]** 91/5 121/4
**meantime [1]** 212/12
**mechanical [1]** 4/5
**mechanism [1]** 163/17
**MeckFessel [1]** 55/7
**Meda [1]** 53/8
**media [24]** 62/23 62/25 63/7 64/23 65/6 68/21 70/9 70/13 98/8 98/9 102/9 105/14 110/9 111/7 111/8 112/13 112/13 115/23 143/1 153/23 185/16 187/21 210/11 211/17
**median [1]** 188/2
**medical [3]** 35/22 135/17 136/6
**medicine [1]** 32/24
**Mello [2]** 12/10 53/15
**member [14]** 35/22 37/3 37/8 50/20 56/20 62/16 75/10 82/16 122/23 128/16 129/11 133/6 148/19 151/11
**members [18]** 15/8 17/4 17/5 18/3 18/16 18/21 41/1 49/2 49/3 49/3 51/5 56/3 57/1 77/10 111/16 124/14 136/21 211/17
**men [2]** 23/3 139/12
**Meniere's [1]** 37/24
**Mental [2]** 185/19 185/24
**mentally [2]** 28/12 28/12
**mention [5]** 44/10 44/16 46/2 179/1 199/17
**mentioned [5]** 62/19 65/14 65/15 65/16 184/21
**Meredith [1]** 55/6
**merits [2]** 25/11 25/19
**mess [1]** 194/20
**message [4]** 59/4 194/4 194/10 209/17
**methamphetamine [1]** 93/21
**method [1]** 141/10
**methods [2]** 112/2 206/4
**metroplex [1]** 73/19
**Mexico [2]** 142/19 156/9
**mguzman.csr [2]** 4/3 215/19
**mic [4]** 55/1 66/17 110/15 130/20
**microphone [13]** 19/7 24/23 24/24 38/25 39/2 52/19 56/11 93/14 139/4 141/22 159/8 191/18 204/5
**microphones [2]** 19/4 85/14
**middle [3]** 31/17 110/2 124/23
**might [38]** 18/17 37/5 38/8 52/5 56/17 59/20 61/13 65/3 66/3 71/7 71/18 97/16 98/19 100/2 100/12 102/12 113/11 113/13 119/7 120/13 120/23 120/23 121/20 123/19 124/8 124/15 127/5 129/17 132/10 132/19 132/23 134/23 146/25 199/13 199/15 204/3 210/21 213/22
**MILES [4]** 2/21 7/2 57/15 57/20
**military [1]** 166/22
**Milwaukee [1]** 155/5
**mind [24]** 10/20 23/20 26/14 46/14 46/17 47/19 63/25 65/20 77/17 104/21 105/20 111/12 135/18 138/16 141/12 144/22 145/21 180/17 180/21 181/3 181/11 187/9 187/10 187/18
**minds [2]** 42/13 179/14
**mine [5]** 72/2 162/5 200/23 201/9 203/21
**Minneapolis [6]** 66/24 102/12 106/12 120/20 143/13 143/17
**Minnesota [2]** 74/13 98/16
**minor [1]** 159/20
**minute [6]** 18/2 83/18 141/21 175/24 177/8 192/19
**minutes [25]** 16/3 16/4 16/5 19/17 33/12 33/14 74/5 74/18 74/19 83/19 84/6 84/12 84/20 126/3 136/15 141/3 172/13 177/3 177/17 177/20 177/23 198/5 202/18 206/19 207/14
**miss [1]** 27/11
**missed [1]** 97/16
**mission [3]** 101/24 102/1 107/18
**mistake [2]** 96/6 96/8
**mistakenly [1]** 127/21
**mistrial [23]** 5/17 193/23 194/16 196/11 196/23 197/5 198/14 198/19 199/1 200/8 201/1 201/11 202/5 202/8 202/17 202/25 203/4 205/6 205/7 206/10 209/3 209/20 211/11
**mobility [1]** 35/5
**mom [2]** 30/10 35/12
**moment [10]** 27/17 48/8 50/14 64/5 72/13 77/9 77/25 80/23 187/13 203/12
**momentarily [4]** 113/8 184/6 192/14 212/20
**Monday [4]** 212/25 212/25 213/11 214/9
**monetary [1]** 92/10
**money [2]** 91/11 91/16
**MONICA [8]** 4/1 52/19 93/13 93/16 137/25 215/3 215/11 215/11
**monitor [1]** 39/14
**month [1]** 164/9
**months [3]** 29/16 68/12 70/11
**moral [1]** 123/12
**more [51]** 8/8 26/7 27/6 27/15 28/23 40/11 40/14 50/3 58/8 58/20 61/25 63/8 64/3 66/14 66/15 66/19 66/22 67/14 69/10 71/8 71/23 72/10 72/12 74/5 74/17 82/24 84/24 127/7 133/5 133/8 138/6 138/19 140/10 147/22 151/11 158/25 164/23 168/2 169/2 175/16 181/5 182/21 184/8 187/4 187/4 187/15 187/17 192/1 194/22 208/17 208/20
**morning [27]** 6/6 6/14 6/18 6/22 7/4 19/2 19/3 19/19 19/24 19/25 20/17 20/20 23/20 24/7 29/1 49/3 50/8 56/8 56/13 58/17 59/12 138/7 141/7 179/2 199/24 205/10 209/24
**MORRIS [13]** 1/9 1/9 2/18 2/19 6/25 6/25 7/2 20/14 20/14 57/12 57/15 57/21 58/12
**mortar [6]** 164/24 165/3 165/5 165/7 166/3 167/22
**mortars [1]** 164/24
**most [19]** 7/1 17/2 19/19 28/10 37/1 48/19 50/18 52/8 57/14 60/4 116/6 118/22 125/13 128/19 128/20 141/16 142/5 175/6 200/9
**mostly [3]** 17/9 30/9 148/12
**mother [4]** 66/10 74/12 75/16 75/22
**motion [6]** 14/23 15/16 15/24 180/13 207/21 207/25
**motions [1]** 213/14
**Mountain [1]** 71/11
**mouth [2]** 66/17 207/11
**move [5]** 8/14 79/4 90/5 114/23 145/8
**moved [2]** 16/18 18/14
**movement [3]** 197/16 205/21 207/7
**moving [2]** 192/7 213/4
**Moynihan [1]** 54/16
**Mr [82]** 6/13 6/17 6/19 7/20 7/21 7/22 7/23 8/1 10/21 11/1 11/22 13/17 13/18 14/1 14/24 15/17 15/24 22/22 22/25 50/13 50/20 50/24 50/24 51/10 51/11 51/15 51/17 51/21 52/10 52/13 52/13 52/16 52/18 53/3 54/7 54/7 54/16 54/25 55/11 55/12 55/12 55/17 56/2 56/5 56/5 56/6 56/18 56/19 56/22 56/22 57/11 57/12 57/19 57/20 57/20 58/11 58/11 59/10 59/22 59/23 60/1 60/8 60/23 61/24 62/10 62/10 131/22 133/1 135/4 135/5 161/13 161/22 168/5 175/7 177/7 195/17 197/6 198/18 198/24 200/7 202/14 203/20
**Ms [44]** 6/12 6/21 6/23 7/6 7/12 11/21 11/23 11/24 12/4 50/23 51/11 52/13 53/8 56/21 56/25 57/5 57/11 57/21 58/12 58/14 58/14 58/25 59/2 59/9 59/9 59/19 59/19 59/22 60/23 128/3 128/23 136/25 147/4 177/11 177/25 193/5 197/25 198/11 202/22 204/5 207/4 207/12 209/6 212/14
**much [22]** 23/11 27/6 28/10 44/11 64/2 64/19 67/11 80/8 101/16 102/17 102/18 126/10 130/10 131/6 138/14 147/15 164/19 167/22 177/13 195/21 206/9 207/4

## M

**muddle [1]** 8/5
**multiple [3]** 15/13 130/17 130/23
**mumble [1]** 38/4
**Municipal [1]** 95/8
**music [1]** 96/22
**must [15]** 41/14 41/17 42/16 42/19 43/11 43/18 44/9 46/14 46/16 48/18 48/21 77/20 124/22 124/25 208/23
**my [238]**
**myself [7]** 31/8 55/18 104/22 116/25 138/19 142/17 144/4

## N

**name [25]** 8/24 49/19 50/8 51/3 53/1 54/18 55/21 55/24 56/14 56/25 58/3 58/17 59/12 61/23 62/3 76/17 127/9 127/20 127/23 128/13 128/20 134/24 141/23 146/15 146/21
**named [8]** 20/25 22/8 55/5 57/17 58/23 60/3 60/7 62/8
**names [16]** 8/23 10/22 52/20 52/25 54/19 54/20 54/22 55/10 56/17 57/5 57/9 57/17 57/24 57/25 58/24 125/3
**narrowly [1]** 19/12
**Nathan [1]** 54/11
**nation [1]** 191/1
**nationwide [1]** 108/9
**nature [4]** 41/12 49/1 154/3 154/24
**Navarro [2]** 85/15 86/17
**NCRA [1]** 215/12
**near [1]** 28/24
**necessarily [6]** 52/5 102/12 109/21 121/10 157/2 199/19
**necessity [1]** 206/10
**need [51]** 7/9 9/16 17/5 17/7 17/24 20/6 24/2 24/15 24/22 29/7 36/24 45/17 53/1 60/16 61/25 66/11 71/3 77/20 82/24 84/16 85/2 99/12 99/13 105/11 116/9 118/23 122/2 123/7 124/5 126/4 126/6 139/22 140/11 141/12 141/22 179/15 184/22 186/1 187/24 193/5 198/16 203/6 203/14 207/21 207/24 207/25 209/9 212/8 212/12 212/13 213/19
**needed [4]** 59/2 125/22 136/6 143/4
**Needless [1]** 118/19
**needs [4]** 17/8 24/16 208/6 208/6
**negative [12]** 148/15 148/17 149/1 149/15 150/7 151/6 152/22 152/22 152/24 153/2 157/7 168/22
**negatively [1]** 186/25
**neighbor [2]** 167/6 167/13
**neighborhood [2]** 51/18 168/12
**neighbors [3]** 52/5 52/8 210/20
**neither [1]** 28/18
**Nelida [1]** 53/8
**nervous [3]** 111/22 111/23 111/23
**neutral [1]** 188/3
**never [21]** 32/14 61/4 94/9 94/9 94/14 94/19 114/18 121/3 121/4 123/20 170/13 170/21 180/8 195/5 195/18 195/21 195/22 208/5 209/2 209/2 209/3
**Nevertheless [1]** 18/24
**new [9]** 8/9 16/21 17/2 138/17 164/18 169/24 188/14 208/12 213/5
**news [47]** 62/23 63/7 63/9 63/12 63/14 64/8 64/10 65/8 65/9 66/1 66/23 67/18 67/21 67/25 68/1 68/7 68/12 68/17 68/21 69/12 69/18 69/21 70/8 70/9 72/15 72/21 73/11 73/15 73/18 104/3 104/18 105/14 106/17 107/16 108/9 109/8 111/4 115/23 118/19 118/20 119/19 120/12 124/15 133/24 145/13 153/23 187/21
**Newsmax [1]** 67/19
**next [32]** 6/9 26/1 35/8 35/14 35/21 35/24 41/24 49/9 55/11 78/16 79/5 79/22 86/24 90/5 90/7 94/22 103/18 110/5 114/23 124/3 125/9 140/16 154/9 156/5 159/18 167/6 170/4 170/14 178/15 194/18 208/21 211/1
**nice [1]** 126/7
**night [3]** 68/17 150/14 150/22
**nine [3]** 16/24 59/8 201/17
**nine-person [1]** 16/24
**no [286]**
**nobody [8]** 15/24 90/5 96/12 127/13 136/10 140/11 179/23 212/16
**nod [3]** 25/1 25/2 181/23
**nodding [3]** 84/10 145/4 182/13
**Nods [5]** 39/1 80/11 128/5 168/19 181/10
**noise [7]** 106/22 178/23 179/6 179/17 180/17 180/22 181/21
**non [2]** 46/25 206/20
**non-peaceful [1]** 206/20
**non-police [1]** 46/25
**none [4]** 46/11 57/1 168/3 200/20
**nonetheless [2]** 20/20 210/2
**nonlawyer [1]** 132/14
**Nope [1]** 40/10
**normal [2]** 14/10 70/15
**north [5]** 2/14 148/1 148/5 148/7 168/11
**NORTHERN [10]** 1/2 1/19 3/20 20/18 22/1 75/25 193/9 205/11 213/24 215/13
**not [282]**
**noted [2]** 202/21 202/24
**notes [5]** 92/18 128/13 173/15 174/22 175/18
**nothing [14]** 9/17 16/17 43/15 44/23 45/2 69/5 73/21 129/6 155/13 156/13 157/15 178/14 194/20 197/24
**notice [2]** 197/7 213/3
**noticed [3]** 48/23 199/2 202/17
**notified [2]** 14/6 194/17
**now [42]** 11/24 14/14 24/18 26/1 27/7 35/15 37/10 39/9 46/20 48/15 51/7 52/4 62/13 62/22 67/12 70/9 71/7 75/9 83/25 101/13 117/14 118/13 124/18 137/1 151/8 152/1 155/2 155/10 155/25 160/18 164/21 166/2 168/14 181/20 188/15 195/4 197/8 201/9 203/19 204/3 208/14 211/14
**nowadays [2]** 206/1 210/13
**number [257]**
**numbered [1]** 212/14
**numbers [9]** 16/9 25/1 84/2 92/15 126/2 161/8 161/16 176/24 188/8
**numerous [1]** 138/10
**nutrition [1]** 145/15

## O

**O'Connor [1]** 18/1
**O'Connor's [1]** 27/11
**Oak [1]** 2/7
**Oakey [1]** 57/7
**oath [12]** 10/23 14/5 24/3 24/6 26/12 69/22 77/16 84/25 107/12 119/1 125/2 210/17
**obey [1]** 47/16
**object [1]** 144/12
**objection [6]** 9/8 11/3 11/4 135/22 144/17 161/7
**objections [4]** 9/9 48/18 48/19 135/19
**obligated [1]** 48/4
**obligation [6]** 43/14 43/20 44/8 48/6 48/7 197/1
**observation [1]** 19/11
**observing [1]** 11/12
**obviously [5]** 8/16 21/8 35/15 160/19 171/5
**Occupy [1]** 154/10
**occurred [3]** 62/20 67/8 70/4
**odd [1]** 136/23
**off [19]** 19/5 19/8 36/23 36/24 52/25 53/1 54/21 56/4 106/24 107/1 126/12 127/3 133/22 157/3 158/7 182/4 192/13 192/21 209/16
**offended [1]** 199/11
**offense [2]** 89/19 151/21
**offering [1]** 49/13
**office [14]** 2/2 2/6 2/18 3/5 3/9 3/15 11/25 57/18 78/11 78/13 79/10 128/1 137/11 138/4
**officer [71]** 9/21 9/22 12/5 12/6 12/8 12/9 12/10 12/11 12/12 12/21 13/11 13/25 24/23 24/24 26/18 28/4 28/24 46/24 47/1 47/1 47/15 53/7 53/8 53/9 53/10 53/13 53/14 53/14 53/15 53/15 53/22 53/22 53/23 54/4 54/9 54/18 63/4 64/20 64/21 70/4 70/13 71/9 71/12 71/14 74/23 75/1 75/12 75/23 75/24 76/9 78/6 78/10 78/20 81/6 82/3 82/6 82/13 82/15 82/19 91/9 116/21 127/9 127/10 139/4 140/17 154/15 157/9 157/10 157/12 157/13 193/3
**officer's [1]** 9/23
**officers [6]** 9/15 31/16 70/14 83/24 157/3 182/6
**Offices [1]** 2/22
**official [3]** 137/24 202/7 215/13
**officials [1]** 46/22
**often [2]** 160/24 164/4
**oh [14]** 30/8 65/2 80/10 87/25 89/2 95/22 97/15 135/5 139/23 149/21 150/8 159/7 162/6 170/5
**okay [292]**
**Oklahoma [1]** 13/3
**old [13]** 21/6 21/15 25/4 29/25 30/1 36/2 37/19 39/4 93/16 150/25 179/3 206/14 210/11
**oldest [1]** 22/15
**ole [1]** 8/3
**once [8]** 10/7 16/22 35/18 71/19 71/21 75/18 141/23 182/18
**one [149]** 8/4 10/3 15/2 20/23 21/11 21/23 22/2 22/8 22/18 24/10 24/15 28/23 29/25 30/11 31/8 33/10 35/9

## O


**one... [132]** 36/3 37/17 38/11 39/13 39/18 42/23 50/6 50/9 50/11 57/23 57/25 58/19 59/10 63/4 64/25 66/24 70/14 72/10 73/22 75/5 75/9 77/25 79/5 81/16 81/20 81/20 82/9 86/16 87/5 87/13 88/1 89/9 90/5 96/10 98/4 100/2 100/5 100/10 101/20 103/3 106/16 115/5 119/7 120/3 120/24 122/13 122/21 122/25 123/14 124/5 125/24 127/7 127/17 128/12 130/21 130/23 130/24 134/18 134/21 134/25 137/24 138/1 140/10 140/23 141/7 141/24 150/8 151/20 153/22 155/4 155/6 157/8 159/15 163/13 165/11 166/4 166/9 169/12 170/1 170/13 170/16 170/16 170/22 171/2 175/24 176/14 179/3 181/16 181/22 183/24 185/2 185/16 186/11 187/15 187/19 187/25 187/25 188/7 188/15 188/15 188/18 188/21 188/22 189/1 189/3 189/5 189/13 189/21 189/22 189/23 190/2 190/3 190/4 190/6 190/16 190/18 190/22 190/23 191/7 191/17 193/7 197/14 199/9 199/10 201/3 202/8 203/16 203/18 209/13 211/3 212/12 213/9
**ones [5]** 74/17 165/14 168/2 187/18 197/4
**ongoing [1]** 18/20
**only [38]** 15/2 23/1 23/6 23/11 25/1 29/6 31/8 32/23 33/15 33/20 35/9 45/25 48/13 62/7 63/11 63/18 68/13 82/23 83/13 94/8 104/21 107/25 109/23 116/16 117/11 125/2 125/14 137/24 138/15 138/18 140/12 159/15 169/25 174/13 186/10 199/21 201/3 212/2
**open [4]** 19/1 35/23 154/8 208/7
**opening [5]** 14/25 15/21 15/22 16/4 94/8
**opinion [19]** 9/23 104/17 108/5 124/9 144/2 144/9 144/21 146/1 149/14 155/13 171/18 174/4 174/4 174/9 174/14 174/25 175/11 179/10 201/16
**opinions [5]** 83/22 84/7 174/6 174/7 178/18
**opportunity [4]** 40/15 40/24 192/4 208/8
**oppose [2]** 202/5 202/16
**opposed [4]** 198/19 198/22 199/1 203/4
**opposing [2]** 182/17 187/8
**opposite [3]** 49/16 148/14 157/11
**option [2]** 179/14 195/7
**options [1]** 30/1
**orange [1]** 106/2
**order [11]** 11/15 16/1 17/2 17/4 18/14 77/17 194/22 205/9 208/22 209/7 213/5
**orderly [1]** 18/23
**orders [2]** 194/24 209/8
**origin [2]** 142/4 142/18
**original [1]** 72/15
**originally [2]** 127/8 132/4
**other [88]** 10/9 16/20 17/12 28/24 35/23 36/9 37/7 42/18 46/4 46/16 47/25 48/10 49/4 51/24 63/24 64/9 66/22 67/11 73/19 74/25 75/5 75/7 76/1 79/9 81/7 81/8 82/21 83/6 85/13 86/14 87/13 88/24 91/1 91/21 93/1 94/3 95/3 96/5 96/23 97/2 98/4 104/17 119/22 122/2 123/11 123/14 123/16 125/23 127/21 132/18 133/7 133/15 138/5 138/13 141/5 151/20 151/24 158/13 158/20 159/1 159/24 168/23 179/10 184/20 184/21 187/10 187/12 187/14 187/17 187/19 192/25 193/22 194/16 194/24 195/7 195/25 197/4 199/11 202/1 202/21 204/2 207/18 207/23 208/4 208/18 209/5 209/18 211/2
**other things [1]** 66/22
**others [6]** 88/10 88/10 126/1 181/15 202/24 211/17
**otherwise [2]** 117/16 119/9
**our [47]** 6/16 8/13 16/14 16/18 18/6 20/8 22/11 22/14 22/16 22/17 23/15 36/4 42/21 51/17 52/8 55/11 55/19 58/19 59/16 61/22 62/5 63/14 85/14 114/23 141/15 159/17 165/12 168/11 171/16 179/3 179/14 188/14 191/1 197/22 198/13 205/15 205/21 209/8 210/3 210/6 210/20 211/8 211/20 211/20 212/10 212/17 213/23
**ours [1]** 211/2
**ourselves [2]** 177/20 208/16
**out [77]** 10/13 10/13 13/14 14/12 15/1 16/1 17/8 20/4 21/8 21/16 21/19 26/3 26/6 35/19 36/24 54/20 58/7 63/24 64/16 71/23 72/1 72/2 72/3 73/25 77/13 77/17 79/16 80/5 86/16 91/11 91/16 95/16 98/1 100/14 104/5 104/20 105/22 108/14 116/14 121/7 124/1 124/17 125/4 127/2 127/9 131/15 136/25 138/7 139/5 139/12 139/13 146/16 149/2 150/16 152/1 152/12 154/25 160/24 176/2 176/19 176/21 176/22 181/1 182/25 184/2 184/9 188/6 188/16 188/19 192/24 195/3 199/3 199/22 202/19 204/8 209/24 212/20
**outdoor [3]** 162/18 162/21 162/23
**outside [9]** 32/17 48/20 48/24 98/8 124/8 124/15 125/23 126/1 192/20
**Overboe [1]** 60/3
**overcome [1]** 43/3
**overly [3]** 37/2 54/22 137/15
**overruled [2]** 144/16 144/17
**own [6]** 10/10 136/7 157/14 160/21 160/23 185/2
**owned [1]** 150/13


## P


**packed [4]** 16/25 17/21 29/17 59/8
**PAGE [3]** 5/2 13/20 54/9
**paid [4]** 31/11 33/1 33/4 37/11
**PAMPLIN [4]** 3/5 3/5 7/5 58/18
**pandemic [2]** 86/18 156/20
**panel [24]** 18/19 19/23 24/4 41/2 47/18 48/24 49/1 84/13 84/22 85/5 124/3 126/20 136/17 188/8 193/4 206/12 207/13 208/9 209/1 209/13 209/21 212/7 212/18 214/7
**paralegal [2]** 6/16 55/19
**parallels [1]** 210/14
**paramedic [1]** 96/23
**Pardon [1]** 78/17
**Parker [1]** 94/7
**parking [1]** 29/20
**Parsons [2]** 12/5 53/11
**part [18]** 8/2 29/18 50/16 72/14 73/19 83/21 119/1 129/17 129/19 129/20 133/11 142/5 154/17 154/18 166/9 167/20 178/25 193/20
**partially [1]** 144/4
**participate [3]** 115/11 186/8 186/9
**particular [3]** 71/13 114/19 132/10
**particularly [1]** 137/15
**parties [2]** 18/18 25/23
**party [2]** 11/12 88/7
**pass [3]** 59/3 183/22 192/10
**passed [2]** 179/2 191/18
**past [6]** 37/7 47/8 47/15 63/2 134/23 185/1
**pastored [1]** 128/17
**patience [4]** 20/19 74/4 84/14 126/18
**patient [2]** 21/13 31/19
**PATRICK [5]** 2/1 2/2 6/14 55/12 55/18
**patrol [4]** 71/14 71/17 79/17 82/6
**patrolling [1]** 79/16
**patrols [1]** 79/1
**Paul [1]** 2/14
**pause [2]** 155/22 168/16
**pay [6]** 29/19 29/19 29/20 37/21 117/11 125/19
**PC [2]** 1/23 2/14
**PD [8]** 74/22 76/10 77/5 77/6 78/5 79/9 80/3 82/2
**peace [1]** 204/4
**peaceful [18]** 154/19 155/18 156/13 179/9 181/7 181/13 182/1 182/3 182/19 183/13 183/19 184/7 187/4 187/17 197/12 206/20 206/20 206/22
**peacefully [1]** 181/15
**pedestrian [2]** 92/10 92/10
**peeves [1]** 22/3
**people [37]** 22/4 23/15 27/6 29/17 73/14 75/15 80/4 106/2 130/18 130/23 131/10 137/9 139/20 143/18 143/19 147/19 154/1 154/10 158/9 159/25 161/3 164/17 164/21 164/22 171/10 172/4 182/6 184/19 185/8 185/20 185/25 186/3 186/25 194/15 197/2 210/11 210/24
**people's [2]** 97/25 191/21
**perceived [2]** 130/9 194/10
**perfectly [4]** 117/9 124/20 136/8 207/7
**perhaps [3]** 16/21 62/16 128/24
**period [3]** 24/9 123/20 159/1
**permission [8]** 136/1 177/9 179/23 194/3 194/5 206/22 206/25 213/18
**permitted [1]** 198/13
**person [26]** 16/24 16/24 47/4 96/15 96/17 106/16 115/12 121/19 121/25 126/15 127/21 128/24 129/17 130/9 130/17 130/24 130/25 131/1 131/4 131/11 131/12 131/14 146/9 149/24 165/18 212/4
**person's [1]** 194/21
**personal [6]** 37/5 100/24 127/1 157/14

## P


**personal [2]** 201/9 210/6
**personally [1]** 187/2
**persons [1]** 121/20
**pertains [2]** 48/3 116/7
**pertinent [1]** 203/12
**pet [1]** 22/3
**petition [1]** 41/10
**PHILLIP [6]** 2/6 2/6 6/18 54/14 56/5 56/14
**philosophical [2]** 123/13 123/19
**phone [3]** 92/19 92/19 106/24
**phrase [1]** 43/6
**physical [5]** 18/15 36/8 36/16 181/6 182/9
**pick [5]** 23/24 157/22 161/22 173/17 206/6
**picked [5]** 19/5 21/23 35/16 143/20 174/5
**picking [7]** 23/13 141/4 143/18 163/9 164/10 166/16 175/20
**picture [1]** 146/15
**pictures [6]** 197/16 204/16 204/20 204/23 204/25 205/22
**piece [2]** 8/4 140/23
**pieces [1]** 187/21
**piggyback [2]** 97/8 107/1
**pin [2]** 203/17 203/20
**Pinckney [2]** 55/6 57/6
**pins [3]** 193/18 194/7 195/10
**piqued [1]** 73/18
**pistol [1]** 131/2
**PITTMAN [4]** 1/14 137/7 137/15 193/9
**Pittman's [1]** 137/12
**pivot [1]** 184/17
**place [7]** 21/7 21/14 21/20 115/3 161/24 163/2 213/1
**placed [1]** 25/23
**places [1]** 162/3
**Plains [1]** 72/3
**plane [1]** 21/19
**planning [1]** 194/14
**plant [1]** 199/15
**plates [1]** 71/25
**playing [1]** 96/22
**Plaza [1]** 2/19
**plea [6]** 40/17 40/19 94/9 94/15 152/20 153/6
**plead [1]** 153/6
**please [33]** 11/4 21/12 24/2 24/6 26/22 38/11 43/6 50/6 50/25 52/20 52/24 56/6 58/14 59/10 59/23 84/4 107/13 118/8 123/6 123/6 125/3 125/4 125/8 126/18 132/15 144/11 148/21 180/20 191/3 191/16 192/6 193/2 209/22
**pled [1]** 153/3
**PLLC [3]** 2/2 2/10 3/12
**plowed [1]** 141/6
**plowing [1]** 141/6
**plus [1]** 32/11
**podium [5]** 141/22 193/6 193/6 199/20 202/22
**point [6]** 9/25 15/1 77/24 197/24 199/16 200/1
**pointed [2]** 199/3 199/21
**pointing [1]** 194/1
**points [1]** 200/2
**police [35]** 14/20 46/24 46/25 47/1 47/15 53/6 53/13 53/14 53/15 53/17 53/18 53/20 70/3 70/12 70/14 71/11 74/23 75/23 75/24 78/10 79/7 79/8 81/6 81/6 82/3 91/9 91/11 91/16 127/9 127/10 157/3 157/12 157/12 179/13 182/6
**policy [3]** 137/12 137/13 143/11
**political [9]** 97/21 154/3 194/10 200/1 200/2 205/17 210/21 214/4 214/5
**politically [1]** 194/3
**politics [2]** 205/25 210/6
**poor [1]** 166/17
**popping [1]** 97/25
**population [1]** 91/17
**position [10]** 128/22 132/13 180/7 196/8 197/25 201/8 201/25 202/7 202/11 203/2
**positioning [1]** 38/5
**positive [9]** 148/12 148/20 152/6 154/13 157/18 159/3 168/22 176/19 206/14
**positively [2]** 159/4 186/25
**possible [19]** 15/14 17/14 20/6 63/25 102/17 102/18 118/25 124/23 125/14 126/22 137/4 141/17 180/23 180/25 196/1 197/2 197/3 208/10 210/24
**possibly [2]** 68/8 201/19
**poster [1]** 179/20
**Poston [1]** 54/9
**potential [3]** 52/17 142/2 194/18
**potentially [6]** 115/13 146/12 146/17 146/22 154/20 154/22
**pour [1]** 198/6
**power [3]** 172/3 173/1 173/10
**powwow [1]** 192/16
**practical [1]** 19/16
**practitioners [1]** 16/16
**Prairieland [3]** 62/20 72/16 142/3
**pray [1]** 210/19
**prayer [1]** 212/5
**praying [3]** 210/24 210/25 212/4
**pre [1]** 86/18
**pre-COVID [1]** 86/18
**precedent [1]** 8/11
**preface [5]** 26/1 32/8 33/22 35/18 141/4
**prefer [3]** 27/3 121/2 121/3
**prejudge [2]** 47/14 83/4
**prejudice [3]** 73/22 110/20 195/24
**preparation [1]** 200/15
**prepared [1]** 208/11
**preparedness [1]** 170/11
**prepping [2]** 169/21 169/23
**prescribed [1]** 215/7
**presence [2]** 32/17 126/1
**present [37]** 12/7 12/8 12/9 12/10 12/11 12/12 12/13 12/14 12/15 12/16 12/17 12/18 12/19 12/20 12/21 12/22 12/23 12/24 12/25 13/1 13/9 13/11 13/12 13/16 13/17 13/18 13/19 13/22 13/23 13/24 13/25 18/21 19/13 21/3 44/8 50/16 141/1
**presentation [2]** 25/11 193/20
**presented [14]** 25/19 39/13 39/16 48/22 61/17 63/19 68/13 70/25 82/23 83/14 107/6 107/25 112/7 200/12
**presently [2]** 51/18 75/10
**presents [1]** 18/13
**preserved [1]** 202/9
**preserving [1]** 19/11
**presidency [1]** 172/19
**president [15]** 17/19 17/20 21/5 21/5 21/10 21/10 22/22 22/25 171/7 171/8 171/11 171/16 171/22 172/3 172/24
**press [4]** 17/5 49/3 124/14 124/19
**presumed [5]** 41/25 42/3 42/8 43/1 44/6
**presumption [2]** 42/20 43/4
**presumptions [1]** 48/13
**pretrial [1]** 213/14
**pretty [17]** 8/9 21/24 23/11 28/10 36/4 69/14 80/8 104/16 118/1 131/6 133/23 148/2 148/2 164/19 167/11 195/21 209/15
**prevalent [1]** 205/25
**prevent [5]** 36/8 39/16 123/8 123/13 123/23
**previous [3]** 36/7 145/12 176/15
**previously [1]** 57/24
**Price [1]** 134/14
**primary [1]** 29/25
**principle [1]** 42/22
**principles [1]** 44/2
**prior [4]** 61/16 202/18 205/9 206/25
**prison [3]** 151/19 151/25 152/2
**private [9]** 32/10 32/12 55/23 121/2 121/3 122/7 135/16 135/16 162/18
**privately [1]** 114/24
**pro [3]** 98/22 98/24 101/23
**probably [27]** 35/24 36/21 37/13 38/15 45/7 45/9 53/1 72/8 80/22 84/2 87/11 89/21 92/4 95/10 98/25 106/16 109/18 124/2 133/11 133/13 133/22 155/12 157/3 162/18 164/6 174/17 178/25
**problem [13]** 11/11 26/15 26/19 37/5 39/19 44/19 46/4 166/6 166/12 166/14 166/18 200/3 200/25
**problems [4]** 18/13 39/12 127/10 138/12
**proceed [3]** 177/11 200/18 200/18
**proceeding [3]** 17/17 50/17 136/23
**proceedings [13]** 4/5 16/15 18/12 18/18 18/23 19/10 137/17 137/21 138/15 138/16 139/23 214/10 215/5
**process [2]** 115/3 143/19
**produce [2]** 43/14 43/21
**produced [1]** 4/5
**Professor [3]** 55/6 57/6 57/6
**profile [3]** 17/16 17/21 138/11
**profiled [1]** 151/2
**promise [2]** 100/8 126/3
**promote [1]** 18/14
**proof [5]** 43/7 43/23 44/7 45/22 83/10
**proper [2]** 145/15 200/19
**property [1]** 181/17
**prosecuted [2]** 149/24 211/22
**prosecutor [2]** 50/10 127/18
**prosecutor's [1]** 128/1
**prosecutors [7]** 50/9 89/20 92/1 141/24 193/18 194/7 199/9
**prospective [11]** 127/16 128/9 128/10

**P**

**prospective [8]** 133/19 133/20 134/13 134/16 135/12 135/13 136/9 196/15
**protected [2]** 22/12 211/22
**protecting [1]** 23/14
**protection [1]** 91/17
**protest [41]** 154/2 154/4 154/7 154/18 154/19 155/7 156/7 156/13 156/20 179/6 179/9 179/14 179/18 181/12 181/13 181/13 181/18 181/21 182/2 182/2 182/3 182/3 182/19 183/12 184/7 184/12 184/22 185/8 186/4 186/25 187/3 187/7 188/4 188/23 189/2 189/16 191/2 195/9 197/12 198/10 206/23
**protested [2]** 155/1 156/21
**protesting [2]** 154/12 186/9
**protestor [1]** 193/12
**protestors [1]** 112/2
**protests [13]** 160/17 160/17 178/24 184/20 186/15 187/3 187/16 198/2 204/12 204/22 205/1 206/20 207/5
**proudly [1]** 57/15
**prove [5]** 43/9 43/11 43/13 43/16 43/17
**proven [1]** 132/24
**provide [6]** 18/2 18/5 19/9 28/19 47/24 205/17
**proving [1]** 42/9
**Provo [2]** 13/17 54/7
**provocation [1]** 197/14
**provocative [1]** 89/19
**Pruden [1]** 55/6
**psychologist [1]** 55/21
**public [23]** 3/20 7/22 17/5 18/4 18/9 18/14 18/17 18/21 18/24 19/1 19/11 19/15 23/12 49/2 61/23 124/7 124/14 136/22 137/4 137/21 137/23 161/24 203/2
**publicized [1]** 146/21
**Puerto [5]** 154/21 154/22 154/25 155/6 183/16
**pulled [3]** 148/18 150/15 150/22
**purported [1]** 206/22
**purpose [1]** 41/21
**purposefully [1]** 16/18
**pushing [1]** 182/9
**put [72]** 19/3 26/7 45/3 45/15 45/16 61/16 63/24 64/16 68/11 68/12 69/21 70/21 70/23 73/2 73/25 77/13 77/17 82/22 83/12 99/4 100/14 100/18 101/2 101/12 102/2 102/5 102/16 103/9 103/13 104/13 104/20 104/23 105/15 105/17 105/21 106/20 107/4 107/11 108/6 108/19 108/24 109/22 110/15 110/17 110/20 111/13 111/15 112/6 112/9 112/14 115/9 117/5 117/9 117/10 117/16 117/18 117/23 119/5 119/24 120/11 122/1 135/20 149/1 153/1 161/10 169/8 173/17 174/23 175/3 176/16 182/24 204/6

**Q**

**question [54]** 24/8 25/3 26/1 27/5 27/16 29/5 35/14 35/20 37/14 71/7 72/15 74/8 74/24 77/8 77/25 82/10 98/10 104/4 109/6 109/19 109/22 110/6 132/5 133/2 133/15 140/16 144/13 144/14 144/16 144/18 145/20 148/21 151/10 152/7 153/18 154/9 157/11 159/13 161/11 168/23 170/5 174/13 174/20 180/20 183/21 183/23 185/22 187/11 187/16 187/24 189/7 191/3 191/6 191/22
**questioned [1]** 146/23
**questioning [6]** 24/9 36/7 141/2 141/3 192/13 207/14
**questions [59]** 15/13 23/20 24/1 24/8 24/11 24/14 24/18 24/19 29/16 36/25 40/12 40/23 40/25 48/16 48/19 50/3 58/8 63/9 66/12 70/5 71/9 72/9 72/13 74/17 82/25 84/24 97/19 98/1 101/10 118/13 118/16 119/2 119/5 119/15 122/2 123/2 123/23 124/1 128/6 129/6 130/12 131/24 133/22 134/5 134/9 136/11 138/19 141/7 141/13 148/11 157/8 177/3 177/5 192/5 198/5 198/9 198/12 198/13 206/19
**quick [3]** 126/13 178/6 178/11
**quickly [5]** 20/5 126/22 179/5 182/24 184/17
**quiet [1]** 178/12
**quite [4]** 16/20 52/23 104/1 146/8
**quoted [1]** 210/17
**quotes [1]** 22/8

**R**

**RACHEL [3]** 3/19 8/1 62/4
**racially [1]** 151/2
**Raider [1]** 106/6
**raining [1]** 198/7
**raise [27]** 11/15 14/2 24/2 24/20 26/16 26/21 36/18 37/21 56/4 57/10 63/3 75/4 82/24 85/2 85/6 90/8 119/4 139/1 148/21 153/18 160/25 181/23 182/24 183/5 183/7 184/15 200/21
**raised [71]** 11/21 11/22 11/25 12/2 26/21 28/3 28/22 31/2 31/18 34/9 35/2 39/17 44/17 49/10 57/21 60/10 63/4 64/4 64/20 67/14 69/9 75/20 78/18 79/5 79/24 80/13 81/2 82/9 82/13 85/7 86/25 88/10 90/8 93/6 99/20 103/19 105/9 116/20 119/8 120/6 122/15 139/2 148/22 151/14 152/9 156/4 156/17 158/16 159/6 159/15 159/25 160/22 161/1 161/5 164/18 164/25 169/1 171/12 172/6 172/15 172/21 173/5 178/8 179/7 183/14 184/23 185/5 185/18 186/5 186/18 186/20
**raises [1]** 40/20
**Raley [1]** 54/2
**rally [1]** 155/16
**Randi [2]** 55/24 55/24
**range [12]** 160/24 161/1 161/12 161/19 162/4 162/5 162/11 162/13 162/16 162/21 162/22 164/3
**Ranger [6]** 12/15 12/16 12/17 53/18 53/19 53/19
**rapid [1]** 188/16
**rarely [1]** 73/17
**rate [1]** 163/18
**rather [4]** 22/22 49/8 135/20 196/10
**rattled [1]** 52/25
**Ray [1]** 55/24
**reach [7]** 42/17 86/4 86/6 88/1 89/23 92/22 211/21
**reached [3]** 93/22 94/14 94/19
**reaches [1]** 41/13
**read [14]** 10/22 11/14 52/16 52/20 54/21 56/3 65/11 67/20 67/25 68/12 68/20 104/18 157/3 158/15
**reading [3]** 47/23 68/7 70/9
**reads [1]** 53/1
**ready [9]** 6/8 6/12 14/12 14/15 19/18 20/10 84/5 126/12 177/25
**real [1]** 129/7
**reality [1]** 16/12
**realized [1]** 201/6
**realizing [1]** 96/22
**really [38]** 23/1 31/12 38/18 52/8 61/4 65/13 73/20 75/15 77/12 79/6 81/15 88/6 107/5 118/2 119/17 120/9 160/4 172/18 173/7 174/3 176/25 178/6 178/11 182/24 184/17 191/11 191/20 192/7 194/13 194/20 194/25 195/1 195/19 197/3 202/19 206/5 208/15 208/25
**realm [1]** 184/8
**reason [12]** 22/21 41/17 119/2 123/13 123/22 185/7 185/8 186/10 188/12 195/11 205/12 205/13
**reasonable [12]** 18/8 42/2 42/5 42/10 42/13 43/3 43/6 43/7 43/9 43/12 43/18 206/11
**Reasoning [1]** 199/1
**reasons [5]** 26/2 114/16 137/25 156/23 184/21
**reassembled [1]** 126/8
**recall [10]** 58/2 63/12 68/20 69/15 70/9 74/15 91/7 95/13 96/3 151/19
**receive [1]** 47/21
**received [2]** 48/10 178/7
**recent [8]** 66/14 66/15 66/19 68/5 69/14 69/15 97/20 120/19
**recently [6]** 68/23 78/23 104/3 106/17 109/8 152/12
**recess [10]** 19/17 19/21 19/22 84/17 84/21 136/16 192/19 192/22 203/9 212/22
**recognize [14]** 50/19 51/10 54/21 55/9 56/2 56/19 57/5 57/9 57/20 57/23 58/11 59/23 62/1 62/9
**recommend [1]** 137/10
**reconsidered [1]** 15/16
**record [22]** 6/5 11/14 17/7 19/3 47/8 48/10 84/15 96/2 96/7 115/11 127/4 127/20 135/20 136/18 137/2 138/2 192/13 192/21 204/6 205/10 208/6 215/5
**recorded [2]** 52/22 136/24
**recording [2]** 137/6 137/17
**recovery [1]** 32/5
**red [4]** 106/6 167/4 181/9 182/12
**Reedy [2]** 11/22 53/8
**reference [1]** 155/15
**referred [1]** 92/24
**referring [2]** 120/19 168/6
**refile [1]** 213/15
**refiled [1]** 213/16
**reflect [1]** 204/6

## R


**reflective [1]** 184/11
**refrain [2]** 125/9 191/16
**Regal [2]** 150/13 158/4
**regard [1]** 202/6
**regarding [3]** 45/13 203/13 206/19
**regardless [3]** 47/3 133/7 210/20
**regards [3]** 104/8 133/23 208/22
**regular [2]** 80/5 82/5
**regularly [5]** 76/8 97/23 98/7 118/1 161/12
**Reilly [2]** 12/3 53/10
**reiterate [1]** 45/24
**related [5]** 45/20 72/13 72/16 138/24 151/12
**relating [1]** 170/11
**relation [2]** 82/18 151/24
**relationship [8]** 51/20 52/7 61/16 82/10 82/14 82/22 83/4 83/12
**relatives [1]** 142/15
**release [1]** 208/11
**released [4]** 10/6 25/19 125/8 211/13
**releasing [1]** 209/20
**relevant [2]** 47/10 48/2
**religious [3]** 123/13 123/17 123/18
**relocating [1]** 18/11
**remain [8]** 41/3 44/3 44/4 44/23 45/21 52/19 83/9 126/3
**remaining [2]** 126/21 212/9
**remains [1]** 18/16
**remember [40]** 21/15 21/17 21/17 21/18 26/13 26/13 66/21 67/3 67/8 67/9 69/3 83/25 84/11 84/24 85/24 86/3 86/9 86/19 87/16 87/25 89/10 89/12 89/15 90/12 90/19 91/25 92/16 93/22 95/18 98/12 110/19 125/2 125/20 128/13 131/7 134/15 141/15 147/21 179/1 212/4
**remind [2]** 13/5 13/6
**reminded [1]** 210/15
**remiss [1]** 179/1
**removed [3]** 75/14 129/13 206/15
**repeat [7]** 55/4 126/16 153/10 180/20 184/4 185/22 185/23
**replaced [1]** 192/4
**reported [7]** 4/5 111/8 116/13 119/19 122/10 140/17 145/13
**reporter [30]** 4/1 51/16 56/9 81/25 85/13 91/12 93/12 106/23 107/21 130/19 132/2 135/25 136/24 137/1 137/24 138/2 142/11 145/17 146/3 158/21 168/13 169/22 176/10 180/24 185/12 185/21 188/10 188/17 191/10 215/13
**REPORTER'S [1]** 214/11
**reporting [5]** 62/22 63/24 65/12 66/2 120/20
**reports [6]** 33/15 67/25 68/1 68/8 136/23 143/24
**represent [10]** 51/4 51/10 56/14 56/25 57/15 58/18 59/13 60/1 61/25 133/14
**represented [9]** 50/4 50/24 55/12 56/5 56/21 58/13 59/9 59/22 61/22
**representing [2]** 55/16 62/4
**republic [1]** 22/15
**reputation [1]** 187/4
**request [2]** 10/25 207/21
**requesting [1]** 212/18
**require [1]** 36/3
**required [2]** 43/16 187/8
**requires [1]** 35/6
**reschedule [1]** 29/12
**research [2]** 142/25 203/7
**reserve [1]** 47/10
**reserving [1]** 47/13
**residence [3]** 165/19 165/22 165/24
**resign [1]** 155/1
**resolve [1]** 42/16
**resolved [2]** 149/14 149/16
**resources [2]** 137/22 138/6
**respect [3]** 45/22 48/3 201/8
**respectful [1]** 181/15
**respectfully [4]** 7/1 57/14 108/21 200/9
**respond [3]** 125/1 139/14 140/17
**responded [3]** 139/17 161/9 161/11
**response [117]** 9/8 11/23 13/2 13/10 13/13 13/20 14/5 24/6 31/15 35/14 35/25 36/10 36/12 36/13 36/17 36/19 37/15 37/16 37/17 37/18 37/21 39/10 40/10 40/10 41/23 43/4 43/24 43/25 45/19 45/23 46/5 47/2 47/16 47/20 49/8 49/8 49/24 49/24 49/25 50/21 51/11 52/14 54/23 55/10 56/4 56/20 57/10 58/12 59/1 61/21 62/10 62/11 62/17 66/2 66/4 74/7 74/15 75/3 75/6 79/19 82/25 83/5 83/10 83/15 86/23 90/5 93/5 93/5 96/12 97/17 103/17 106/25 110/2 118/12 122/11 122/22 122/24 123/1 123/10 123/10 123/20 124/3 126/1 128/7 133/17 134/9 140/19 148/21 150/2 150/3 150/4 150/5 150/6 151/7 151/9 152/6 152/7 153/17 153/21 154/3 154/4 154/5 154/13 156/16 156/25 157/18 157/19 168/23 170/24 171/1 173/3 179/19 184/16 186/2 186/13 186/21 204/4
**responses [1]** 118/14
**responsibilities [1]** 203/13
**responsible [1]** 33/13
**responsive [1]** 189/18
**rest [12]** 50/7 50/25 55/13 56/7 56/23 57/12 58/15 59/11 59/24 60/4 85/2 146/9
**restate [2]** 144/11 166/8
**restrictive [1]** 19/14
**restroom [1]** 83/25
**restrooms [1]** 84/1
**retired [8]** 70/3 74/22 76/4 76/5 77/2 81/20 134/22 203/22
**return [1]** 17/10
**returned [1]** 41/8
**revealed [1]** 154/24
**Reverend [1]** 179/2
**reversed [5]** 200/8 200/17 200/20 201/14 202/9
**review [1]** 203/12
**reviewing [1]** 212/16
**revised [1]** 208/22
**Rican [4]** 154/21 154/22 155/6 183/16
**Ricans [1]** 154/25
**riding [1]** 199/10
**rifle [2]** 23/14 160/23
**right [223]**
**right-hand [3]** 154/6 154/6 173/4
**rights [14]** 15/2 22/9 45/22 83/8 108/22 124/18 179/3 197/16 204/12 204/21 205/1 205/21 207/3 207/7
**ring [2]** 58/24 58/25
**riot [10]** 179/6 179/18 181/4 181/5 181/16 181/17 181/18 181/22 184/8 197/12
**rioter [1]** 206/23
**rioting [1]** 186/16
**riots [3]** 178/24 179/11 182/8
**rise [1]** 24/2
**rivalry [1]** 108/22
**road [2]** 33/2 167/3
**roads [1]** 182/5
**Rob [1]** 57/8
**robbery [1]** 89/16
**robe [3]** 23/4 116/3 211/7
**Robert [1]** 20/25
**Robertson [1]** 81/18
**robes [2]** 195/12 205/14
**robin [1]** 131/23
**rock [1]** 14/15
**rocks [1]** 179/12
**ROLANDO [4]** 1/11 3/19 20/15 61/24
**roll [1]** 14/16
**room [9]** 3/21 4/2 14/7 27/12 27/13 36/5 127/3 194/21 215/17
**round [1]** 131/23
**round-robin [1]** 131/23
**rounds [1]** 166/22
**Rouyre [2]** 12/2 53/9
**row [22]** 8/19 8/19 10/21 31/3 34/10 78/20 79/25 81/12 87/1 90/9 93/7 93/8 94/22 102/20 118/12 150/2 150/3 150/4 150/5 150/6 170/19 202/22
**RPR [3]** 4/1 215/3 215/11
**RUEDA [11]** 1/10 3/2 7/3 7/5 20/14 58/13 58/19 60/24 60/25 147/4 147/4
**rule [16]** 9/7 9/8 9/11 9/16 9/17 9/25 10/2 10/25 11/2 11/13 44/22 113/7 137/7 137/8 193/8 193/9
**rules [10]** 17/1 44/20 137/18 193/7 194/10 205/11 207/2 209/8 213/23 213/25
**run [2]** 16/8 75/19
**Runnebaum [1]** 55/23
**running [1]** 176/2
**RYAN [1]** 3/11


## S


**sacrifice [2]** 22/2 26/12
**safely [1]** 18/21
**safety [2]** 18/23 212/17
**said [61]** 8/3 9/24 10/15 15/16 16/8 16/22 22/10 22/24 22/25 23/17 23/18 25/8 32/9 36/22 56/13 63/6 91/2 97/12 98/24 100/9 107/10 113/19 121/13 121/21 122/5 122/7 123/24 125/22 127/8 136/7 136/8 138/2 138/6 138/10 139/15 140/22 142/1 142/1 146/7 146/9 146/11 147/3 149/9 153/3 158/17 161/20 173/7 173/15 182/23 183/1 185/13 187/16 188/19 194/6 199/6 205/10 208/6 208/6 212/4 214/1 214/3
**salaried [2]** 34/1 34/3

## S


**salary [1]** 34/5
**same [33]** 10/12 11/8 15/13 16/13 47/7 48/18 54/25 68/17 75/18 104/1 108/5 110/6 113/19 118/16 119/5 120/2 125/10 125/17 128/24 141/7 145/12 147/9 147/11 151/15 155/6 172/2 172/24 173/9 174/20 175/19 177/5 196/21 205/13
**SANCHEZ [7]** 1/11 3/20 8/1 20/15 61/24 62/4 62/10
**sanction [1]** 208/2
**sanctioned [1]** 194/23
**Sarah [2]** 54/14 54/15
**sat [2]** 10/13 10/13
**satisfaction [1]** 42/4
**Saturday [1]** 30/24
**SAUER [3]** 2/2 6/15 55/17
**SAVANNA [5]** 1/8 2/14 20/13 56/21 57/1
**save [1]** 122/6
**saw [10]** 66/3 68/12 140/10 150/8 150/21 199/2 199/19 199/21 204/16 204/16
**say [56]** 23/22 25/18 26/20 27/2 30/16 42/18 44/11 46/23 52/4 61/6 71/25 77/20 80/4 89/15 98/21 100/18 100/19 101/22 105/24 106/15 108/13 109/14 113/5 114/6 118/19 127/5 129/22 132/14 133/12 147/23 158/3 158/18 162/12 163/6 164/7 176/13 178/13 178/14 183/25 184/10 187/6 188/6 188/6 188/16 188/25 189/17 189/21 195/21 196/19 197/20 198/15 208/20 210/11 211/15 212/5 213/24
**saying [28]** 9/17 23/23 26/1 26/4 33/23 35/18 38/2 38/20 86/22 97/8 98/12 99/1 99/14 123/25 129/15 135/18 137/2 137/2 146/2 157/17 158/25 160/3 167/10 177/16 184/5 189/10 201/24 206/14
**says [7]** 38/3 71/22 111/12 138/8 186/9 193/10 205/12
**scale [2]** 187/24 187/25
**scary [2]** 120/25 121/10
**scene [1]** 138/10
**scenes [2]** 207/3 207/5
**schedule [1]** 212/9
**scheduled [3]** 29/11 30/23 35/23
**schedules [2]** 194/21 200/23
**school [23]** 21/18 33/10 61/3 61/3 61/5 61/6 61/7 61/8 61/10 74/23 77/21 81/16 135/7 147/6 147/8 147/14 148/3 156/8 158/19 158/23 159/16 159/20 160/3
**SCHUERMAN [5]** 3/8 3/9 7/13 59/10 59/13
**scientists [1]** 54/13
**scoot [1]** 140/7
**Scott [1]** 54/15
**screen [1]** 39/16
**seat [2]** 141/19 150/16
**seated [11]** 24/6 27/3 50/22 51/12 52/19 55/1 57/16 84/12 93/3 171/16 205/4
**Seating [1]** 18/6
**seats [5]** 16/19 17/6 18/7 39/14 192/19
**second [16]** 8/25 15/7 28/4 34/10 36/13 38/11 38/11 75/14 75/17 79/25 97/9 139/7 142/16 150/3 154/15 191/5
**secondhand [1]** 129/15
**seconds [1]** 15/6
**secret [2]** 178/12 178/13
**section [39]** 31/1 31/14 31/16 31/17 34/8 37/16 39/8 49/9 64/3 66/1 67/13 69/8 74/7 75/2 78/16 79/4 79/19 79/22 80/13 81/1 81/11 85/4 86/21 86/24 86/25 90/4 90/7 93/4 103/16 103/18 105/8 110/2 110/5 116/19 118/11 119/3 120/5 122/12 122/12
**sectioned [1]** 182/4
**sections [1]** 85/2
**sects [1]** 123/18
**security [6]** 83/24 106/19 115/15 129/21 193/3 194/13
**see [72]** 7/19 7/21 7/22 11/20 11/21 11/22 11/25 12/2 12/3 12/4 12/5 12/6 14/5 28/23 29/13 30/5 34/10 36/14 39/18 39/20 39/21 41/23 43/4 50/21 55/10 59/20 60/10 60/11 62/17 67/14 75/7 75/18 80/10 82/25 83/15 98/3 109/16 109/20 111/8 119/14 124/24 128/24 149/6 151/4 153/22 155/14 155/15 157/19 161/1 161/4 161/15 164/19 168/23 173/14 175/18 177/3 177/6 177/17 178/5 179/22 180/5 181/9 181/23 192/12 197/9 199/21 200/10 208/24 209/7 210/14 213/10 214/9
**seeing [5]** 31/24 39/16 39/23 107/19 145/13
**seems [2]** 29/15 209/15
**seen [24]** 17/15 26/10 46/18 48/20 61/4 62/13 97/21 124/1 143/24 144/4 146/17 147/7 155/23 158/11 163/4 163/13 164/1 164/8 170/16 176/23 180/2 180/8 200/13 213/6
**sees [1]** 9/9
**selected [7]** 29/6 40/22 41/22 46/6 100/12 176/6 212/3
**selection [5]** 18/3 23/24 136/19 192/3 207/8
**self [1]** 177/19
**self-govern [1]** 177/19
**Selma [2]** 204/21 204/24
**Senate [1]** 21/9
**senator [2]** 17/19 21/4
**senatorial [1]** 21/2
**send [1]** 137/10
**sense [1]** 175/20
**sentiment [2]** 171/5 176/13
**sentiments [2]** 172/18 173/9
**separate [2]** 102/13 116/14
**sergeant [5]** 12/7 12/18 53/12 53/20 79/14
**series [1]** 154/23
**serious [6]** 22/6 22/6 23/16 35/22 66/10 151/12
**serve [30]** 21/23 22/20 23/10 23/25 24/13 25/19 27/22 29/16 32/25 33/12 35/24 36/4 37/9 41/22 52/2 70/18 77/15 85/11 89/7 91/4 100/13 101/14 105/6 109/21 109/23 110/12 120/4 120/23 123/4 123/17
**served [23]** 17/6 41/10 71/10 85/5 85/6 86/14 86/23 87/4 88/13 88/19 88/24 90/7 91/21 92/8 93/11 93/20 94/6 94/13 95/8 96/14 114/20 151/19 152/11
**service [21]** 22/5 23/12 23/16 26/3 26/6 31/12 36/24 49/2 93/1 93/5 94/3 95/4 97/2 97/16 97/17 121/16 121/17 124/1 129/12 129/13 209/25
**serving [9]** 22/25 26/15 26/19 28/3 28/8 32/19 123/14 123/18 146/13
**set [10]** 49/15 107/24 144/13 162/19 174/4 174/13 175/23 176/5 188/13 213/2
**Seth [1]** 54/11
**setting [1]** 182/5
**settled [2]** 18/4 95/1
**settlement [3]** 94/16 94/17 94/18
**settling [1]** 18/1
**seven [1]** 30/24
**several [9]** 8/8 11/5 24/8 37/10 54/19 68/12 80/2 124/15 176/23
**sexual [1]** 152/15
**shaded [2]** 9/24 10/15
**shakes [3]** 60/13 135/8 188/10
**shaking [2]** 111/4 184/3
**shame [1]** 214/2
**share [5]** 32/10 108/4 129/8 136/2 171/9
**sharing [2]** 185/17 186/12
**sharp [2]** 54/12 158/4
**SHAWN [6]** 1/17 6/7 50/4 50/8 55/7 141/24
**she [31]** 10/17 10/17 13/5 28/14 35/7 35/12 35/12 75/24 76/4 78/25 96/23 113/19 128/16 129/19 136/4 136/4 136/5 136/6 136/7 142/6 149/18 149/19 149/20 149/21 185/13 199/19 199/19 199/20 200/12 200/14 206/21
**she'll [2]** 13/3 13/14
**she's [11]** 12/9 13/3 13/14 28/11 50/24 57/15 59/3 136/4 136/11 198/12 212/18
**sheets [1]** 212/15
**sheriff [4]** 53/9 78/23 81/17 81/17
**Sheriff's [4]** 11/25 79/8 79/10 79/11
**Shideler [2]** 11/1 54/16
**Shirley [2]** 204/16 204/18
**shirt [16]** 116/2 181/10 182/13 193/11 194/3 195/20 197/8 197/24 199/9 199/19 200/10 204/6 204/9 204/11 204/17 207/2
**shirts [1]** 194/11
**shoddy [1]** 87/21
**shoot [8]** 160/24 161/1 161/3 162/10 162/19 165/15 165/22 165/23
**shooting [8]** 62/25 66/8 144/9 144/10 144/19 144/25 161/12 165/17
**shoots [1]** 165/8
**short [9]** 14/9 19/22 33/20 84/21 107/17 134/12 192/22 203/9 212/22
**short-staffed [1]** 33/20
**shorthand [1]** 98/25
**shortly [1]** 156/21
**shorts [1]** 155/12
**shot [4]** 70/14 164/17 164/22 164/22

## S

**should [19]** 16/5 19/3 19/4 19/18 20/8 20/9 25/23 32/8 41/21 85/18 119/14 133/22 173/23 179/24 180/13 184/11 186/3 212/14 214/6
**shouldn't [5]** 80/22 100/9 127/22 194/23 209/16
**shouting [1]** 188/8
**show [14]** 15/5 23/8 39/14 161/16 178/6 180/4 194/22 195/3 204/22 206/22 206/22 207/6 208/15 209/7
**showed [1]** 206/21
**showing [2]** 179/10 207/3
**shown [3]** 113/14 210/1 210/23
**shredding [1]** 212/19
**shut [1]** 109/13
**sic [5]** 57/20 59/19 59/19 59/22 62/10
**side [34]** 40/24 40/25 49/16 148/1 148/5 148/7 148/23 150/7 151/6 151/8 151/8 151/14 152/6 152/8 152/8 153/14 153/17 154/5 154/6 154/6 156/4 156/16 156/25 167/2 170/23 170/24 170/25 170/25 172/6 172/15 173/3 173/4 185/16 197/12
**Sidebar [1]** 135/25
**sides [1]** 113/3
**sight [1]** 206/7
**sign [1]** 195/9
**Signed [1]** 215/9
**significant [2]** 158/20 158/25
**signs [1]** 49/16
**Sikes [1]** 54/11
**silent [5]** 44/3 44/5 44/24 45/21 83/9
**silly [1]** 201/20
**similar [9]** 41/9 74/8 143/6 145/20 145/25 151/10 155/9 156/22 171/25
**simply [2]** 17/12 41/11
**simulcast [5]** 18/2 18/5 18/25 19/9 20/8
**since [7]** 27/17 44/6 44/6 71/23 117/1 171/14 195/4
**single [2]** 21/11 194/21
**sir [85]** 6/24 27/1 27/20 27/24 30/7 30/22 32/21 33/7 34/12 34/23 35/4 56/1 56/12 56/23 60/9 60/9 61/15 61/19 62/12 65/25 67/9 68/10 68/24 69/20 69/24 70/1 70/12 70/20 70/22 71/21 72/7 78/21 80/6 80/15 80/19 80/25 86/12 87/2 88/12 88/15 88/20 88/25 89/4 89/5 90/3 95/12 96/2 96/9 97/3 107/13 108/2 108/22 109/2 109/4 110/1 114/15 115/19 115/21 156/18 160/1 161/6 162/7 162/14 163/12 163/14 166/20 167/16 168/7 168/7 171/13 172/22 176/8 181/11 197/7 197/13 197/19 198/8 198/15 198/17 203/22 203/25 207/22 208/1 213/13 213/20
**sister [2]** 149/1 149/13
**sit [3]** 141/8 175/23 183/22
**sitting [2]** 139/12 140/15
**situation [4]** 37/2 120/17 125/16 186/1
**situations [2]** 203/14 205/7
**six [2]** 11/6 164/6
**size [2]** 167/18 167/23
**skipped [1]** 171/2
**skunk [1]** 206/15
**slanted [1]** 116/13
**slate [3]** 42/8 46/16 211/23
**slurs [1]** 182/8
**small [2]** 147/17 148/2
**Smart [1]** 162/10
**smarter [1]** 67/23
**smiling [1]** 128/3
**SMITH [17]** 1/17 6/7 10/21 12/7 14/1 50/5 50/8 50/13 50/20 52/18 53/3 53/12 141/24 161/13 168/5 175/7 195/17
**Smith's [1]** 161/11
**snacks [1]** 136/7
**Snyder [2]** 13/11 54/4
**social [14]** 64/23 65/6 68/21 70/9 70/13 98/8 98/8 102/9 110/9 111/8 112/13 115/23 143/1 210/11
**Socialism [1]** 158/13
**Sola [1]** 55/23
**sole [2]** 28/11 46/7
**solely [2]** 43/19 48/22
**solicit [4]** 62/24 75/9 84/25 97/19
**Solis [2]** 12/9 53/14
**some [84]** 16/6 16/20 17/15 17/25 18/13 19/6 20/9 20/19 23/20 24/1 24/11 24/12 24/13 27/15 40/23 41/5 46/10 54/13 54/23 58/8 59/15 61/25 62/22 62/24 66/12 67/10 70/5 71/8 72/12 73/14 74/13 74/16 74/17 75/9 81/15 82/24 97/18 97/19 98/13 98/15 105/4 109/7 112/2 118/13 118/14 119/5 119/18 120/19 122/2 123/18 124/5 124/17 126/23 129/6 129/7 133/1 136/23 137/5 137/7 140/22 152/24 153/2 155/15 156/21 157/4 158/12 158/12 158/13 159/24 162/9 170/12 171/5 171/10 171/10 177/6 178/22 180/17 181/23 184/21 185/8 187/16 202/23 203/6 209/23
**somebody [14]** 9/24 10/11 46/23 65/12 75/19 85/23 132/19 144/25 151/12 159/7 167/7 170/19 201/20 203/16
**somehow [1]** 16/15
**someone [7]** 55/5 83/12 121/15 133/6 179/21 182/16 184/18
**something [48]** 15/19 29/7 32/9 33/11 44/12 46/1 47/10 64/23 65/15 70/16 70/18 87/22 109/9 109/12 111/10 118/23 121/1 135/16 135/17 138/12 143/5 145/18 149/2 149/12 150/19 151/15 155/23 156/10 156/12 162/1 163/1 168/17 170/10 179/25 180/5 181/23 182/13 182/21 183/4 184/7 195/15 196/17 200/13 201/20 204/3 205/20 207/25 213/17
**sometimes [4]** 20/2 28/12 170/11 178/24
**somewhat [1]** 104/9
**son [4]** 34/15 77/2 77/3 152/11
**son's [1]** 34/17
**song [14]** 1/8 2/6 2/9 2/10 6/17 6/19 6/19 8/4 20/13 56/5 56/14 56/15 140/23 198/18
**sons [1]** 211/1
**soon [6]** 17/19 21/4 55/19 137/4 194/19 208/10
**sorry [40]** 7/17 8/21 30/8 31/24 42/25 72/4 73/16 78/21 86/5 107/22 110/24 114/21 127/21 134/22 135/15 137/17 144/6 144/16 150/9 153/10 159/10 161/15 163/10 165/1 165/5 167/4 170/5 172/9 173/16 173/25 176/3 176/14 180/19 180/25 184/4 185/22 188/25 189/11 212/1 214/8
**sort [10]** 32/16 157/5 158/14 160/17 160/25 165/8 171/9 182/10 195/19 204/2
**SOTO [22]** 1/10 1/11 3/9 3/15 7/12 7/16 7/20 20/14 20/15 59/9 59/14 59/16 59/17 59/19 59/19 59/22 60/1 60/8 60/23 60/23 202/3 202/16
**sought [1]** 207/1
**sound [1]** 54/22
**sounds [6]** 72/5 82/4 86/13 88/1 97/15 108/23
**source [4]** 32/23 63/9 63/12 105/14
**Southern [1]** 16/21
**space [4]** 9/12 14/9 18/20 19/13
**Spain [2]** 158/20 159/1
**span [1]** 15/6
**spark [2]** 182/18 187/14
**speak [18]** 23/13 38/25 49/13 55/1 56/10 76/8 83/22 84/7 84/9 84/9 93/14 121/8 125/25 135/15 159/2 179/14 185/9 204/3
**speaker [2]** 17/18 21/3
**speaking [5]** 135/19 138/22 138/23 166/22 172/24
**special [23]** 11/17 26/15 50/11 53/21 53/21 53/23 53/24 53/24 53/25 53/25 54/2 54/2 54/3 54/3 54/4 54/5 54/6 54/8 54/8 54/9 54/15 54/16 54/17
**specific [11]** 17/25 19/13 40/12 50/3 74/14 74/17 97/18 100/8 129/7 202/20 213/9
**specifically [13]** 98/11 110/23 110/25 143/12 143/17 158/25 193/10 194/9 204/24 205/10 205/12 213/24 214/1
**Speckhard [1]** 55/22
**speech [5]** 33/9 33/15 33/20 124/19 196/11
**speeches [2]** 141/15 141/17
**speeding [1]** 150/20
**spend [1]** 198/4
**spitting [1]** 179/12
**split [1]** 15/25
**spoke [4]** 74/25 75/5 75/8 139/1
**Spurlock [2]** 12/14 53/18
**St [11]** 2/14 2/18 2/18 7/1 57/11 57/12 57/14 57/19 57/20 58/11 200/7
**stacks [1]** 182/5
**staff [7]** 18/13 18/19 49/3 50/13 51/5 58/19 204/2
**staffed [1]** 33/20
**stage [1]** 23/23
**staircase [2]** 27/14 36/5
**stairs [7]** 27/7 27/13 27/17 27/19 36/9 36/12 36/17
**stamina [1]** 32/6
**stand [25]** 11/4 19/17 19/21 24/22 24/25 27/2 50/6 50/25 56/6 56/22 58/14 59/10 59/20 59/23 60/9 61/25

**S**

**stand [9]** 63/5 107/13 145/18 153/5 161/16 161/23 184/24 188/16 210/18
**standard [2]** 202/13 212/15
**standards [1]** 205/5
**standing [4]** 59/21 62/5 199/19 199/20
**start [11]** 10/7 19/25 31/17 97/24 148/23 171/13 173/5 181/22 188/20 194/16 212/25
**started [5]** 9/13 92/25 117/2 201/2 209/24
**starts [1]** 34/14
**state [16]** 29/16 29/19 35/20 46/22 48/2 48/6 67/7 67/8 71/24 89/20 89/21 180/6 186/16 189/7 191/25 210/10
**stated [3]** 85/18 142/10 146/4
**statement [10]** 52/22 109/19 188/1 188/2 188/4 188/5 189/14 189/15 189/15 205/17
**statements [5]** 14/25 48/15 94/8 136/21 146/16
**states [48]** 1/1 1/4 1/15 1/18 6/3 6/5 6/7 15/3 17/20 20/12 20/18 21/4 21/5 22/10 23/12 23/14 43/19 43/23 44/3 44/21 45/4 45/23 50/3 50/4 50/5 50/21 57/18 61/23 125/14 130/12 136/14 136/20 137/9 137/11 137/13 137/19 141/3 141/5 141/20 150/23 191/24 196/2 203/10 203/21 205/2 205/21 211/24 215/8
**stations [1]** 124/15
**statute [3]** 166/3 166/4 166/7
**statutes [1]** 166/4
**stay [8]** 25/20 30/2 30/10 84/4 126/12 127/8 192/19 201/19
**stayed [1]** 8/20
**steak [1]** 126/7
**steep [2]** 27/15 36/4
**stenography [1]** 4/5
**step [6]** 8/18 17/8 52/17 127/18 192/20 192/24
**stepbrother [1]** 82/1
**stepmom [1]** 31/21
**stereotyped [1]** 150/14
**Steven [1]** 55/7
**Stevenson [1]** 21/1
**stick [2]** 39/8 70/8
**still [23]** 23/19 32/6 70/13 73/14 81/20 102/15 105/24 106/20 111/22 113/13 143/20 151/25 158/6 183/13 183/19 191/9 196/9 196/16 210/2 210/3 210/7 210/8 210/24
**stipulate [1]** 48/11
**stole [1]** 151/20
**stone [1]** 188/13
**stood [1]** 109/14
**stop [5]** 26/25 124/4 150/18 191/16 191/19
**stopped [1]** 156/21
**stopping [1]** 182/10
**stories [6]** 68/12 97/21 102/7 103/12 109/16 109/20
**story [6]** 69/21 70/8 104/18 185/10 185/14 185/15
**Stout [1]** 54/14
**Street [12]** 1/19 1/23 2/3 2/14 2/19 3/2 3/9 3/12 3/21 4/2 154/10 215/17
**streets [2]** 154/25 155/24
**stricken [1]** 24/13
**strictly [1]** 10/3
**strikes [2]** 41/1 208/24
**strong [55]** 98/4 98/18 99/19 100/2 100/4 100/17 101/19 103/3 103/6 104/7 104/10 104/11 104/13 104/23 105/1 105/4 105/13 107/10 108/10 108/12 108/15 108/17 115/2 115/7 116/8 116/24 117/1 117/1 117/4 117/13 117/22 118/14 119/6 119/18 120/3 122/9 122/13 122/21 123/19 124/24 129/7 132/5 132/7 132/9 144/10 144/21 144/24 154/1 171/11 174/6 174/7 174/9 174/25 175/22 176/4
**strongly [30]** 99/1 99/2 99/3 100/20 101/23 105/15 106/19 108/24 109/9 110/12 110/14 110/16 111/11 112/1 112/13 113/6 122/18 145/9 145/10 146/8 172/23 188/1 188/1 188/22 188/23 189/1 189/2 189/13 189/14 190/25
**student [1]** 134/23
**students [2]** 154/20 156/22
**studied [4]** 158/14 159/11 159/19 205/5
**studies [1]** 15/5
**stuff [14]** 49/15 66/23 67/11 67/24 74/13 92/20 99/8 103/1 106/10 109/8 124/24 136/8 158/23 169/21
**subject [3]** 15/13 132/10 140/2
**substitute [1]** 33/18
**succinct [1]** 15/11
**such [9]** 32/16 66/23 119/18 144/10 144/10 164/8 169/15 204/20 213/18
**suffer [1]** 26/14
**suffers [1]** 32/22
**sufficient [1]** 145/8
**suggest [1]** 204/3
**suggesting [1]** 195/10
**suing [1]** 92/10
**suit [1]** 135/2
**Suite [8]** 1/19 1/24 2/3 2/7 2/11 2/15 3/3 3/16
**summer [3]** 63/2 68/3 68/8
**summons [2]** 65/21 178/7
**Sunday [1]** 52/6
**super [2]** 52/6 135/16
**support [4]** 99/1 101/23 101/25 133/5
**supporting [1]** 156/9
**supportive [1]** 143/10
**supposed [2]** 32/15 196/19
**sure [45]** 9/15 10/10 14/20 16/2 19/7 22/11 24/18 25/14 34/13 34/21 36/22 54/25 66/17 78/25 85/17 87/5 87/13 93/14 97/8 104/16 106/21 113/4 117/12 120/9 128/18 128/25 133/21 134/24 138/1 138/3 149/3 173/15 173/17 175/2 182/15 195/19 195/23 196/5 197/2 199/1 202/6 202/12 211/21 213/6 214/5
**surgeries [1]** 32/3
**surgery [1]** 35/23
**surprised [2]** 194/25 200/12
**Susan [2]** 54/12 57/7
**suspect [2]** 62/24 211/16
**suspended [3]** 95/20 95/20 95/22
**sway [1]** 205/16
**swear [3]** 10/1 77/16 114/10
**switch [1]** 116/2
**sworn [3]** 13/6 14/3 24/4
**system [6]** 42/21 115/10 137/19 210/3 210/5 210/5
**systems [1]** 138/5

**T**

**T-shirt [3]** 193/11 197/24 207/2
**tactics [4]** 122/19 143/11 143/21 162/14
**TAFT [3]** 3/19 8/1 62/4
**tag [1]** 24/17
**tags [1]** 72/4
**TAILIM [3]** 2/9 6/19 56/15
**tailored [1]** 19/13
**take [41]** 8/4 10/8 19/19 20/6 20/6 23/16 28/15 30/24 32/12 32/12 32/17 35/7 35/17 36/5 37/3 37/11 58/7 74/5 79/20 83/18 83/19 84/3 84/17 100/9 119/24 123/2 126/5 126/10 132/6 140/23 141/18 177/1 192/12 192/18 192/20 203/8 203/12 209/6 212/8 212/9 213/1
**taken [14]** 17/2 19/22 84/21 115/3 115/16 136/16 137/3 161/24 162/2 162/3 172/25 192/22 203/9 212/22
**takes [2]** 20/2 25/18
**taking [6]** 28/19 30/12 132/12 140/22 141/11 144/22
**talk [36]** 10/8 19/7 40/15 41/5 43/5 48/8 48/25 49/10 62/18 70/15 80/23 90/14 90/16 114/24 121/2 121/3 121/13 122/3 122/7 124/6 124/25 125/4 125/7 125/23 126/16 126/23 140/2 158/23 160/18 168/17 168/18 178/13 178/22 184/17 211/14 211/18
**talked [8]** 153/21 153/23 158/8 158/10 160/16 160/17 184/6 204/10
**talking [20]** 65/7 65/18 66/16 66/20 74/14 95/19 98/12 114/18 126/24 134/3 143/12 143/15 143/16 164/25 166/22 167/25 178/19 178/19 181/21 186/17
**talks [1]** 169/20
**Tanner [1]** 60/3
**targed [1]** 146/22
**targeted [1]** 146/25
**targets [1]** 162/19
**Tarrant [16]** 8/15 29/21 76/14 78/6 78/11 78/23 80/17 89/11 92/12 92/13 93/20 93/25 94/14 94/25 96/15 97/9
**tased [1]** 71/21
**Task [4]** 53/22 53/23 54/4 54/9
**taxpayers [2]** 125/19 207/16
**Taylor [1]** 3/21
**teach [1]** 162/8
**teacher [1]** 134/23
**team [18]** 50/7 50/20 51/1 55/14 56/3 56/7 56/20 56/23 57/1 57/13 58/15 58/25 59/11 59/24 62/1 62/5 129/20 129/21
**Tech [2]** 13/13 54/5
**technically [1]** 167/3

## T


**tees [5]** 193/10 205/10 205/12 213/24 214/1
**Telephone [16]** 1/20 1/25 2/4 2/8 2/12 2/16 2/20 2/23 3/4 3/7 3/10 3/13 3/17 3/22 4/3 215/18
**television [1]** 21/19
**tell [57]** 21/6 21/7 22/7 24/15 26/12 28/5 28/7 31/25 32/11 32/14 32/15 45/9 45/17 48/17 66/5 67/15 71/9 72/10 74/23 75/21 77/20 79/25 80/15 83/24 84/1 85/8 89/2 91/2 91/13 95/18 96/19 99/16 102/20 109/13 113/13 116/10 120/22 123/7 125/25 127/23 133/25 139/9 150/11 163/16 179/5 181/3 181/20 184/24 185/16 193/1 196/13 198/6 204/9 204/11 204/15 211/7 213/19
**telling [7]** 32/15 45/1 47/4 47/9 103/12 108/23 113/24
**tells [1]** 187/22
**temporary [1]** 29/5
**ten [4]** 40/3 40/4 94/6 201/3
**tend [2]** 38/3 182/17
**tendency [1]** 187/4
**tension [2]** 182/18 187/13
**term [2]** 9/18 120/16
**Termin [2]** 12/25 53/25
**terms [2]** 33/14 201/23
**terrible [1]** 149/7
**terribly [1]** 202/20
**testified [1]** 201/4
**testifies [2]** 47/4 157/24
**testify [10]** 10/2 14/11 43/20 44/8 45/6 46/9 46/24 47/6 157/4 209/11
**testifying [2]** 10/7 157/17
**testimony [22]** 9/21 9/23 10/9 10/10 10/14 10/15 10/17 11/12 14/7 46/9 46/10 46/13 46/25 47/19 48/9 48/16 119/24 158/12 164/16 205/17 207/9 207/10
**TEXAS [48]** 1/2 1/5 1/19 1/20 1/24 2/4 2/8 2/11 2/15 2/20 2/23 3/3 3/6 3/10 3/13 3/17 3/20 3/21 4/2 20/19 20/24 22/2 23/22 53/18 53/19 53/19 62/21 67/7 67/8 72/3 77/14 77/15 77/18 77/21 100/16 105/1 108/18 121/6 131/18 160/7 160/11 160/19 193/10 205/12 213/24 215/12 215/13 215/17
**TFO [2]** 53/22 53/23
**than [32]** 8/8 10/9 15/7 26/7 27/7 27/15 36/9 46/4 73/19 74/25 75/5 75/7 81/8 83/6 95/3 113/12 123/11 126/10 135/20 138/6 151/12 151/24 169/2 175/17 179/10 184/20 192/1 194/22 196/10 208/18 211/3 212/24
**thank [157]** 6/20 6/24 7/6 7/25 11/19 14/1 14/6 14/19 19/25 20/17 22/2 23/3 27/25 28/1 28/21 29/14 29/14 30/4 30/20 30/25 31/13 31/22 33/7 33/25 34/6 34/24 34/25 36/14 36/20 38/16 38/24 40/9 44/1 46/5 47/20 49/22 50/1 51/2 51/12 52/12 55/3 55/15 55/25 56/1 56/4 56/18 56/24 57/19 58/10 58/12 59/18 59/21 59/25 60/9 61/20 62/2 62/12 64/2 64/19 64/21 65/25 73/9 74/3 74/4 76/6 76/12 76/22 78/7 78/19 79/3 79/18 81/10 81/22 84/14 84/20 89/1 89/5 92/6 93/3 94/11 94/21 99/18 101/16 110/1 110/3 111/21 112/23 114/24 115/17 115/18 116/1 116/18 116/21 117/20 118/10 120/8 122/20 126/18 126/21 128/7 131/25 133/3 133/17 134/3 134/10 135/11 140/18 140/20 145/3 146/6 147/2 148/10 151/5 152/5 153/16 156/3 156/15 156/24 158/2 167/15 167/15 168/20 170/14 170/18 171/23 172/5 172/12 172/14 172/20 173/2 173/11 175/8 175/9 176/1 176/7 176/18 176/22 178/1 178/2 181/2 181/8 181/19 182/11 182/22 183/11 183/20 183/22 184/13 185/4 185/17 186/12 187/23 192/9 202/15 205/4 211/10 212/5
**Thanks [3]** 131/21 143/3 164/12
**that [823]**
**That'll [1]** 57/3
**that's [128]** 9/18 10/2 13/21 14/21 15/7 16/10 16/11 17/12 22/5 23/5 23/19 23/23 23/24 24/15 25/13 25/17 28/8 29/7 30/25 32/9 42/14 46/11 55/1 55/8 63/7 66/11 66/23 70/17 70/25 72/8 73/17 74/13 77/19 79/2 79/18 85/5 86/20 90/6 91/1 94/4 96/8 96/10 97/11 97/20 101/7 101/8 103/13 104/12 104/25 106/10 108/13 109/8 109/16 109/18 111/5 114/17 115/3 115/14 119/1 119/2 119/19 121/16 125/14 125/15 127/18 128/24 130/4 130/7 134/2 136/8 137/17 137/25 138/9 138/13 139/17 139/18 140/9 140/24 142/5 142/13 143/4 146/5 155/5 157/14 159/4 160/4 162/13 163/23 164/19 165/11 165/21 167/3 167/25 169/24 171/12 175/4 180/5 180/5 182/18 184/9 188/5 193/8 193/9 194/9 194/14 194/18 195/10 195/20 197/2 197/16 198/1 198/16 198/23 200/3 201/3 201/10 201/15 201/25 202/11 202/19 203/23 205/20 206/5 207/7 208/10 210/19 210/23 211/18
**thataway [1]** 188/12
**their [35]** 15/9 15/10 16/4 24/16 32/16 33/15 37/8 40/19 42/25 43/1 45/22 45/25 46/9 46/13 46/25 75/4 122/19 127/9 141/12 142/4 160/19 161/5 167/7 172/18 184/23 185/2 185/10 196/15 196/15 202/11 205/22 206/4 207/11 210/21 214/8
**them [52]** 25/16 30/12 30/13 30/14 30/18 33/12 39/14 39/16 41/13 45/5 47/6 47/11 47/14 52/4 52/6 54/23 71/23 71/25 80/10 84/9 92/15 100/18 112/9 113/11 117/23 118/22 125/1 127/6 130/14 133/8 133/10 133/10 138/23 139/14 139/22 160/4 163/4 165/12 165/15 165/17 170/13 180/4 182/25 194/12 194/19 196/16 197/22 205/24 206/12 206/13 209/20 211/18
**themselves [8]** 42/15 62/14 116/25 148/16 151/10 153/25 160/21 213/8
**then [47]** 7/15 7/22 9/22 10/6 10/23 17/19 17/21 21/1 21/5 24/12 25/19 28/24 30/17 34/22 42/15 44/12 46/23 50/10 50/17 52/16 55/6 55/20 62/7 66/9 74/17 79/20 82/24 93/8 94/8 110/6 129/4 138/19 139/20 140/17 141/8 154/21 156/5 156/17 156/20 181/22 187/6 187/15 189/18 192/16 195/14 198/4 207/2
**therapist [3]** 33/10 33/16 33/21
**therapy [1]** 33/15
**there [133]** 7/7 7/24 8/21 9/7 10/4 10/14 14/4 14/22 14/23 17/16 18/6 18/7 19/3 20/4 24/5 26/2 26/14 28/16 29/21 33/16 34/10 35/2 39/7 41/19 42/12 42/24 43/15 43/22 44/14 47/12 47/15 47/17 56/16 59/3 59/6 59/6 59/15 63/16 66/1 66/18 66/24 67/13 69/10 70/13 73/21 78/20 79/10 82/14 82/18 82/21 84/16 85/4 87/1 87/21 88/11 91/1 91/8 91/9 91/17 92/15 92/16 93/7 94/8 94/9 96/6 96/22 97/20 100/11 100/17 104/5 104/13 106/11 107/2 108/18 109/19 110/11 111/10 111/13 116/20 119/3 119/22 123/7 123/12 124/14 124/16 124/16 124/17 124/24 125/22 127/7 128/3 129/8 129/11 133/25 135/2 136/23 136/25 138/5 139/3 139/6 139/12 140/21 141/18 143/25 144/4 149/2 150/8 150/18 152/24 154/22 157/24 161/18 162/11 163/13 164/5 164/15 178/15 178/20 182/6 183/2 184/2 184/9 184/14 186/3 186/14 198/9 199/20 200/13 202/10 202/23 206/9 207/18 209/4
**there's [47]** 9/17 11/3 20/24 22/21 32/9 33/17 39/12 45/3 52/23 62/22 65/3 71/2 81/11 99/7 100/5 100/8 104/5 105/10 105/21 106/15 113/22 115/6 116/11 117/4 117/10 118/14 121/22 124/11 136/24 137/5 137/24 141/12 157/15 170/19 171/5 173/23 174/3 175/10 177/13 187/13 195/11 195/23 197/24 199/17 199/18 202/23 206/14
**thereby [1]** 19/10
**therefore [6]** 16/1 33/12 40/21 42/6 42/19 213/8
**these [51]** 16/15 16/20 17/1 17/2 18/11 18/20 23/5 25/4 36/25 39/5 39/14 44/2 48/13 54/11 54/13 57/5 74/6 79/20 80/4 83/25 89/20 89/21 90/20 92/1 101/9 102/7 103/12 109/20 109/20 111/14 119/2 119/15 119/15 124/1 134/21 136/25 137/14 137/18 137/21 140/2 145/13 153/24 158/14 158/14 170/1 178/24 191/21 192/6 199/9 205/13 206/6
**they [87]** 15/9 17/6 23/5 25/4 27/7 29/12 29/17 29/19 37/9 41/1 42/19 44/23 45/2 45/5 46/24 47/4 47/8 49/12 49/13 49/15 49/15 52/17 54/22 55/20 59/8 59/20 71/25 77/6 87/8 92/24 94/10 94/15 95/1 95/19 101/13 121/21 122/5 122/5 130/3 130/7 130/13 130/13 130/15 131/15 131/16 132/12 132/19 132/24 133/6 133/12 133/14 137/10 138/3 139/5 139/11 139/24

# T


**they [31]** 139/25 140/6 142/1 148/12 150/19 153/21 154/10 157/4 157/17 158/3 158/10 159/1 161/20 165/15 169/8 178/7 182/17 185/2 185/9 185/10 185/25 186/4 196/19 201/6 201/24 205/23 205/25 206/1 206/1 211/7 211/7
**they'll [1]** 50/16
**they're [22]** 11/13 19/5 29/12 29/21 32/15 42/8 43/16 45/1 47/1 47/14 51/7 100/25 102/13 116/24 124/20 157/4 157/17 161/19 167/12 185/13 207/11 208/12
**they've [3]** 136/14 173/6 177/4
**thing [37]** 11/8 16/13 23/5 23/11 24/15 27/8 32/16 48/18 54/25 75/18 77/19 86/1 113/19 118/19 120/2 122/5 125/10 151/15 155/6 157/5 160/18 160/25 164/8 165/9 167/8 169/16 169/25 175/19 181/22 182/10 183/24 185/1 185/2 197/15 201/14 201/19 211/2
**things [35]** 14/22 15/1 15/9 16/6 19/7 22/5 41/5 48/10 65/19 66/22 83/19 98/7 98/15 102/13 104/3 104/11 107/11 115/22 126/19 126/23 136/25 137/14 139/12 153/2 157/4 170/1 178/21 178/23 178/24 181/6 185/20 186/16 187/14 194/1 205/13
**think [178]** 9/4 9/11 10/21 11/6 15/18 16/15 18/7 25/4 25/21 27/6 27/21 36/21 37/13 38/7 38/12 38/22 52/1 57/23 59/19 61/12 63/17 64/13 64/22 65/3 65/5 65/9 66/22 67/1 67/2 67/24 68/8 69/18 70/17 70/21 70/23 71/2 71/18 71/21 71/24 72/8 72/24 73/1 74/16 77/10 77/24 78/25 79/11 79/14 82/11 82/14 82/17 82/21 83/17 85/21 86/19 89/16 91/1 95/15 97/19 99/4 100/11 100/19 100/22 101/3 101/4 101/12 101/22 102/2 102/5 102/6 102/15 103/9 104/11 104/15 104/22 104/23 105/16 106/15 107/3 107/20 107/22 107/24 108/5 108/19 109/10 109/12 109/18 110/17 110/22 111/3 111/6 111/15 112/5 112/7 112/9 113/12 113/15 113/17 114/13 114/15 115/6 116/10 118/7 120/23 121/22 121/24 122/1 122/6 123/8 123/21 124/16 128/7 133/2 133/13 133/22 133/25 143/3 143/5 143/18 144/1 144/3 144/5 145/4 145/7 145/8 145/9 145/25 146/20 152/21 154/13 156/5 159/21 159/21 165/21 168/2 169/5 169/9 169/25 170/4 170/19 171/17 173/15 174/11 175/22 177/19 181/16 181/17 183/17 185/7 185/8 191/11 191/20 192/12 193/14 194/9 194/15 195/15 195/20 195/25 196/21 196/23 199/8 199/13 199/23 200/7 200/18 200/19 200/20 200/24 201/7 202/7 202/8 208/16 208/18 209/15 210/1 210/23 212/9
**thinking [4]** 65/20 66/9 73/13 174/24
**third [4]** 27/13 75/17 87/1 150/4
**this [383]**
**Thomas [3]** 22/21 30/5 54/12
**those [58]** 11/6 11/7 17/10 19/2 22/13 33/14 54/20 54/22 55/9 57/9 58/24 67/25 68/7 68/12 70/5 77/10 83/1 97/5 99/4 100/17 103/6 103/9 104/13 106/20 107/12 108/12 108/19 112/4 112/6 113/5 117/3 117/9 117/11 126/15 128/23 132/9 137/10 138/18 143/20 145/14 160/23 161/3 162/3 164/21 169/12 175/23 176/6 178/15 179/5 179/7 179/17 181/20 182/9 184/20 207/19 211/12 211/13 215/7
**though [14]** 8/17 24/1 30/11 41/4 47/8 92/24 106/18 107/4 109/13 113/13 127/2 127/20 158/3 170/13
**thought [7]** 66/3 128/12 134/21 158/10 169/2 185/2 195/6
**thoughts [1]** 178/18
**thousands [2]** 207/16 214/3
**threat [4]** 26/4 26/5 26/10 123/25
**threatening [2]** 130/2 130/9
**three [39]** 16/9 21/22 21/24 22/4 22/10 22/13 25/8 25/13 25/18 25/24 26/20 26/21 27/22 28/3 28/23 30/1 30/13 32/6 32/19 35/21 58/20 93/7 178/10 179/5 179/7 179/17 188/2 188/5 188/7 189/4 189/6 190/1 190/7 190/8 190/12 190/19 190/20 195/5 201/2
**threw [1]** 167/7
**through [16]** 8/5 20/5 51/19 72/14 79/20 93/7 104/9 124/12 143/19 152/25 159/17 186/8 205/17 207/10 207/24 209/9
**throughout [2]** 58/20 156/22
**throw [5]** 7/9 7/11 59/3 182/5 214/6
**throwing [2]** 179/12 181/6
**throws [1]** 196/9
**ticket [5]** 71/19 72/2 95/10 151/12 178/14
**tickets [2]** 71/23 72/1
**tight [3]** 8/13 20/4 21/13
**time [100]** 8/4 10/2 10/5 10/21 14/2 14/6 14/11 14/16 14/25 15/4 15/9 15/22 15/25 16/2 16/11 20/1 22/17 22/17 25/13 25/17 25/22 26/6 26/11 26/16 28/9 28/11 29/15 31/24 32/5 33/13 36/5 38/8 38/13 40/11 43/5 49/4 50/2 55/13 66/13 68/22 68/24 70/14 72/10 83/17 84/2 84/23 93/17 111/22 114/22 118/2 118/17 124/4 126/14 127/4 133/16 136/19 138/24 140/22 140/23 140/25 141/1 141/12 141/14 149/11 151/19 152/11 159/1 176/2 176/20 176/21 176/22 177/2 177/6 177/8 177/10 177/16 177/18 191/22 192/1 192/1 192/6 200/15 200/22 200/25 201/12 201/13 203/22 207/16 208/12 208/14 208/21 208/22 209/9 211/10 212/1 213/5 213/8 213/9 213/19 214/8
**times [10]** 9/16 14/10 16/9 23/1 43/8 44/7 164/1 164/7 199/24 207/23
**tired [3]** 186/14 186/15 186/17
**tires [1]** 162/24
**today [34]** 6/16 18/1 20/21 28/19 29/11 29/13 30/14 40/22 48/25 55/18 56/15 60/2 60/5 62/5 69/6 137/3 169/25 175/23 177/1 178/3 178/5 178/20 178/23 182/2 186/17 194/5 197/8 206/25 210/1 210/23 212/2 213/6 213/22 213/25
**today's [1]** 63/10
**together [5]** 24/12 70/15 93/17 147/6 211/4
**TOLBERT [7]** 2/13 2/14 6/23 56/22 56/22 56/25 198/24
**told [16]** 8/9 39/4 59/2 74/12 82/9 101/13 107/3 123/9 123/11 128/11 136/2 138/7 139/22 174/22 175/5 209/24
**tolerated [1]** 15/12
**tomorrow [4]** 29/9 29/12 31/21 125/18
**too [12]** 33/25 34/13 111/16 128/8 134/3 139/21 149/11 160/11 160/12 160/20 160/22 167/21
**took [11]** 21/14 21/19 26/12 29/18 95/21 119/1 125/2 150/16 152/20 153/6 210/16
**tool [1]** 172/4
**toolbox [1]** 16/23
**tools [2]** 16/23 138/8
**top [1]** 162/24
**topic [2]** 164/14 164/15
**topics [1]** 178/19
**total [2]** 16/3 177/2
**totalitarian [1]** 23/6
**totally [1]** 156/10
**touched [1]** 153/19
**touching [1]** 145/12
**tough [5]** 21/24 26/12 32/7 135/24 149/3
**tour [1]** 84/3
**toward [2]** 100/24 133/11
**towards [3]** 22/22 112/2 200/1
**town [3]** 13/14 147/24 147/25
**track [1]** 126/15
**tracked [2]** 169/10 169/11
**traffic [4]** 91/23 95/10 150/18 151/12
**Training [1]** 162/15
**transcript [4]** 1/14 4/5 215/4 215/6
**transcripts [1]** 138/15
**transparency [1]** 19/12
**traveling [2]** 150/14 150/23
**travels [1]** 28/17
**treatment [1]** 185/25
**tremendous [1]** 205/6
**trial [71]** 9/12 9/20 13/4 14/13 14/15 15/10 15/14 16/18 17/7 17/13 18/1 18/10 19/15 20/11 21/14 21/19 21/22 22/18 22/23 23/18 23/23 25/10 25/15 25/15 34/14 40/13 41/4 42/7 50/7 50/17 50/18 50/20 50/25 55/13 56/3 56/7 56/20 58/19 58/20 58/25 60/4 61/18 62/1 62/19 65/15 67/20 70/11 77/18 85/6 90/7 91/9 91/16 118/25 124/7 124/10 133/10 152/19 163/2 196/1 196/18 197/2 200/3 205/6 206/17 206/25 208/12 208/15 209/17 212/21 212/25 213/1
**trials [2]** 17/16 20/23
**tried [9]** 8/7 8/8 8/10 21/21 40/20 40/21 125/7 138/22 201/3
**tries [2]** 124/25 209/11
**trigger [3]** 163/10 163/24 164/2

**T**

**trip [1]** 28/13
**trouble [5]** 10/18 39/23 93/13 140/11 149/10
**truck [2]** 33/2 96/23
**true [8]** 23/19 114/1 117/7 129/16 144/5 145/22 154/24 215/4
**Trump [7]** 171/8 171/11 172/3 195/10 199/10 206/2 206/2
**trust [3]** 10/3 13/6 115/10
**truth [9]** 26/12 45/2 47/5 47/9 71/3 99/16 140/20 211/21 214/4
**try [19]** 16/23 16/24 20/5 38/25 55/4 84/9 99/10 99/11 99/13 105/22 112/14 112/19 124/16 126/21 139/23 142/14 208/15 209/16 213/2
**trying [25]** 15/2 15/4 16/15 30/17 36/22 95/16 95/23 100/7 112/24 123/3 123/25 124/23 132/21 132/22 137/20 138/9 139/25 140/7 175/11 175/20 177/1 197/17 209/17 211/8 212/10
**tube [1]** 165/8
**Tuesday [2]** 194/17 194/18
**turn [9]** 111/7 138/19 138/20 141/20 181/23 183/24 211/5 212/13 212/14
**turned [5]** 19/5 19/8 127/2 176/25 204/8
**TV [2]** 67/21 109/16
**twice [2]** 75/14 164/9
**two [30]** 25/12 25/18 25/24 26/20 27/22 28/13 28/24 29/16 32/3 63/11 67/14 90/20 92/1 97/4 102/13 139/6 139/12 139/20 152/12 188/7 189/24 190/5 190/9 190/10 190/11 190/13 190/14 190/17 190/21 209/13
**Tyler [1]** 55/5
**type [17]** 23/5 31/9 33/1 50/3 71/13 71/13 85/11 85/16 85/17 85/24 87/4 87/13 89/7 89/12 118/16 195/16 195/24
**types [1]** 143/20
**typewriter [1]** 138/16
**typically [3]** 180/5 182/3 182/16

**U**

**U.S [2]** 54/21 200/24
**uh [12]** 34/2 72/23 73/8 73/24 76/11 94/2 104/19 109/6 111/18 144/20 169/14 171/24
**Uh-huh [10]** 34/2 72/23 73/8 76/11 94/2 104/19 109/6 111/18 144/20 171/24
**ultimately [4]** 23/24 41/2 141/15 174/15
**Um [2]** 114/8 144/3
**unable [2]** 45/12 77/19
**unanimously [1]** 42/1
**unaware [1]** 106/11
**unbiased [1]** 174/5
**uncomfortable [1]** 32/15
**uncommon [1]** 128/20
**under [18]** 25/16 37/9 41/24 44/20 45/4 45/23 77/16 79/17 84/25 100/21 105/16 111/13 113/20 118/4 124/18 166/7 166/11 166/11
**underlying [3]** 153/9 153/13 153/15
**underneath [1]** 130/16
**understand [23]** 14/17 25/1 33/22 44/22 46/3 47/2 84/10 102/11 105/7 106/1 117/8 137/9 144/14 146/8 147/2 150/1 174/11 184/5 199/14 200/17 201/1 201/4 201/15
**understanding [3]** 158/10 166/19 183/3
**understood [2]** 97/9 200/4
**undue [1]** 26/15
**unduly [1]** 209/12
**unelected [1]** 23/3
**unemployed [1]** 31/7
**unfair [10]** 68/9 69/2 69/19 72/25 77/11 82/20 100/12 112/5 115/8 121/23
**unfortunate [1]** 207/15
**unfortunately [5]** 14/8 17/8 33/24 103/15 209/6
**unhappy [1]** 173/7
**unique [3]** 41/5 138/13 196/7
**Unit [1]** 2/19
**UNITED [47]** 1/1 1/4 1/15 1/18 6/3 6/5 6/7 15/3 17/20 20/11 20/18 21/4 21/5 22/10 23/12 23/14 43/19 43/22 44/3 44/20 45/4 45/23 50/3 50/4 50/5 50/20 57/18 61/23 125/14 130/12 136/14 136/19 137/8 137/11 137/12 137/19 141/3 141/5 141/20 191/24 196/1 203/10 203/21 205/2 205/21 211/24 215/8
**University [7]** 77/15 77/18 77/21 100/16 105/1 108/18 160/7
**unless [4]** 19/5 33/4 42/8 43/2
**unlike [1]** 196/17
**unprofessional [3]** 107/23 108/5 146/5
**UNSEALED [1]** 1/14
**unstable [1]** 28/12
**unsure [1]** 18/2
**until [19]** 8/5 10/2 10/5 17/11 25/21 42/1 42/3 46/15 46/18 47/6 47/11 47/13 47/19 83/22 84/8 119/9 124/9 193/1 201/6
**unusual [2]** 90/6 96/10
**up [108]** 8/19 9/22 10/7 13/6 15/25 16/5 18/1 18/6 19/3 19/5 20/8 21/9 22/23 22/24 23/6 23/8 23/13 25/12 27/7 27/12 27/17 27/19 30/5 32/12 32/12 33/14 36/1 36/9 36/16 37/23 38/8 38/12 39/5 41/2 46/11 46/14 47/19 49/15 52/12 60/9 60/11 63/11 70/11 72/10 77/25 83/20 84/5 84/8 88/18 88/18 94/15 95/7 97/25 103/19 104/7 106/5 109/14 110/15 120/20 124/2 126/13 127/18 127/18 133/2 135/14 138/25 141/22 141/25 143/18 143/20 154/8 157/24 161/10 161/16 161/23 162/19 163/2 163/2 165/15 167/8 167/14 168/10 169/24 170/10 171/12 173/16 174/18 176/25 177/10 177/13 182/5 182/17 182/24 183/5 184/24 187/16 188/16 193/5 193/6 194/20 195/22 202/18 208/15 208/24 209/6 211/14 211/18 213/2
**upon [2]** 24/22 118/24
**upsetting [1]** 109/15
**upstairs [1]** 213/4
**us [63]** 6/16 8/14 20/5 21/11 28/5 28/7 31/25 38/24 42/23 55/18 56/23 57/16 58/15 58/20 59/11 59/20 60/4 62/5 63/5 66/5 67/15 70/14 74/12 74/23 75/21 77/20 79/25 80/15 82/9 85/8 85/14 89/2 91/13 94/10 102/20 105/4 118/24 120/22 121/2 121/13 125/20 127/4 128/11 128/24 129/8 139/25 140/22 141/18 150/11 161/16 162/17 163/15 163/16 165/3 168/3 174/19 184/24 185/23 186/11 198/12 200/18 206/7 208/12
**use [15]** 9/18 16/22 83/19 138/8 179/24 180/11 193/24 193/25 194/5 202/13 205/16 206/14 207/1 213/8 213/18
**used [24]** 16/6 18/12 27/15 35/20 39/4 51/17 92/16 97/4 126/10 143/11 146/18 146/19 161/4 163/13 164/2 166/4 166/4 169/12 170/1 170/13 170/16 170/22 186/7 194/2
**using [7]** 27/10 166/10 172/3 172/4 176/24 179/11 179/23
**usual [1]** 20/20
**usually [4]** 33/19 162/9 176/25 181/6

**V**

**Van [2]** 12/23 53/24
**various [1]** 153/24
**vehicle [1]** 92/9
**vehicles [1]** 182/10
**venire [1]** 142/1
**venue [1]** 20/22
**Venus [2]** 53/17 53/17
**verbal [1]** 182/8
**verdict [12]** 42/17 86/4 86/6 86/9 88/1 89/23 92/21 92/22 93/23 94/19 196/16 200/19
**verify [1]** 135/11
**versus [10]** 95/20 179/6 179/6 179/17 179/18 182/2 187/4 187/17 187/19 198/10
**very [67]** 14/13 14/13 16/25 17/16 21/7 22/5 23/16 24/15 24/15 25/9 25/22 26/2 26/2 28/15 30/25 33/20 35/19 35/19 36/2 37/19 38/21 41/9 48/15 52/24 54/23 62/18 64/2 64/19 79/2 79/23 82/11 82/17 90/22 91/4 101/16 103/23 105/13 109/15 110/14 110/16 113/6 115/2 116/5 116/5 116/23 117/1 117/13 120/14 120/25 121/25 122/5 124/10 126/4 126/13 130/10 142/13 154/19 159/2 174/25 174/25 178/3 183/18 191/25 200/10 208/17 209/22 212/10
**via [1]** 207/24
**vice [3]** 17/20 21/5 21/10
**victim [3]** 149/21 153/15 153/20
**view [4]** 18/17 149/16 152/22 174/5
**viewed [1]** 214/6
**viewing [2]** 18/5 18/14
**viewpoints [1]** 210/21
**views [1]** 152/24
**violating [2]** 194/24 209/8
**violent [1]** 179/13
**Virginia [1]** 55/22
**virtue [1]** 40/19

## V


**visible [1]** 39/15
**visit [4]** 24/12 152/2 192/14 192/20
**visual [2]** 19/10 39/12
**voice [2]** 179/11 184/23
**voir [20]** 1/14 17/24 18/6 18/9 18/17 18/22 19/10 23/22 23/22 47/17 141/10 177/7 179/24 193/25 196/9 197/11 197/22 208/18 208/21 213/18
**VOL [1]** 5/2
**volatile [1]** 182/21
**VOLUME [1]** 1/13
**vote [5]** 22/23 22/24 23/17 197/4 200/4
**Voting [1]** 204/21
**vs [5]** 1/5 6/4 20/12 136/20 203/10


## W


**Wait [3]** 8/25 8/25 176/11
**waiting [6]** 25/7 29/13 49/7 124/15 142/4 208/10
**waive [1]** 8/14
**walk [4]** 84/3 178/13 201/18 211/18
**walked [1]** 199/22
**walking [1]** 35/6
**Wall [1]** 154/10
**Walter [1]** 68/17
**wand [1]** 8/14
**wander [1]** 126/12
**want [76]** 9/20 10/10 15/14 22/2 24/17 25/14 26/1 26/16 32/10 32/14 37/2 41/4 43/5 45/9 58/7 62/23 67/11 71/6 72/9 77/9 80/23 82/11 82/17 82/24 83/2 83/18 100/19 114/16 115/5 116/2 117/8 124/4 125/20 126/25 127/5 127/19 128/25 133/1 133/16 135/15 140/12 141/4 159/24 160/18 163/3 167/21 172/1 173/16 174/3 178/20 179/16 179/18 185/5 185/8 185/18 185/25 186/13 187/6 188/5 188/16 191/11 191/18 191/20 192/11 192/12 192/16 196/23 198/21 204/10 206/7 209/10 211/1 211/15 211/18 212/23 213/16
**wanted [10]** 60/9 97/7 109/13 134/24 135/11 141/25 166/21 176/9 176/13 203/12
**wanting [1]** 167/17
**wants [1]** 9/7
**war [1]** 211/1
**warned [1]** 210/17
**warning [4]** 141/8 141/21 177/8 209/13
**WARREN [5]** 2/18 2/18 7/1 57/11 57/14
**was [262]**
**wasn't [8]** 28/14 149/14 149/16 149/16 150/20 150/20 153/4 206/24
**waste [2]** 133/16 214/2
**wasted [1]** 214/8
**watch [5]** 52/6 73/15 105/14 111/4 139/23
**watching [3]** 21/18 64/10 72/21
**water [1]** 198/6
**Waxahachie [2]** 162/9 162/13
**way [72]** 8/5 17/12 23/7 23/23 23/24 41/11 44/11 44/17 45/3 45/15 45/16 46/3 52/2 63/5 67/23 68/11 73/22 82/21 83/2 98/4 98/25 99/7 99/20 100/2 100/5 100/10 100/13 101/20 101/22 103/3 104/13 105/20 105/21 108/24 111/13 113/22 115/5 116/11 116/13 116/24 117/4 119/5 119/7 119/23 120/3 120/11 120/24 122/13 122/21 122/24 124/12 132/14 134/1 149/14 151/22 159/17 172/24 177/13 183/7 186/24 187/10 187/19 189/10 193/24 194/2 195/23 196/16 196/21 206/14 206/15 211/4 211/5
**we [275]**
**we'd [2]** 158/19 198/25
**we'll [69]** 10/20 10/21 19/21 20/6 20/9 24/12 24/12 24/14 31/19 32/12 32/12 34/22 35/16 37/11 39/8 40/11 50/2 55/11 62/4 64/5 67/10 70/5 74/17 75/2 78/2 79/20 80/14 81/3 84/5 84/12 85/1 86/24 87/1 87/2 93/6 93/7 93/8 97/24 98/2 103/19 106/6 110/5 110/5 110/6 114/23 119/9 121/13 122/3 122/6 131/22 136/13 136/13 141/21 148/23 156/5 168/18 171/13 173/5 177/3 177/6 177/7 177/8 177/20 192/13 195/3 209/6 212/18 213/10 214/8
**we're [64]** 6/12 8/22 8/23 11/24 15/18 16/12 16/19 19/24 20/1 20/20 23/21 35/15 59/8 72/12 78/19 84/14 99/24 125/13 125/17 125/19 125/19 126/5 126/10 126/23 132/21 132/22 136/18 137/2 138/9 138/12 140/21 140/25 145/13 159/17 160/19 168/10 175/10 177/1 177/2 178/17 178/19 179/14 181/21 188/14 188/20 192/18 196/7 196/9 198/19 198/22 200/1 200/2 203/4 206/3 206/5 206/5 209/17 210/12 210/19 211/8 211/23 212/10 213/4 214/3
**we've [20]** 36/9 37/7 69/10 74/11 93/17 97/21 104/3 118/19 118/20 133/13 141/2 145/7 159/21 169/1 178/23 180/8 186/16 196/22 210/22 211/4
**weapon [2]** 130/14 130/15
**weapons [1]** 160/18
**wear [8]** 193/15 193/18 194/3 194/11 195/12 203/22 209/11 209/16
**wearing [13]** 131/11 131/12 155/11 193/11 195/9 195/10 197/15 197/17 197/25 201/20 203/17 204/2 207/11
**wedding [2]** 34/15 34/17
**weeds [1]** 167/21
**week [6]** 33/12 35/8 35/8 35/24 97/5 194/23
**weeks [15]** 25/12 25/13 25/18 25/24 26/20 26/21 27/22 28/3 28/13 30/13 32/6 32/19 35/21 178/15 201/2
**weigh [2]** 46/9 196/3
**weight [3]** 15/24 46/9 46/13
**WEINBEL [5]** 3/19 7/23 8/1 61/24 62/3
**welcome [2]** 20/17 22/1
**well [59]** 7/7 17/20 18/19 20/7 24/11 27/6 29/7 34/17 37/25 40/6 44/25 45/16 47/25 50/7 55/2 57/21 64/23 67/23 71/16 87/5 90/19 92/23 98/9 98/25 100/7 101/5 104/1 104/16 106/6 110/10 112/15 114/2 115/14 118/3 120/11 121/15 122/4 122/6 129/10 129/20 130/4 135/6 160/14 161/10 162/4 162/10 173/19 177/22 178/4 179/9 196/21 197/11 198/4 198/11 199/4 199/5 200/10 205/15 207/3
**went [17]** 17/19 21/22 60/11 61/3 77/20 81/16 95/1 133/9 147/6 148/5 152/25 154/25 155/5 156/19 160/11 201/2 205/5
**were [69]** 17/2 27/6 29/6 30/13 38/8 38/12 46/24 49/7 49/13 52/8 61/9 65/18 65/19 65/20 71/9 71/14 77/6 77/15 84/1 86/3 86/6 87/8 88/1 89/23 89/24 92/21 92/25 95/19 96/3 100/16 109/14 130/4 130/7 131/15 131/16 132/12 133/4 133/6 133/23 135/7 139/5 139/11 139/12 139/20 139/21 139/24 139/25 140/4 140/6 145/9 146/7 146/16 147/9 147/20 148/12 150/19 151/2 151/12 151/22 152/16 154/22 154/23 155/9 156/9 202/11 207/5 207/6 208/25 210/3
**weren't [2]** 57/17 111/23
**WFAA [1]** 73/13
**what [191]** 9/24 10/15 10/17 10/20 15/18 21/8 21/11 23/21 24/7 25/7 25/14 28/8 29/8 29/13 31/9 33/1 34/17 39/11 39/25 40/3 40/14 46/14 48/2 48/6 52/15 58/2 58/2 60/14 63/9 63/12 63/18 63/21 64/17 65/17 66/15 70/25 71/13 71/15 73/3 74/1 76/17 77/12 79/13 83/17 85/11 85/16 85/17 85/24 86/9 87/4 87/13 89/7 89/12 89/21 90/15 90/21 91/14 95/16 95/18 96/3 97/8 98/3 99/1 99/2 100/25 102/12 104/2 104/17 104/17 105/10 106/19 107/7 107/19 108/12 108/25 109/14 109/24 113/2 113/4 113/6 113/13 113/23 114/1 114/1 116/9 116/12 116/16 119/17 119/22 120/9 120/15 124/20 125/2 128/22 130/4 130/7 131/1 131/17 132/1 132/22 133/12 134/6 136/2 138/9 140/12 142/5 142/7 142/20 143/13 143/15 143/22 144/1 144/4 145/10 145/13 146/14 147/24 147/25 148/18 148/19 149/6 149/24 151/4 152/14 152/25 157/1 157/17 157/20 158/10 158/18 159/13 160/9 163/10 163/15 163/16 164/23 164/24 165/3 165/5 167/25 168/5 169/5 169/5 170/21 173/6 178/19 179/23 180/16 180/21 181/3 181/11 182/19 182/23 183/1 184/5 184/21 185/1 186/8 186/8 186/22 187/10 187/21 188/13 191/6 192/16 194/8 195/2 195/10 196/19 197/6 200/12 202/6 203/14 203/20 203/23 204/11 204/17 204/22 206/3 206/4 206/4 206/5 207/11 208/4 208/14 208/23 209/7 210/15 212/4 212/8 213/6
**what's [28]** 31/3 32/4 44/18 44/21 47/23 51/14 69/24 102/11 107/6 107/13 110/8 116/6 117/7 117/13 122/10 142/18 143/13 143/17 145/5 145/12 180/7 182/12 197/12 197/12 197/14 203/2 208/16 208/16

## W


**whatever [7]** 68/11 154/10 162/8 164/18 169/7 173/22 174/8
**whatnot [1]** 169/24
**whatsoever [4]** 41/18 43/14 43/21 74/10
**wheel [1]** 26/7
**when [76]** 8/8 8/9 9/12 9/19 13/5 14/6 14/11 14/16 15/21 17/24 22/21 24/18 24/22 24/25 27/7 28/16 32/11 34/14 45/15 52/4 52/25 58/7 61/6 63/10 66/13 67/25 68/2 68/17 69/16 70/4 70/10 71/24 73/11 75/13 80/4 86/21 89/15 92/25 109/14 109/16 116/7 119/1 121/15 125/6 138/6 139/21 140/16 146/9 150/12 154/21 154/21 170/11 174/19 178/7 180/17 180/21 181/4 181/11 181/16 182/15 183/2 183/24 199/2 199/21 201/1 201/18 203/7 208/10 208/18 208/21 209/24 210/16 210/17 211/7 211/16 211/23
**whenever [2]** 177/25 196/17
**where [35]** 23/1 23/10 23/12 37/3 51/18 51/19 64/25 71/9 75/24 83/25 84/11 87/7 88/15 89/10 123/17 125/16 155/5 155/24 159/2 162/8 162/19 165/7 169/8 175/20 177/3 177/17 182/4 182/18 191/2 196/8 196/9 200/6 209/3 210/5 210/19
**whether [20]** 86/3 93/22 99/13 113/5 113/11 116/10 132/1 132/3 136/5 184/8 191/12 194/4 194/10 196/15 198/2 198/3 205/20 206/2 206/3 210/21
**which [15]** 18/12 22/11 32/5 35/6 39/6 41/13 42/20 42/22 48/14 118/18 135/3 135/3 176/14 178/23 207/3
**Whiddon [1]** 2/10
**while [9]** 19/18 27/2 33/18 65/10 71/6 91/24 128/17 192/24 201/19
**who [48]** 14/4 15/23 18/17 23/4 24/5 26/14 28/15 28/19 30/14 41/2 41/19 41/25 42/24 43/22 44/14 46/8 47/3 47/7 47/12 47/16 49/1 75/11 75/14 76/7 77/9 78/1 80/23 83/7 90/12 91/7 129/20 142/1 160/23 161/3 161/3 161/4 161/9 163/6 168/14 178/6 179/2 182/6 184/19 186/3 186/25 201/17 204/15 210/10
**who's [5]** 74/22 75/10 82/1 153/20 184/2
**whoever [2]** 179/13 210/11
**whole [9]** 47/9 115/24 167/8 185/10 185/14 185/15 198/9 201/14 201/19
**wholly [1]** 138/1
**why [31]** 9/4 9/19 16/25 22/21 22/24 27/10 28/7 28/23 44/23 104/12 104/25 114/7 120/23 121/7 135/23 156/8 180/4 184/18 184/21 185/8 186/10 188/12 192/15 192/15 193/14 194/23 195/11 196/13 198/4 205/13 205/13
**why back [1]** 205/13
**wide [1]** 27/14
**Wiethorn [4]** 6/8 11/17 50/11 53/5
**wife [6]** 10/12 10/15 10/16 31/7 38/3 51/18
**wigs [1]** 195/12
**will [67]** 8/13 10/4 10/4 15/12 15/12 15/17 16/3 17/10 18/5 19/9 20/5 24/7 24/11 24/13 24/13 24/23 25/12 28/24 31/16 35/18 39/13 39/14 40/15 40/21 40/24 40/25 41/2 41/15 44/15 46/1 46/7 46/21 47/17 47/21 50/17 51/9 58/20 74/18 83/3 108/9 108/10 118/14 127/4 137/3 138/3 139/4 154/15 157/2 157/16 164/15 174/8 182/3 188/15 192/10 194/22 197/21 198/12 198/13 200/11 201/13 209/12 210/20 211/16 211/20 212/9 212/9 212/25
**WILLENBURG [4]** 4/1 215/3 215/11 215/11
**Williamson [2]** 12/15 53/18
**willing [4]** 22/19 23/7 107/7 194/6
**Wilson [6]** 24/24 28/4 28/24 78/21 116/21 139/4
**Wisconsin [2]** 155/5 168/11
**Wise [1]** 88/16
**wish [4]** 14/7 18/17 158/3 211/6
**within [2]** 77/14 166/3
**without [5]** 18/22 22/13 99/8 124/12 135/25
**witness [22]** 8/22 9/3 10/6 11/15 14/21 15/13 38/13 43/21 46/10 46/15 46/15 46/16 46/19 47/9 47/13 47/19 57/25 62/7 128/13 128/23 134/5 153/20
**witness's [1]** 47/5
**witnesses [24]** 8/18 9/10 9/19 9/20 10/22 14/3 14/18 46/8 46/13 47/3 48/9 52/16 52/17 52/21 54/11 55/5 55/20 56/3 56/16 57/4 58/22 59/15 60/6 128/12
**woman [2]** 145/4 170/14
**women [1]** 23/4
**women's [1]** 185/1
**won't [7]** 9/12 21/23 21/25 126/3 177/22 192/16 210/18
**wondering [1]** 135/7
**Woodruff [2]** 12/19 53/21
**word [11]** 108/13 119/4 120/13 121/11 122/14 129/6 169/9 180/16 181/4 181/12 181/17
**words [18]** 35/23 37/7 42/18 46/16 51/24 79/9 82/21 85/18 96/5 104/17 119/22 123/16 132/18 180/17 180/21 180/22 181/3 181/11
**wore [4]** 194/7 199/9 204/9 205/14
**work [14]** 28/17 30/11 31/8 35/11 35/11 37/11 51/19 78/24 79/9 79/9 87/22 93/7 111/19 211/4
**worked [2]** 78/10 211/3
**working [5]** 31/8 33/5 81/21 159/17 213/7
**works [4]** 30/16 79/16 210/3 210/3
**world [2]** 22/16 194/8
**worn [2]** 98/1 203/18
**worried [1]** 111/23
**worry [1]** 146/24
**worse [1]** 33/24
**worship [1]** 121/11
**WORTH [30]** 1/3 1/5 1/20 1/24 2/20 2/23 3/3 3/6 3/10 3/13 3/21 4/2 8/7 16/7 16/16 50/9 50/10 70/3 71/11 74/22 77/5 77/6 78/9 97/14 126/10 137/15 148/1 148/8 215/14 215/17
**would [170]** 7/23 8/15 9/4 10/12 10/14 10/15 10/18 10/25 11/8 14/22 15/7 15/23 16/16 18/2 21/12 21/24 22/22 22/24 24/19 25/21 26/14 28/18 29/6 30/12 32/14 32/25 33/12 33/14 36/8 37/9 37/20 38/5 39/15 40/7 42/20 43/3 45/7 45/12 46/24 50/6 50/24 51/21 51/21 52/1 52/18 55/13 55/21 56/6 58/14 59/10 59/23 61/24 61/25 63/17 63/17 63/20 64/13 65/6 65/24 68/11 69/1 69/5 69/5 69/18 70/18 72/24 73/21 73/22 77/11 77/16 77/16 84/1 85/23 87/10 90/19 98/21 100/1 100/23 101/2 105/19 109/19 111/6 111/13 112/5 112/6 112/14 113/4 113/5 113/10 113/10 115/7 115/11 115/12 118/2 119/6 119/20 120/4 121/2 121/5 121/23 122/7 123/8 123/13 123/23 125/12 125/12 126/8 129/14 133/5 133/7 133/11 136/5 136/7 137/10 138/14 138/14 139/1 144/9 145/21 145/22 146/19 155/22 156/2 157/8 157/11 157/17 157/23 157/23 158/4 158/6 161/23 164/7 164/23 167/2 167/10 168/2 168/11 177/11 183/4 184/10 187/2 189/13 193/6 193/17 194/6 194/8 194/8 194/9 194/25 195/8 196/3 196/15 196/20 197/22 199/11 199/13 200/4 200/8 201/17 201/24 202/5 202/9 202/12 202/13 202/16 204/5 208/14 208/18 209/15 213/21
**wouldn't [6]** 9/20 101/14 103/13 146/10 157/25 192/4
**wreck [1]** 85/20
**wrecks [1]** 92/20
**written [3]** 20/25 48/9 206/12
**wrong [12]** 71/3 100/8 105/10 113/14 117/10 118/15 157/15 174/3 174/10 175/10 178/20 194/2


## X


**XX [2]** 129/11 129/20
**XXX [1]** 129/20
**XXXX [4]** 129/15 129/16 132/3 132/17
**XXXXX [7]** 76/18 76/18 127/24 127/24 127/25 127/25 128/7
**XXXXXX [3]** 129/15 129/17 132/17
**XXXXXXX [2]** 129/20 129/20
**XXXXXXXX [2]** 129/11 132/4


## Y


**y'all [18]** 8/20 14/17 16/4 50/22 51/12 55/9 56/17 62/16 87/25 92/21 128/23 134/9 147/6 147/9 148/15 157/16 161/17 178/12
**yahoo.com [2]** 4/3 215/19
**yard [1]** 162/19
**Yates [2]** 12/13 53/17
**yeah [27]** 38/21 64/22 65/16 91/13 95/24 96/1 97/13 104/12 106/14 107/5 112/1 121/9 130/6 131/3 139/24 140/6 145/15 147/11 149/6 150/20 159/19 165/25 167/24 174/21 176/9 180/10 180/21
**year [8]** 29/25 30/1 32/4 32/5 86/19 92/9 147/9 147/12

## Y

**Year's [1]** 164/18
**years [30]** 14/14 21/22 21/24 22/3 23/19 25/8 31/21 71/10 75/18 80/21 86/16 90/11 92/2 92/5 94/7 116/25 119/16 128/2 137/1 138/11 150/25 152/12 154/9 156/8 156/22 164/6 179/3 195/5 200/11 211/3
**yes [214]** 7/8 10/24 11/10 13/8 27/1 27/20 28/25 30/3 30/7 30/19 30/22 31/23 32/21 33/8 34/5 34/5 34/12 34/23 38/15 39/20 39/24 40/4 45/10 45/17 45/18 49/11 49/12 51/2 51/14 56/12 58/6 58/16 61/1 61/19 64/7 64/12 66/5 66/25 67/17 68/4 68/15 68/18 68/24 69/23 69/24 70/12 71/1 71/2 72/7 72/18 73/4 73/6 73/16 74/2 75/21 76/25 77/5 77/7 78/4 78/9 78/14 80/6 80/15 80/19 80/25 81/3 81/4 81/15 82/5 85/8 86/8 86/12 87/8 87/18 87/23 88/3 88/5 88/12 88/20 89/4 89/5 92/13 93/10 94/12 94/24 95/12 96/2 96/9 96/18 97/1 98/6 99/22 101/1 101/3 101/11 101/19 102/10 102/20 103/2 103/5 103/8 103/22 104/9 104/23 105/3 107/9 108/2 109/4 109/25 110/9 112/9 112/17 113/1 114/1 115/1 115/19 115/21 116/17 117/17 117/19 118/8 119/11 119/25 120/1 120/6 120/14 122/17 129/3 129/24 130/1 131/3 131/20 132/8 132/21 132/25 134/20 135/17 142/9 143/7 147/5 148/4 148/9 149/20 149/22 149/25 151/3 152/18 153/1 153/7 154/17 154/18 155/5 155/8 156/2 156/18 159/14 160/1 161/14 162/7 162/14 162/25 163/12 163/14 163/25 165/1 166/19 167/12 167/16 168/7 168/7 168/9 169/4 169/11 170/7 170/9 171/13 171/13 171/15 171/19 172/7 172/10 172/22 173/20 175/6 175/9 175/12 175/25 176/8 180/1 180/8 180/14 181/11 183/1 183/16 183/18 184/6 186/6 189/9 189/12 191/4 191/5 196/4 197/13 197/19 198/17 203/25 204/14 204/19 205/3 205/3 208/1 208/3 213/13 213/20
**yesterday [3]** 14/24 72/20 72/22
**York [1]** 16/21
**you [1180]**
**you'd [14]** 19/7 27/21 38/13 63/21 64/16 73/2 107/3 107/7 110/20 119/24 121/2 129/8 141/18 200/6
**you'll [10]** 13/6 14/6 20/19 25/20 40/14 46/21 73/7 83/11 141/7 141/8
**you're [85]** 7/7 10/5 10/6 10/8 11/16 23/10 24/22 25/19 26/5 26/7 33/4 33/18 34/1 35/23 36/3 36/4 36/24 38/2 38/20 39/23 46/6 48/4 48/21 52/19 56/10 59/21 67/2 71/24 77/19 83/14 83/22 84/8 84/11 98/12 98/13 100/12 100/19 104/20 108/23 113/23 114/2 114/9 114/10 114/13 118/24 120/9 123/25 124/2 125/2 127/17 155/10 157/1 158/12 160/9 162/6 167/10 168/5 171/14 173/21 174/5 175/20 176/21 177/25 180/11 182/13 184/5 188/3 189/10 189/18 192/24 192/24 192/25 193/2 193/11 196/23 197/15 197/17 200/19 201/9 201/10 202/25 211/13 211/15 212/4 213/17
**you've [21]** 9/15 25/7 46/18 47/20 62/13 63/18 86/14 88/24 91/21 99/9 109/7 119/20 120/13 123/5 126/17 155/14 158/17 164/8 177/16 204/6 207/22
**you-all [42]** 9/14 10/1 10/16 14/2 14/12 15/22 16/8 19/18 21/15 24/7 36/13 36/15 40/23 41/10 43/25 49/6 49/10 50/19 56/2 77/9 77/24 83/18 83/21 85/1 91/18 96/3 97/18 126/18 128/4 138/19 138/21 177/15 192/12 192/14 192/15 192/19 206/13 210/3 210/23 210/25 211/11 213/3
**young [6]** 60/3 74/11 78/16 79/25 90/9 102/20
**younger [1]** 150/13
**your [301]**
**yourself [19]** 6/5 7/23 24/25 26/22 50/7 50/25 55/13 56/6 56/23 57/12 58/15 59/11 59/24 62/1 142/22 151/13 169/12 176/24 192/7
**yourselves [3]** 15/23 124/6 126/16

## Z

**ZACHARY [5]** 1/7 2/1 20/13 55/11 55/16
**Zapata [2]** 12/8 53/13