RECEIVED
OCT 2 6 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Attorney at Law
John Kuchera
210 N. 6th St.
Waco, TX 76701

Telephone (254)754-3075
Fax (254)756-2193

October 23, 2026

U.S. District Clerk's Office
501 W 10th St Unit 310
Fort Worth, TX 76102,

Re: U.S.A. v. Benjamin Hanil Song
Criminal Action 4:25-cr-00259 (3)
Appeal No. 26-10586

Dear Clerk,

I am court-appointed appellate counsel in the above-referenced matter. The electronic record no longer includes the presentence investigation report (PSR). Please consider this letter as my request to be given access to the PSR as well as other sealed documents pertaining to this defendant. My email address is: johnkuchera@210law.com

Sincerely,

John Kuchera

John Kuchera
Attorney at Law
~~210 N. 6th St.~~
Waco, TX 76701

NORTH TEXAS TX P&DC
DALLAS TX 750
23 OCT 2026 PM 2 L

X-RAY

U.S. District Clerk's Office
501 W. 10th Street, Unit 310
Fort Worth, Texas 76102

76102-975999

RECEIVED

OCT 2 6 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS